# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: etorres | Date Created: 3/18/2015 |
| Case: 1−15−41069−cec | Form ID: 216 | Total: 27 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Brian Denker | 25 Boerum Street, Apt 18E | Brooklyn, NY 11206 |
| aty | Lawrence Morrison | 87 Walker Street Floor 2 | New York, NY 10013 |
| smg | United States of America | Secretary of the Treasury | 15th Street & Pennsylvania Ave. NW    Washington, DC 20220 |
| smg | NYS Unemployment Insurance | Attn: Insolvency Unit    Bldg. #12, Room 256 | Albany, NY 12240 |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit    PO Box 5300 | Albany, NY 12205 |
| smg | Internal Revenue Service | PO Box 7346    Philadelphia, PA 19101−7346 | |
| smg | NYC Department of Finance | 345 Adams Street, 3rd Floor    Attn: Legal Affairs − Devora Cohn | Brooklyn, NY 11201 |
| smg | Office of the United States Trustee | Eastern District of NY (Brooklyn Office)    U.S. Federal Office Building    201 Varick Street, Suite 1006 | New York, NY 10014 |
| 8526499 | American Express | Attn: Legal/Bankruptcy    PO Box 981537 | El Paso, TX 79998−1535 |
| 8526500 | Bank of America , NA | Attn: Legal/Bankruptcy    PO Box 982235 | El Paso, TX 79998−2235 |
| 8526501 | Bank of America, NA | Attn: Legal/Bankruptcy    PO Box 982235 | El Paso, TX 79998−2235 |
| 8526502 | Best Buy Co ., Inc. | 701 E 60th Street    Sioux Falls, SD 57104−0432 | |
| 8526503 | Capital One | Attn: Legal/Bankruptcy    PO Box 30253 | Salt Lake City, UT 84130 |
| 8526505 | Chase Bank USA, N.A | PO Box 15298    1427 Roswell Road | Marietta, GA 30062 |
| 8526504 | Chase Bank USA, N.A | PO Box 15298    Wilmington, DE 19850−5298 | |
| 8526506 | Citicards CBNA | PO Box 6241    Sioux Falls, SD 57117−6241 | |
| 8526507 | DFS/Webbank | PO Box 81607    Austin, TX 78708−1607 | |
| 8526508 | Discover Bank | PO Box 15316    Wilmington, DE 19850−5316 | |
| 8526509 | Kohl' s Corporation | PO Box 3115    Milwaukee, WI 53201−3115 | |
| 8526511 | MB Financial Services | 2050 Roanoke Road    Keller, TX 76262−9616 | |
| 8526510 | Macy 's/DSNB | Attn: Legal/Bankruptcy    PO Box 17759 | Clearwater, FL 33762−0759 |
| 8526514 | Mohela/Dept . of Ed | 633 Spirit Drive    Chesterfield , MO 63005−1243 | |
| 8526512 | Mohela/Dept . of Ed | 633 Spirit Drive    Chesterfield, MO 63005−1243 | |
| 8526513 | Mohela/Dept. of Ed | 633 Spirit Drive    Chesterfield, MO 63005−1243 | |
| 8526515 | Nordstrom FSB | PO Box 13589    Scottsdale, AZ 85267−3589 | |
| 8526516 | VW Credit, Inc. | 1401 Franklin Blvd    Libertyville, IL 60048−446 | |
| 8526517 | Wells Fargo | PO Box 14517    Des Moines, IA 5030 | |

TOTAL: 27