# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
271-C Cadman Plaza East, Suite 1595
Brooklyn, New York 11201-1800

_____

IN RE:  Case No 15-41069-cec

Brian Denker  Chapter: **11**

SSN/TAX ID: XXX-XX- **2227**

_____

### REQUEST FOR JUDICIAL DETERMINATION
### PLACEMENT OF A RESTRICTION ON A FILED DOCUMENT

The Clerk's Office requests the Court to determine if Document(s) No. _____**1**_____ filed in CM/ECF should be restricted.

The document contains:

- [✓] Personal identifiers as set forth in Bankruptcy Rule 9037
    - Social Security Number
    - Taxpayer Identification Number
    - Birth Date
    - The name of an individual, other than the debtor, known to be and identified as a minor
    - Financial Account Number
- [ ] Trade Secrets
- [ ] Confidential Research, Development or Commercial Information
- [ ] Scandalous or Defamatory Matter
- [ ] Other: _____

**By the Court:** E. Torres                                **Date:** **March 16, 2015**

- [✓] The Clerk's Office is directed to restrict access to the document.

- [✓] The filer is ordered to re-file the document together with all attachments, **redacted** as required by Bankruptcy Rule 9037, on or before **March 19, 2015**.

- [ ] The Clerk's Office is directed not to restrict access to the document for the following reason(s):
    _____
    _____

**SO ORDERED**



**Dated: Brooklyn, New York**
**March 19, 2015**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**