# United States Bankruptcy Court
### Eastern District of New York

In re: **Brian Denker**, Debtor(s)

Case No. _____
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **March 13, 2015**

_/s/ Brian Denker_
Signature of Debtor

Date: **March 13, 2015**

_/s/ Lawrence F. Morrison_
Signature of Attorney
Lawrence F. Morrison
MORRISON TENENBAUM PLLC
87 Walker Street, Floor 2
New York, NY 10013
212-620-0938   Fax: 646-390-5095, 646-998-1972

American Express
Attn: Legal/Bankruptcy
PO Box 981537
El Paso, TX 79998-1535

Bank of America, NA
Attn: Legal/Bankruptcy
PO Box 982235
El Paso, TX 79998-2235

Bank of America, NA
Attn: Legal/Bankruptcy
PO Box 982235
El Paso, TX 79998-2235

Best Buy Co., Inc.
701 E 60th Street
Sioux Falls, SD 57104-0432

Capital One
Attn: Legal/Bankruptcy
PO Box 30253
Salt Lake City, UT 84130

Chase Bank USA, N.A
PO Box 15298
Wilmington, DE 19850-5298

Chase Bank USA, N.A
PO Box 15298
1427 Roswell Road
Marietta, GA 30062

Citicards CBNA
PO Box 6241
Sioux Falls, SD 57117-6241

DFS/Webbank
PO Box 81607
Austin, TX 78708-1607

Discover Bank
PO Box 15316
Wilmington, DE 19850-5316

Kohl's Corporation
PO Box 3115
Milwaukee, WI 53201-3115

Macy's/DSNB
Attn: Legal/Bankruptcy
PO Box 17759
Clearwater, FL 33762-0759

MB Financial Services
2050 Roanoke Road
Keller, TX 76262-9616

Mohela/Dept. of Ed
633 Spirit Drive
Chesterfield, MO 63005-1243

Mohela/Dept. of Ed
633 Spirit Drive
Chesterfield, MO 63005-1243

Mohela/Dept. of Ed
633 Spirit Drive
Chesterfield, MO 63005-1243

Nordstrom FSB
PO Box 13589
Scottsdale, AZ 85267-3589

VW Credit, Inc.
1401 Franklin Blvd
Libertyville, IL 60048-4460

Wells Fargo
PO Box 14517
Des Moines, IA 50306-3517