# United States Bankruptcy Court

Eastern District Of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

---

IN RE:  
  Brian Denker

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:  
  xxx−xx−2227

        DEBTOR(s)

CASE NO: 1−15−41069−cec

CHAPTER: 11

---

## NOTICE OF STATUS AND CASE MANAGEMENT CONFERENCE AND REQUIREMENTS FOR FILING MONTHLY OPERATING REPORTS

### NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

    The Debtor(s), U.S. Trustee and counsel to the Debtor(s) shall appear before the Honorable Carla E. Craig at a status and case management conference ("Conference") on May 13, 2015 at 02:30 PM, at the following location:

**United States Bankruptcy Court, 271−C Cadman Plaza East, Courtroom 3529 − 3rd Floor, Brooklyn, NY 11201−1800**

    Among the matters which may be considered at the Conference are the nature of Debtor's business and reason for filing the petition, the current financial condition of the Debtor(s), setting deadlines for the filing of claims and a plan and disclosure statement, the fixing of budgets for all professional fees, the filing of monthly operating reports, and any other case administrative matters. No creditor or other party in interest need attend, but all are invited to attend and be heard on any matters raised at the Conference.

    At the Conference, the Court may consider and determine any motion to dismiss or convert this case to Chapter 7 or to appoint an operating trustee or examiner, whether made by the U.S. Trustee or any party in interest or by the Court on its own motion. The Court may also consider dismissal of this case in the event the Debtor(s) has failed to cure deficiencies, if any, in connection with the filing of its petition prior to the hearing date. Unexcused failure of the Debtor(s) or counsel to the Debtor(s) to appear at the Conference may constitute cause for conversion of this case to Chapter 7 or dismissal of this case pursuant to Section 1112 of the Bankruptcy Code.

    Please be advised that the Court has entered an Order requiring the Debtor(s) to file with the Court, and serve on the Office of the United States Trustee, monthly operating reports in the form prescribed by the United States Trustee's Operating Guidelines and Reporting Requirements for Debtors−in−Possession and Trustees for cases pending in this District, on or before the 20th day of the month following the reporting period. Unexcused failure to comply with this Order in any respect for any month may constitute cause for conversion of this case to Chapter 7 or dismissal of this case pursuant to Section 1112 of the Bankruptcy Code.

    Dates for further case management conferences may be set at the Conference, which will be shown on the Court's docket.

Dated: March 24, 2015

                                            For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLstc2** [Notice of Status Conference rev. 08/09/04]