Pay Stub                                                                 https://sourceselfservice2.ceridian.com/en-us/empowerment.asp?FormI...

# FROST & SULLIVAN

Frost & Sullivan
7550 IH 10 West
Suite 400
San Antonio, TX. 78229

| CHECK NO: | A55889 |
|---|---|
| PAGE NUMBER: | 1 of 1 |
| CHECK DATE: | 9/30/2014 |
| PERIOD BEG/END: | 09/16/2014 - 09/30/2014 |
| PAY FREQUENCY: | SEMI-MONTHLY |

DENKER-YOUNGS, BRIAN H
25 BOERUM STREET
APT 18E
BROOKLYN, NY 11206

ID NUMBER: 6514514352
BASE RATE: 3,900.00

| | STATUS | EXEMPT | TAX ADJUSTMENTS: | | STATE AND LOCAL CODES | |
|---|---|---|---|---|---|---|
| FED: | SINGLE | 3 | FED: | ST1: | PRI: NY LOC1: MC | LOC3: |
| ST1: | | 2 | DI / UC: | | SEC: LOC2: | LOC4: |
| ST2: | | | LOCAL: | ST2: | | LOC5: |

### IMPORTANT MESSAGE

PLEASE CHECK ALL PERSONAL INFORMATION SUCH AS SSN, NAME SPELLING, ADDRESS, DEDUCTIONS, ETC. FOR CONFIDENTIALITY, IT IS NOT RECOMMENDED TO PRINT PAYSTATEMENTS ON A PUBLIC PRINTER OR ANYWHERE OTHER PEOPLE CAN ACCESS THE INFO.

| HOURS AND EARNINGS | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION | |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | EARNINGS | DESCRIPTION | CUR AMT | YTD AMT | DESCRIPTION | AMOUNT |
| CURRENT EARNINGS | | | | SO SEC TAX | 237.98 | 4,283.69 | HOURLYRATE | 3,900.00 |
| REGULAR | 44.9983 | 86.67 | 3,900.00 | MEDICARE TAX | 55.66 | 1,001.83 | SIC BALANCE | 40.00 |
| TOTAL HOURS WORKED | | 86.67 | | FED INC TAX | 542.58 | 9,766.44 | VAC BALANCE | 180.00 |
| TOTAL CURRENT HOURS/EARNINGS | | 86.67 | 3,900.00 | PRI-STATE TAX | 183.81 | 3,308.58 | | |
| YEAR-TO-DATE EARNINGS | | | | PRI-LOCAL TAX | .00 | .00 | | |
| REGULAR | | 1,528.06 | 68,760.05 | SDI/UC TAX | 1.30 | 23.40 | | |
| VACATION | | 32.00 | 1,439.95 | TOTAL TAXES | 1,021.33 | 18,383.94 | | |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 1,560.06 | 70,200.00 | | | | | |

| PRE-TAX ITEMS | | | AFTER-TAX DEDUCTIONS | | | CURRENT NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | CUR AMT | YTD AMT | 401K LOAN | .00 | 2,412.06 | XXXXXXXXXXXXX5160 | 2,423.10 |
| DENT/VISION | -19.90 | -358.20 | VOL LIFE | 4.00 | 72.00 | CHECK AMOUNT | .00 |
| FSA HEALTH | -41.67 | -750.06 | TOTAL DEDS | 4.00 | 2,484.06 | | |
| 401K | -390.00 | -7,020.00 | | | | TOTAL CURRENT NET PAY | 2,423.10 |
| TOTAL PRE-TAX ITEMS | -451.57 | -8,128.26 | | | | | |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 3,900.00 | -451.57 | 3,448.43 | 1,021.33 | 4.00 | 2,423.10 |
| Y-T-D | 70,200.00 | -8,128.26 | 62,071.74 | 18,383.94 | 2,484.06 | 41,203.74 |

© 2014 Ceridian Corporation. All rights reserved.

Pay Stub                                                                                    https://sourceselfservice2.ceridian.com/en-us/empowerment.asp?FormI...

