UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

                                                          Chapter 11

BRIAN DENKER                                          Case No. 15-41069 (CEC)

                Debtor.
-------------------------------------------------------------------X

## ORDER AUTHORIZING DEBTOR TO RETAIN
## MORRISON TENENBAUM PLLC AS COUNSEL TO DEBTOR
## AND DEBTOR IN POSSESSION, *NUNC PRO TUNC* MARCH 13, 2015

Upon the application (the "Application") Brian Denker, the above-captioned debtor and debtor-in-possession (the "Debtor"), for authority to retain Morrison Tenenbaum PLLC (the "MT Law"), as counsel to the Debtor under a general retainer, the affirmation in support of retention of Lawrence F. Morrison, Esq., and the Court being satisfied that (i) the employment of MT Law is necessary and in the best interests of the Debtor, its estate, creditors and equity holders, (ii) MT Law does not have or represent any interest adverse to the Debtor or its estate, and (iii) MT Law is a "disinterested person" as that term is defined in §101(14) of the Bankruptcy Code; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before this court pursuant to 28 U.S.C. §1409; and good and sufficient cause appearing for the relief sought by the Application; it is hereby

**ORDERED**, that pursuant to §327(a) of the Bankruptcy Code, the Debtor is hereby authorized to retain MT Law as counsel to the Debtor, and under a general retainer, *nunc pro tunc* March 13, 2015 and as set forth in the Application and supporting affirmation; and it is further

**ORDERED**, that MT Law shall be compensated in accordance with the procedures set forth in §§330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, and the Guidelines for Fees and Disbursements for Professionals in the Eastern District of New York Bankruptcy Cases and any orders issued by the Court; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

NO OBJECTION

*/s/ William E. Curtin*  5/4/15
William E. Curtin
Trial Attorney
Office of the United States Trustee



Dated: Brooklyn, New York
May 13, 2015

_____
**Carla E. Craig**
**United States Bankruptcy Judge**