1

2  UNITED STATES BANKRUPTCY COURT

3  EASTERN DISTRICT OF NEW YORK

4  Case No. 15-41069-cec

5  - - - - - - - - - - - - - - - - - - - -x

6  In the Matter of:

7

8  BRIAN DENKER,

9

10             Debtor.

11

12  - - - - - - - - - - - - - - - - - - - -x

13

14             United States Bankruptcy Court

15             271 Cadman Plaza East

16             Brooklyn, New York

17

18             May 13, 2015

19             2:58 PM

20

21  B E F O R E:

22  HON. CARLA E. CRAIG

23  CHIEF U.S. BANKRUPTCY JUDGE

24

25

1

2 [9] Order Scheduling Status Conference for the purpose of

3 determining an appropriate schedule for the proper

4 administration of this case.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20 Transcribed by:  Penina Wolicki

21 eScribers, LLC

22 700 West 192nd Street, Suite #607

23 New York, NY 10040

24 (973)406-2250

25 operations@escribers.net

```
 1  A P P E A R A N C E S :

 2  MORRISON-TENENBAUM, PLLC

 3          Attorneys for Debtor

 4          87 Walker Street

 5          Floor 2

 6          New York, NY 10013

 7

 8  BY:   LAWRENCE MORRISON, ESQ.

 9

10

11  UNITED STATES DEPARTMENT OF JUSTICE

12          Office of the United States Trustee

13          201 Varick Street

14          Suite 1006

15          New York, NY 10014

16

17  BY:   WILLIAM E. CURTIN, ESQ.

18

19

20

21

22

23

24

25
```

1              P R O C E E D I N G S

2          THE CLERK:  Number 9 on the calendar, Brian Denker.

3          MR. MORRISON:  Good afternoon, Your Honor.  Lawrence

4    Morrison for the debtor.

5          MR. CURTIN:  William Curtin for the United States

6    Trustee.

7          MR. MORRISON:  The debtor is an individual -- first of

8    all, today is the status conference for the -- the first status

9    conference in the Chapter 11 case.

10         THE COURT:  Um-hum.

11         MR. MORRISON:  The debtor has concluded its IDI,

12   concluded its 341(a) meeting.  The debtor is an individual.  He

13   has some health problems.  He suffered a stroke.

14         What had happened was, he's engaged in a divorce

15   currently, with his husband, who procured (sic) credit card

16   debt without his knowledge, and he's unable to address it at

17   this time.  So the bankruptcy will allow him time to figure out

18   a payment plan for the credit card debt that's going -- there's

19   a stay in effect of the matrimonial --

20         THE COURT:  Well, is -- wouldn't he not be able to

21   discharge this credit card debt?

22         MR. MORRISON:  It's not clear at this point, because

23   they're spouses, and it's not clear whether or not there was

24   really apparent authority for the credit cards to be issued or

25   not, because they were married.  So we're looking into that.

1            But it's just not clear whether or not --

2            THE COURT:  But if -- to the extent he has liability,

3     why would his liability not be discharged?

4            MR. MORRISON:  No, no, I'm not saying that -- it's not

5     clear.  So we're -- we're not saying they would not be

6     discharged.  We want to -- we're taking a position that the

7     liability should never have been -- there should be no

8     liability.

9            THE COURT:  That he, as a legal matter, doesn't have

10    liability separate and apart from any question of it being

11    discharged?

12           MR. MORRISON:  That's what we're trying to say.

13           THE COURT:  So you've -- and you've listed these

14    credit card companies on your schedules, nevertheless?

15           MR. MORRISON:  Yes.  Yes, Your Honor.

16           THE COURT:  Okay.  So what is this -- what's with the

17    real property?

18           MR. MORRISON:  So we are going to make an amendment to

19    the schedule.  The real property is at the -- so it's in

20    Huntington.  The debtor lives in an apartment here in Brooklyn.

21           THE COURT:  Right.

22           MR. MORRISON:  The Meshulam Apartments.  I have to

23    amend the schedules, because there's debt of about over 400,000

24    dollars on the Huntington property.

25           THE COURT:  So and is he -- how is he claiming an

1  exemption in this property?

2          MR. MORRISON:  That also has to be amended because the

3  posi -- it's clear now that his homestead really is in Brooklyn

4  and not in -- and not in Huntington.  Those are the two

5  amendments I was going to tell Your Honor we are going to make.

