# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: frandazzo | Date Created: 6/15/2015 |
| Case: 1−15−41069−cec | Form ID: 295 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty Lawrence Morrison morrlaw@aol.com

 TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db Brian Denker 25 Boerum Street, Apt 18E Brooklyn, NY 11206
 Lawrence Morrison Morrison−Tenebaum LLC 87 Walker Street Floor 2 New York, NY 10013
 William E. Curtin Office of the United States Trustee 201 Varick Street Suite 1006 New York, NY 10014

 TOTAL: 3