# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

IN RE:                                                   CASE NUMBER: 115-41069-CEC

    Brian H. Denker-Youngs                              11
                                                         JUDGE   Carla E. Craig

DEBTOR.                                                  CHAPTER 11

---

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM   1-Apr-15   *   30-Apr-15

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:   5/27/2015

Lawrence Morrison, Esq.
Attorney for Debtor

Brian Denker-Youngs
516-462-0895
25 Boerum Street #18E
Brooklyn, NY 11206

Attorney's Address
and Phone Number:
Morrison Tenenbaum PLLC
87 Walker Street - 2nd Floor
New York, NY 10013
Bar No _____
Tel. _____ 212-620-0938

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website:
http://www.justice.gov/ust/r20/index.htm
1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: Brian H. Denker-Youngs
Case Number: 115-41068-CEC

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

|  | Month Apr-15 | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $118.52 |  |
| CASH- Beginning of Month (Business) | N/A |  |
| Total Household Receipts | $6,952.08 |  |
| Total Business Receipts |  |  |
| Total Receipts | $6,952.08 | $7,070.60 |
| Total Household Disbursements | $3,844.49 |  |
| Total Business Disbursements |  |  |
| Total Disbursements | $3,844.49 | $3,844.49 |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | $3,107.59 |  |
| CASH- End of Month (Individual) | $3,100.36 |  |
| CASH- End of Month (Business) |  |  |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | $3,844.49 |  |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | $0.00 |  |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION |  |  |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This 27 day of May 2015    Debtor's Signature

Monthly Operating Report - Individual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month 4/1/2015 | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | $118.52 | $118.52 |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | $6,952.08 | $6,952.08 |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| **TOTAL RECEIPTS** | $6,952.08 | $6,952.08 |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts -*family celebration* | $80.75 | |
| Household Expenses/Food/Clothing | $515.39 | |
| Household Repairs & Maintenance | | |
| Insurance | $196.06 | |
| IRA Contribution | | |
| Lease/Rent Payments | $350.00 | |
| Medical/Dental Payments | $72.13 | |
| Mortgage Payment(s) | $850.00 | |
| Other Secured Payments | $20.00 | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | $343.04 | |
| Tuition/Education | $160.00 | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $181.15 | |
| Vehicle Expenses | | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | $108.37 | |
| Other (attach schedule) - pocket cash / cigarettes / miscellaneous | $933.60 | |
| Bank Fees | $34.00 | |
| **Total Household Disbursements** | $3,844.49 | $0.00 |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | $3,107.59 | $6,952.08 |

MONTHLY OPERATING REPORT
INDIVIDUAL

ATTACHMENT NO. 1

## QUESTIONNAIRE

| # | Question | | YES* | NO |
|---|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account? | account to close out to TD Bank | X | |
| 3 | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | | X |
| 4 | Have any payments been made on pre-petition liabilities this reporting period? | | | X |
| 5 | Have any post-petition loans been received by the debtor from any party? | | | X |
| 6 | Are any post-petition payroll taxes past due? | | | X |
| 7 | Are any post-petition state or federal income taxes past due? | | | X |
| 8 | Are any post-petition state or local sales taxes past due? | | | X |
| 9 | Are any post-petition real estate taxes past due? | | | X |
| 10 | Are any amounts owed to post-petition creditors/vendors delinquent? | | | X |
| 11 | Are any wage payments past due? | | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

## INSURANCE INFORMATION

| # | Question | YES | NO* |
|---|---|---|---|
| 1 | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | I don't know |
| 2 | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

## CONFIRMATION OF INSURANCE

| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|
| Renters Insurance - Assurant Specialty Property thru GEICO | 03/01/15-03/01/16 | $265 broken out 4 payments | |
| Automobile Insurance - GEICO | 02/01/2015 - 08/01/2015 | $853.70 / 6 months / 6 pay | |
| Umbrella Policy - GEICO | 01/01/2014 - 01/01/2015 | ~$281 | |
| General Business Liability - FOREMOST | 06/17/2014 - 06/17/2015 | $1112 broken out monthly | |
| Homeowners - Kingstone Insurance | 10/11/2014 - 10/11/2015 | $2592 rolled into mortgage | |

