# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER: 115-41069-CEC |
| | } | |
| Brian H. Denker-Youngs | } | 11 |
| | } | JUDGE   Carla E. Craig |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
**FROM** 1-May-15    **TO** 31-May-15

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 6/2/2015

Lawrence Morrison, Esq.
Attorney for Debtor

Brian Denker-Youngs
516-462-0895
25 Boerum Street #18F
Brooklyn, NY 11206

Attorney's Address
and Phone Number:
Morrison Tenenbaum PLLC
87 Walker Street - 2nd Floor
New York, NY 10013
Bar No _____
Tel. _____ 212-620-0938

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website.
http://www.justice.gov/ust/r20/index.htm
1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month 5/1/2015 | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | $3,188.36 | $3,188.36 |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | $4,724.70 | $7,913.06 |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| **TOTAL RECEIPTS** | $4,724.70 | $7,913.06 |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts - *relative ill* | $69.85 | |
| Household Expenses/Food/Clothing | $902.40 | |
| Household Repairs & Maintenance | | |
| Insurance | $168.66 | |
| IRA Contribution | | |
| Lease/Rent Payments | $1,575.00 | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | $535.72 | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | $31.05 | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $271.29 | |
| Vehicle Expenses | | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | $325.00 | |
| Professional Fees (Legal, Accounting) | $631.67 | |
| Other (attach schedule) - pocket cash / cigarettes / miscellaneous | $430.33 | |
| Other Cash | $350.00 | |
| **Total Household Disbursements** | $5,290.97 | $0.00 |
| CASH - End of Month (Must equal reconciled bank statement- Attachment No. 2) | $2,619.80 | $2,622.09 |

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 1

### QUESTIONNAIRE

| # | Question | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. | Have any post petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | X |
| 7. | Are any post-petition state or federal income taxes past due? | | X |
| 8. | Are any post-petition state or local sales taxes past due? | | X |
| 9. | Are any post-petition real estate taxes past due? | | X |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

### INSURANCE INFORMATION

| # | Question | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | I don't know |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

### CONFIRMATION OF INSURANCE

| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|
| Renters Insurance - Assurant Specialty Property thru GEICO | 03/01/15 - 03/01/16 | $265 broken out 4 payments | |
| Automobile Insurance - GEICO | 02/01/2015 - 08/01/2015 | $853.70 / 6 months / 6 pay | |
| Umbrella Policy - GEICO | 01/01/2014 - 01/01/2015 | -$281 | |
| General Business Liability - FOREMOST | 06/17/2014 - 06/17/2015 | $1112 broken out monthly | |
| Homeowners - Kingstone Insurance | 10/11/2014 - 10/11/2015 | $2592 rolled into mortgage | |

___ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Husband has filed a false police report and on May 26, 2015 two suffolk county detectives showed up at my apartment with handcuffs and shakles to arrest me after showing them various documents of fraudulent acts my estranged husband has committed against me, the detectives left. Raiser & Keneiff are following up. Insurance agent Ken Bell has filed a counter claim law suit against me (unsure as to why), awaiting Supreme Court decision on Occupancy and Possession; have urged matrimonial attorney to alert Supreme Court as to insurance fraud committed against property and I by my husband as i feel it is an important detail in the court's decision

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: [signature]

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD Bank | | | |
| Account Number: | ▮▮▮▮8847 | | | |
| Purpose of Account (Business/Personal) | DIP | | | |
| Type of Account (e.g. checking) | Checking | | | |
| 1. Balance per Bank Statement | | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | $2,619.80 | | | |
| TOTAL OF ALL ACCOUNTS | | | | |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3A

