# MORRISON TENENBAUM PLLC

**ATTORNEYS AT LAW**
**87 WALKER STREET, FLOOR 2**
**NEW YORK, NEW YORK 10013**
Tel 212-620-0938 Fax 646-390-5095

July 7, 2015

**Via CM/ECF**

Honorable Carla E. Craig
United States Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East, Courtroom 3529
Brooklyn, New York 11201-1800
Attention: Tracie Leonard
Courtroom Deputy

**RE:    15-41069(CEC) Brian Denker**

Dear Ms. Leonard:

This letter will confirm that the hearing on status conference scheduled for July 15, 2015 has been adjourned on consent of the Office of the United States Trustee to **August 19, 2014 at 3:00 p.m.**

Please do not hesitate to contact our office with any questions or concerns.

Respectfully Submitted,

/s/ Lawrence Morrison
Lawrence Morrison, Esq.

CC: Bill Curtin, Esq. Via ECF