**LaMonica Herbst & Maniscalco, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
(516) 826-6500
Salvatore LaMonica, Esq.
Jacqulyn S. Loftin, Esq.
*Attorneys for Edward John Denker Youngs*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

                                                   Chapter 11

BRIAN DENKER,                            Case Number 15-41069-CEC

          Debtor.
---------------------------------------------------------x

### NOTICE OF APPEARANCES AND
### DEMAND FOR SERVICE OF PAPERS

      **PLEASE TAKE NOTICE,** that the undersigned hereby appears on behalf of Edward John Denker Youngs and demands, pursuant to Rules 2002, 4006, 9007, 9010, 9013, and 9022 of the Federal Rules of Bankruptcy Procedure and section 342 of Title 11 of the United States Code (the "Bankruptcy Code"), and any other rules or sections of the Bankruptcy Code and Local Bankruptcy Rules as may be applicable in this case governing notice, that all notices be given or requested to be given in this case and all papers and pleadings served or required to be served in this case be given to and served upon the following:

Salvatore LaMonica, Esq.
SL@lhmlawfirm.com
Jacqulyn S. Loftin, Esq.
JSL@lhmlawfirm.com
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
(516) 826-6500

Dated:  August 6, 2015
           Wantagh, New York

                                        Respectfully submitted,

                                        **LaMonica Herbst & Maniscalco, LLP**
                                        Counsel to Edward John Denker Youngs

                        By:    *s/ Jacqulyn S. Loftin*
                                 Jacqulyn S. Loftin, Esq.
                                 A Partner of the Firm
                                 3305 Jerusalem Avenue, Suite 201
                                 Wantagh, New York 11793
                                 (516) 826-6500

TO:    Lawrence Morrison, Esq.
87 Walker Street Floor 2
New York, NY 10013
*Attorneys for the Debtor*

OFFICE OF THE UNITED STATES TRUSTEE
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014-9449

*\\lhmserver\data\Documents\Company\Cases\Youngs, Edward\NOA- Brian Denker Bk Case.doc*