**LaMonica Herbst & Maniscalco, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
(516) 826-6500
Salvatore LaMonica, Esq.
Jacqulyn S. Loftin, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

                                                  Chapter 11

BRIAN DENKER,                         Case No. 15-41069-CEC

              Debtor.
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NASSAU    )

       DANIELLE GEORGE, being duly sworn, deposes and says:

       Deponent is not a party to the action, is over 18 years of age and resides in Lindenhurst, NY.

       On August 6, 2015, deponent served the *Notice of Appearances and Demand for Service of Papers* by First-Class Mail upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York.

To:    \*\*See annexed Service List\*\*

                                                        *s/ Danielle George*
                                                        Danielle George

Sworn to before me this
6th day of August 2015

*s/ Angela Colucci*
Angela Colucci
Notary Public, State of New York
No. 4674875
Qualified in Nassau County
Commission Expires July 31, 2018

## **SERVICE LIST**

Lawrence Morrison, Esq.
87 Walker Street, Floor 2
New York, NY 10013
*Attorneys for the Debtor*

OFFICE OF THE UNITED STATES TRUSTEE
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014-9449

*M:\Documents\Company\Cases\Youngs, Edward\AOS - NOA.doc*