**MORRISON TENENBAUM, PLLC**
**ATTORNEYS AT LAW**
**87 WALKER STREET FLOOR 2**
**NEW YORK, NY 10013**
**Tel 212-620-0938**
**Cell 347-236-2895**

VIA ECF AND EMAIL

August 6, 2015

Chief Judge Carla E. Craig
United States District Court
Eastern District of New York
271-C Cadman Plaza East, Courtroom 3529
Brooklyn, NY  11201

Re:     <u>In re:  Brian Denker</u>, Case No. 15-41069 (CEC)

Dear Judge Craig:

We are counsel to Brian Denker the Chapter 11 debtor herein. We are in receipt of a letter from Jacqulyn Somers Loftin counsel to the debtor's husband Edward J Denker - Youngs  filed on the docket a few moments ago.

We consent to an extension of time to respond to our motion for a 2004 examination of Mr. Denker-Youngs and request that the court set this matter down for a hearing on the first or second week of September.

In her letter Ms.Loftin claims that Mr. Denker -Young's was not served with the 2004 motion. He was served twice. A copy of both affidavits of service are now on the docket.

We had to serve Mr. Denker-Youngs a second time because he refused to sign for the priority envelope.

The debtor had filed an application seeking the 2004 examination of Mr. Denker Youngs with an objection deadline of August 4, 2015.

We dispute the contentions that a 2004 examination is not appropriate as these issues

separate from the matrimonial Proceeding and we respectfully submit the proper time to address these issues is on the return of the motion.

We do note that Ms. Loftin did not contact our offices to discuss a request for extra time or any issues about service. It is our customary practice to grant extensions of time and if counsel had contacted us we would have consented.

We therefore respectfully request that the court set down this matter for hearing in the first or second week of September.

Respectfully submitted

/s/ Lawrence Morrison

Lawrence Morrison


CC: Jacqulyn Somers Loftin, Esq via ECF

William Curtin, Esq Via ECF