MORRISON TENENBAUM PLLC
Lawrence F. Morrison, Esq.
87 Walker Street, Floor 2
New York, New York 10013
(212) 620-0938

**Presentment Date: 9/11/15 at 12:00 Noon**
**Objections due: 9/7/15 at 5:00 p.m.**
**Hearing Date, if necessary: 9/16/15 at 3:00 p.m.**

*Attorneys for the Debtor*

UNITED STATES BANKRUPTCY COURT
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re:                                                              Chapter 11

BRIAN DENKER,                                          Case No. 15-41069 (CEC)

                          Debtor.

-----------------------------------------------------------X

## NOTICE OF PRESENTMENT

      **PLEASE TAKE NOTICE**, that Brian Denker (the "**Debtor**"), by his attorneys,

Morrison Tenenbaum PLLC., will present the annexed motion and proposed order granting the

motion of the Debtor for entry of an Order **pursuant to 11 U.S.C. § 1112(a) granting Debtor's**

**motion to convert his bankruptcy proceeding from Chapter 11 to one under Chapter 7**, to

Honorable Carla E. Craig, Chief United States Bankruptcy Judge, in her Chambers located at

the United States Bankruptcy Court, 271 Cadman Plaza East, Room 3529, Brooklyn, New York

11201, on September 11, 2015 at 12:00 Noon (the "**Presentment Date**").

      **PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the annexed

Order must be made in writing and shall be filed with the Clerk of the Court, with a copy

delivered to the Chambers of the Honorable Carla E. Craig, Chief United States Bankruptcy

Judge, in her Chambers located at the United States Bankruptcy Court, 271 Cadman Plaza

East, Room 3529, Brooklyn, New York 11201 and served upon counsel to the Debtor,

Morrison Tenenbaum PLLC, 87 Walker Street, Floor , New York, New York 10013; and (ii)

the Office of the United States Trustee, 271 Cadman Plaza East, Brooklyn, New York 11201,

in order that they be received in hand by no later than 5:00 p.m., on September 7, 2015.  If any

objections are received, a hearing will be held on September 16, 2015 at 3:00 p.m.

**PLEASE TAKE FURTHER NOTICE**, that unless timely objections are

filed, the Order may be approved and entered by the Bankruptcy Court without a hearing.

**PLEASE TAKE FURTHER NOTICE**, that if objections are timely filed and

served, or if the Court so directs, a hearing will be held before the Honorable Carla E. Craig in

her Courtroom on a date to be determined.

Dated: New York, New York
       August 21, 2015

**MORRISON TENENBAUM PLLC**

By:  _/s/ Lawrence Morrison_
    Lawrence F. Morrison, Esq.
    87 Walker Street, 2nd Floor
    New York, NY 10013
    (212) 620-0938