UNITED STATES BANKRUPTCY COURT
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

In re:                                                Chapter 11

     BRIAN DENKER,                            Case No. 15-41069 (CEC)

                       Debtor.

------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK**  **)**
                      **) ss.:**
**COUNTY OF NEW YORK )**

     Nancy J. Neubauer, being duly sworn, deposes and says:

     1.     I am over the age of eighteen years and not a party to this action and reside in New York County.

     2.     On August 26, 2015, I caused the **amended NOTICE OF PRESENTMENT OF AND DEBTOR'S MOTION TO CONVERT FROM CHAPTER 11 TO CHAPTER 7 (correcting Presentment Time to 12:00 Noon on September 11, 2015) to be served by United States mail, first class, postage prepaid, upon:**

**NYS Department of Taxation and Finance**     **Internal Revenue Service**
**Bankruptcy Section**                                      **P.O. Box 7346**
**P.O. Box 5300**                                         **Philadelphia, PA**
**Albany, NY 12205**

Best Buy Co., Inc.                        **United States Trustee**
701 E. 60th Street                          **EDNY**
Sioux Falls, SD 57104-0432          **201 Varick Street, Room 1006**
                                              **New York, NY  10014-944**

**NYC Department of Finance**       **American Express**
**345 Adams Street, 3ʳᵈ Floor**       **Attn:  Legal/Bankruptcy**
**Attn:  Legal Affairs – Devora Cohn**  **P.O. Box 981537**
**Brooklyn, NY  11201-3719**        **El Paso, TX  7993-1535**

**Bank of America**                     **United States of America**
**Attn:  Legal/Bankruptcy**           **Secretary of the Treasury**
**P.O. Box 982238**                     **15ᵗʰ Street and Pennsylvania Avenue, N.W.**
**El Paso, TX 79998-2238**          **Washington, DC  20220-0001**

NY Unemployment Insurance
Attn:  Insolvency Unit
Bldg. #12, Room 236
Albany, NY  12240-0001

Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE  19850-5298

Citicards CBNA
P.O. Box 6241
Sious Falls, SD  57717-6241

Discover Bank
P.O. Box 15316
Wilmington, DE 19850-5316e

Macy's/DSNB
Attn:  Legal/Bankruptcy
P.O. Box 17759
Clearwater, FL  33762-0759

Mohela/Dept. of Ed.
633 Spirit Road
Chesterfield, MO  63006-1243

VW Credit, Inc.
1401 Franklin Blvd.
Libertyville, IL 60048-4460

Daimler Trust
c/o BK Servicing, LLC
P.O. Box 131265
Roseville, MN 55113-0011

Capital One
Attn:  Legal/Bankruptcy
P.O. Box 30253
Salt Lake City, UT  84132

Chase Bank USA, N.A.
1427 Roswell Road
Marietta, GA  30062

DFS Webbank
P.O. Box 81607
Austin, TX  78708-1607

Kohl's Corporation
P.O. Box 3115
Milwaukee, WI  53201

MB Financial Services
2050 Roanoke Road
Keller, TX  76262-9616

Nordstrom FSB
P.O. Box 13589
Scottsdale, AZ  85267-3589

Wells Fargo
P.O. Box 14517
Des Moines, IA 50306-3517

_____/s/ Nancy J. Neubauer_____
Nancy J. Neubauer

Sworn to and subscribed before me
this 27stday of August, 2015

/s/ Lawrence F. Morrison_____
Notary Public, No. 02MO6059654
Qualified in New York County
My Commission expires:  July 28, 2019