UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:

BRIAN DENKER,

              Debtor.
--------------------------------------------------------x

Chapter 11

Case Number 15-41069-CEC

# ORDER TO VACATE THE AUTOMATIC STAY
# PURSUANT TO §362(d)(1) OF THE BANKRUPTCY CODE

       Upon the motion of Edward John Denker Youngs ("Mr. Youngs"), by and through his attorneys, LaMonica Herbst & Maniscalco, LLP, seeking the entry of an Order vacating the automatic stay, under 11 U.S.C. § 362(d)(1) (the "Bankruptcy Code"), to allow the continuation of the matrimonial proceedings pending in New York State Supreme Court, Suffolk County (the "State Court"), in an action captioned: Edward John Denker-Youngs v. Brian H. Denker-Youngs, Index No. 14-16968 (the "Matrimonial Action"), for the State Court to make a final determination regarding the termination of the marriage between the Debtor and Mr. Youngs and all related issues in connection with the Matrimonial Action and granting such other, further and different relief as this Court deems proper; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and there having been no objections to the Motion filed; and a hearing having been held before the Honorable Carla E. Craig, United States Bankruptcy Chief Judge at the United States Bankruptcy Court for the Eastern District of New York on **October 22, 2015** (the "Hearing"); and good and sufficient cause having been shown; and upon the record set forth in open Court at the Hearing, the transcript of which is incorporated by reference herein; and it is hereby:

       **ORDERED**, that that the Motion is granted as set forth herein; and, it is further

**ORDERED**, that Mr. Youngs shall be granted relief from the automatic stay, pursuant to Bankruptcy Code § 362, to make a final determination regarding the termination of the marriage between the Debtor and Mr. Youngs and all related issues in connection with the Matrimonial Action.