**LaMonica Herbst & Maniscalco, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
(516) 826-6500
Salvatore LaMonica, Esq.
Jacqulyn S. Loftin, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

                                  Chapter 11
BRIAN DENKER,                        Case No. 15-41069-CEC

          Debtor.
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NASSAU     )

        ROSA R. LELLA, being duly sworn, deposes and says:

        Deponent is not a party to the action, is over 18 years of age and resides in Melville, NY.

        On September 22, 2015, deponent served the ***Notice of Motion to Vacate the Automatic Stay Pursuant to §362(d)(1) of the Bankruptcy Code with Declaration in Support of Motion for Relief from the Automatic Stay with Proposed Order*** by First-Class Mail upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York.

To:    **See annexed Service List**

                                                          *s/Rosa R. Lella*
                                                          ROSA R. LELLA

Sworn to before me this
22nd day of September 2015

*s/David A. Blansky*
David A. Blansky
Notary Public, State of New York
No. 02BL6008775
Qualified in Nassau County
Commission expires June 15, 2018

1

# SERVICE LIST

LAWRENCE MORRISON, ESQ.
87 Walker Street, Floor 2
New York, NY 10013-3530
*Attorney for Brian Denker*

OFFICE OF THE UNITED STATES TRUSTEE
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014-9449

*Courtesy copy to:*

Edward John Denker Youngs
33 Pennington Drive
Huntington, NY 11743

*Notice of Appearance:*

Daimler Trust
c/o BK SERVICING, LLC
PO Box 131265
Roseville, MN 55113-0011

*All Known Creditors/Claimants Of the Estate:*

AMERICAN EXPRESS
Attn: Legal/Bankruptcy
PO Box 981537
El Paso, TX 79998-1537

American Express Bank, FSB
c/o BECKET AND LEE LLP
POB 3001
Malvern, PA 19355-0701

BANK OF AMERICA
PO Box 982238
El Paso, TX 79998-2238

BEST BUY CO., INC.
701 East 60th Street
Sioux Falls, SD 57104-0432

Comenity Capital Bank/Paypal Credit
c/o WEINSTEIN & RILEY, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121-3132

CAPITAL ONE
Attn: Legal/Bankruptcy
PO Box 30253
Salt Lake City, UT 84130-0253

CHASE BANK USA, N.A
PO Box 15298
1427 Roswell Road
Marietta, GA 30062-3668

CHASE BANK USA, N.A.
PO Box 15298
Wilmington, DE 19850-5298

CITICARDS CBNA
PO Box 6241
Sioux Falls, SD 57117-6241

DFS/WEBBANK
PO Box 81607
Austin, TX 78708-1607

DISCOVER BANK
DISCOVER PRODUCTS INC.
PO Box 3025
New Albany, OH 43054-3025

DISCOVER FINANCIAL SERVICES LLC
PO Box 3025
New Albany, OH 43054-3025

KOHL' S CORPORATION
PO Box 3115
Milwaukee, WI 53201-3115

MB FINANCIAL SERVICES
2050 Roanoke Road
Keller, TX 76262-9616

MACY 'S/DSNB
Attn: Legal/Bankruptcy
PO Box 17759
Clearwater, FL 33762-0759

MOHELA/DEPT. OF ED
633 Spirit Drive
Chesterfield, MO 63005-1243

NORDSTROM FSB
PO Box 13589
Scottsdale, AZ 85267-3589

VW CREDIT, INC.
1401 Franklin Blvd.
Libertyville, IL 60048-4460

VW CREDIT, INC.
PO Box 9013
Addison, TX 75001-9013

WELLS FARGO
PO Box 14517
Des Moines, IA 50306-3517

WELLS FARGO CARD SERVICES
1 Home Campus, 3rd Floor
Des Moines, IA 50328-0001

*Applicable Taxing Authorities:*

CALIFORNIA STATE BOARD
OF EQUALIZATION
Attn: Russ Williams, MIC 55
P.O. Box 942879
Sacramento, CA 94279

INTERNAL REVENUE SERVICE
PO Box 7346
Philadelphia, PA 19101-7346

MICHIGAN DEPARTMENT
OF TREASURY
Tax Policy Division
Attn: Litigation Liason
2nd Floor, Austin Building
430 West Allegan Street
Lansing, MI 48922

NYC DEPARTMENT OF FINANCE
345 Adams Street, 3rd Floor
Attn: Legal Affairs Division
Brooklyn, NY 11201-3719

NYC DEPARTMENT OF FINANCE
Office of Legal Affairs (Parking Violations)
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

NYS DEPT. OF TAXATION & FINANCE
Bankruptcy Unit -TCD
Building 8, Room 455
W.A. Harriman State Campus
Albany, NY 12227

NYS DEPARTMENT OF
TAXATION & FINANCE
Bankruptcy Unit
PO Box 5300
Albany, NY 12205-5300

U.S. DEPARTMENT OF EDUCATION
Bankruptcy Litigation Support
50 Beale Street, Suite 8629
San Francisco, CA 94105

John Cahill, Esq.
Regional Council for NY/NJ
U.S. DEPARTMENT OF HOUSING
& URBAN DEVELOPMENT
26 Federal Plaza, Room 3500
New York, NY 10278

U.S. ENVIRONMENTAL
PROTECTION AGENCY
Office of the Regional Counsel
Region 2 - New York/Caribbean
Superfund Branch
Attn: Douglas Fischer, Esq.
290 Broadway, 17th Floor
New York, NY 10007-1866

U.S. SECURITIES & EXCHANGE
COMMISSION
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

UNITED STATES ATTORNEY'S OFFICE
Eastern District of New York
Attn: Artemis Lekakis, Civil Division,
Bankruptcy Processing
271-A Cadman Plaza East
Brooklyn, NY 11201-1820

*M:\Documents\Company\Cases\Youngs, Edward\Motion to Lift Stay\AOS - Motion to Vacate Stay w Declaration in support and proposed Order.doc*