UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                         Chapter 11

       **BRIAN DENKER,**                                        **Case No.** 15-41069 (**CEC**)

                        Debtor.
------------------------------------------------------------X

## ORDER CONVERTING CASE FROM CHAPTER 11 TO CHAPTER 7

Upon the ~~motion, dated July 31, 2015 (the "**Motion**")~~ *Debtor's motion by Notice of Presentment dated 8/21/15 (ECF Doc 40) (CEC)* for an order converting the above-referenced case from Chapter 11 to Chapter 7, it is hereby

ORDERED that the Motion is granted.



**Dated: Brooklyn, New York**
      **October 1, 2015**

_____
    **Carla E. Craig**
**United States Bankruptcy Judge**