UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re:                                                  :
                                                        :   Case No. 15-41069-CEC
BRIAN DENKER,                                           :
                                                        :   (Chapter 7)
                        Debtor.                         :
                                                        :
------------------------------------------------------- x

## NOTICE OF APPOINTMENT OF TRUSTEE

To:   Richard McCord, Esq.
      90 Merrick Avenue
      East Meadow, NY 11554

The United States Trustee hereby appoints you as interim trustee, under 11 U.S.C. § 701(a), in the above captioned case, which was filed as a chapter 11 case on March 13, 2015 and converted to a case under chapter 7 on October 1, 2015.

You are covered by the Chapter 7 Blanket Bond, issued by the Liberty Mutual Insurance Company, which is on file with the Office of the United States Trustee for the Eastern District of New York, Brooklyn, New York. *See* 11 U.S.C. 322(a) and Fed. R. Bankr. P. 2010. In addition, because your blanket acceptance of appointment is on file, you are required to notify the undersigned in writing within seven days after receipt of this notice only if you reject this appointment. *See* Fed. R. Bankr. P. 2008 and 2010(a).

Dated: New York, New York
       October 2, 2015.                    WILLIAM K. HARRINGTON
                                           UNITED STATES TRUSTEE, REGION 2

                                           By: /s/ Alicia M. Leonhard
                                               Alicia M. Leonhard (AL-9928)
                                               Assistant United States Trustee
                                               201 Varick Street, Suite 1006
                                               New York, NY 10014
                                               Phone: 212.510.0500
                                               Facsimile: 212.668.2255
                                               Email: Alicia.M.Leonhard@usdoj.gov