# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: cteutonic | Date Created: 10/5/2015 |
| Case: 1−15−41069−cec | Form ID: 213 | Total: 36 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Brian Denker | 25 Boerum Street, Apt 18E        Brooklyn, NY 11206 |
| tr | Richard J. McCord | Certilman Balin Adler & Hyman        90 Merrick Avenue        East Meadow, NY 11554 |
| aty | Lawrence Morrison | 87 Walker Street Floor 2        New York, NY 10013 |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit        PO Box 5300        Albany, NY 12205 |
| smg | NYC Department of Finance | 345 Adams Street, 3rd Floor        Attn: Legal Affairs − Devora Cohn        Brooklyn, NY 11201 |
| smg | NYS Unemployment Insurance | Attn: Insolvency Unit        Bldg. #12, Room 256        Albany, NY 12240 |
| smg | Office of the United States Trustee | Eastern District of NY (Brooklyn Office)        U.S. Federal Office Building        201 Varick Street, Suite 1006        New York, NY 10014 |
| 8526499 | American Express | Attn: Legal/Bankruptcy        PO Box 981537        El Paso, TX 79998−1535 |
| 8568140 | American Express Bank, FSB | c o Becket and Lee LLP        POB 3001        Malvern, PA 19355−0701 |
| 8526500 | Bank of America , NA | Attn: Legal/Bankruptcy        PO Box 982235        El Paso, TX 79998−2235 |
| 8526501 | Bank of America, NA | Attn: Legal/Bankruptcy        PO Box 982235        El Paso, TX 79998−2235 |
| 8526502 | Best Buy Co ., Inc. | 701 E 60th Street        Sioux Falls, SD 57104−0432 |
| 8607550 | COMENITY CAPITAL BANK/PAYPAL CREDIT | C/O WEINSTEIN & RILEY, P.S.        2001 WESTERN AVENUE, STE 400        SEATTLE, WA 98121 |
| 8526503 | Capital One | Attn: Legal/Bankruptcy        PO Box 30253        Salt Lake City, UT 84130 |
| 8526505 | Chase Bank USA, N.A | PO Box 15298        1427 Roswell Road        Marietta, GA 30062 |
| 8526504 | Chase Bank USA, N.A | PO Box 15298        Wilmington, DE 19850−5298 |
| 8526506 | Citicards CBNA | PO Box 6241        Sioux Falls, SD 57117−6241 |
| 8526507 | DFS/Webbank | PO Box 81607        Austin, TX 78708−1607 |
| 8545572 | Daimler Trust | c/o BK Servicing, LLC        PO Box 131265        Roseville, MN 55113−0011 |
| 8545574 | Daimler Trust | c/o BK Servicing, LLC        PO Box 131265        Roseville, MN 55113−0011 |
| 8544251 | Discover Bank | Discover Products Inc        PO Box 3025        New Albany, OH 43054−3025 |
| 8526508 | Discover Bank | PO Box 15316        Wilmington, DE 19850−5316 |
| 8656591 | Edward John Denker Youngs | c/o LaMonica Herbst & Maniscalco, LLP        Attn: Jacqulyn S. Loftin, Esq.        3305 Jerusalem Avenue, Suite 201        Wantagh, New York 11793 |
| 8526509 | Kohl' s Corporation | PO Box 3115        Milwaukee, WI 53201−3115 |
| 8526511 | MB Financial Services | 2050 Roanoke Road        Keller, TX 76262−9616 |
| 8526510 | Macy 's/DSNB | Attn: Legal/Bankruptcy        PO Box 17759        Clearwater, FL 33762−0759 |
| 8526514 | Mohela/Dept . of Ed | 633 Spirit Drive        Chesterfield , MO 63005−1243 |
| 8526512 | Mohela/Dept . of Ed | 633 Spirit Drive        Chesterfield, MO 63005−1243 |
| 8526513 | Mohela/Dept. of Ed | 633 Spirit Drive        Chesterfield, MO 63005−1243 |
| 8540345 | NYS DEPT OF TAX & FINANCE | BANKRUPTCY SECTION        PO BOX 5300        ALBANY, NY 12205−0300 |
| 8526515 | Nordstrom FSB | PO Box 13589        Scottsdale, AZ 85267−3589 |
| 8638830 | Salvatore LaMonica, Esq. | Jacqulyn S. Loftin, Esq.        LaMonica Herbst & Maniscalco, LLP        3305 Jerusalem Avenue, Suite 201        Wantagh, NY 11793 |
| 8526516 | VW Credit, Inc. | 1401 Franklin Blvd        Libertyville, IL 60048−446 |
| 8553377 | VW Credit, Inc. | PO Box 9013        Addison, Texas 75001 |
| 8526517 | Wells Fargo | PO Box 14517        Des Moines, IA 5030 |
| 8591167 | Wells Fargo Card Services | 1 Home Campus 3rd Floor        Des Moines, IA 50328 |

TOTAL: 36