A

**LaMonica Herbst & Maniscalco, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
(516) 826-6500
Salvatore LaMonica, Esq.
Jacqulyn S. Loftin, Esq.
*Attorneys for Edward John Denker Youngs*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

BRIAN DENKER,

          Debtor.
-------------------------------------------------------x

Chapter 11
Case Number 15-41069-CEC

## NOTICE OF APPEARANCES AND
## DEMAND FOR SERVICE OF PAPERS

    **PLEASE TAKE NOTICE,** that the undersigned hereby appears on behalf of Edward John Denker Youngs and demands, pursuant to Rules 2002, 4006, 9007, 9010, 9013, and 9022 of the Federal Rules of Bankruptcy Procedure and section 342 of Title 11 of the United States Code (the "Bankruptcy Code"), and any other rules or sections of the Bankruptcy Code and Local Bankruptcy Rules as may be applicable in this case governing notice, that all notices be given or requested to be given in this case and all papers and pleadings served or required to be served in this case be given to and served upon the following:

<div align="center">

Salvatore LaMonica, Esq.
SL@lhmlawfirm.com
Jacqulyn S. Loftin, Esq.
JSL@lhmlawfirm.com
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
(516) 826-6500

</div>

Dated:  August 6, 2015
        Wantagh, New York

                 Respectfully submitted,

                 **LaMonica Herbst & Maniscalco, LLP**
                 Counsel to Edward John Denker Youngs

         By:    *s/ Jacqulyn S. Loftin*
                 Jacqulyn S. Loftin, Esq.
                 A Partner of the Firm
                 3305 Jerusalem Avenue, Suite 201
                 Wantagh, New York 11793
                 (516) 826-6500

# LAMONICA HERBST & MANISCALCO, LLP

Salvatore LaMonica
Gary F. Herbst °
Joseph S. Maniscalco
David A. Blansky
Adam P. Wofse °
Melanie A. FitzGerald *
Holly R. Holecek ‡
Jacqulyn S. Loftin

Rachel M. Hollywood, Esq., Of Counsel

*MOVING FORWARD. STAYING AHEAD.®*

3305 Jerusalem Avenue
Wantagh, New York 11793

Phone (516) 826-6500
Facsimile (516) 826-0222

WWW.LHMLAWFIRM.COM

Jordan Pilevsky °
Rachel P. Stoian +
Nicholas C. Rigano

Also admitted in CA   +
Also admitted in CO   °
Also admitted in CT   *
Also admitted in MA   ‡
Also admitted in NJ   ◊

August 6, 2015

***Via Electronic Filing***
Honorable Carla E. Craig, Chief Judge
U.S. Bankruptcy Court, EDNY
Conrad Duberstein Courthouse
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800

Re:     **Brian Denker**
        **Case No. 15-41069-CEC**
        **Chapter 11**

To the Honorable Chief Judge Craig:

On August 5, 2015, our firm was retained to represent Edward John Denker Youngs in the above-mentioned chapter 11 proceeding. Mr. Youngs is the estranged spouse of the debtor—Brian Denker (the "Debtor").

On July 24, 2015, the Debtor submitted an application seeking the entry of an Order, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), directing the examination of, and the production of documents by, Mr. Youngs (the "2004 Application") [docket no. 30]. The 2004 Application was submitted by Notice of Presentment with the proposed Order to be presented to the Court on August 11, 2015 with objection due by August 4, 2015.

The Debtor never served Mr. Youngs with a copy of the 2004 Application as reflected by his failure to file an affidavit of service on the docket. The service of the 2004 Application was inadequate, and as a result Mr. Youngs was prejudiced by his inability to file a timely objection.

Further, the 2004 Application is devoid of any information pertaining to the status of the pending litigation between Mr. Youngs and the Debtor. Prior to the filing, the Debtor and Mr. Youngs were in the midst of a matrimonial action pending in the New York State Supreme Court (the "Matrimonial Action"). The Matrimonial Action, which was in the discovery phase, was stayed upon the Debtor's voluntary filing. Yet, upon the filing date, the Debtor filed the instant

Ltr. re 2004 Application
August 6, 2015
Page 2

2004 Application demanding the production of documents by, and the examination of, Mr. Young. It is clear that the Debtor is attempting to circumvent the stayed Matrimonial Action and obtain discovery from Mr. Youngs in connection with such action. This is clearly an impermissible use of Bankruptcy Rule 2004 and the bankruptcy process in general.

Lastly, the proposed Order annexed to the 2004 Application fails to list the documents that the Debtor is seeking to obtain from Mr. Young. As it currently reads now, the proposed Order directs Mr. Youngs to produce documents set forth in "Exhibit A" annexed to the 2004 Application. The only exhibit annexed to the 2004 Application is the proposed Order, which does state the documents being sought from Mr. Young. Therefore, the Debtor has failed to provide Mr. Youngs with notice of the scope of his investigation.

For the reasons set forth above, Mr. Youngs requests an opportunity to submit an objection to the present 2004 Application and requests an immediate hearing on the matter.

Thank you for your attention to this matter.

Respectfully submitted,

*s/ Jacqulyn S. Loftin*
Jacqulyn S. Loftin

cc:    Edward John Denker Youngs (*via electronic mail*)
       Louis F. Simonetti, Esq. (*via electronic mail*)
       Lawrence Morrison, Esq. (*via electronic mail*)

*M:\Documents\Company\Cases\Youngs, Edward\Ltr to Chambers re Bankr. R. 2004 App.doc*

TO:    Lawrence Morrison, Esq.
       87 Walker Street Floor 2
       New York, NY 10013
       *Attorneys for the Debtor*

       OFFICE OF THE UNITED STATES TRUSTEE
       U.S. Federal Office Building
       201 Varick Street, Room 1006
       New York, NY 10014-9449

*\\fhmserver\data\Documents\Company\Cases\Youngs, Edward\NOA- Brian Denker Bk Case.doc*

B

# Suffolk County Clerk's Office

## *Mortgages*

Tax Map = 0400-026.00-02.00-057.000

| Liber | Page | Date | Tax Map No | Mortgagor Name | Mortgagee Name | AMOUNT | TAX |
|---|---|---|---|---|---|---|---|
| M00019990 | 228 | 12/12/2001 | 0400-026.00-02.00-057.000 | YOUNGS, EDWARD J | ABN AMRO MORTGAGE GROUP INC | 270,000.00 | 2,675.0( |
| M00020275 | 229 | 1/7/2003 | 0400-026.00-02.00-057.000 | ABN AMRO MORTGAGE GROUP INC | YOUNGS, EDWARD J | | 2,825.0( |
| M00020321 | 115 | 3/3/2003 | 0400-026.00-02.00-057.000 | YOUNGS, E J | FLEET NATIONAL BANK | 285,000.00 | |
| M00020530 | 150 | 10/14/2003 | 0400-026.00-02.00-057.000 | FLEET NATIONAL BANK | YOUNGS, E J | 297,000.00 | 2,945.0( |
| M00020546 | 913 | 10/28/2003 | 0400-026.00-02.00-057.000 | YOUNGS, E J / YOUNGS, EDWARD J | FLEET NATIONAL BANK | 304,527.22 | 3,167.2( |
| M00021477 | 396 | 2/15/2007 | 0400-026.00-02.00-057.000 | YOUNGS, EDWARD J | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC / COLDWELL BANKER MORTGAGE | | |
| M00021780 | 307 | 1/8/2009 | 0400-026.00-02.00-057.000 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC / COLDWELL BANKER MORTGAGE | JP MORGAN CHASE BANK N A | 12,385.06 | 100.2( |
| M00021780 | 308 | 1/8/2009 | 0400-026.00-02.00-057.000 | YOUNGS, EDWARD J | JPMORGAN CHASE BANK N A | | |
| M00021780 | 309 | 1/8/2009 | 0400-026.00-02.00-057.000 | YOUNGS, EDWARD J | JP MORGAN CHASE BANK N A | 305,000.00 | 0.0( |
| M00022144 | 735 | 12/7/2011 | 0400-026.00-02.00-057.000 | YOUNGS, EDWARD J | JPMORGAN CHASE BANK N A | 3,308.43 | 24.7! |
| M00022144 | 736 | 12/7/2011 | 0400-026.00-02.00-057.000 | YOUNGS, EDWARD J | JPMORGAN CHASE BANK N A | 295,000.00 | 0.0( |
| M00022231 | 428 | 7/30/2012 | 0400-026.00-02.00-057.000 | KAMP, HALEY | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC / MORTGAGE MASTER INC | 392,000.00 | 4,086.0( |
| M00022241 | 307 | 8/24/2012 | 0400-026.00-02.00-057.000 | JPMORGAN CHASE BANK N A | YOUNGS, EDWARD J | | |



## Interest Rate Confirmation Agreement

Edward J Youngs

99 WEST SHORE ROAD
HUNTINGTON, NY 11743

✓ **Please Review**
❑ **Requires Signature**

2/13/2006
**Loan Number:** 0034967324

Dear:  Edward J Youngs

This is a confirmation of the rate lock option you selected on 02/13/2006 .  Please acknowledge receipt of this confirmation by signing and returning this document with your application package.  A copy has been included for your records.

