UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

BRIAN H. DENKER                                    Chapter 11
       Debtor                                    Case Number 15-41069


-----------------------------------------------------------X


# OBJECTION TO MOTION FOR RELIEF FILED BY EDWARD J DENKER-YOUNGS SEEKING RELIEF PURSUANT TO 11 USC § 362

      TAKE NOTICE, debtor herein, BRIAN H. DENKER-YOUNGS, apperates this 4th day of October, 2015 and **OBJECTS** to motion filed with this honorable court by Edward J. Denker-Youngs on September 21, 2015 seeking relief from this court by lifting the stay pursuant to 11 USC § 362 and herein requests a hearing on the matter be set down on the calendar for the second week of November, 2015 or as soon thereafter as parties may be heard.

                                  Respectfully submitted for file,

Date:  October 4, 2015

                               Brian H. Denker-Youngs
                               25 Boerum Street Apt 18E
                               Brooklyn, NY 11206
                               T. 917-373-5019
                               E: bhdenker@gmail.com

to:

Jacqulyn Somers Loftin
LaMonica Herbst Maniscalco
3305 Jerusalem Ave Suite 201
Wantagh, NY 11793

William Curtin & George Drapan
United States Department o0f Justice
Eastern District of New York
Brooklyn Division
201 Varick Street - Suite 1006
New York, NY 10014

Honorable Chief Justice Carla E. Craig
United States Bankruptcy Court
271 Cadman Plaza East Rm 3529
Brooklyn, NY 11201

Lawrence Morrison, Esq
Morrison and Tenebaum, PLLC
87 Walker Street - 2nd Floor
New York, NY 10013

Brian H. Denker-Youngs, Debtor-in-Possession
25 Boerum Street Apt 18E
Brooklyn, NY 11206
Tel. 917.373.5019

Hearing Date: October 22, 2015 at 2:30pm
Objection Date: October 15, 2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

BRIAN H. DENKER

       Debtor

Chapter 11

Case Number 15-41069

-----------------------------------------------------------------X

## VERIFICATION

I, Brian H. Denker-Youngs, being duly sworn, deposes and says that I am the debtor in the above reference action and; that I have read the foregoing Objection to Mr. Young's motion for relief and knows the contents thereof, that the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters I believe to be true.

Sworn before me

_____

SHIFENG ZHU
Notary Public, State of New York
Registration #01ZH305575
Qualified In Nassau County
Commission Expires June 9, 2018

_____
BRIAN H. DENKER-YOUNGS, Petitioner Pro Se

25 BOERUM STREET # 18E

BROOKLYN, NY 11206

Date 10/3/15

1