UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

BRIAN H. DENKER                                          Chapter 11
                                                         Case Number 15-41069
       Debtor

-------------------------------------------------------X

## LETTER TO THE COURT

      TO THE CLERK OF THE COURT, the Honorable Chief Justice Carla E. Craig, and all interested parties thereof,

      BE INFORMED of the attached hearing scheduled before the Honorable Justice Carl J. Landicino scheduled for November 5, 2015 to which parties will be heard on a motion submitted by the debtor herein on September 25, 2015 presented to the Supreme Court, State of New York upon the filing of an Emergency Order to Show Cause.

      The clerk of the court is requested to note this on file with debtors petition for information purposes only.


Date:   October 4, 2015                      Respectfully Submitted,

                                             _____
                                             Brian H. Denker-Youngs
                                             25 Boerum Street #18E
                                             Brooklyn, NY 11206
                                             t: 917-373-5019
                                             e: bhdenker@gmail.com

RECEIVED 2015 OCT -5 P 12: 18
CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

**SUPREME COURT STATE OF NEW YORK**
**COUNTY OF KINGS**

In re the Marriage of:

BRIAN H. DENKER-YOUNGS,
                *Petitioner, Pro Se*

and

EDWARD JOHN DENKER-YOUNGS, aka
EDWARD J YOUNGS, aka E J YOUNGS,
aka JOHN YOUNGS, aka E JOHN YOUNGS,
aka JOHN J DENKER-YOUNGS
                *Respondent*

INDEX No. 54013-2015

**NOTICE OF MOTION**
**ORDER TO CONSOLIDATE**
**(PROPOSED)**

**TO THE CLERK OF COURT AND TO THE DEFENDANT**

<u>**EDWARD JOHN DENKER-YOUNGS,**</u> and all interested parties thereof,

    **TAKE NOTICE** that upon the motion of BRIAN H. DENKER-YOUNGS, Plaintiff *Pro Se* upon filing of an emergency affidavit and by Order to Show Cause in the above captioned appearing the 25th day of September 2015, and sufficient cause therein, a motion seeking an ORDER OF CONSOLIDATION will be heard before the Honorable Justice Carl J. Landicino in the County of Kings, Supreme Court State of New York and all interested parties therein, the clerk is requested to note this issue on the docket for that day.

    HEARING DATE:    <u>NOVEMBER 5, 2015</u>
    HEARING TIME:    <u>9:30 A.M.</u>
    LOCATION:    <u>360 ADAMS STREEET, BROOKLYN NY</u>
    COURTHOUSE ROOM:    <u>PART 5C</u>

    NATURE OF MOTION BY ORDER TO SHOW CAUSE ATTACHED HERETO and pursuant to Plaintiff's Order to Show Cause signed the 25th day of September 2015, before the Honorable Justice Carl J Landicino, Plaintiff will move the court in the County of Kings at the time and date indicated above in the interest of judicial economy and other relief, to issue an **ORDER TO CONSOLIDATE <u>SUFFOLK COUNTY SUPREME COURT, INDEX NO: 16968/2014</u>** with the within and attached KINGS COUNTY action and complaint for Annulment and trial by jury proceeding to which such motion by Order to Show Cause has been motioned by the Plaintiff in the attached signed and dated September 25, 2015 by the Honorable Judge Carl J Landicino.

Let all parties take note to be heard, having received sufficient service delivered upon all parties this 28th day of September 2015 by depositing the same in sealed addressed envelopes to all parties and having deposited and entrusted the same to the United States Postal Service.

Dated: September 28, 2015

BRIAN H. DENKER-YOUNGS, Plaintiff Pro Se
25 BOERUM STREET APT 18E
BROOKLYN NY 11206
TEL. 917-373-5019
EMAIL: BHDENKER@GMAIL.COM

To:

Maria Aliberitis, Esq.
Simonetti & Associates
144 Woodbury Road
Woodbury, NY 11791

Clerk of the Court
Suffolk County Supreme Court
400 Carleton Avenue
Islip, New York

MARY NG
Notary Public - State of New York
NO. 01NG6193714
Qualified in Queens County
My Commission Expires Sep 22, 2016