UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

BRIAN H. DENKER                                 Chapter 11
                                                                 Case Number 15-41069

           Debtor

----------------------------------------------------------X

## ORDER TO SHOW CAUSE

UPON the submission of an Order to Show Cause by the debtor, Brian H. Denker-Youngs, appearing before this court on 5th October, 2015, together with facts and documents provided for to the honorary court within the filing and preliminary injunction and stay filed before this court, it is hereby

**ORDERED** by this honorable court:

1. The conversion of Case No. 15-41069 from Chapter 11 to Chapter 7 of even date is hereby vacated, reverting Case No. 15-41069 to Chapter 11 status.

2. Edward J. Denker-Youngs is to appear as requested and directed by debtors motion for a 2004 Application and deposition to be scheduled upon retention of new counsel to the debtor.

3. Lawrence Morrison of Morrison and Tenenbaum PLLC. Is hereby discharged with cause as counsel to the debtor Brian H. Denker-Youngs and by Order of this Court is to within five (5) days return such monies paid in representation of the debtor herein.

Date:   October 5, 2015    _____

                                              Honorable Chief Justice Carla E Craig
                                              United States Bankruptcy Court
                                              Eastern District of New York