UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re

Brian Denker,

Debtor.
---------------------------------------------------------X

Case No. 15-41069-CEC
Chapter 7

**ORDER TO SHOW CAUSE**

UPON the application and affidavit of Brian H. Denker (the "Debtor") it is hereby,

ORDERED that Edward J. Denker-Youngs, Lawrence Morrison, and Richard J. McCord show cause before the Honorable Carla E. Craig, in Courtroom 3529 at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201, on October 22, 2015 at 2:30 p.m. why an order an order should not be entered granting the following relief:

1) Vacating the order entered October 2, 2015, converting this case to one under Chapter 7 of the Bankruptcy Code;
2) Staying all proceedings in the Suffolk County Supreme Court against the Debtor;
3) Allowing the Appellate Division, Second Department to proceed with review of the Debtor's appeal and Order to Show Cause;
4) Directing Edward J. Denker-Youngs to appear for a deposition pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure;
5) Discharging Debtor's counsel, Lawrence Morrison, and directing the return of all fees paid by the Debtor for representation in this case; and it is further

ORDERED, that the Debtor shall cause a copy of this Order together with the Affidavit and Exhibits annexed thereto to be served by overnight delivery on or before October 8, 2015, upon Edward J. Denker-Youngs; LaMonica Herbst & Maniscalco, LLP, Counsel for Edward J. Denker-Youngs; Lawrence Morrison; Richard J. McCord; and the United States Trustee; and it is

further

ORDERED, that the Debtor shall cause a copy of this Order together with the Affidavit and a document stating that the Exhibits annexed thereto may be viewed on the Court's ECF system, available through PACER and accessible at the Clerk's office, to be served by first class mail on all creditors in this case, mailed on or before October 8, 2015; and it is further

ORDERED, that the Debtor shall file a certificate of service with this Court on or before October 8, 2015.




**Dated: Brooklyn, New York**
**October 6, 2015**

**Carla E. Craig**
**United States Bankruptcy Judge**