**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
271-C Cadman Plaza East, Suite 1595
Brooklyn, New York 11201-1800

_____

IN RE:                                                                 Case No. 15-41069-cec

                                                                            Chapter 7

Brian Denker

                                      Debtor
_____

### REQUEST TO PLACE A RESTRICTION ON A FILED DOCUMENT(s) and/or CLAIM(s)

The Clerk's Office requests that the Court determine if access to Document(s) No. 50-4 filed in CM/ECF should be restricted.

The document or claim contains:

- [✓] Personal identifiers as set forth in Bankruptcy Rule 9037
    - Social Security Number
    - Taxpayer Identification Number
    - Birth Date
    - The name of an individual, other than the debtor, known to be and identified as a minor
    - Financial Account Number
- [ ] Trade Secrets
- [ ] Confidential Research, Development or Commercial Information
- [ ] Scandalous or Defamatory Matter
- [ ] Other: _____

**NOW, THEREFORE, IT IS HEREBY ORDERED, THAT**

- [✓] The Clerk's Office is directed to restrict access to the document.

- [✓] The filer is ordered to re-file the document together with all attachments, **redacted** as required by Bankruptcy Rule 9037, on or before October 8, 2015.

- [ ] The Clerk's Office is directed not to restrict access to the document for the following reason(s):
    _____
    _____



**Dated: Brooklyn, New York**
**October 6, 2015**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**