**MORRISON TENENBAUM PLLC**
**Lawrence Morrison, Esq.**
**87 Walker Street, Floor 2**
**New York, New York 10013**
**(212) 620-0938**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re:

BRIAN DENKER.,

                              **Debtor.**
-----------------------------------------------------------x

                           **Chapter 7**

                           **Case No. 15-41069 (CEC)**

### ORDER TO SHOW CAUSE WHY MORRISON TENENBAUM, PLLC
### SHOULD NOT BE ALLOWED LEAVE TO WITHDRAW AS COUNSEL TO DEBTOR

       Upon the application of Morrison Tenenbaum PLLC dated October 6, 2015, the annexed

Declaration of Lawrence Morrison, dated October 6, 2015, and all the prior proceedings herein, it

is hereby;

       **ORDERED**, that Debtor Brian Denker show cause at a hearing before the Honorable Carla

E. Craig, Chief United States Bankruptcy Judge for the Eastern District of New York, in

Courtroom 3529 at the Courthouse located at 271 Cadman Plaza East, Brooklyn, New York ~~11291~~

***11201 (CEC)***, on the October 22, 2015 at 2:30 p.m. why an Order should not be entered granting

leave for Morrison Tenenbaum PLLC to be relieved in as counsel to Debtor in case number 15-

41069 (CEC); and it is further

**ORDERED** that service of a copy of this Order upon Brian Denker, the United States Trustee's Office and the Chapter 7 Trustee by overnight delivery on or before October 7, 2015, shall be deemed good and sufficient thereof.



Dated: Brooklyn, New York
October 6, 2015

**Carla E. Craig**
**United States Bankruptcy Judge**