UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

BRIAN H. DENKER                                    Chapter 11

        Debtor                                    Case Number 15-41069

---------------------------------------------------------

CERTIFICATE OF SERVICE

I, BRIAN HOWARD DENKER-YOUNGS being duly sworn, depose and says:

On the 8th day of October, 2015, I caused service of an October 7, 2015 Order together with the affidavits and exhibits for which it was based depositing the same with the United States Postal Service at for Overnight Delivery before end of day October 8th to:

Richard J McCord

Lawrence Morrison

Edward J Denker-Youngs

LaMonica Herbst & Maniscalo

United States Trustee

at the same United States Post Office I served a copy of just the affidavit and order, together with a note regarding access to the exhibits (sample attached here to) to the list attached from the PACER website adding additional mailings to missing creditors of Bethpage Federal Credit Union, Law Offices of Anthony J Capetola, Natasha Meyers, Verizon, Northshore LIJ, and Martin Handler, MD. for delivery by first class mail.

                                                  Submitted,

Sworn before me this _____ day of October, 2015

*Additional*

Natasha Myers

The Myers Law Group

55 Elm St

Huntington, NY 11743


Martin Handler MD

38 Northern Blvd

Great Neck, NY 11021


Law Offices of Anthony A Capetola

2 Hillside Avenue # C

Williston Park, NY 11596


Bethpage Federal Credit Union

899 S Oyster Bay Rd

Bethpage, NY 11714


Verizon
P.O. Box 15124
Albany, NY 12212-5124


This 7 day of OctobeR, 2015

Sworn before me

*Rhonda Jamison*

RHONDA M JAMISON
Notary Public, State of New York
NO. 01JA6285731
Qualified in Kings County
My Commission Expires Jul 8, 2017

Brian H. Denker-Youngs, debtor
25 Boerum Street #18E
Brooklyn, NY 11206

| | |
|---|---|
| **Ship Date** | Wed 7 Oct 2015 |
| **Expected Delivery:** | Thu 08 Oct 2015 End of Day |
| **Ship From:** | Modern Divinities<br>PO Box 156<br>Huntington, NY 11743<br>Tel: (347) 644-9482<br>Business<br>rabbibriand@moderndivinities.com |
| **Shipment Information:** | USPS Pri Mail Exp<br>Carrier Letter<br>1.58 lbs Actual<br>LTR Wt Billed<br>Customer Packed: 1 |
| **Service Options:** | Delivery Confirmation<br>Declared Value=$50.00 |
| **Tracking Number:** | 9470110200830878059044 |
| **Shipment ID:** | MA6VJJWJCGDUD |
| **Ship To:** | BANKRUPTCY TRUSTEE<br>RICHARD J MCCORD<br>90 MERRICK AVE<br>EAST MEADOW, NY 11554-1571<br>Business |
| **Ship Ref 1** | |
| **Ship Ref 2** | |
| **Description of Goods:** | DISTRICT COURT PAPERS |

---

**STAPLES**
MAKE more HAPPEN

**Shipment Receipt**      Page 1 of 1
Thank you for shipping with us!

| | |
|---|---|
| **Ship Date** | Wed 7 Oct 2015 |
| **Expected Delivery:** | Thu 08 Oct 2015 End of Day |
| **Ship From:** | Modern Divinities<br>PO Box 156<br>Huntington, NY 11743<br>Tel: (347) 644-9482<br>Business<br>rabbibriand@moderndivinities.com |
| **Shipment Information:** | USPS Pri Mail Exp<br>Carrier Letter<br>0.02 lbs Actual<br>LTR Wt Billed<br>Customer Packed: 1 |
| **Service Options:** | Delivery Confirmation |
| **Tracking Number:** | 9470110200829759755564 |
| **Shipment ID:** | MA6VJJWDTCN93 |
| **Ship To:** | Morrison Tenenbaum PLLC<br>Lawrence Morrison<br>87 WALKER ST<br>NEW YORK, NY 10013-3530<br>Business |
| **Ship Ref 1** | |
| **Ship Ref 2** | |
| **Description of Goods:** | court order |
| **Shipped Through:** | Staples #1795<br>Brooklyn, NY 11222<br>(718) 388-3447 |
| **Shipment Charges:** | USPS Pri Mail Exp          19.99<br>Service Option(s)           0.00<br>**Total Charges:**        $19.99 |