## FROST & SULLIVAN

Frost & Sullivan
7550 IH 10 West
Suite 400
San Antonio, TX. 78229

| CHECK NO: | A55889 |
|---|---|
| PAGE NUMBER: | 1 of 1 |
| CHECK DATE: | 9/30/2014 |
| PERIOD BEG/END: | 09/16/2014 - 09/30/2014 |
| PAY FREQUENCY: | SEMI-MONTHLY |

DENKER-YOUNGS, BRIAN H
25 BOERUM STREET
APT 18E
BROOKLYN, NY 11206

ID NUMBER: 6514514352
BASE RATE: 3,900.00

| STATUS | EXEMPT | TAX ADJUSTMENTS: |  | STATE AND LOCAL CODES |  |  |
|---|---|---|---|---|---|---|
| FED: SINGLE | 3 | FED: | ST1: | PRI: NY | LOC1: MC | LOC3: |
| ST1: | 2 | DI / UC: |  | SEC: | LOC2: | LOC4: |
| ST2: |  | LOCAL: | ST2: |  |  | LOC5: |

### IMPORTANT MESSAGE

PLEASE CHECK ALL PERSONAL INFORMATION SUCH AS SSN, NAME SPELLING, ADDRESS, DEDUCTIONS, ETC. FOR CONFIDENTIALITY, IT IS NOT RECOMMENDED TO PRINT PAYSTATEMENTS ON A PUBLIC PRINTER OR ANYWHERE OTHER PEOPLE CAN ACCESS THE INFO.

| HOURS AND EARNINGS ||||  | TAXES AND DEDUCTIONS |||  | SPECIAL INFORMATION ||
|---|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | EARNINGS | | DESCRIPTION | CUR AMT | YTD AMT | | DESCRIPTION | AMOUNT |
| CURRENT EARNINGS | | | | | SO SEC TAX | 237.98 | 4,283.69 | | HOURLYRATE | 3,900.00 |
| REGULAR | 44.9983 | 86.67 | 3,900.00 | | MEDICARE TAX | 55.66 | 1,001.83 | | SIC BALANCE | 40.00 |
| TOTAL HOURS WORKED | | 86.67 | | | FED INC TAX | 542.58 | 9,766.44 | | VAC BALANCE | 180.00 |
| TOTAL CURRENT HOURS/EARNINGS | | 86.67 | 3,900.00 | | PRI-STATE TAX | 183.81 | 3,308.58 | | | |
| YEAR-TO-DATE EARNINGS | | | | | PRI-LOCAL TAX | .00 | .00 | | | |
| REGULAR | | 1,528.06 | 68,760.05 | | SDI/UC TAX | 1.30 | 23.40 | | | |
| VACATION | | 32.00 | 1,439.95 | | TOTAL TAXES | 1,021.33 | 18,383.94 | | | |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 1,560.06 | 70,200.00 | | | | | | | |

| PRE-TAX ITEMS ||| | AFTER-TAX DEDUCTIONS ||| | CURRENT NET PAY DISTRIBUTION ||
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | CUR AMT | YTD AMT | | 401K LOAN | .00 | 2,412.06 | | XXXXXXXXXXXXX5160 | 2,423.10 |
| DENT/VISION | -19.90 | -358.20 | | VOL LIFE | 4.00 | 72.00 | | CHECK AMOUNT | .00 |
| FSA HEALTH | -41.67 | -750.06 | | TOTAL DEDS | 4.00 | 2,484.06 | | | |
| 401K | -390.00 | -7,020.00 | | | | | | TOTAL CURRENT NET PAY | 2,423.10 |
| TOTAL PRE-TAX ITEMS | -451.57 | -8,128.26 | | | | | | | |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 3,900.00 | -451.57 | 3,448.43 | 1,021.33 | 4.00 | 2,423.10 |
| Y-T-D | 70,200.00 | -8,128.26 | 62,071.74 | 18,383.94 | 2,484.06 | 41,203.74 |

© 2014 Ceridian Corporation. All rights reserved.