6          THE COURT:  Why is this an 11 and not a 7?

7          MR. MORRISON:  Because he has a business.  He wants to

8  pay -- first of all, he wants to -- to the extent he has

9  obligations -- he's a rabbi.  He feels he has a moral

10  obligation to pay them.  He doesn't want to go the Chapter 7

11  route.

12          THE COURT:  Every time I hear that, I don't believe

13  it.  Sorry.

14          MR. MORRISON:  Well, he is -- if you would -- it's

15  unfortunate he's not here.  He's a very sympathetic person,

16  very sick.  He had a stroke.  He really -- I have many clients

17  in my twenty years of practice.  He really does seem to mean

18  well.

19          THE COURT:  I'm sure he means well, but it sounds to

20  me like he belongs in Chapter 7.

21          MR. MORRISON:  It's possible.  I mean, I will discuss

22  the option with him.  I will let him know the benefits of it.

23  I mean, as Your Honor obviously knows, we can always do that on

24  our own.  But we would, in the interim period, like to try to

25  make this work.

1      THE COURT:  Okay.  What's his business?

2      MR. MORRISON:  So he's a -- he is a consultant.

3  He's -- what he does is he assists small businesses in their

4  business plans and marketing.  He's more of a marketing person.

5  Plus he has a very small business.  When he performs his

6  services for couples, he charges a small fee for their Chuppas

7  which are required.  So those are the two businesses he has.

8      THE COURT:  So is this -- are you concerned that this

9  business has a value that would be -- that the trustee would

10  seek to monetize?

11      MR. MORRISON:  That's one possibility.  But the client

12  was adamant that he wants to try to pay his obligations.

13      THE COURT:  Okay.

14      MR. MORRISON:  So I --

15      THE COURT:  All right.

16      MR. MORRISON:  -- I'm not going to -- I didn't want to

17  force a 7 down his throat.

18      THE COURT:  All right.  I got it.

19      Did you have something you wanted --

20      MR. CURTIN:  Your Honor, we had a lengthy conversation

21  about this at the 341 -- Mr. Morrison's associate was there.

22  He wasn't there.  But the consulting business is not actually

23  his.  He's an employee of that business.  The two businesses

24  that he owns, they're related.  One is his rabbi services and

25  the other one is the Chuppa rental business.  Neither of them

1   are making any money, at the moment.

2          The -- apparently the Chuppa business is not -- can't

3   be run, because he's been shut out of the Huntington property

4   by his soon-to-be former husband.  So one thing I would agree

5   with is that the debtor is a very sympathetic figure.  He's

6   obviously sick and was not -- was very resistant to the idea of

7   a Chapter 7.

8          THE COURT:  Um-hum.

9          MR. CURTIN:  So that may be the road where this goes,

10  but it may just take some time.

11         THE COURT:  Um-hum.  Okay.

12         MR. CURTIN:  But in the meantime, Mr. Morrison's

13  office has provided us everything that they're required to and

14  appeared every time they were supposed to appear for the

15  Chapter 11.  So we'll look at the first couple of operating

16  reports and decide what we're going to do.  But --

17         THE COURT:  When was this filed?

18         MR. CURTIN:  It was filed two months ago.  I'll give

19  you the exact date.  It was March 13th.

20         THE COURT:  Okay.  So let me give you another date,

21  then.

22         MR. CURTIN:  Okay.

23         MR. MORRISON:  Thank you.

24         THE COURT:  July?

25         MR. CURTIN:  That's fine, Your Honor.

1          MR. MORRISON:  That makes sense.

2          THE COURT:  July 15?

3          MR. MORRISON:  Yes.

4          THE COURT:  At what time, please?

5          MR. MORRISON:  2:30; is that acceptable?

6          THE CLERK:  3 o'clock.

7          THE COURT:  You want to do 3 o'clock?

8          THE CLERK: Yes.

9          THE COURT:  Is 3 o'clock all right?

10         MR. MORRISON:  Perfect.

11         THE COURT:  Okay.

12         MR. MORRISON:  Thank you.

13         THE COURT:  Um-hum.

14      (Whereupon these proceedings were concluded at 3:04 PM)

15

16

17

18

19

20

21

22

23

24

25

1

2                        C E R T I F I C A T I O N

3

4    I, Penina Wolicki, certify that the foregoing transcript is a

5    true and accurate record of the proceedings.