___ Check here if United States Trustee has been listed as a Certificate Holder on all policies of insurance.

### DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

My estranged spouse upon information and belief has continued to open more utility accounts in my name, increasing my debt amount. On May 6, 2015, he was arrested and charged with 5 counts of Criminal possession of stolen property, criminal possession of personal identification, petit larceny, and criminal contempt. A return again once again has been push out to May 28 for a final hearing on our marital home and occupancy and possession for which he has drained all of the equity in the house. Bethpage Federal Credit Union has agreed to a disputed account take-over and Equifax has removed the $123,737 from my credit file; awaiting the same resolutions from Experian and Transunion. Important to note that upon information and belief, at the time the HELOC was issued, I was NOT insured under my homeowners or flood policies due to fraudulent representations by my estranged spouse and his friend who is serving as the insurance agent.

As a result of my involuntary remand to Brooklyn (and recent admission by my estranged spouse to the Supreme Court that he intentionally mislead the court and lied to get me ousted from my home and location of Modern Divinities and LongIslandCHuppah.com businesses) currently Modern Divinities is projecting a potential loss now totaling approximately $27,000 YTD from a new chuppah service LongIslandChuppah.com. Thus my income from the businesses have also been drastically affected. Being relocated is not only have profound affects on my health and well being but that too of any financial stability.

Attached to this I am supplying background documentation with respect to the issue around the HELOC as well as copies of the checks written incurring such debts and my communications with Chase attempting to rectify the situation on my own which is a struggle. Also, please find several communications regarding the insurance for my home and the fraudulent activity committed by my estranged spouse and his friend Ken Bell. I have incurred nearly $5000 in legal fees associated with this misrepresentation and filed a small claims action to recoupe however have been informed the agenda has now counter filed against me

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement [signature]

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Citibank | TD Bank | | |
| Account Number: | ▇▇▇▇5160 | ▇▇▇▇8847 | | |
| Purpose of Account (Business/Personal) | Personal | DIP | | |
| Type of Account (e.g. checking) | Checking | Checking | | |
| 1. Balance per Bank Statement | Closed out awaiting statement - online access to it not available | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | $241.00 | $3,188.36 | | |
| TOTAL OF ALL ACCOUNTS | | | | |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3A