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | TD Bank |
|---|---|
| Account Number | ▮▮▮▮8847 |
| Purpose of Account (Personal) | DIP |
| Type of Account (e.g., Checking) | Checking |

| Check # | Date | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 995003 | 5/29/2015 | Lexington | Divorce appraisal of pension | -$275.00 |
|  | 5/28/2015 | 7-Eleven | Cigarettes / drink / snack | -$31.87 |
|  | 5/28/2015 | Giftree | gift for terminal ill relative in hospital | $69.85 |
|  | 5/27/2015 | Staples | home office materials | $148.62 |
| 109 | 5/27/2015 | Check #: 109 Lexington | Divorce appraisal of pension | $275.00 |
|  | 5/26/2015 | NYC DOT Parking | parking meter | -$1.00 |
|  | 5/26/2015 | Brooklyn Harvest | food for house | -$27.35 |
|  | 5/26/2015 | Jericho Restaurant | dinner | -$30.05 |
|  | 5/26/2015 | 7 Eleven | Cigarettes / drink / snack | -$33.56 |
|  | 5/26/2015 | WeddingWire | Online directory service for Rabbi wedding gigs | -$81.67 |
| 995008 | 5/26/2015 | Foremost Insurance | Liability insurance | $92.66 |
|  | 5/26/2015 | reimbursement to sister's chase | meals / gas expenses | $303.76 |
|  | 5/22/2015 | Walgreens | toiletries, house hold snacks | $73.42 |
|  | 5/21/2015 | Cash Withdrawal | Cash | -$100.00 |
|  | 5/20/2015 | Walgreens | Cigarettes / drink / snack | -$25.28 |
|  | 5/20/2015 | Staples | Ink for printer | -$71.56 |
|  | 5/18/2015 | New York State Department of Motor | license | -$17.50 |
|  | 5/18/2015 | Walgreens | toiletries, house hold snacks | -$84.98 |
|  | 5/18/2015 | US Trustee Quarterly Payment | Trustee | -$325.00 |
|  | 5/18/2015 | Mercedes Benz Financial Services | Car Lease | -$600.00 |
|  | 5/15/2015 | Rite Aid | Cigarettes / drink / snack | -$29.24 |
|  | 5/14/2015 | Bank of America reimbursement | personal expense on F&S corp card | -$60.49 |
|  | 5/14/2015 | Rite Aid | toiletries, house hold snacks | -$67.94 |
|  | 5/13/2015 | reimbursement to sister's chase | meals / gas expenses | -$110.98 |
| 995005 | 5/13/2015 | Lindsay Park Housing Corp | Brooklyn apt | -$975.00 |
|  | 5/11/2015 | Geico | Brooklyn Apt Insurance | $76.00 |
|  | 5/11/2015 | Cash Withdrawal | Cash | $140.00 |
| 104 | 5/6/2015 | Check for Reimbursement of Cash Expenses | Cash | $57.24 |
| 102 | 5/6/2015 | Cable Payment | Time Warner Cable | $132.60 |
| 103 | 5/6/2015 | AT&T Wireless | Cell Phone | $138.69 |
| 107 | 5/5/2015 | Monthly Cleaning | Tata House Cleaning | $225.00 |
|  | 5/1/2015 | HARLAND CLARKE Checking Account | Check Order | $11.95 |
| 98 | 5/1/2015 | Mercedes Benz Financial Services | Bring current lease | $600.00 |
| Total |  |  |  | ($6,293.26) |

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: Brian H. Denker-Youngs
Case Number: 115-41068-CEC

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

|  | Month May-15 | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $3,188.36 |  |
| CASH- Beginning of Month (Business) | N/A |  |
|  |  |  |
| Total Household Receipts | $4,724.70 |  |
| Total Business Receipts |  |  |
| Total Receipts | $4,724.70 |  |
|  |  |  |
| Total Household Disbursements | $5,293.26 |  |
| Total Business Disbursements |  |  |
| Total Disbursements | $5,293.26 |  |
|  |  |  |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | ($568.56) |  |
|  |  |  |
| CASH- End of Month (Individual) | $2,622.09 |  |
| CASH- End of Month (Business) |  |  |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | $5,293.26 |
|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | $0.00 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | $325.00 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This __2__ day of __June__ 20__15__            _[signature]_
                                                            Debtor's Signature