This confirmation of your interest rate is not a commitment to provide financing and is valid only for the Loan Information listed below.  If any of the Loan Information changes, your rate and the applicable margin, origination fee, discount points and/or commitment fee listed in the Statement of Terms are subject to change regardless of the lock option you have selected.   .

We will process your loan application and be ready to close on or before the expiration of this agreement, unless an event beyond our control delays the process.  You may be required to close four (4) business days prior to the expiration of the agreement to allow for the three (3) day right of rescission.

---

✓ **Loan Information**

**Property Address:**  99 WEST SHORE ROAD
HUNTINGTON, NY 11743

**Total Monthly Debt:**    $ 664.00
**Total Monthly Income:**  $ 6,583.33
**Self Employed:**  x indicates yes
Edward J Youngs

**Occupancy Type:**   Owner Occupied
**Market Value:**    $ 625,000.00
**Loan Amount:**    $ 304,527.22

**Loan Type:**   Conventional
**Loan Term:**  360
**Program:**    30 yr Fixed (L30)

---

✓ **Statement of Terms**

**Interest Rate:**                6.351%
**Lock Expiration Date:**     04/14/2006
**Closing Date:**              02/24/2006

**Rate Lock Option:**  LOCK
**Rate Lock Period:**  60

**PMI Required:**   NO

**Escrow Account Required: YES**

**Origination Fee:**        0.000%
**Discount Points:**        0.000%
**Commitment Fee:**        0.000%
**\*Total:**                  0.000%

**Adjustable Rate Mortgage Information**

*Please refer to the Good Faith Estimate for other costs and fees that may apply.*

**Lender Contribution**
**To Closing Costs:**          $ 0.00
**Up-Front Money Paid:**       $ 0.00
**Initial Monthly Payment:** $ 1,895.08

# ACTIVITY STATEMENT

**MORTGAGE SERVICE CENTER**
P.O. BOX 5452
MT LAUREL, NJ 08054-5452



**LOAN NUMBER: 0034967224**

**CURRENT INTEREST RATE:** 6.35100

EDWARD J YOUNGS
99 W SHORE RD
HUNTINGTON NY 11743-2076

If you have any questions,
Please call us at 888-418-0364
Our fax number is 856-917-8300
Please email us at
CUSTOMERSERVICE@MORTGAGEQUESTIONS.COM

Property Address: 99    WEST SHORE RD
HUNTINGTON NY 11743

Today and everyday you have the opportunity to view activities that have occurred on your loan within the last 24 months. Visit www.MortgageQuestions.com 24 hours a day, 7 days a week to view tax information, escrow information, payment history and more!

*Log on to MortgageQuestions.com today instead of making a call!*

Want an easier way to manage your account? Try the Message Center at MortgageQuestions.com. It enables you to receive personalized e-mail alerts regarding mortgage payment confirmations, tax payment notifications, year-end statements and more. Plus, sign up for the Message Center today – and you can take advantage of a very special promotion running now through September 30, 2006. Get all the exciting details at MortgageQuestions.com.

## ACTIVITY FOR THE PERIOD    01/01/06 TO 06/30/06

| Description of Activity | Date Processed | Loan Amount Reduced by | Interest | ESCROW Increased (+) or Reduced (-) by | Other fees/ Charges | TOTAL |
|---|---|---|---|---|---|---|
| INITIAL PRIN. | 03/06 | $304,527.22- | $0.00 | $0.00 | $0.00 | $0.00 |
| INITIAL ESCROW | 03/06 | $0.00 | $0.00 | $4,714.88 | $0.00 | $4,714.88 |
| INT. ON ESCROW | 03/06 | $0.00 | $0.00 | $6.46 | $0.00 | $6.46 |
| PAYMENT | 04/06 | $283.37 | $1,611.71 | $725.08 | $0.00 | $2,620.16 |
| EXTRA PRINCIPAL | 04/06 | $30.00 | $0.00 | $0.00 | $0.00 | $30.00 |
| CITY TAX | 05/06 | $0.00 | $0.00 | $3,989.79- | $0.00 | $0.00 |
| PAYMENT | 06/06 | $285.03 | $1,610.05 | $725.08 | $0.00 | $2,620.16 |
| PAYMENT | 06/06 | $286.54 | $1,608.54 | $725.08 | $0.00 | $2,620.16 |
| INT. ON ESCROW | 06/06 | $0.00 | $0.00 | $15.83 | $0.00 | $15.83 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **BALANCE END OF PERIOD** | | $303,642.28 | | $2,922.62 | | |

| 2ND PRINCIPAL BAL | $.00 | YTD PRINCIPAL | $884.94 |
|---|---|---|---|
| YTD TAXES PAID | $3,989.79 | YTD INTEREST PAID | $6,227.02 |
| | | YTD LATE CHARGES | $.00 |

## DIRECT DEBIT: AUTHORIZATION AGREEMENT REQUEST FORM

## Residential Loan Application

n is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as
-Borrower information must also be provided (and the appropriate box checked) when [ X ] the income or assets of a person other than the "Borrower"
Borrower's spouse) will be used as a basis for loan qualification or [ ] the income or assets of the Borrower's spouse or other person who has community
pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has
perty rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or
relying on other property located in a community property state as a basis for repayment of the loan.
lication for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

| I. TYPE OF MORTGAGE AND TERMS OF LOAN | | | | |
|---|---|---|---|---|
| [ ] VA   [ X ] Conventional   [ ] Other: | | Agency Case Number | | Lender Case No. |
| [ ] FHA   [ ] USDA/Rural Housing Service | | | | 0034967224 |
| Interest Rate * | No. of Months | AMORTIZATION TYPE: | [ X ] Fixed Rate   [ ] Other (explain): | |
| 6.351 % | 360 | | [ ] GPM   [ ] ARM (type): | |

| II. PROPERTY INFORMATION AND PURPOSE OF LOAN | | |
|---|---|---|
| Address | | |
| CE ROAD HUNTINGTON, NY 11743 | County | No. of Units |
| r of Subject Property | SUFFOLK | 1 |
| | | Year Built |
| | | 1967 |
| [ ] Purchase   [ ] Construction | Property will be: | |
| [ X ] Refinance   [ ] Construction-Permanent   [ ] Other (explain): | [ X ] Primary Residence   [ ] Secondary Residence   [ ] Investment | |

ON OR CONSTRUCTION-PERMANENT LOAN.

| f Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|
| | $ 277,016.00 | $ | $ | |

OAN.

| f Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements [ ] made [ ] to be made | |
|---|---|---|---|---|
| 00.00 | $ 277,016.00 | | Cost: $ | |

| 1 what Name(s)     Edward J Younger | Manner in which Title will be held | Estate will be held in: |
|---|---|---|
| | TENANTS BY SEVERALTY | [ X ] Fee Simple   [ ] Leasehold |

ayment, Settlement Charges and/or Subordinate Financing (explain)

| III. BORROWER INFORMATION | |
|---|---|
| BORROWER | Co-Borrower |
| Borrower's Name | Co-Borrower's Name |

| mber | Home Phone (631) 271-8610 | DOB (MM/DD/YYYY) 02/13/1966 | Yrs. School 0 | Social Security Number | Home Phone | DOB (MM/DD/YYYY) | Yrs. School |
|---|---|---|---|---|---|---|---|
| [ X ] Unmarried (include single, divorced, widowed) | Dependents no. 0 ages | | | [ ] Married [ ] Separated | [ ] Unmarried (include single, divorced, widowed) | Dependents no. ages | |
| | [ X ] Own   [ ] Rent   4.75   No. Yrs. | | | Present Address | [ ] Own   [ ] Rent   No. Yrs. | | |
| ad , HUNTINGTON NY 11743 United States | | | | | | | |

DRESSES, IF LESS THAN TWO YEARS

| different from | [ X ] Own   [ ] Rent   No. Yrs. | Mailing Address, if different from Present Address | [ ] Own   [ ] Rent   No. Yrs. |
|---|---|---|---|
| AD , HUNTINGTON NY 11743 | | | |

| different from | [ ] Own   [ ] Rent   No. Yrs. | Mailing Address, if different from Present Address | [ ] Own   [ ] Rent   No. Yrs. |
|---|---|---|---|

ntact

Freddie Mac Form 65 01/04
Fannie Mae Form 1003 01/04

## IV. EMPLOYMENT INFORMATION

| Borrower | | | Co-Borrower | |
|---|---|---|---|---|
| □ Self Employed | Yrs. on this job | Employer | □ Self Employed | Yrs. on this job |
| ST NORWICH CSD | 10.3 | | | |
| STER BAY NY 11771 United | Yrs. employed in this line of work/profession | | | Yrs. employed in this line of work/profession |
| From 01/13/1996 To | 0 | DATES EMPLOYED: From | To | |
| f Business | Business Phone (516)624-6900 | Position/Title/Type of Business | | Business Phone |

### YERS IF LESS THAN TWO YEARS

| | | | | |
|---|---|---|---|---|
| □ Self Employed | Dates | Employer | □ Self Employed | Dates |
| | Monthly Income $ | | | Monthly Income $ |
| of Business | Business Phone | Position/Title/Type of Business | | Business Phone |
| □ Self Employed | Dates | Employer | □ Self Employed | Dates |
| | Monthly Income $ | | | Monthly Income $ |
| of Business | Business Phone | Position/Title/Type of Business | | Business Phone |