**Track Your Shipment**
UPS: Visit www.ups.com or call UPS at 1-800-PICK-UPS. US Postal Service: Visit www.usps.com.

---

**STAPLES**
MAKE more HAPPEN

**Shipment Receipt**      Page 1 of 1
Thank you for shipping with us!

| | |
|---|---|
| **Ship Date** | Wed 7 Oct 2015 |
| **Expected Delivery:** | Thu 08 Oct 2015 End of Day |
| **Ship From:** | Modern Divinities<br>PO Box 156<br>Huntington, NY 11743<br>Tel: (347) 644-9482<br>Business<br>rabbibriand@moderndivinities.com |
| **Shipment Information:** | USPS Pri Mail Exp<br>Carrier Letter<br>0.02 lbs Actual<br>LTR Wt Billed<br>Customer Packed: 1 |
| **Service Options:** | Delivery Confirmation |
| **Tracking Number:** | 9470110200883795452689 |
| **Shipment ID:** | MA6VJJWKAQOW2 |
| **Ship To:** | LaMonica Herbst & Maniscalco, LLP<br>Jacqulyn Loftin<br>3305 JERUSALEM AVE<br>WANTAGH, NY 11793-2028<br>Business |
| **Ship Ref 1** | |
| **Ship Ref 2** | |
| **Description of Goods:** | court papers |



# Shipment Receipt    Page 1 of 1
Thank you for shipping with us!

| | | | |
|---|---|---|---|
| **Ship Date** | Wed 7 Oct 2015 | **Shipment Information:** | USPS Pri Mail Exp |
| **Expected Delivery:** | Thu 08 Oct 2015 End of Day | | Carrier Letter |
| **Ship From:** | Modern Divinities | | 0.02 lbs Actual |
| | PO Box 156 | | LTR Wt Billed |
| | Huntington, NY 11743 | | Customer Packed: 1 |
| | Tel: (347) 644-9482 | **Service Options:** | Delivery Confirmation |
| | Business | | |
| | rabbibriand@moderndivinities.com | | |
| | | **Tracking Number:** | 9470110200829759753348 |
| | | **Shipment ID:** | MA6VJJWX1YHGJ |
| **Ship To:** | EDWARD JOHN YOUNGS | | |
| | 33 PENNINGTON DR | **Ship Ref 1** | |
| | HUNTINGTON, NY 11743-7122 | **Ship Ref 2** | |
| | Residential | | |
| | | **Description of Goods:** | DISTRICT COURT ORDER |
| **Shipped Through:** | Staples #1795 | **Shipment Charges:** | USPS Pri Mail Exp    19.99 |
| | Brooklyn, NY 11222 | | Service Option(s)    0.00 |
| | (718) 388-3447 | **Total Charges:** | $19.99 |

**Track Your Shipment**
UPS: Visit www.ups.com or call UPS at 1-800-PICK-UPS. US Postal Service: Visit www.usps.com.

**Damaged, Lost or Late Claims**
**In the event that your package is damaged, lost or late, please contact the Staples® Ship Center Claims Department at 1-800-797-5924.**

All late claims must be called into the Staples Ship Center Claims Department within 15 days of the expected delivery date. Keep ALL packaging materials and this Invoice, as well as proof of value for Damaged or Lost packages. Claims take 2 to 6 weeks for review and payment (if approved).

I understand/agree that:

1. **I am subject to all Staples and UPS and USPS Terms and Conditions for shipping packages.** *Ask a Staples associate for details.*
2. Staples reserves the right to inspect any package shipped.
3. Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4. **Staples will not ship any hazardous materials or other restricted items.** *Refer to the list posted at the Ship Center counter.*
5. I may elect to pay an additional fee (as specified on this receipt) to add my package to Staples' parcel insurance. This election is entirely optional, and any fees do not include any markup by, or commission payment to, Staples. This option is offered as part of our Ship Center services and does not provide insurance to you, and you are neither an insured nor an additional insured under Staples' parcel insurance.
6. UPS Shipments only: Any claims or disputes resulting from my election to add my package to Staples' parcel insurance must be pursued in arbitration, not in any court proceeding, and must be pursued on an individual basis only, not in any form of class or representative action, either in arbitration or court. The complete terms and conditions regarding individual binding arbitration are available at any Staples Ship Center.
7. If I elect to add my package to Staples' parcel insurance, Staples' liability on any claim for loss or damage shall not exceed the lesser of (a) the insured value, (b) repair cost, (c) actual cost, (d) replacement cost, or (e) invoice price (where the shipped property has been sold). In all other cases, Staples' liability shall not exceed the maximum liability for loss or damage under UPS or USPS Tariff/Terms and Conditions of Service.
8. **International packages may be subject to duties, taxes and brokerage fees** as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.
9. If a package is returned to the store due to providing an incorrect Ship To address or the package is refused by the recipient, domestic packages will be charged at $10 fee upon package pick up; international shipments will be charged the full cost of return delivery.