6

7

8

9

10

_____

11

PENINA WOLICKI

12

AAERT Certified Electronic Transcriber CET**D-569

13

14

eScribers

15

700 West 192nd Street, Suite #607

16

New York, NY 10040

17

18

Date:  June 15, 2015

19

20

21

22

23

24

25

**BRIAN DENKER**
**Case No. 15-41069-cec**

## 1

**11 (3)**
4:9;6:6;8:15
**13th (1)**
8:19
**15 (1)**
9:2

## 2

**2:30 (1)**
9:5

## 3

**3 (3)**
9:6,7,9
**3:04 (1)**
9:14
**341 (1)**
7:21
**341a (1)**
4:12

## 4

**400,000 (1)**
5:23

## 7

**7 (5)**
6:6,10,20;7:17;8:7

## 9

**9 (1)**
4:2

## A

**able (1)**
4:20
**acceptable (1)**
9:5
**actually (1)**
7:22
**adamant (1)**
7:12
**address (1)**
4:16
**afternoon (1)**
4:3
**ago (1)**
8:18
**agree (1)**
8:4
**allow (1)**
4:17
**always (1)**
6:23

**amend (1)**
5:23
**amended (1)**
6:2
**amendment (1)**
5:18
**amendments (1)**
6:5
**apart (1)**
5:10
**apartment (1)**
5:20
**Apartments (1)**
5:22
**apparent (1)**
4:24
**apparently (1)**
8:2
**appear (1)**
8:14
**appeared (1)**
8:14
**assists (1)**
7:3
**associate (1)**
7:2
**authority (1)**
4:24

## B

**bankruptcy (1)**
4:17
**belongs (1)**
6:20
**benefits (1)**
6:22
**Brian (1)**
4:2
**Brooklyn (2)**
5:20;6:3
**business (9)**
6:7;7:1,4,5,9,22,23,25;
8:2
**businesses (3)**
7:3,7,23

## C

**calendar (1)**
4:2
**can (1)**
6:23
**card (4)**
4:15,18,21;5:14
**cards (1)**
4:24
**case (1)**
4:9
**Chapter (5)**
4:9;6:10,20;8:7,15
**charges (1)**
7:6

**Chuppa (2)**
7:25;8:2
**Chuppas (1)**
7:6
**claiming (1)**
5:25
**clear (5)**
4:22,23;5:1,5;6:3
**CLERK (3)**
4:2;9:6,8
**client (1)**
7:11
**clients (1)**
6:16
**companies (1)**
5:14
**concerned (1)**
7:8
**concluded (3)**
4:11,12;9:14
**conference (2)**
4:8,9
**consultant (1)**
7:2
**consulting (1)**
7:22
**conversation (1)**
7:20
**couple (1)**
8:15
**couples (1)**
7:6
**COURT (27)**
4:10,20;5:2,9,13,16,
21,25;6:6,12,19;7:1,8,
13,15,18;8:8,11,17,20,
24;9:2,4,7,9,11,13
**credit (5)**
4:15,18,21,24;5:14
**currently (1)**
4:15
**CURTIN (8)**
4:5,5;7:20;8:9,12,18,
22,25

## D

**date (2)**
8:19,20
**debt (4)**
4:16,18,21;5:23
**debtor (6)**
4:4,7,11,12;5:20;8:5
**decide (1)**
8:16
**Denker (1)**
4:2
**discharge (1)**
4:21
**discharged (3)**
5:3,6,11
**discuss (1)**
6:21

**divorce (1)**
4:14
**dollars (1)**
5:24
**down (1)**
7:17

## E

**effect (1)**
4:19
**employee (1)**
7:23
**engaged (1)**
4:14
**exact (1)**
8:19
**exemption (1)**
6:1
**extent (2)**
5:2;6:8

## F

**fee (1)**
7:6
**feels (1)**
6:9
**figure (2)**
4:17;8:5
**filed (2)**
8:17,18
**fine (1)**
8:25
**first (4)**
4:7,8;6:8;8:15
**force (1)**
7:17
**former (1)**
8:4

## G

**goes (1)**
8:9
**Good (1)**
4:3

## H

**happened (1)**
4:14
**health (1)**
4:13
**hear (1)**
6:12
**homestead (1)**
6:3
**Honor (6)**
4:3;5:15;6:5,23;7:20;
8:25
**Huntington (4)**
5:20,24;6:4;8:3