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | | Citibank | TD Bank |
|---|---|---|---|
| Account Number | | 5160 | 8847 |
| Purpose of Account (Personal) | | Personal | DIP |
| Type of Account (e.g., Checking) | | Checking | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 4/1/2015 | Lindsay Park Housing Corp | April Rent | $850.00 |
| 340 | 4/2/2015 | Mercedes Benz Financial Services | Checks | $350.00 |
| | 4/2/2015 | Google Services Appls | Home office apps | $15.00 |
| | 4/2/2015 | Tata | House Cleaning | $80.00 |
| | 4/2/2015 | Gas | Gas | $30.00 |
| | 4/3/2015 | Debit Card Purchase ONLINE 877-4249999 MA | Other Expenses | $3.99 |
| | 4/3/2015 | Time Warner Cable | Cable/Satellite Services | $132.67 |
| | 4/8/2015 | Online Services | Online Services | $22.86 |
| | 4/9/2015 | Tata | House Cleaning | $80.00 |
| | 4/10/2015 | DivorceSource.net online reference | Online Services | $8.95 |
| | 4/10/2015 | Deposit | Deposits | $140.00 |
| | 4/11/2015 | Gas | Gas | $30.00 |
| | 4/13/2015 | Walgreens | Healthcare/Medical | $54.35 |
| | 4/14/2015 | Parking Meter | Travel | $7.00 |
| | 4/14/2015 | Parking Meter | Travel | $7.00 |
| | 4/14/2015 | Debit Card Purchase NS ENT 888-207-4534 CHARL | Other Expenses | $15.00 |
| | 4/14/2015 | Olio Pizza New York | Restaurants/Dining | $44.65 |
| | 4/15/2015 | Walgreens | Healthcare/Medical | $17.78 |
| | 4/15/2015 | Taxi | Travel | $26.28 |
| | 4/16/2015 | Gas | Travel | $25.00 |
| | 4/16/2015 | Tata | House Cleaning | $100.00 |
| | 4/17/2015 | AT&T Wireless | Pocket Money | $150.00 |
| | 4/17/2015 | MOHELA | School Loan | $160.00 |
| | 4/17/2015 | Cash Withdrawal | ATM/Cash Withdrawals | $200.00 |
| | 4/17/2015 | Deposit | Deposits | $62.86 |
| | 4/17/2015 | Food | Food | $4.10 |
| | 4/18/2015 | Personal Items | Cigarettes | $15.56 |
| | 4/19/2015 | Walgreens | Personal Items / Cigarettes | $46.27 |
| | 4/20/2015 | Experian Credit Report | Online Services | $21.67 |
| | 4/20/2015 | NSF Fee | Service Charges/Fees | $34.00 |
| | 4/21/2015 | Gas | Gas | $30.00 |
| | 4/21/2015 | iTunes | Entertainment | $14.14 |
| | 4/21/2015 | Parking Garage | Parking | $23.00 |
| | 4/21/2015 | Radio Shack | CD Drive external | $65.31 |
| | 4/22/2015 | GiftRocket.com - reimbursement | Family Gift | $80.75 |
| | 4/22/2015 | Taxi | Travel | $27.17 |
| | 4/23/2015 | Cash Withdrawal | Pocket Money | $150.00 |
| | 4/23/2015 | Account Close Out transfer to TD Bank | Transfers | $240.78 |
| | 4/23/2015 | Starbucks | Food | $2.28 |
| | 4/23/2015 | Tata | House Cleaning | $80.00 |
| | 4/25/2015 | Seamless | Food | $13.04 |
| | 4/25/2015 | Gas | Travel | $25.00 |
| | 4/26/2015 | Seamless | Food | $19.25 |
| 634479 | 4/27/2015 | Clerk of the Court | Filing Fee | $20.00 |
| | 4/27/2015 | Cash reimbursement for Staples | Home office supplies | $28.06 |
| | 4/27/2015 | Café Colette | Food | $34.35 |
| | 4/28/2015 | Sushi Samba | Food | $22.37 |
| 99 | 4/29/2015 | NYC Dept Finance | Parking Ticket | $35.00 |
| 100 | 4/29/2015 | NYC Dept Finance | Parking Ticket | $65.00 |
| | 4/29/2015 | Gas | Gas | $30.00 |
| | 4/29/2015 | Parking Garage - cash | Travel | $24.00 |
| | 4/30/2015 | Tata | House Cleaning | $80.00 |
| | | Total | | $3,844.49 |

# TD Bank
*America's Most Convenient Bank®*



T    **STATEMENT OF ACCOUNT**

108057 06DD1E07 1 100000
BRAIAN H DENKER YOUNGS
DEBTOR IN POSSESSION DIP#1-15-41069-CEC
25 BOERUM ST APT 18E
BROOKLYN NY  11206



Page:                              1 of 2
Statement Period:    Apr 17 2015-Apr 17 2015
Cust Ref #:
Primary Account #:                  8847



## TD Convenience Checking
BRAIAN H DENKER YOUNGS
DEBTOR IN POSSESSION DIP#1-15-41069-CEC

Account #                          8847

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 900.00 |
| Deposits | 1,050.00 | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 150.00 | Days in Period | 1 |
| Ending Balance | 900.00 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/17 | DEPOSIT | 1,050.00 |
| | Subtotal: | 1,050.00 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/17 | DEBIT | 150.00 |
| | Subtotal: | 150.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE |
|---|---|
| 4/17 | 0.00 |
| 4/17 | 900.00 |

Call **1-800-937-2000** for 24-hour Bank-by-Phone services or connect to **www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