Monthly Operating Report - Individual

6/2/2015          TD Bank Online Banking

Account History between the banking dates of 05/01/2015 and 05/31/2015

| Date | Type | Description | Debit | Credit |
|---|---|---|---|---|
| 05/29/2015 | CHECK | CHECK # 995003 | $275.00 | |
| 05/29/2015 | DIRECTDEP | FROST & SULLIVAN PAYROLL | | $2,326.36 |
| 05/28/2015 | POS | DDA PURCH W/CB *2021 ODMP8M01 7 ELEVEN CENTRAL ISLIP * NY | $31.87 | |
| 05/28/2015 | DEBIT CARD | VISA DDA PUR 439468 GIFTTREE 360 699 0772 * WA | $69.85 | |
| 05/27/2015 | POS | DDA PURCH W/CB *2021 319838 STAPLES INC BROOKLYN * NY | $148.67 | |
| 05/27/2015 | CHECK | CHECK # 109 | $275.00 | |
| 05/26/2015 | DEBIT CARD | VISA DDA PUR 475541 NYCDOT PARKING METERS LONG IS CITY * NY | $1.00 | |
| 05/26/2015 | DEBIT CARD | VISA DDA PUR 442733 BROOKLYN HARVEST BROOKLYN * NY | $27.35 | |
| 05/26/2015 | DEBIT CARD | VISA DDA PUR 476501 JERICHO RESTAURANT SYOSSET * NY | $30.05 | |
| 05/26/2015 | POS | DDA PURCH W/CB *2021 D0MU6801 7 ELEVEN SYOSSET * NY | $33.56 | |
| 05/26/2015 | DEBIT CARD | VISA DDA PUR 449215 WEDDINGWIRE 301 231 9473 * MD | $81.67 | |
| 05/26/2015 | CHECK | CHECK # 995008 | $92.66 | |
| 05/26/2015 | DEBIT | CHASE CARD SERV ONLINE PMT | $303.76 | |
| 05/22/2015 | POS | DDA PURCH W/CB *2021 W0436321 WALGREENS BROOKLYN * NY | $73.42 | |
| 05/21/2015 | ATM | DDA WITHDRAW *2021 TW04C089 410 NEW YORK AVE HUNTINGTON * NY | $100.00 | |
| 05/20/2015 | DEBIT CARD | VISA DDA PUR 444500 WALGREENS 4363 BROOKLYN * NY | $25.28 | |
| 05/20/2015 | POS | DDA PURCH W/CB *2021 319838 STAPLES INC BROOKLYN * NY | $71.56 | |
| 05/18/2015 | DEBIT CARD | VISA DDA PUR 475541 NEW YORK STATE DMV 518 4740904 * NY | $17.50 | |
| 05/18/2015 | POS | DDA PURCH W/CB *2021 W0436322 WALGREENS BROOKLYN * NY | $84.98 | |
| 05/18/2015 | CHECK | CHECK # 995005 | $325.00 | |
| 05/18/2015 | DEBIT | MERCEDES BENZ ONLINE PMT | $600.00 | |
| 05/15/2015 | DEBIT CARD | VISA DDA PUR 479262 RITE AID STORE 10580 BROOKLYN * NY | $29.24 | |
| 05/15/2015 | DIRECTDEP | FROST & SULLIVAN PAYROLL | | $2,398.34 |
| 05/14/2015 | CHECK | CHECK # 101 | $60.49 | |
| 05/14/2015 | POS | DDA PURCH W/CB *2021 319140 RITE AID CORP BROOKLYN * NY | $67.94 | |
| 05/13/2015 | DEBIT | CHASE CARD SERV ONLINE PMT | $110.98 | |
| 05/13/2015 | CHECK | CHECK # 995001 | $975.00 | |

https://onlinebanking.tdbank.com/accts/acct_history_print.asp#sort     1/2

6/2/2015                                                                                         TD Bank Online Banking

| Date | Type | Description | Amount |
|---|---|---|---|
| 05/11/2015 | DEBIT | GEICO ONLINE PMT | $76.00 |
| 05/11/2015 | ATM | DDA WITHDRAW *2021 TW048901 765 MANHATTAN AVENUE NEW YORK * NY | $140.00 |
| 05/06/2015 | CHECK | CHECK # 104 | $57.24 |
| 05/06/2015 | CHECK | CHECK # 102 | $132.60 |
| 05/06/2015 | CHECK | CHECK # 103 | $138.69 |
| 05/05/2015 | CHECK | CHECK # 107 | $225.00 |
| 05/01/2015 | DIRECTDEBIT | HARLAND CLARKE CHK ORDERS | $11.95 |
| 05/01/2015 | DEBIT | MERCEDES CHECKPAYMT Check # 98 | $600.00 |