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| ome | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| * | $ 6,583.33 | | $ 6,583.33 | Rent | $ | |
| | | | | First Mortgage (P&I) | | $ 1,895.08 |
| | | | | Other Financing (P&I) | | 0.00 |
| | | | | Hazard Insurance | | 91.67 |
| | | | | Real Estate Taxes | | 750.00 |
| | | | | Mortgage Ins. / LDPF | | 0.00 |
| ! | | | | Homeowner Assn. Dues | | 0.00 |
| ning, child | | | | Other: Other Present | | 0.00 |
| ! | $ 6,583.33 | $ | 6,583.33 | Total | $ | $ 2,736.75 |

orrower(s) may be required to provide additional documentation such as tax returns and financial statements.

ih INCOME        Notice:    Alimony, child support, or separate maintenance income need not be revealed if the
Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

## VI. ASSETS AND LIABILITIES

**REAL ESTATE OWNED**

| s (Pending Sale. R = Rental) | Type Of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| RF ROAD , HUNTINGTON NY | 0 | $ | $ 277,016.00 | $ | $ 2,126.00 | $ | $ -2,126.00 |
| | O | | | | | | |
| | Totals | $ | $ 277,016.00 | $ | $ 2,126.00 | $ | $ -2,126.00 |

**NAMES UNDER WHICH CREDIT HAS PREVIOUSLY BEEN RECEIVED**

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

Freddie Mac Form 65 10/92
Fannie Mae Form 1003 10/92

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed about that spouse or other person also.

Completed [ ] Jointly [ x ] Not Jointly

| ASSETS | Cash or Market Value | LIABILITIES | Monthly Payt. & Mos. Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| | | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
| d purchase | $ | | | |
| EDIT UNIONS | | NASSAU EDUC: | $ Payment/Months | $ |
| | 1.00 | | 362.00 | 16,059.00 |
| | | Acct. no. 510050041202 | 44 | |
| | | CHASE | $ Payment/Months | $ |
| | | | 159.00 | 2,987.00 |
| | $ 1.00 | Acct. no. 426090201510 | 50 | |
| | | AMEX | $ Payment/Months | $ |
| | | | 55.00 | 2,736.00 |
| | | Acct. no. 038894849013343312 | 50 | |
| | | HSBC/BOSE | $ Payment/Months | $ |
| | | | 24.00 | 3,350.00 |
| | $ | Acct. no. 17360110337 | 98 | |
| | | CITI | $ Payment/Months | $ |
| | | | 30.00 | 2,066.00 |
| | | Acct. no. 5406160204522823 | 69 | |
| | | CHUSA SEARS | $ Payment/Months | $ |
| | | | 26.00 | 1,300.00 |
| | $ | Acct. no. 5049940170114 | 50 | |
| | | AMEX | $ Payment/Months | $ |
| | | | 8.00 | 387.00 |
| | | Acct. no. -012256748019391011 | 48 | |
| | | | $ Payment/Months | $ |
| | | Acct. no. | | |
| | $ | | $ Payment/Months | $ |
| | $ | Acct. no. | | |
| | | | $ Payment/Months | $ |
| | | Acct. no. | | |
| sh value | $ | | $ Payment/Months | $ |
| | | Acct. no. | | |
| ASSETS | $ 1.00 | | $ Payment/Months | $ |
| | $ | Acct. no. | | |
| rement fund | $ | | $ Payment/Months | $ |
| e(ies) owned | $ | Acct. no. | | |
| | $ | | $ Payment/Months | $ |
| | | Acct. no. | | |
| | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| | | Job Related Expense (child care, union dues, etc.) | $ | |
| | | TOTAL MONTHLY PAYMENTS | $ 664.00 | |
| TOTAL ASSETS a. | $ 625,001.00 | NET WORTH (a minus b) | $ 592,116.00 | TOTAL LIABILITIES b. $ 32,885.00 |

Freddie Mac Form 65 06/09
Fannie Mae Form 1003 01/04

| DETAILS OF TRANSACTION | | VIII DECLARATIONS | | | | |
|---|---|---|---|---|---|---|

| | | | Borrower | | Co-Borrower | |
|---|---|---|---|---|---|---|
| | | | Yes | No | Yes | No |
| vements, repairs | | a. Are there any outstanding judgments against you? | | X | | |
| separately) | | b. Have you been declared bankrupt within the past 7 years? | | X | | |
| ebts to be paid off) | | c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | X | | |
| f items | | d. Are you a party to a lawsuit? | | X | | |
| t costs | | e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | X | | |
| wer will pay) | | | | | | |
| items a through h) | | | | | | |
| ncing | | | | | | |
| n costs paid by Seller | | f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? | | X | | |
| plain) | | g. Are you obligated to pay alimony, child support, or separate maintenance? | | X | | |
| ces | | h. Is any part of the down payment borrowed? | | X | | |
| | | i. Are you a co-maker or endorser on a note? | | X | | |
| | | j. Are you a U.S. citizen? | X | | | |
| | | k. Are you a permanent resident alien? | | X | | |
| t Lien | | l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | X | | | |
| P, Funding Fee Financed) | | | | | | |
| ng Fee financed | | m. Have you had an ownership interest in a property in the last three years? | X | | | |
| ld m & n) | | (1) What type of property did you own — principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
| inuse | See Good Faith Estimate | (2) How did you hold title to the home — solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S | | | |
| e from l) | | | | | | |

| IX. ACKNOWLEDGMENT AND AGREEMENT |
|---|

gned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and nd acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any al misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may ; in reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or h under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured ed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements ion are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, ents or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, ervicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement vided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my un become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan ferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any arranty, express or implied to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my ion of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were g my original written signature.

Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information pplication or obtain any information or data relating to the loan, for any legitimate business purpose through any source, including a source named in this mer reporting agency.

| e | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| | | X | |

| X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES |
|---|

ormation is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a criminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and ou may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulation, this lender is required to note the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box ust review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the can applied for.)

| | | CO-BORROWER | I do not wish to furnish this information | |
|---|---|---|---|---|
| I do not wish to furnish this information | | Ethnicity: | | |
| Hispanic or Latino | X Not Hispanic or Latino | | Hispanic or Latino | Not Hispanic or Latino |
| American Indian or Alaskan Native | Asian | Black or African American | Race: American Indian or Alaskan Native | Asian | Black or African American |
| Native Hawaiian or Other Pacific Islander | X White | | Native Hawaiian or Other Pacific Islander | White |
| Female | X Male | | Sex: Female | Male |

| | | | Name and Address of Interviewer's Employer |
|---|---|---|---|
| ry Interviewer | Interviewer's Name (print or type) | | Coldwell Banker Mortgage |
| as taken by: | Mannon Harmon | 02/13/2006 | |
| o interview | Interviewer's Signature | Date | 3000 Leadenhall Road |
| | Mannon Harmon | | Mount Laurel, NJ 08054 |
| | Interviewer's Phone Number (incl. area code) | | |
| | (800) 236-3268 | | |

Freddie Mac Form 65 07/04

C

# FORM 1099-R

tions From Pensions, Annuities, Retirement or
haring Plans, IRAs, Insurance Contracts, etc.

Page 1 of 2                1-800-523-1188

AN H DENKER-YOUNGS
V SHORE RD
NTINGTON    NY 11743-2076

Form 1099-R is issued for each person who has
received a distribution from a profit-sharing or
retirement plan.

ients Taxpayer Identification Number
XXX-XX-2227

---

| RS name, street address, city, state, and ZIP code | | 1 Gross distribution $ 44,222.41 | OMB No. 1545-0119 | Distributions from Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|---|
| VANGUARD FIDUCIARY TRUST COMPANY O. BOX 1101 ALLEY FORGE PA 19482 | | 2a Taxable amount $ 44,222.41 | **2012** Form 1099-R | |
| | | 2b Taxable amount not determined ☐ | Total distribution ☐ | |
| RS federal identification number 23-2186884 | RECIPIENT'S identification number XXX-XX-2227 | 3 Capital gain (included in box 2a) $ 0.00 | 4 Federal income tax withheld $ 0.00 | COPY 1 |
| PIENT's name (first, m., last), street address (including apt. no.), city, state, and ZIP code BRIAN H DENKER-YOUNGS 9 W SHORE RD HUNTINGTON    NY 11743-2076 | | 5 Employee contributions /Designated Roth contributions or insurance premiums $ 0.00 | 6 Net unrealized appreciation in employer's securities $ 0.00 | For State, City, or Local Tax Department |
| | | 7 Distribution code 1 | IRA/SEP/ SIMPLE ☐ | 8 Other $ % |
| | | 9a Your percentage of total distribution 1 % | 9b Total employee contributions $ 0.00 | |
| Amount allocable to IRR within 5 years 0.00 | 11 1st year of desig. Roth contrib. | 12 State tax withheld $ 0.00 | 13 State/Payer's state no. NY 232186884 | 14 State distribution $ 44,222.41 |
| count Number            093656 2012 0000449237 | | 15 Local tax withheld $ 0.00 | 16 Name of locality | 17 Local distribution $ 0.00 |
| FROST & SULLIVAN 401(K) PLAN | | | | |