*By signing this receipt, you acknowledge that Staples will NOT ship any hazardous materials or other restricted items, and you affirm that any package you have packed and offered to Staples for shipment does not contain such contents. You further acknowledge and agree to adhere to the Staples Ship Center Guidelines posted at the Ship Center counter, including (without limitation) the prohibition against shipping hazardous materials.*

Wed 7 Oct 2015 11:10 AM

Powered by    (en-US)Version 15.0.15110.2 (06) Printed 10/7/2015 6:10:37 PM UTC

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0207-1<br>Case 1-15-41069-cec<br>Eastern District of New York<br>Brooklyn<br>Thu Oct  8 13:56:05 EDT 2015 | Daimler Trust<br>c/o Bk Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | 271-C Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11201 |
| American Express<br>Attn: Legal/Bankruptcy<br>PO Box 981537<br>El Paso, TX 79998-1537 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Best Buy Co ., Inc.<br>701 E 60th Street<br>Sioux Falls, SD 57104-0432 | COMENITY CAPITAL BANK/PAYPAL CREDIT<br>C/O WEINSTEIN & RILEY, P.S.<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Capital One<br>Attn: Legal/Bankruptcy<br>PO Box 30253<br>Salt Lake City, UT 84130-0253 |
| Chase Bank USA, N.A<br>PO Box 15298<br>1427 Roswell Road<br>Marietta, GA 30062-3668 | Chase Bank USA, N.A<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Citicards CBNA<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 |
| DFS/Webbank<br>PO Box 81607<br>Austin, TX 78708-1607 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Edward John Denker Youngs<br>c/o LaMonica Herbst & Maniscalco, LLP<br>Attn: Jacqulyn S. Loftin, Esq.<br>3305 Jerusalem Avenue, Suite 201<br>Wantagh, New York 11793-2028 | Kohl's Corporation<br>PO Box 3115<br>Milwaukee, WI 53201-3115 | MB Financial Services<br>2050 Roanoke Road<br>Keller, TX 76262-9616 |
| Macy's/DSNB<br>Attn: Legal/Bankruptcy<br>PO Box 17759<br>Clearwater, FL 33762-0759 | Mohela/Dept . of Ed<br>633 Spirit Drive<br>Chesterfield , MO  63005-1243 | NYS DEPT OF TAX & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 |
| Nordstrom FSB<br>PO Box 13589<br>Scottsdale, AZ 85267-3589 | Office of the United States Trustee<br>Eastern District of NY (Brooklyn Office)<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014-9449 | Salvatore LaMonica, Esq.<br>Jacqulyn S. Loftin, Esq.<br>LaMonica Herbst & Maniscalco, LLP<br>3305 Jerusalem Avenue, Suite 201<br>Wantagh, NY 11793-2028 |
| VW Credit, Inc.<br>1401 Franklin Blvd<br>Libertyville, IL 60048-4460 | VW Credit, Inc.<br>PO Box 9013<br>Addison, Texas 75001-9013 | Wells Fargo<br>PO Box 14517<br>Des Moines, IA 50306-3517 |
| Wells Fargo Card Services<br>1 Home Campus 3rd Floor<br>Des Moines, IA 50328-0001 | Brian Denker<br>25 Boerum Street, Apt 18E<br>Brooklyn, NY 11206-2308 | LAWRENCE Morrison<br>87 Walker Street Fl 2<br>New York, NY 10013-3530 |

Richard J. McCord
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554-1597

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America , NA<br>Attn: Legal/Bankruptcy<br>PO Box 982235<br>El Paso, TX 79998-2235 | (d)Bank of America, NA<br>Attn: Legal/Bankruptcy<br>PO Box 982235<br>El Paso, TX 79998-2235 | Discover Bank<br>PO Box 15316<br>Wilmington, DE 19850-5316 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Daimler Trust<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | (d)Mohela/Dept . of Ed<br>633 Spirit Drive<br>Chesterfield, MO    63005-1243 | (d)Mohela/Dept. of Ed<br>633 Spirit Drive<br>Chesterfield, MO    63005-1243 |
| (u)Edward John Denker Youngs | (d)Lawrence Morrison<br>87 Walker Street Floor 2<br>New York, NY 10013-3530 | End of Label Matrix<br>Mailable recipients    30<br>Bypassed recipients     5<br>Total                   35 |