**husband (2)**
4:15;8:4

## I

**idea (1)**
8:6
**IDI (1)**
4:11
**individual (2)**
4:7,12
**interim (1)**
6:24
**into (1)**
4:25
**issued (1)**
4:24

## J

**July (2)**
8:24;9:2

## K

**knowledge (1)**
4:16
**knows (1)**
6:23

## L

**Lawrence (1)**
4:3
**legal (1)**
5:9
**lengthy (1)**
7:20
**liability (5)**
5:2,3,7,8,10
**listed (1)**
5:13
**lives (1)**
5:20
**look (1)**
8:15
**looking (1)**
4:25

## M

**makes (1)**
9:1
**making (1)**
8:1
**many (1)**
6:16
**March (1)**
8:19
**marketing (2)**
7:4,4
**married (1)**
4:25

**BRIAN DENKER**
**Case No. 15-41069-cec**

matrimonial (1)
    4:19
matter (1)
    5:9
may (2)
    8:9,10
mean (3)
    6:17,21,23
means (1)
    6:19
meantime (1)
    8:12
meeting (1)
    4:12
Meshulam (1)
    5:22
moment (1)
    8:1
monetize (1)
    7:10
money (1)
    8:1
months (1)
    8:18
moral (1)
    6:9
more (1)
    7:4
MORRISON (24)
    4:3,4,7,11,22;5:4,12,
    15,18,22;6:2,7,14,21;
    7:2,11,14,16;8:23;9:1,3,
    5,10,12
Morrison's (2)
    7:21;8:12

**N**

Neither (1)
    7:25
nevertheless (1)
    5:14
Number (1)
    4:2

**O**

obligation (1)
    6:10
obligations (2)
    6:9;7:12
obviously (2)
    6:23;8:6
o'clock (3)
    9:6,7,9
office (1)
    8:13
one (4)
    7:11,24,25;8:4
operating (1)
    8:15
option (1)
    6:22

out (2)
    4:17;8:3
over (1)
    5:23
own (1)
    6:24
owns (1)
    7:24

**P**

pay (3)
    6:8,10;7:12
payment (1)
    4:18
Perfect (1)
    9:10
performs (1)
    7:5
period (1)
    6:24
person (2)
    6:15;7:4
plan (1)
    4:18
plans (1)
    7:4
please (1)
    9:4
Plus (1)
    7:5
PM (1)
    9:14
point (1)
    4:22
posi (1)
    6:3
position (1)
    5:6
possibility (1)
    7:11
possible (1)
    6:21
practice (1)
    6:17
problems (1)
    4:13
proceedings (1)
    9:14
procured (1)
    4:15
property (5)
    5:17,19,24;6:1;8:3
provided (1)
    8:13

**R**

rabbi (2)
    6:9;7:24
real (2)
    5:17,19
really (4)

    4:24;6:3,16,17
related (1)
    7:24
rental (1)
    7:25
reports (1)
    8:16
required (2)
    7:7;8:13
resistant (1)
    8:6
Right (4)
    5:21;7:15,18;9:9
road (1)
    8:9
route (1)
    6:11
run (1)
    8:3

**S**

saying (2)
    5:4,5
schedule (1)
    5:19
schedules (2)
    5:14,23
seek (1)
    7:10
seem (1)
    6:17
sense (1)
    9:1
separate (1)
    5:10
services (2)
    7:6,24
shut (1)
    8:3
sic (1)
    4:15
sick (2)
    6:16;8:6
small (3)
    7:3,5,6
soon-to-be (1)
    8:4
Sorry (1)
    6:13
sounds (1)
    6:19
spouses (1)
    4:23
States (1)
    4:5
status (2)
    4:8,8
stay (1)
    4:19
stroke (2)
    4:13;6:16
suffered (1)

    4:13
supposed (1)
    8:14
sure (1)
    6:19
sympathetic (2)
    6:15;8:5

**T**

throat (1)
    7:17
today (1)
    4:8
Trustee (2)
    4:6;7:9
try (2)
    6:24;7:12
trying (1)
    5:12
twenty (1)
    6:17
two (4)
    6:4;7:7,23;8:18

**U**

Um-hum (4)
    4:10;8:8,11;9:13
unable (1)
    4:16
unfortunate (1)
    6:15
United (1)
    4:5

**V**

value (1)
    7:9

**W**

wants (3)
    6:7,8;7:12
what's (2)
    5:16;7:1
Whereupon (1)
    9:14
William (1)
    4:5
without (1)
    4:16
work (1)
    6:25

**Y**

years (1)
    6:17

eScribers, LLC | (973) 406-2250
operations@escribers.net | www.escribers.net