5/22/2015 | TD Bank Online Banking

Account History between the banking dates of 04/01/2015 and 04/30/2015

| Date | Type | Description | Debit | Credit |
|---|---|---|---|---|
| 04/30/2015 | DIRECTDEP | FROST &amp; SULLIVAN PAYROLL | | $2,317.36 |
| 04/29/2015 | DEBIT | NYC DOF PV CHECKPAYMT | $35.00 | |
| 04/29/2015 | DEBIT | NYC DOF PV CHECKPAYMT | $65.00 | |
| 04/27/2015 | CHECK | CHECK CHECK # 634479 | $20.00 | |
| 04/23/2015 | DEBIT | DEBIT | $150.00 | |
| 04/23/2015 | DEP | DEPOSIT | | $241.00 |
| 04/17/2015 | DEBIT | DEBIT | $150.00 | |
| 04/17/2015 | DEP | DEPOSIT | | $1,050.00 |

1-888-751-9000    © 2015 TD Bank, N.A. All Rights Reserved

| Status | Date | Original De Split Type | Category | Currency | Amount | User Descr Memo | Classificati Simple Description |
|---|---|---|---|---|---|---|---|
| posted | 4/23/2015 | Other Transfer | Transfers | $ | -240.78 | | Personal |
| posted | 4/21/2015 | Debit Card Purchase APL* ITUNE | Entertainment | $ | -14.14 | | Personal |
| posted | 4/21/2015 | Debit Card Purchase 1PIERRPOR Other Expenses | | $ | -.23 | | Personal |
| posted | 4/20/2015 | Debit Card Purchase EXPERIAN * Online Services | | $ | -21.67 | | Personal |
| posted | 4/20/2015 | Returned Check/NSF Fee | Service Charges/Fee | $ | -34 | | Personal |
| posted | 4/17/2015 | Payment MOHELA 010212 DA | Education | $ | -160 | | Personal |
| posted | 4/17/2015 | Cash Withdrawal | ATM/Cash Withdraw | $ | -200 | | Personal |
| posted | 4/17/2015 | Deposit | Deposits | $ | 62.86 | | Personal |
| posted | 4/15/2015 | Debit Card Purchase WALGREEN | Healthcare/Medical | $ | -17.78 | | Personal |
| posted | 4/15/2015 | ACH Electronic Debit FID BKG SV | Transfers | $ | -50 | | Personal |
| posted | 4/14/2015 | Debit Card Purchase NYCDOT PA | Travel | $ | -7 | | Personal |
| posted | 4/14/2015 | Debit Card Purchase NYCDOT PA | Travel | $ | -7 | | Personal |
| posted | 4/14/2015 | Debit Card Purchase NS ENT 888 | Other Expenses | $ | -15 | | Personal |
| posted | 4/14/2015 | Debit Card Purchase OLIO PIZZA | Restaurants/Dining | $ | -44.65 | | Personal |
| posted | 4/13/2015 | Debit PIN Purchase WALGREENS | Healthcare/Medical | $ | -54.37 | | Personal |
| posted | 4/10/2015 | Debit Card Purchase WWW DIVC | Online Services | $ | -8.95 | | Personal Walgreens |
| posted | 4/10/2015 | Deposit | Deposits | $ | 140 | | Personal |
| posted | 4/8/2015 | Debit Card Purchase CHKMATE*I | Online Services | $ | -22.86 | | Personal Instant check mate |
| posted | 4/3/2015 | Debit Card Purchase ONLINE 877 | Other Expenses | $ | -3.99 | | Personal |
| posted | 4/3/2015 | Debit Card Purchase TWC*TIME | Cable/Satellite Servi | $ | -132.67 | | Personal Time Warner Cable |
| posted | 4/3/2015 | Returned Check/NSF Fee | Service Charges/Fee | $ | -34 | | Personal |
| posted | 4/2/2015 | Check # 340 | Checks | $ | -350 | | Personal |
| posted | 4/1/2015 | Payment LINDSAY PARK HOUSIN | Credit Card Payment | $ | -850 | | Personal |