---

| PAYER's name, street address, city, state, and ZIP code | | 1 Gross distribution $ 44,222.41 | OMB No. 1545-0119 | Distributions from Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|---|
| VANGUARD FIDUCIARY TRUST COMPANY P.O. BOX 1101 ALLEY FORGE PA 19482 | | 2a Taxable amount $ 44,222.41 | **2012** Form 1099-R | |
| | | 2b Taxable amount not determined ☐ | Total distribution ☐ | |
| PAYER's federal identification number 23-2186884 | RECIPIENT'S identification number XXX-XX-2227 | 3 Capital gain (included in box 2a) $ 0.00 | 4 Federal income tax withheld $ 0.00 | COPY B |
| RECIPIENT's name (first, m., last), street address (including apt. no.), city, state, and ZIP code BRIAN H DENKER-YOUNGS 99 W SHORE RD HUNTINGTON    NY 11743-2076 | | 5 Employee contributions /Designated Roth contributions or insurance premiums $ 0.00 | 6 Net unrealized appreciation in employer's securities $ 0.00 | Report this income on your federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return |
| | | 7 Distribution code 1 | IRA/SEP/ SIMPLE ☐ | 8 Other $ % |
| | | 9a Your percentage of total distribution % | 9b Total employee contributions $ 0.00 | |
| 10 Amount allocable to IRR within 5 years 0.00 | 11 1st year of desig. Roth contrib. | 12 State tax withheld $ 0.00 | 13 State/Payer's state no. NY 232186884 | 14 State distribution $ 44,222.41 |
| Account Number            093656 2012 0000449237 | | 15 Local tax withheld $ 0.00 | 16 Name of locality | 17 Local distribution $ 0.00 |
| FROST & SULLIVAN 401(K) PLAN | | | | |

MARC GERBER ATTORNEY AT LAW, P.C.
IOLA - ATTORNEY ESCROW ACCOUNT
425 BROADHOLLOW RD STE 217
MELVILLE, NY 11747

1123

DATE 10/12/12

PAY TO THE ORDER OF _Marc Gerber Esq_

$2,500.00

_Two Thousand Five Hundred and 00/00 —_ DOLLARS

Capital One Bank

_Marcelle_

CERNEA

⑈001123⑈ ⑈021407912⑈752 72 39030⑈

---

6719

CHASE ◯
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2-210

LAW OFFICE OF FREDERICK J. GIACHETTI, PC
CHASE ATTORNEY TRUST ACCOUNT
18 FAIRVIEW STREET
HUNTINGTON, NY 11743

10/12/2012

PAY TO THE ORDER OF _TITLELAND AGENCY INC_

$ **910.00

_Nine Hundred Ten and 00/100_ DOLLARS

AUTHORIZED SIGNATURE

MEMO _DENKER 12-CMMC-69993_
SALTSMAN 12-CMMC-69666

⑈006719⑈ ⑈021000021⑈ 907987697⑈

---

6718

CHASE ◯
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2-210

LAW OFFICE OF FREDERICK J. GIACHETTI, PC
CHASE ATTORNEY TRUST ACCOUNT
18 FAIRVIEW STREET
HUNTINGTON, NY 11743

10/12/2012

PAY TO THE ORDER OF _FREDERICK J. GIACHETTI_

$ **885.00

_Eight Hundred Eighty-Five and 00/100_ DOLLARS

AUTHORIZED SIGNATURE

MEMO _DENKER - YOUNGS 12-CMMC-69993_

⑈006718⑈ ⑈021000021⑈ 907987697⑈

**MARC GERBER ATTORNEY AT LAW, P.C.**
**IOLA - ATTORNEY ESCROW ACCOUNT**
425 BROADHOLLOW RD STE 217
MELVILLE, NY 11747

1119

DATE 10/12/12

PAY TO THE ORDER OF Daniel Gale          $ 9,100.00

Nine Thousand One Hundred and 00/100 ——          DOLLARS

Capital One Bank

Ceewese

⑈001119⑈ ⑈021407912⑈752 72 39030⑈

---

**MARC GERBER ATTORNEY AT LAW, P.C.**
**IOLA - ATTORNEY ESCROW ACCOUNT**
425 BROADHOLLOW RD STE 217
MELVILLE, NY 11747

1120

DATE 10/12/12

PAY TO THE ORDER OF Cold Spring Harbor Realty          $ 9,100.00

Nine Thousand One Hundred and 00/100 ——          DOLLARS

Capital One Bank

Ceewese

⑈001120⑈ ⑈021407912⑈752 72 39030⑈

---

**MARC GERBER ATTORNEY AT LAW, P.C.**
**IOLA - ATTORNEY ESCROW ACCOUNT**
425 BROADHOLLOW RD STE 217
MELVILLE, NY 11747

1124

DATE 10/12/12

PAY TO THE ORDER OF David Ceewese          $ 22,755.00

Twenty Two Thousand Seven hundred fifty five and 00/100 ——          DOLLARS

Capital One Bank

Ceewese

⑈001124⑈ ⑈021407912⑈752 72 39030⑈

---

**MARC GERBER ATTORNEY AT LAW, P.C.**
**IOLA - ATTORNEY ESCROW ACCOUNT**
425 BROADHOLLOW RD STE 217
MELVILLE, NY 11747

1121

DATE 10/12/12

PAY TO THE ORDER OF The Land Agency Inc          $ 1,820.00

One Thousand Eight hundred Twenty and 00/100 ——          DOLLARS

## citibank

| OFFICIAL CHECK | 11210108 |

Citibank, N.A.

FCK 00192 FAH 043          $10.00 ONL PIC                    DATE 1 0 / 1 3 / 1 5
007-03  CK. Ser.#    112101085    * * * * * * 4 8 , 0 6 3 . 6 3 * * *

PAY      ****FORTY-EIGHT THOUSAND SIXTY-THREE AND 63/100 DOLLARS****

TO
THE       ***David Cernese****
ORDER
OF

NAME OF REMITTER     Edward J Youngs and Brian Denker-Youngs        Drawer: Citibank, N.A.
ADDRESS
                                                                    BY
                                                                    AUTHORIZED SIGNATURE

⑈112101085⑈  ⑈031100209⑈    3876292⑈

D



03-Feb-15                                                                                    02Feb15-74

## THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION
## GROUP ID G02Feb15-74
Sequence number 001480879961  Posting date 18-Sep-12 Amount 31000.00





E



## MORTGAGE CONDITIONAL APPROVAL: CONDITIONS

April 25, 2012

Loan Number: 1118165989

EDWARD J DENKER-YOUNGS, BRIAN H DENKER-YOUNGS

**TO MOVE TO THE NEXT STEP IN THE MORTGAGE APPROVAL PROCESS, WE NEED TO RECEIVE ADDITIONAL INFORMATION FROM YOU.**

You have been conditionally approved. We've listed the conditions that need to be satisfied so that we can complete your application. You'll see what you need to take care of, what we'll do after we receive your information, and what other companies (such as title or appraisal companies) will provide.

**You will need to gather and return the following:**
We must receive all the necessary information before we can complete the processing of your application. (We've also enclosed a *Follow-up Checklist* for you to use that shows the same conditions you are responsible for meeting.)

☐ EDWARD DENKER-YOUNGS to provide a copy of HUD-1 Settlement Statement showing all liens for property pending sale will be satisfied and minimum net proceeds required to cover balance of borrower funds to close in the amount of $191,599.00.

☐ Source of funds for deposit on purchase must be verified.

☐ BRIAN DENKER-YOUNGS to provide most recent 2 months statements for savings account with BETHPAGE FCU in the amount of $10,000.00

☐ EDWARD DENKER-YOUNGS to provide most recent 2 months statements for checking account with BANK OF AMERICA in the amount of $5,000.00

☐ EDWARD DENKER-YOUNGS to provide most recent 2 months statements for checking account with BETHPAGE FCU in the amount of $1,000.00

☐ EDWARD DENKER-YOUNGS to provide most recent 2 months statements for savings account with BANK OF AMERICA in the amount of $6,000.00

☐ BRIAN DENKER-YOUNGS to provide most recent 2 months statements for checking account with BANK OF AMERICA in the amount of $50,000.00

☐ Provide a copy of HUD-1 Settlement Statement showing all liens for property pending sale will be satisfied and will cover balance of borrower funds to close.

☐ Obtain satisfactory 12 month mortgage payment history for all properties owned. Verify with a credit report, Verification of Mortgage or 12 months cancelled checks. If privately held note, obtain copy of note and copies of front and back of 12 months cancelled checks.

☐ EDWARD DENKER-YOUNGS to sign and date the Application Disclosure C5219NA.

☐ EDWARD DENKER-YOUNGS to sign and date the Loan Application (1003).

☐ BRIAN DENKER-YOUNGS to sign and date the Application Disclosure C5219NA.

☐ BRIAN DENKER-YOUNGS to sign and date the Loan Application (1003).

☐ Provide a signed Borrower Authorization Form at time of application.

☐ Provide most recent computer generated paystub for EDWARD DENKER-YOUNGS showing a minimum of 30 days' earnings.

☐ Provide most recent year W-2 for EDWARD DENKER-YOUNGS.

☐ Provide most recent computer generated paystub for BRIAN DENKER-YOUNGS showing a minimum of 30 days' earnings.

1118165989



☐ Provide most recent year ⌣ for BRIAN DENKER-YOUNGS.

☐ All borrower(s) must complete, sign and date an IRS form 4506-T at time of application.

☐ All borrower(s) must complete, sign and date an IRS form 4506-T at time of closing.

☐ Provide completed and signed purchase contract with all amendments on subject property.

☐ Borrower to provide evidence of adequate homeowner's insurance coverage prior to closing.

**We will obtain and review the following:**

- No secondary (subordinate) financing is permitted.

- This loan must close on or before the Overall Document Expiration Date.

- Chase to perform a verbal verification of employment for borrower(s) within 10 business days of signing closing documents for each current employer reported on the loan application.

**We will request the following from other companies:**

- Obtain one interior/exterior appraisal form 1004/70.

- Obtain interior/exterior appraisal to establish value sufficient to support loan amount requested.

- Chase to review and approve the HUD-1 Settlement statement, prepared by the Settlement Agent before any fund can be disbursed.

- At closing, provide the borrower(s) with a finalized copy of the Fannie Mae 1003 application form.

- Title Commitment to be issued with no liens, judgments, or delinquent taxes against the property or Borrower(s).

**IMPORTANT! Your Conditional Approval will expire on July 24, 2012. To move to the next step in the approval process, please return your information within 3 days.**

Note: Approval is subject to receipt and verification of all documents provided to the satisfaction of Chase.

## ESCROW POSSESSION AGREEMENT

Seller: *Edward Youngs*

Purchaser: *Haley Kamp*

Re:    Premises: *99 West Shore Road, Huntington, NY 11743*

Whereas, the Seller(s) and Purchaser(s) have agreed to close title; and

Whereas, the Seller(s) is (are) unable to deliver possession of the premises.

Now, Therefore, it mutually agreed between the parties as follows:

1.    The Seller(s) does (do) hereby deposit with their attorney the sum of $ *2,500.00* to be held in escrow on condition that the Seller(s) shall vacate and deliver possession of the premises on or before the *18* day of *July*, 2012, together with equipment and in the condition as stipulated in the Contract of Sale.

2.    In the event the Seller(s) shall fail to vacate and deliver such possession on or before said date, the Seller(s) shall be charged at the rate of $ *200.00*, per day for each day after said date that the Seller(s) remain(s) in possession, to be paid out of said escrow. Should Seller(s) remain in possession beyond a date when the funds on deposit shall be adequate, then the Seller(s) shall pay such further sums to the Purchaser(s) as shall be required, and in addition, the Purchaser(s) shall have the right to commence summary proceedings against the Seller(s), in which case the Seller(s) shall be responsible for the reasonable attorney's fees of the Purchaser(s).

3.    In the event the condition of the premises or equipment shall not be as required in the Contract of Sale, the Seller(s) shall be charged with the cost to replace or correct same, to be payable out of such escrow deposit, the balance to be returned to Seller(s), who shall remain liable for any deficiency.

4.    Purchaser(s) shall have the right to inspect the premises prior to taking possession.

5.    Escrow funds to be released on *July 20*, 2012 at *5:00* p.m., unless the attorney for Purchaser(s) advises the attorney for Seller(s) to the contrary prior to said time.

Dated: *July 13, 2012*

*Edward Youngs* _____

Edward Youngs , Seller

_____ , Seller

Agreed To:

*Haley Kamp* _____

Haley Kamp , Purchaser

_____ , Purchaser

I hereby acknowledge receipt of the sum of $ *2,500.00*, proceeds to be held in escrow pursuant to the foregoing provisions.

By: _____ , Escrowee

# CLEARANCE SHEET

Title Number: PY26813

NOTES:

Title closer needs to get an affidavit from the seller that mortgage 1 is paid in full and closed and needs to get an attorney undertaking from the sellers attorney to follow up and obtain a satisfaction for mortgage 1 post-closing. See proofs attached. Proofs and affidavit (seller) and undertaking (sellers attorney) are ok with TG.

jason - 06-19-2012

7/13/12

I undertake to get a recordable
Satisfaction for mortgage #1 in Report
PY 26813 post closeing to title company within
30 days

DARRIN BERGER
631-271-2323

F

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
------------------------------------------------------------x
                                    Index No. 14-16968

EDWARD JOHN DENKER-YOUNGS

                  Plaintiff,         **STATEMENT OF NET WORTH**

    -against-                          (DRL § 236)

BRIAN H. DENKER-YOUNGS

                  Defendant.
------------------------------------------------------------x

Date of commencement of action: 8/27/2014

(Complete all items, marking "NONE," "INAPPLICABLE" and "UNKNOWN," if appropriate)

STATE OF NEW YORK, COUNTY OF NASSAU SS.:

Edward John Denker-Youngs, the plaintiff herein, being duly sworn, deposes and says that the following is an accurate statement as of 10/20/14, of my net worth (assets of whatsoever kind and nature and wherever situated minus liabilities), statement of income from all sources and statement of assets transferred of whatsoever kind and nature and wherever situated:

**I. FAMILY DATA**
(a) Plaintiff's age: 48     Date of Birth: 2/13/1966    (c) Date married:   7/30/2011
(b) Defendant's age: 34    Date of Birth: 12/26/1979  (d) Date separated or divorced: N/A

(e) Number of dependent children under 21 years: 0
(f) Names, dates of birth and ages of children:


(g) Custody of Children: N/A
(h) Minor children of prior marriage: N/A
(i) (Plaintiff) (Defendant) (paying) (receiving) $_____ as alimony (maintenance) and/or $_____ child support in connection with prior marriage
(j) Custody of children of prior marriage:
(k) Is marital residence occupied by:   Plaintiff: ☐  Defendant: ☐  Both: ☒
(l) Plaintiff's present address: 33 Pennington Drive, Huntington, New York 11743
    Defendant's present address: 33 Pennington Drive, Huntington, New York 11743
(m) Occupation of Plaintiff:      Teacher
     Occupation of Defendant:    Executive
(n) Plaintiff employer:        Oyster Bay-East Norwich School District
(o) Defendant's employer:     Frost & Sullivan
(p) Education, training and skills (include dates of attainment of degrees, etc.)
Plaintiff:           MA 1991
Defendant:         Associate's Degree
(q) Plaintiff's Health:      Good
(r) Defendant's health:     Poor
(s) Children's health:      N/A

**IV. ASSETS:** (If any asset is held jointly with spouse or another, so state, and set forth your respective shares. Attach additional sheets, if needed.)

| A. Cash Accounts | | |
|---|---|---|
| Cash | | |
| 1.1 a. | Location | |
| b. | Source of funds | |
| c. | Amount | |
| | **TOTAL CASH:** | |

| Checking Accounts | | |
|---|---|---|
| 2.1 a. | Financial institution | Bank of America |
| b. | Account number | Ending 03181 |
| c. | Title holder | E. John Youngs/Matje G. Youngs |
| d. | Date opened | |
| e. | Source of funds | |
| f. | Balance | $2,177.00 |
| 2.2 a. | Financial institution | Bank of America |
| b. | Account number | Ending 6856 |
| c. | Title holder | Matje G. Youngs/E. John Youngs |
| d. | Date opened | |
| e. | Source of funds | Mother's account |
| f. | Balance | $19,104.57 |
| 2.3 a. | Financial institution | Chase |
| b. | Account number | |
| c. | Title holder | Edward J. Denker-Youngs |
| d. | Date opened | |
| e. | Source of funds | |
| f. | Balance | $192.00 |
| 2.4 a. | Financial institution | BFCU |
| b. | Account number | |
| c. | Title holder | Brian and Edward John Denker-Youngs |
| d. | Date opened | |
| e. | Source of funds | |
| f. | Balance | $318.16 |
| 2.5 a. | Financial institution | Citigold |
| b. | Account number | Ending 6073 |
| c. | Title holder | Matje G. Youngs/E. John Youngs |
| d. | Date opened | |
| e. | Source of funds | Mother's account |
| f. | Balance | $30,667.90 |
| | **TOTAL CHECKING:** | $52,459.63 |

| Savings accounts (including individual, joint, totten trust, certificates of deposit, treasury notes) | | |
|---|---|---|
| 3.1 a. | Financial institution | Bank of America |
| b. | Account number | Ending 4215 |
| c. | Title holder | E. John Youngs/Matje G. Youngs |
| d. | Type of account | Savings |
| e. | Date opened | |
| f. | Source of funds | |

| | | |
|---|---|---|
| g. | Balance | $351.57 |
| | | |
| 3.2 a. | Financial institution | NEFCU |
| b. | Account number | Ending 41201 |
| c. | Title holder | E. John Youngs/Matje G. Youngs |
| d. | Type of account | Savings |
| e. | Date opened | |
| f. | Source of funds | |
| g. | Balance | $242.78 |
| | | |
| 3.3 a. | Financial institution | BFCU |
| b. | Account number | |
| c. | Title holder | Brian and Edward John Denker-Youngs |
| d. | Type of account | Savings |
| e. | Date opened | |
| f. | Source of funds | |
| g. | Balance | $72.00 |
| | | |
| 3.4 a. | Financial institution | Citigold |
| b. | Account number | Ending 6073 |
| c. | Title holder | Matje G. Youngs/E. John Youngs |
| d. | Type of account | |
| e. | Date opened | |
| f. | Source of funds | Mother's account |
| g. | Balance | $3,070.34 |
| | | |
| | **TOTAL SAVINGS:** | $3,736.69 |

Security deposits, earnest money, etc.

| | | |
|---|---|---|
| 4.1 a. | Location | |
| b. | Title owner | |
| c. | Type of deposit | |
| d. | Source of funds | |
| e. | Date of deposit | |
| f. | Amount | |
| | | |
| | **TOTAL SECURITY DEPOSITS, ETC.:** | |

Other

| | | |
|---|---|---|
| 5.1 a. | Location | |
| b. | Title owner | |
| c. | Type of account | |
| d. | Source of funds | |
| e. | Date of deposit | |
| f. | Amount | |
| | | |
| | **TOTAL OTHER:** | |
| | | |
| | **TOTAL CASH ACCOUNTS:** | $56,196.32 |

**B. Securities**

Bonds, notes, mortgages

| | | |
|---|---|---|
| 1.1 a. | Description of security | |
| b. | Title holder | |
| c. | Location | |
| d. | Date of acquisition | |
| e. | Original price or value | |

| | | |
|---|---|---|
| | debt | |
| c. | Source of funds from which loan made or origin of debt | |
| d. | Date payment(s) due | |
| e. | Current amount due | |
| | **TOTAL LOANS AND ACCOUNTS RECEIVABLE:** | |

**D. Value of interest in any business**

| | | |
|---|---|---|
| 1.1 a. | Name and address of business | Modern Divinities, LLC (D/B/A Long Island Chuppah) |
| b. | Type of business (corporate, partnership, sole proprietorship or other) | LLC |
| c. | Your capital contribution | Defendant's Business |
| d. | Your percentage of interest | |
| e. | Date of acquisition | |
| f. | Original price or value | |
| g. | Source of funds to acquire | |
| h. | Method of valuation | |
| i. | Other relevant information | |
| j. | Current net worth of business | To be determined |
| | **TOTAL VALUE OF BUSINESS INTEREST:** | |

**E. Cash surrender value of life insurance**

| | | |
|---|---|---|
| 1.1 a. | Insurer's name and address | Brother's Life Insurance Policy |
| b. | Name of insured | |
| c. | Policy number | |
| d. | Face amount of policy | $10,00.00 |
| e. | Policy owner | |
| f. | Date of acquisition | |
| g. | Source of funding to acquire | |
| h. | Current cash surrender value | $2,269.00 |
| 1.2 a. | Insurer's name and address | Nationwide Financial |
| b. | Name of insured | E John Youngs |
| c. | Policy number | 0042470840 |
| d. | Face amount of policy | $48,027.54 (current net death benefit) |
| e. | Policy owner | E John Youngs |
| f. | Date of acquisition | |
| g. | Source of funding to acquire | |
| h. | Current cash surrender value | $5,080.20 |
| | **TOTAL VALUE OF LIFE INSURANCE:** | $7,349.20 |

**F. Vehicles (automobile, boat, plane, truck, camper, etc.)**

| | | |
|---|---|---|
| 1.1 a. | Description | All vehicles leased |
| b. | Title owner | |
| c. | Date of acquisition | |
| d. | Original price | |

| | | | |
|---|---|---|---|
| | f. | Source of funds | |
| | g. | Amount of unpaid liens | $7,128.42 |
| | h. | Current value | $125,437.25 |
| | | **TOTAL VESTED INTEREST IN TRUSTS:** | $125,437.25 + value to be determined |

**I. Contingent interests (stock options, interests subject to life estates, prospective inheritances, etc.)**

| | | | |
|---|---|---|---|
| 1.1 a. | | Description | Matje G. Youngs Trust |
| | b. | Location | |
| | c. | Date of vesting | |
| | d. | Title owner | |
| | e. | Date of acquisition | Beneficiary upon death of grantor |
| | f. | Original price or value | |
| | g. | Source of funds to acquire | |
| | h. | Method of valuation | |
| | i. | Current value | Unknown |
| | | **TOTAL CONTINGENT INTERESTS:** | Unknown |

**J. Household furnishings**

| | | | |
|---|---|---|---|
| 1.1 a. | | Description | Contents of Marital Residence |
| | b. | Location | 33 Pennington Drive, Huntington, New York 11743 |
| | c. | Title owner | Briand and Edward John Denker-Youngs |
| | d. | Original price | |
| | e. | Source of funds to acquire | |
| | f. | Amount of lien unpaid | |
| | g. | Current value | Unknown |
| | | **TOTAL HOUSEHOLD FURNISHINGS:** | Unknown |

**K. Jewelry, art, antiques, precious objects, gold and precious metals (only if valued at more than $500)**

| | | | |
|---|---|---|---|
| 1.1 a. | | Description | |
| | b. | Location | |
| | c. | Title owner | |
| | d. | Original price or value | |
| | e. | Source of funds to acquire | |
| | f. | Amount of lien unpaid | |
| | g. | Current value | |
| 1.2 a. | | Description | |
| | b. | Location | |
| | c. | Title owner | |
| | d. | Original price or value | |
| | e. | Source of funds to acquire | |
| | f. | Amount of lien unpaid | |
| | g. | Current value | |
| | | **TOTAL JEWELRY, ART, ETC.:** | |

**L. Other (e.g., tax shelter investments, collections, judgments, causes of action, patents, trademarks, copyrights, and any other asset not hereinabove itemized)**

| | | | |
|---|---|---|---|
| 1.1 a. | | Description | |
| | b. | Location | |
| | c. | Title owner | |

**X.** Other data concerning the financial circumstances of the parties that should be brought to the attention of the Court are:

_____

_____

_____

The foregoing statements and a rider consisting of _____ page(s) annexed hereto and made part hereof, have been carefully read by the undersigned who states that they are true and correct.


_____
EDWARD JOHN DENKER-YOUNGS, (Plaintiff)


Sworn to before me this 20ᵗʰ
day of _____, 2014.


_____
NOTARY PUBLIC

TIMOTHY J FALLON
Notary Public, State of New York
No. 02FA6253592
Qualified in Nassau County
Commission Expires March 26, 2016


_____
SIGNATURE OF ATTORNEY


_____
LOUIS F. SIMONETTI, JR.
ATTORNEY'S NAME (PRINT OR TYPE)

_____
SIMONETTI & ASSOCIATES
144 WOODBURY ROAD
WOODBURY, NEW YORK 11797
516-248-5600
ATTORNEY'S ADDRESS & TELEPHONE
NUMBER

G

## PROOF OF CLAIM STATEMENT

For the reasons outlined in the annexed Verified Complaint filed in the matrimonial proceedings pending in the New York State Supreme Court, Suffolk County in an action captioned: Edward John Denker-Youngs v. Brian H. Denker-Youngs. Index No. 14-16968 concerning the termination of the marriage between the Debtor and Mr. Youngs and all related issues. The claimant has an unliquidated claim in connection with the matrimonial action for equitable distribution and other property claims including, without limitation: i) the marital residence located at 33 Pennington Drive, Huntington, NY 11743; ii) separate property claim in the amount of $161,000; iii) the distribution of retirement accounts in the aggregate amount of approximately $52,000; iv) a claim for a loan against claimant's pension during the marriage in the approximate amount of $10,000; v) payments made in connection with the upkeep of the marital residence, including, but not limited to, mortgage payments, property taxes, homeowner insurance, HELOC loan payments, LIPA bills, as well as payments for health and car insurance for the Debtor from October 2014 through December 2014 in the aggregate amount of approximately $13,000; vi) repairs and other various expenses incurred in obtaining a Certificate of Occupancy for the pool house located on the marital residence, including, but not limited to, a survey, architect and an expediter fee in the aggregate amount of approximately $7,000; vii) a claim for wasteful dissipation of marital assets in the aggregate amount of approximately $9,000; viii) payments by claimant to Debtor's business account from October 2014 to the present time in the approximate aggregate amount of $2,600; and ix) related attorneys' fees in the amount of approximately $7,000.

This claim is being filed without prejudice to, and with a reservation of all rights, claims and remedies provided to claimant in connection with the marital proceeding. The claimant further reserves the right to amend and/or supplement this proof of claim at any time and in any manner, and to file additional proofs of claim for additional claims, which may be based on the respective rights and obligations in connection with the matrimonial proceeding. The claimant further reserves, without limiting the generality of the foregoing, the right to amend and/or supplement the calculations of amounts owing to claimant. The claimant further reserves the right to file additional proofs of claim for administrative expenses, other claims entitled to priority, proofs of interest and proofs of claim against other parties.

The filing of this proof of claim shall not constitute a waiver or release of any of the claimant's rights, including, without limitations: (a) claimant's right against debtor or any other person, entity or property; (b) claimant's right to contest the jurisdiction of this Court with respect to the subject matter of this claim, any objection or other proceeding commenced with respect thereto or any other proceeding commenced in this case against or otherwise involving the claimant; claimant's right to move or withdraw the reference with respect to the subject matter of this claim or otherwise; and (d) claimant's election of remedies or choice of law.


B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT    Eastern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Brian Denker | Case Number: 15-41069-CEC |
|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): Edward John Denker Youngs | COURT USE ONLY |
|---|---|

Name and address where notices should be sent:
LaMonica Herbst & Maniscalco, LLP Attn: Jacqulyn S. Loftin, Esq.
3305 Jerusalem Avenue, Ste 201, Wantagh, NY 11793

Telephone number: (516) 826-6500    email: jsl@lhmlawfirm.com

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on:_____

Name and address where payment should be sent (if different from above):
Edward John Denker Youngs
33 Pennington Dr., Huntington, NY 11743

Telephone number:_____    email:_____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed:    $ Unliquidated

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: equitable distribution and seperate property claims
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor:_____

| 3a. Debtor may have scheduled account as: _____ (See instruction #3a) | 3b. Uniform Claim Identifier (optional): _____ (See instruction #3b) |
|---|---|

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____

Annual Interest Rate_____% ☐ Fixed or ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$_____

Basis for perfection:_____

Amount of Secured Claim:    $_____

Amount Unsecured:    $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

(Official Form 10) (04/13)

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom the debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien.

A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507 (a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

H

From: **koch glenn** ?clarko@gmail.com
Subject: G and G Pool Account
Date: November 17, 2014 at 8:35 AM
To: Rabbibriand@moderndivinities.com

To whom it may concern.

Please be advised all of the payments on the account of Brian Denker & John Young residing at 33 Pennington Dr Huntington NY 11743 for the 2014 pool season have up to this date of 11/17/14 been paid for by Mr Denker. Of the total balance of $2264.00 $1725.00 have been paid by Mr Denker. I tried on several occasions in the last two weeks to contact Mr Young regarding the balance of $539.00 but he has never returned my phone call's or texts.

Thank You
Glenn Koch
Owner G and G Pools

11/17/14



Suffolk County Lock & Security Prof. In
430 W Montauk Hwy
Lindenhurst NY 11757-5633

Brian Denker-Youngs
33 Pennington Dr
Huntington NY 11743-7122

03713
20 34

Invoice Date: 11/01/14
Customer Number: 1670

Invoice Number: 09005
Monitoring No: 56-9419

Due Date: 12/01/14
Amount Due: $130.35

Suffolk County Lock & Security Prof. In
430 W Montauk Hwy
Lindenhurst NY 11757-5633

Taxes at 8.625 %

Free Monitoring...2 Free Months w/ each Referral Install

All Charges are Billed Quarterly for Service
Provided From December 2014 Thru February 2015

Please pay on or before December 01, 2014

For billing questions please call customer service at (631)957-2227

10.35

$ 130.35

# Sales Order

No. 8558825 • 10/21/2014 • Page 2

418-1000 • 414 New York Ave • Huntington • NY • 11743 • www.applianceworldny.com

Created for:
Cust# 137497
**Brian Denker-Youngs**
33 Pennington Drive
Huntington, NY 11743
(516) 462-0895
bhdemker@gmail.com

Deliver to:
Cust# 137497
**Brian Denker-Youngs**
33 Pennington Drive
x- Woodchuck Hollow Road
Huntington, NY 11743

Follow Us On: .............. 🐦 *Twitter* .............. 📘 *Facebook* .............. *applianceworldny.blogspot.com*

Salesperson: Daniel Nathan • Ext • danny@applianceworld.org • _NONE

| Brand | Model | Category | Serial # | Ref # | Color | ESC | Price |
|-------|-------|----------|----------|-------|-------|-----|-------|

| | |
|---|---|
| Your Price: | $435.00 |
| Recycle Fees: | $0.00 |
| Options: | |
| Extended Service Plans: | $0.00 |
| Sales Tax: | $37.52 |
| **Total:** | **$472.52** |

Estimated Delivery Date:

Notes:

## TERMS AND CONDITIONS

**MERCHANDISE:**
1. All orders are subject to availability from the manufacturer.
2. Products purchased are warranted by the manufacturer ONLY.
3. **DISCLAIMER OF WARRANTY. APPLIANCE WORLD OF HUNTINGTON, INC. ("APPLIANCE WORLD") HEREBY DISCLAIMS AND YOU HEREBY WAIVE ANY AND ALL OBLIGATIONS AND LIABILITIES OF THE COMPANY AND ALL OF YOUR RIGHTS, CLAIMS AND REMEDIES AGAINST THE COMPANY, WHETHER EXPRESSED OR IMPLIED, AND WHETHER ARISING BY LAW OR OTHERWISE INCLUDING, WITHOUT LIMITATION, IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, IMPLIED WARRANTIES ARISING FROM COURSE OF PERFORMANCE, COURSE OF DEALING AND USAGE OF TRADE, AND ANY AND ALL LIABILITY WITH RESPECT TO THE PRODUCTS PROVIDED BY THE COMPANY.**
4. Display Models are sold **"AS IS"**. The purchase of a Display Model **CANNOT** be cancelled and shall **NOT** be accepted for return, exchange or store credit. Display Models must be paid for in full at the time of purchase. Display models will be held for you for NINETY (90) days from the date of this order. After such date, you will be charged a storage fee in the amount of $10.00 per day which shall be paid prior to delivery.
5. If you cancel a product purchase order, you will be responsible for the payment of (i) a restocking fee in the amount of 25% of the purchase price of the product cancelled and (ii) a 3% credit card fee, if applicable. **CUSTOM ORDERS CANNOT BE CANCELLED.**
6. Price protection guarantee – if, within thirty (30) days of the date of this order, you find the exact same item as you have ordered from Appliance World at a lower price elsewhere, Appliance World will refund to you one hundred fifteen percent (115%) of the price difference. See store for details.

**PAYMENT:**
1. A deposit equal to 25% of the total order price (50% on custom orders) is required to order product(s) and to secure current pricing.
2. **ALL BALANCES MUST BE PAID IN FULL BY CHECK FIVE (5) BUSINESS DAYS PRIOR TO DELIVERY.**
3. A maximum of $1,500.00 toward your order may be accepted by credit card. Appliance World will not accept credit card payments over the telephone. A 3% credit card fee will be charged to you if you cancel this order.
4. Upon payment of a $500.00 non-refundable specification deposit (applicable toward the price of your product order), Appliance World will provide you or your contractor/designer with the product manufacturer's product specifications upon your request and be available to answer their questions to facilitate a seamless transaction.

 VISA SIGNATURE

 HUMAN RIGHTS CAMPAIGN.

**BRIAN H DENKER**
Account Number: 4313 0705 4041 4643
January 23 - February 20, 2013

**Account Information:**
www.bankofamerica.com

**Mail billing inquiries to:**
Bank of America
P.O. Box 982235
El Paso, TX 79998-2235

**Mail payments to:**
Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019

**Customer Service:**
1.800.421.2110

(1.800.346.3178 TTY)

New Balance Total .......................................$5,029.65
Current Payment Due ...............................$50.00

Total Minimum Payment Due.........................$50.00
Payment Due Date .................................3/18/13

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to $35.00.

**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the Total Minimum Payment | 24 years | $12,737.97 |
| $184.71 | 36 months | $6,649.56 (Savings = $6,088.41) |

If you would like information about credit counseling services, call 1-866-300-5238.

Previous Balance ...........................$0.0
Payments and Other Credits...................0.0
Purchases and Adjustments .............4,982.3
Fees Charged................................47.3
Interest Charged...........................0.0

New Balance Total ......................$5,029.6

Total Credit Line........................$10,000.0
Total Credit Available...................$4,970.3
Cash Credit Line .......................$4,000.0
Portion of Credit Available
for Cash .................................$4,000.0
Statement Closing Date .................2/20/1
Days in Billing Cycle ...........................2

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | T |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 01/30 | 01/31 | DIRECT BUY MERCH    HAUPPAUGE   NY 035441 | 5946 | 4643 | 4,982.32 | |
| | | | | | | $4,982. |
| 02/20 | 02/20 | **Fees** CREDIT PROTECTION PLUS 800.942.1083 | 500A | | 47.33 | |
| | | **TOTAL FEES FOR THIS PERIOD** | | | | $47. |

18    0050296500005000000000000004313070540414643

BANK OF AMERICA
P.O. BOX 15019
WILMINGTON, DE 19886-5019

Account Number: 4313 0705 4041 4643

New Balance Total ...........................................$5,029.65
Total Minimum Payment Due ...........................................50.00
Payment Due Date ...........................................03/18/13

BRIAN H DENKER
99 W SHORE RD
HUNTINGTON NY  11743-2076

Enter payment amount   $

☐ *Check here for a change of mailing address or phone numbers. Please provide all corrections on the reverse side.*
Mail this coupon along with your check payable to: Bank of America

⑆524022250⑆  0940054041464311⑆

# Member Order History

**Member :**          **John Denker-Youngs (1676585)**
**Current Center :**  **DirectBuy of Long Island [171]**
**Member Status :**   **Active**
**Expiration Date :** **Sep 15, 2015**

*my credit card*

| Order ID | Ordered | Order Amount | Status | Status Date | Vendor |
|---|---|---|---|---|---|
| 0171-502479 | Jan 30, 2013 | 4982.3900 | Closed at Center | Mar 18, 2013 | Galaxy Granite & Marble Inc. (51782) |
| 0171-501645 | Dec 29, 2012 | 73.2100 | Closed at CSC | Mar 06, 2013 | Daltile - Zone 4 (6251) |
| 0171-501412 | Dec 17, 2012 | 225.3500 | Closed at CSC | Feb 13, 2013 | Daltile - Zone 4 (6251) |
| 0171-500796 | Nov 24, 2012 | 2448.7500 | Closed at CSC | Dec 13, 2012 | Steam Planet Corporation (6060) |
| 0171-500579 | Nov 19, 2012 | 1607.6500 | Closed at CSC | Jan 30, 2013 | Grohe (7020) |
| 0171-500393 | Nov 13, 2012 | 210.0900 | Closed at CSC | Dec 19, 2012 | Broan / Nutone (6520) |
| 0171-500394 | Nov 13, 2012 | 2104.5200 | Closed at CSC | Nov 20, 2012 | LG Appliances (7071) |
| 0171-500376 | Nov 12, 2012 | 11440.1200 | Closed at CSC | Dec 19, 2012 | Brookwood Direct (5924) |
| 0171-500388 | Nov 12, 2012 | 1130.6900 | Closed at CSC | May 01, 2013 | Daltile - Zone 4 (6251) |

| | Total Order Amount | 24222.7 | | Order Count | 9 |

This document was created using an EVALUATION version of ActiveReports. Only a licensed user may legally create reports for use in production. Please report infractions or address questions to sales@grapecity.us.com. Copyright © 2002-2009 GrapeCity, inc. All rights reserved.

11/17/2014 5:25:15 PM

CITI

ATM/Debit Card: XXXX-XXXX-XXXX-9817

As of 10-20-2014 21:46 EDT

## SERVICES Check Details

**Account**

Basic Checking: 5160

| | Check # | Post Date | Amount |
|---|---|---|---|
| | 324 | 10/16/2014 | $ 363.00 |

---

**BRIAN H. DENKER**
33 PENNINGTON DRIVE
HUNTINGTON, NY 11743-7122

1-2 192
210

324

Date 10/3/14

Pay to the order of    P S E + G    | $ 363

Three Hundred Sixty Three    Dollars

citibank
CITIBANK, N.A. RB. 6182
342 MAIN STREET
HUNTINGTON, NY 11743

Memo 33 Pennington

Bri H Ghlyoyl

⑆021000089⑆ 9987065160⑆ 0324

---

10/09/14 893302 026 4019 KeyLIEic
803859 4 1 NGRID -011/4008727
Credit the account of the within named payee
Without prejudice PEG-REGU LUS >563585758<

---

Security Tip: Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more

1

THE MEYERS LAW GROUP, PC.
Attorneys at Law
55 Elm Street
Huntington, New York 11743
(631) 784-7722

Brian H. Denker-Youngs
P.O. Box 156
Huntington, New York 11743

October 31, 2014
10237-1

Matter No. 10237-1
Denker-Youngs V. Denker-Youngs

Fees:

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 10/09/14 | DM | Opened file/litigation support. | | 250.00 |
| 10/09/14 | NM | Meeting with client; prepare letter to prior attorney enclosing Consent to Change Attorney for his signature. | 1.25 | 531.25 |
| 10/09/14 | NM | Prepare Consent to Change Attorney. | 0.25 | 106.25 |
| 10/10/14 | NM | Prepare letter to opposing attorney enclosing Consent to Change Attorney and issues; review client e-mail and attachment. | 0.25 | 106.25 |
| 10/14/14 | NM | Prepare letter to Court to file Retainer Agreement; review client e-mail and reply regarding address of husband in new credit report. | 0.35 | 148.75 |
| 10/14/14 | JD | Left message for client. | 0.10 | 0.00 |
| 10/14/14 | JD | Telephone call with client. | 0.60 | 225.00 |
| 10/15/14 | NM | Prepare Demand for Electronic Media, Demand Pursuant to 22 NYCRR Section 202.16, CPLR Section 3101 for Expert Witness and Other Disclosure, Notice of Discovery and Inspection for Electronic Devices and Notice of Discovery and Inspection with proofs of service. | 1.00 | 425.00 |
| 10/15/14 | NM | Review of client's e-mail of October 15, 2014 to his prior counsel; review of client's e-mail of | 0.70 | 297.50 |

Matter No. 10237-1
Denker-Youngs V. Denker-Youngs

October 31, 2014
Page 2

October 15, 2014 re:  Statement of Net Worth and economic crimes update; prepare letter to opposing attorney re:  no response to our letter of October 10, 2014; telephone call with opposing attorney regarding status.

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/15/14 | DAN | Telephone call from client re:  copies of Orders of Protection needed. | 0.10 | 17.50 |
| 10/16/14 | NM | Prepare letter to opposing attorney enclosing discovery documents. | 0.25 | 106.25 |
| 10/16/14 | JG | Telephone call from client re: case status. | 0.10 | 17.50 |
| 10/16/14 | DM | Telephone call with client re:  obtaining old file and other issues. | 0.10 | 17.50 |
| 10/16/14 | DAN | Draft Statement of Net Worth. | 2.00 | 350.00 |
| 10/17/14 | DAN | Continue drafting Statement of Net Worth. | 4.00 | 700.00 |
| 10/20/14 | DAN | Review client file for exhibits for Order to Show Cause; telephone call to client. | 0.60 | 105.00 |
| 10/20/14 | NM | Draft Affidavit and Affirmation in Support of Pendente Lite expenses and review all of client's records and files. | 5.00 | 2,125.00 |
| 10/21/14 | NM | Letter to the Court to file the Consent to Change Attorney and the Notice of Appearance; review e-mail from client with discovery documentation; review e-mail from client with additional financial documentation. | 0.75 | 318.75 |
| 10/21/14 | NM | Prepare Notice of Appearance with proof of service; telephone call with opposing attorney re: Court dates. | 0.50 | 212.50 |
| 10/21/14 | JD | Telephone call with client. | 0.60 | 225.00 |
| 10/22/14 | NM | Prepare Verified Answer. | 0.50 | 212.50 |
| 10/22/14 | NM | Review client's e-mail of October 22, 2014 re: e-mail communication John sent on February 10, | 0.10 | 42.50 |

**Subject:** RE: Demand for Discovery
**From:** "Deborah A. Nicastro" <dn@bestnewyorkdivorce.com>
**Date:** 11/18/2014 9:58 AM
**To:** Rabbi Brian Denker-Youngs <rabbibriand@moderndivinities.com>
**CC:** Natasha Meyers <nm@bestnewyorkdivorce.com>

Good morning, Brian.  Yes, you can come by and drop off the discovery documents.  I have 2:30 today available, if that works for you.  Otherwise, just call the office and I will set up a time for you to come in.

Thank you for reorganizing everything and putting them in order according to opposing counsel's discovery demand.

Debbie

Deborah A. Nicastro
Paralegal
**THE MEYERS LAW GROUP, P.C.**
55 Elm Street
Huntington, New York 11743
Tel:  (631) 784-7722
Fax:  (631) 659-3330
www.bestnewyorkdivorce.com

CONFIDENTIALITY NOTE:  The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity name above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited.  If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the Postal Service.  Thank you. CIRCULAR 230 DISCLOSURE:  Pursuant to U.S. Treasury Department Regulations, we are required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party and tax-related matters addressed herein. NOTICE: The information contained in and attached to this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above.  This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you received this communication in error, please notify us immediately by reply email and delete the original message (including any and all attachments).

**From:** Rabbi Brian Denker-Youngs [mailto:rabbibriand@moderndivinities.com]
**Sent:** Tuesday, November 18, 2014 9:02 AM
**To:** Front Desk; Deborah A. Nicastro
**Subject:** Demand for Discovery

Good morning Debbie and Donna

Demand for Discovery

**Subject:** Demand for Discovery
**From:** Rabbi Brian Denker-Youngs <rabbibriand@moderndivinities.com>
**Date:** 11/18/2014 9:01 AM
**To:** "fd@bestnewyorkdivorce.com" <fd@bestnewyorkdivorce.com>, "Deborah A. Nicastro" <dn@bestnewyorkdivorce.com>


Good morning Debbie and Donna


I reorganized the statements and bills within my possession and access into folders labeled and numbered according to counsel's rider.  Did you want me to drop this off before heading to see my aunt for the week in Florida?


Unfortunately repairs on the internet at the house have not been done because John continues to refuse to provide me or anyone (including the technician) proper access and login to configure settings. Optimum requires John's approval for them to enfage me as i was removed from the account Nov 6.


I do have some bills to drop off as John hasn't returned phone calls apparently for an overdue balance that I had to pay in addition to be parently needed oil this week so I had to outlay an extra thousand dollars on top of several other expenses.


Please let me know when would be good to drop off the remaining items; I hope you guys are keeping warm.


- Brian