

Brian Denker-Youngs <rabbibriand@moderndivinities.com>

# Denker-Youngs- Bankruptcy Referral- Larry Morrison

**jingoglia@raiserkenniff.com** <jingoglia@raiserkenniff.com> Thu, Mar 5, 2015 at 12:41 PM
Reply-To: jingoglia@raiserkenniff.com
To: rabbibriand@moderndivinities.com
Cc: criminaldefense@raiserkenniff.com, Jessec@raiserkenniff.com

Brian,

Further to our discussions and emails, below is the contact infor for Larry Morrison, the bankruptcy attorney to whom we typically refer. I finally spoke with Larry this morning after our long game of phone tag.

Larry now has a rough understanding of your situation and would be happy to speak with you or meet with you in his NYC office, where he shares office space with our firm at 87 Walker St. You should reach out to him directly and arrange the best time to get together.

Let us know if you have any questions.

Best,
Jim

P.S. Please follow up with Jesse regarding the packet to0 be emailed/FedExed to the Brooklyn Detective handling the warrants.

http://www.m-t-law.com/

Morrison+Tenenbaum regularly represent companies, founders and investors from many industries including technology, retail, financial services, real-estate, hospitality and design. With more than 25 years' experience, the attorneys at Morrison+Tenenbaum are practical, business-minded and highly effective advocates who work closely with our clients to fully understand what success means for them.

We are specialists in corporate law and business transactions, civil litigation, bankruptcy and creditors' rights, intellectual property, and business immigration law. By leveraging these expertise gained over many years, cases and transactions, we take a multidisciplinary approach to achieve the greatest likelihood of success – be it a company or partner buyout, a high-stakes contract negotiation, funding a new venture, or protecting your business from creditors.

Contact us by e-mail or phone to discuss your situation.

### Lawrence Morrison, *Partner*

Lawrence Morrison is seasoned litigator specializing in state and federal litigation, corporate restructurings and workouts, bankruptcy and creditors rights, and commercial real estate matters. He also runs the firm's matrimonial and employment law practice. Prior to founding Morrison+Tenenbaum, Lawrence was in private practice for more than ten years and later a partner at Meister Seelig & Fein. Lawrence is a member of the Association of the Bar of the City of New York. He is admitted to practice in the State of New York and New Jersey and in the Federal Courts in the Eastern and Southern Districts of New York and New Jersey.

View Larger Map

212 620 0938

info@m-t-law.com

lfmlawyer@gmail.com

87 Walker Street,
Second Floor
New York, NY 10013

*[Please Note Our New Address Below]*

**James M. Ingoglia, Esq.**

---

**Raiser & Kenniff, P.C.**

**300 Old Country Rd., Suite 351**
**Mineola, NY 11501**
516 742-7600 **(t)**
516 742-7618 **(f)**
**jingoglia@raiserkenniff.com**

**87 Walker Street, 2nd Floor**
**New York, NY 10013**
212 274-0090 **(t)**
516 742-7618 **(f)**

**150 Motor Parkway, Suite 401**
**Hauppauge, NY 11788**
631-338-5711 **(t)**
516 742-7618 **(f)**

**www.raiserkenniff.com**

---

The information contained in this message is privileged and confidential and intended only for the use of the individual recipient identified above. If you are not the intended recipient, you are hereby notified that any distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or e-mail and delete this message. Thank you.

IRS Circular 230 Legend: If any advice concerning U.S. Federal tax issues is contained in this communication or attachments hereto, such advice is not intended to be used, and cannot be used for the purpose of avoiding penalties under the Internal Revenue Code, or promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**—— Original Message ——**
**From:** Rabbi Dr. Brian H. Denker-Youngs, D.D. [mailto:rabbibriand@moderndivinities.com]
**To:** jschenker@capetolalaw.com,criminaldefense@raiserkenniff.com,jingoglia@raiserkenniff.com,Jessec@raiserkenniff.com,criminaldefense@raiserkenniff.com,jschiff@capetolalaw.com
**Sent:** Wed, 04 Mar 2015 22:41:05 -0500
**Subject:**

Hey guys -

Spoke to a friend tonight ar pp tly it is an important detail and fa e uld emphasize (i do have copy of John's school transcript i round) that he went to this college NOT CW Post for which he had always represented to me http://www.hackcollege.com/school-finder/schools/pennsylvania/philadelphia-biblical-university-langhorne/

Based on the back door curriculum taught at this school, apparently they teach how to *"cook books for Christ....."* *(google "Philadelphia Bible College" and criminal enforcement and financial crimes bureau)*

oh and btw, their fellow churchman and "family financial advisor" who would be at the center of the individual that probably help guide John and mother how to and what to - just announced his impending departure as CEO of their "family owned investment business" as a roadmap for the future..... the many companies including StoneAge which I happen to have replicated deposit images of 2 checks from January 2013 that went into our account disguides as "John's salaried contribution from that pay period"
http://www.diefendorfcapital.com/Monroe-Roey-M---Diefendorf,-Jr-.e75442.htm

My sincere best,

**BRIAN H. DENKER-YOUNGS, D.D**
**Rabbi & CEO**
t: 347.644.9482
e: rabbibriand@moderndivinities.com

Modern Divinities, Corp.

**Modern Matrimonies | Modern Memorials | Modern Simchas | Modern Events Unlimited**
www.moderndivinities.com

proud recipient of

# Set up a Wire Transfer

Set Up Another Wire

## Wire Instruction Confirmation

Thank you for your transfer request but your transaction is still pending.

All transactions are subject to routine review and approval before they can be released. No further action is required on your part. Should we require more information in order to approve the transfer, we will contact you by telephone. If we are unable to reach you or if your transaction cannot be approved for other reasons we will notify you of such action.

Should you require further assistance with a Citibank Online transfer, please contact Citibank Online Customer Service at 1-866-583-2381.
International clients please call 210-677-0065 collect and choose the Citibank Online Wires option.

Status: **Processed - Confirmation Number is 20150752455724.**

**^ Source Account**

Account: 009987065160 (Checking)

**^ Scheduling**

Immediately upon approval

**^ Destination**

| | |
|---|---|
| Amount: | $1,192.00 |
| Beneficiary: | Morrison Tenenbaum PLLC |
| Account: | 4983561658 |
| Bank: | CITIBANK, N.A. (ABA: 021000089) New York, NY |

**^ Statement Description**

Additional Description for Statements: balance due of filing fee

Email Fraud Alert: Do not rely on wire instructions received via an email. Please call the beneficiary to confirm!

Save as Model

Set Up Another Wire

[redacted]

Fidelity INVESTMENTS

## Investment Report

March 1, 2015 - March 31, 2015

## Fidelity® Cash Management Account [redacted]001 BRIAN H DENKER-YOUNGS - INDIVIDUAL

### Check Card Summary

| | |
|---|---|
| Beginning balance | [redacted] |
| Cash Advances | [redacted] |
| Purchases | [redacted] |
| Total payments | [redacted] |
| Ending balance | [redacted] |

*Visa® Gold Check Card* [redacted]4276

*Purchases*

| Trans. Date | Posting Date | Location/Reference | |
|---|---|---|---|
| 3/ 10 | 3/ 13 | MORRISON TENENBAUM, 000-0000000 NY, 24254772680QSP8Z8 | -$10,000.00 |

Brian Denker-Youngs <rabbibriand@moderndivinities.com>

# Retainer

**Rabbi Brian** <rabbibriand@moderndivinities.com> Thu, Apr 2, 2015 at 7:51 PM
To: Marcos Coto-Batres <marcoscb@m-t-law.com>

**Best**

**Rabbi B**

**BRIAN H. DENKER-YOUNGS, D.D. | RABBI & CEO**
t: 347.644.9482 e:rabbibriand@moderndivinities.com
**Modern Divinities, Corp.**
*Modern Matrimonies | Modern Memorials | Modern Simchas | Modern Events Unlimited*
www.moderndivinities.com

---

**Bankruptcy retainer.pdf**
2988K



# Summary of Comments on Pick & Zabicki LLP

## Page: 1

Number: 1 Author: bdenker Subject: Inserted Text Date: 4/2/2015 7:29:48 PM
13

Number: 2 Author: bdenker Subject: Comment on Text Date: 4/2/2015 7:39:52 PM
based upon representation made by debtor, Morrison Tenenbaum, PLLC. is prepared to undertake representation with the objective(s) of:

Seeking a redistribution of debt between debtor and non-debtor spouse accordingly

Uncover and regain funds which may have been misappropriated or unjustly re-distributed, hidden or passed-thru to third parties by non-debtor spouse

Execute and enforce such protections under US Bankruptcy law for debtor including that of "debtor in possession" for which certain barriers may exist and sought to be dismissed through appropriate petitions / motions (i.e. occupancy of house and operations of business)

Number: 3 Author: bdenker Subject: Cross-Out Date: 4/1/2015 7:30:49 PM

Number: 4 Author: bdenker Subject: Inserted Text Date: 4/2/2015 7:29:36 PM
has been

Number: 5 Author: bdenker Subject: Inserted Text Date: 4/1/2015 7:31:13 PM
March 13, 2015.

## Page: 2

Number: 1 Author: bdenker Subject: Comment on Text Date: 4/2/2015 7:39:02 PM

notwithstanding disputes of performance or representation,

**MORRISON TENENBAUM**

MORRISON-TENENBAUM PLLC. ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET 2ND FLOOR NEW YORK NY 10013
PHONE 212.620.0938 FAX 646.998.1972

March 30,[1]2015

**Via Email**

Rabbi Brian Denker-Youngs
rabbibriand@moderndivinities.com

Re: **Chapter 11 for Brian Denker-Youngs**

Dear Rabbi Brian Denker-Youngs:

We are pleased that you have chosen Morrison Tenenbaum, PLLC to serve as counsel to you in connection with the above captioned matter. We are prepared to undertake this representation[2] However, firm policy requires that each client sign an engagement letter memorializing the terms and conditions of the representation prior to our firm accepting any retention to help avoid any misunderstandings later on. This letter is intended to serve that purpose, and we recommend that you read it carefully. The terms and conditions of your engagement of Morrison Tenenbaum PLLC are as follows:

1. Morrison Tenenbaum PLLC will bill you monthly for the work that we do. Bills will be itemized and include specific description of services rendered. The services to be provided include: a) Appearances at court conferences and meetings with the United States Trustee (341a meetings); b) Drafting of motions, drafting and filing claims objections drafting and filing a plan and disclosure statement.

2. Fees will be computed based upon the customary hourly rates charged by Morrison Tenenbaum, PLLC for attorneys and para-professionals in the law firm who perform services for you. At present, these hourly rates are as follows:

   $495 per hour for Lawrence Morrison, Esq.
   $350 per hour for associates or counsel
   $100 per hour for para-professionals and law clerks

3. Morrison Tenenbaum, PLLC will expect payment of our statements, which will include disbursements and charges advanced on your behalf, after approval by the bankruptcy court.

4. It is Morrison Tenenbaum PLLCs usual practice to require a retainer before we commence work for a client. In connection with this representation[3]~~we will require~~ an initial retainer of $10,000.00 ~~to be~~[4]paid ~~by Third Party Funds.~~[5]

5. Disagreements are seldom had with clients concerning my fees. In the event a dispute should arise, you have the right to elect to resolve this dispute by

arbitration under Part 137 of the Rules of the Chief Administrator of the Courts. I believe it is in our mutual best interest that any such dispute is resolved promptly and efficiently through the alternative dispute resolution process. To that end, we agree mutually that in the event of a fee dispute that cannot be resolved in good faith between us, at the request of either party the other party will agree to submit such dispute to arbitration pursuant to the Fee Dispute Resolution Program of Part 137 of the Rules of the Chief Administrator of the Court to be conducted in New York County. We each hereby consent to such arbitration even if the matter in dispute is more than $50,000. The determination of such alternative dispute resolution service shall be final and binding upon the parties as in any other arbitration agreement and shall not subject to de novo review except under circumstances available for vacating or modifying an award as provided in CPLR section 7511. The substantially prevailing party shall be entitled to recover the cost of the dispute resolution, including reasonable attorney's fees.

6. Since this is a Chapter 11 proceeding you understand that you must file monthly operating reports and open a dip account and must maintain insurance.

If this engagement letter is satisfactory to you, please sign and date the bottom of this letter and return the same to our office.

To the extent you have questions regarding any of the provisions of this engagement letter, please contact me, (212) 620-0938.

Very truly yours,

MORRISON TENENBAUM, PLLC

______________________
Lawrence F. Morrison

Acknowledged and Agreed to:

Rabbi Brian Denker-Youngs

**VERIFICATION**

The undersigned having reviewed the attached Application in support of an Order, pursuant to §327 of title 11 of the United States Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure, granting Brian Denker, authority to retain Morrison Tenenbaum, PLLC as its counsel and being familiar with the facts contained therein, verifies under the penalties of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

Brian Denker

Sworn to before me this ____ day of
__________ 2015

Notary Public

Upgrade account Brian Denker

Dropbox Morrison_DenkerYoungs

Search

Files
Team
Photos
Sharing
Links
Events
File requests
Get Started
Trash

Morrison_DenkerYoungs • 3 members

BD MC T

Settings

| Name | Modified | Shared with |
|---|---|---|
| Assets and Exemptions | -- | -- |
| Credit Reports DenkerYoungs | -- | -- |
| Debts | -- | -- |
| Income | -- | -- |
| Matrimonial Action Court Submissions | -- | -- |
| Traces of Assets | -- | -- |
| additional info.pdf | 3/9/2015 1:07 PM | -- |
| Brian feb medical.pdf | 3/26/2015 4:50 AM | -- |
| brian_denkeryoungs_statement of networth.pdf | 3/9/2015 11:43 AM | -- |
| Chapter 11 - Denker_Youngs.pdf | 3/27/2015 8:44 PM | -- |
| denker2008brian_taxes.pdf | 3/28/2015 8:33 AM | -- |
| home office.pdf | 3/31/2015 10:17 PM | |
| initial DA complaint november 2014.pdf | 3/9/2015 8:26 AM | |
| mortgage loan applications and mot...t worth.pdf | 3/9/2015 8:17 AM | -- |
| orderofprotection_againstBrian.pdf | 3/14/2015 2:26 PM | -- |
| StolenFunds_financial institutions.pdf | 3/9/2015 9:47 AM | -- |
| Supporting docs for bankruptcy petition.pdf | 3/27/2015 1:06 AM | -- |
| Thefacts.pdf | 1/9/2015 10:18 PM | -- |

Easy to setup. Easy to use. **Dropbox for Business!**

Free Trial

Help Privacy

C

**Fill in this information to identify your case:**

Debtor 1 Brian Denker

Debtor 2 (Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of New York

Case number (if known)

☐ Check if this is an amended filing

# Official Form 22B

## Chapter 11 Statement of Your Current Monthly Income

12/14

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).**

### Part 1: Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☒ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.**

| | | | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | | | $ 4283 44 ~~0.00~~ | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | | | $ ~~0.00~~ | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | | | Madow $ 0 ~~0.00~~ | $ |
| 5. **Net income from operating a business, profession, or farm** | | | | |
| Gross receipts (before all deductions) | $ | 0.00 | 780 annuities | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from a business, profession, or farm | $ | 0.00 | Copy here -> $ 0.00 | $ |
| 6. **Net income from rental and other real property** | | | | |
| Gross receipts (before all deductions) | $ | 0.00 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | 9448 | |
| Net monthly income from rental or other real property | $ | 0.00 | Copy here -> $ 0.00 | $ |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Brian Denker |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of New York |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 22B

## Chapter 11 Statement of Your Current Monthly Income

12/14

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).**

**Part 1: Calculate Your Average Monthly Income**

1. **What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☒ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.**

| | | | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | | $ 4282.44 ~~0.00~~ | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | | Modern 0 ~~0.00~~ | $ |
| 5. | **Net income from operating a business, profession, or farm** | | TBD Annuities | |
| | Gross receipts (before all deductions) | $ 0.00 | | |
| | Ordinary and necessary operating expenses | -$ 0.00 | | |
| | Net monthly income from a business, profession, or farm | $ 0.00 Copy here -> | $ 0.00 | $ |
| 6. | **Net income from rental and other real property** | | | |
| | Gross receipts (before all deductions) | $ 0.00 | | |
| | Ordinary and necessary operating expenses | -$ 0.00 | 9448 | |
| | Net monthly income from rental or other real property | $ 0.00 Copy here -> | $ 0.00 | $ |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

**STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 1073-2(b)**

**DEBTOR(S):** Brian Denker -Youngs  **CASE NO.:** 1-15-41069-CEC

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____ [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: ____________________
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: ____________________

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____ [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: ____________________
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: ____________________

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____ [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: ____________________
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: ____________________

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN

(OVER)

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

DISCLOSURE OF RELATED CASES (cont'd)
SCHEDULE "A" OF RELATED CASE: ______

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): Y

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**Lawrence F. Morrison**
Signature of Debtor's Attorney
**MORRISON TENENBAUM PLLC**
**87 Walker Street, Floor 2**
**New York, NY 10013**
**212-620-0938 Fax:646-390-5095, 646-998-1972**

Signature of Pro Se Debtor/Petitioner

Signature of Pro Se Joint Debtor/Petitioner

25 Bergen St #18E
Mailing Address of Debtor/Petitioner

Brooklyn NY 11201
City, State, Zip Code

516 392 0895
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

B6A (Official Form 6A) (12/07)

In re **Brian Denker**, Debtor    Case No. ______

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable f the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "V "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts : Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Cla |
|---|---|---|---|---|
| **None** | | | | |
| 25 Boerum St [illegible] | Shareholder by Inheritance | Sole Shareholder | TBD | [illegible] |
| 39 Pennington Dr | Co-owner | Joint | TBD | TBD approx $350k |

Sub-Total > **0.00** (Total of this pa

Total > **0.00**

(Report also on Summary of Schedules)

**0** continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07)

In re **Brian Denker** , Debtor

Case No. ______

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | $100 | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | TBD |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | ~~[illegible]~~ unknown | | |
| 6. Wearing apparel. | X | unknown | | |
| 7. Furs and jewelry. | X | Wedding Band engagement, Movado | | $3000 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | Guardian $100,000 See letter | | |
| 10. Annuities. Itemize and name each issuer. | X | ~~[illegible]~~ | | |

Spouses → Oppenheimer accounts + retirement ~~see~~ attached spreadsheet

Sub-Total > (Total of this page) 0.00

2 continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

6B (Official Form 6B) (12/07) - Cont.

In re **Brian Denker** Case No. ______

Debtor

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | None | | |
| 2. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 3. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 4. Interests in partnerships or joint ventures. Itemize. | X | 35% Modern Divalues Corp | family | unknown |
| 5. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | EE bonds | self | approx $300 not matured |
| 6. Accounts receivable. | X | | | |
| 7. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 8. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 9. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | 316 W Neck Road Huntington<br>Summerfield Long's Sub Division South Carolina | Husband | TBD monetary funds to improve & support mother in law |
| 10. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | TBD | | |
| 11. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total > 0.00
(Total of this page)

Sheet 1 of 2 continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re **Brian Denker** , Case No. ______
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | None | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | 35% Modern Divalues Corp | family | unknown |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | EE bonds | self | approx $300 not matured |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | 316 W Neck Road Huntington; Summerfield Long's Sub Division South Carolina | Husband | TBD marital funds to improve & support mother in law |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | TBD | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total > 0.00
(Total of this page)

Sheet 1 of 2 continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6C (Official Form 6C) (4/13)

In re **Brian Denker** Debtor

Case No. ____________

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **NONE.** | | | |

Century 21 valued for $48[illegible]

Huntington House
33 Pennington Dr.
Huntington NY 11743
taxes - 12,565

Zillow says ~$776[illegible]
→ not full complete i.e. Kitchen gas hook back yard + interior finishings not com[illegible]
$ ~ 1,200

25 Boerum St #18E
Brooklyn NY 11206
HPD - Mitchel[illegible]

0 continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6D (Official Form 6D) (12/07)

In re **Brian Denker** - Young Debtor Case No. ______

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>Chase Home Mortgage | | | Oct 12, 2012<br>Value $ 364K | | | | ~~$350K~~ $364K | ~ $350K |
| Account No.<br>Bethpage Federal HELOC | | | Oct 2013 Joint Edward J Denker Young<br>Value $ 125K | | | | 125K | 123,736.65 |
| Account No. 9981700249 | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

0 continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | $473,736.55 |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re **Brian Denker** - Youngs , Debtor Case No. ______

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☒ **Domestic support obligations** owe $3000k to sister for attorney $1200 loan to aunt

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☒ **Contributions to employee benefit plans** Loan against 401k — $ [illegible] $18,724.73

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

0 continuation sheets attached

F (Official Form 6F) (12/07)

n re Brian Denker, Debtor    Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the otor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the stee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's ent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not lude claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate edule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be le on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the im is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of edules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| unt No. -xxxxxxxx1356<br>rican Express<br>Legal/Bankruptcy<br>Box 981537<br>iso, TX 79998-1535 | | - | Consumer Credit Purchases | | | | 567.00 |
| unt No. xxxxxxxx8796<br>of America, NA<br>Legal/Bankruptcy<br>ox 982235<br>so, TX 79998-2235 | | - | Consumer Credit Purchases | | | | 9,547.00 |
| unt No. xxxxxxxx4012<br>of America, NA<br>Legal/Bankruptcy<br>ox 982235<br>so, TX 79998-2235 | | - | Consumer Credit Purchases | | | | 10,053.00 |
| nt No. xxxxxxxx4263<br>Buy Co., Inc.<br>60th Street<br>Falls, SD 57104-0432 | | - | Consumer Credit Purchases | | | | 280.00 |

continuation sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | 20,447.00 |

e Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

:n re **Brian Denker** Case No. ______
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| :ount No. xxxxxxxx1772<br>›ital One<br>ı: Legal/Bankruptcy<br>Box 30253<br>: Lake City, UT 84130 | | - | Consumer Credit Purchases | | | | Unknown |
| ount No. xxxxxxxx0486<br>ıse Bank USA, N.A<br>Box 15298<br>nington, DE 19850-5298 | | - | Consumer Credit Purchases | | | | 1,320.00 |
| ount No. xxxxxxxx9256<br>ıse Bank USA, N.A<br>Box 15298<br>7 Roswell Road<br>ietta, GA 30062 | | - | Consumer Credit Purchases | | | | 0.00 |
| ɔunt No. xxxxxxxx9283<br>:ards CBNA<br>Box 6241<br>ıx Falls, SD 57117-6241 | | - | Consumer Credit Purchases | | | | 14,239.00 |
| ɔunt No. xxxxxxxxxxxx7258<br>:/Webbank<br>3ox 81607<br>tin, TX 78708-1607 | | - | Consumer Credit Purchases | | | | 0.00 |

:t no. 1 of 3 sheets attached to Schedule of itors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **15,559.00**

Verizon 6312718610
Optimum 6312718610

B6F (Official Form 6F) (12/07) - Cont.

In re **Brian Denker** Case No. ______

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx3970<br>Discover Bank<br>PO Box 15316<br>Wilmington, DE 19850-5316 | | - | Consumer Credit Purchases | | | | 219.00 |
| Account No. xxxxxxxx4293<br>Kohl's Corporation<br>PO Box 3115<br>Milwaukee, WI 53201-3115 | | - | Consumer Credit Purchases | | | | 0.00 |
| Account No. xxxxx0183<br>Macy's/DSNB<br>Attn: Legal/Bankruptcy<br>PO Box 17759<br>Clearwater, FL 33762-0759 | | - | Consumer Credit Purchases | | | | 0.00 |
| Account No. xx0380<br>MB Financial Services<br>2050 Roanoke Road<br>Keller, TX 76262-9616 | | J | Auto Lease | | | | 12,864.00 |
| Account No. xxxxxxxxx2KM0<br>Mohela/Dept. of Ed<br>633 Spirit Drive<br>Chesterfield, MO 63005-1243 | | - | Eduction Loan | | | | 398.00 |

Sheet no. 2 of 3 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 13,481.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

(Official Form 6F) (12/07) - Cont.

re **Brian Denker** Case No. ______
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| unt No. xxxxxxxx3970<br>over Bank<br>ox 15316<br>ington, DE 19850-5316 | | - | Consumer Credit Purchases | | | | 219.00 |
| unt No. xxxxxxxx4293<br>s Corporation<br>ox 3115<br>aukee, WI 53201-3115 | | - | Consumer Credit Purchases | | | | 0.00 |
| unt No. xxxxx0183<br>'s/DSNB<br>Legal/Bankruptcy<br>ox 17759<br>water, FL 33762-0759 | | - | Consumer Credit Purchases | | | | 0.00 |
| unt No. xx0380<br>inancial Services<br>Roanoke Road<br>r, TX 76262-9616 | | J | Auto Lease | | | | 12,864.00 |
| unt No. xxxxxxxxx2KM0<br>la/Dept. of Ed<br>pirit Drive<br>terfield, MO 63005-1243 | | - | Eduction Loan | | | | 398.00 |

no. 2 of 3 sheets attached to Schedule of
ors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 13,481.00

re Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

Pay Pal Credit

$3572.03

Nordstrom LIJ

In re Brian Denker

15,866

Case No. ______

Natasha Meyers

Debtor

10K

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

Anthony Capetola ?

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF C |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx2KM0<br>Mohela/Dept. of Ed<br>633 Spirit Drive<br>Chesterfield, MO 63005-1243 | | - | Education Loan | | | | 1,03 |
| Account No. xxxxxxxxx2KM0<br>Mohela/Dept. of Ed<br>633 Spirit Drive<br>Chesterfield, MO 63005-1243 | | - | Education Loan | | | | 440 |
| Account No. xx0914<br>Nordstrom FSB<br>PO Box 13589<br>Scottsdale, AZ 85267-3589 | | - | Consumer Credit Purchases | | | | 0. |
| Account No. x7709<br>VW Credit, Inc.<br>1401 Franklin Blvd<br>Libertyville, IL 60048-4460 | | - | Auto Lease | | | | 7,039. |
| Account No. xxxxxxxx5880<br>Wells Fargo<br>PO Box 14517<br>Des Moines, IA 50306-3517 | | - | Consumer Credit Purchases | | | | 1,809.0 |

Sheet no. 3 of 3 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 10,320.0

Total (Report on Summary of Schedules) 59,807.0

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6G (Official Form 6G) (12/07)

In re **Brian Denker** Case No. ____________

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Mercedes Benz "Joint" | 2014 GLK350 |
| VW of Huntington "Joint" Husband in possession | 2012 VW EOS |

0 continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re **Brian Denker** , Debtor    Case No.

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

Take from mailing

add Edward J Denker - Young

aka E. John Youngs

0 continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Fill in this information to identify your case

Debtor 1 Brian Denker

Debtor 2 (Spouse, if filing)

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD/ YYYY

# Official Form B 6I

## Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Employment**

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Business Marketing Exec | |
| Employer's name | Frost + Sullivan | |
| Employer's address | 7550 I H 10 W<br>San Antonio TX [illegible]<br>~~San Antonio TX~~ | |
| How long employed there? | 11 years | |

**Part 2: Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 (3900) | $ N/A |
| 3. Estimate and list monthly overtime pay. | 3. | +$ 0.00 (Ø) | +$ N/A |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 (3900) | $ N/A |

Fill in this information to identify your case:

Debtor 1 Brian Denker

Debtor 2 (Spouse, if filing)

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date: MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

# Official Form B 6J

# Schedule J: Your Expenses

12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No

   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?** ■ No

   Do not list Debtor 1 and Debtor 2. ☐ Yes. Fill out this information for each dependent..............

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☒ No ☐ Yes |
| Edward John Denker | [illegible] | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?** ■ No ☐ Yes — yes — marital

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)**

| | | | Your expenses |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 3228 0.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. | $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ 305 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ 1150 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ 0.00 |
| 5. | **Additional mortgage payments for your residence, such as home equity loans** | 5. | $ 209 0.00 |

Debtor 1 Brian Denker

Case number (if known)

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 0.00 (3900) | $ N/A |
| **5. List all payroll deductions:** | | | |
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 (1021.31) | $ N/A |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. Insurance | 5e. | $ 0.00 (370) | $ N/A |
| 5f. Domestic support obligations | 5f. | $ 0.00 (410) | $ N/A |
| 5g. Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. Other deductions. Specify: Loan repayment | 5h.+ | $ 0.00 (543.37) | + $ N/A |
| **6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 (2141.32 (x 2)) | $ N/A |
| **8. List all other income regularly received:** | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. **Social Security** | 8e. | $ 0.00 (237) | $ N/A |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. **Other monthly income.** Specify: | 8h.+ | $ 0.00 | + $ N/A |
| **9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. (4282.64) | 9. | $ 0.00 (4282.64) | $ N/A |

**10. Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

10. $ 0.00 + $ N/A = $ 0.00

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify:

11. +$ 0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

12. $ 0.00 (4282.64)

Combined monthly income

**13. Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

**United States Bankruptcy Court**
**Eastern District of New York**

In re **Brian Denker** Debtor(s)

Case No.
Chapter **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **19** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 26, 2015** Signature
**Brian Denker**
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

ISCLOSURE OF RELATED CASES (cont'd)
CHEDULE "A" OF RELATED CASE: ______

OTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not e eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

O BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

am admitted to practice in the Eastern District of New York (Y/N): Y

ERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except s indicated elsewhere on this form.

awrence F. Morrison
Signature of Debtor's Attorney
MORRISON TENENBAUM PLLC
37 Walker Street, Floor 2
New York, NY 10013
212-620-0938 Fax:646-390-5095, 646-998-1972

Signature of Pro Se Debtor/Petitioner

Signature of Pro Se Joint Debtor/Petitioner

25 Boerum St #18E
Mailing Address of Debtor/Petitioner

Brooklyn NY 11206
City, State, Zip Code

518 302 0895
Area Code and Telephone Number

ailure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any ther petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the ismissal of the case with prejudice.

OTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise esult.

oftware Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

**United States Bankruptcy Court**
Eastern District of New York
271–C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800

IN RE:

Brian Denker

CASE NO: 1–15–41069–cec

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:

xxx–xx–2227

CHAPTER: 11

DEBTOR(s)

## NOTICE OF DEFICIENT FILING – CHAPTER 11

**NOTICE IS HEREBY GIVEN THAT:**

The bankruptcy petition filed by the above–referenced debtor(s) on March 13, 2015 did not include the following item(s):

**DOCUMENTS DUE AT TIME OF FILING OF BANKRUPTCY PETITION**

- ☐ Voluntary Petition (Official Form 1) (Signed)(Original)
- ☐ List of Creditors (Certified by Attorney or Debtor, if Pro–Se) Typed (Name and Address **ONLY**)
- ☐ Creditor Matrix Pursuant to Local Bankruptcy Rule 1007–3
- ☐ Exhibit D (Individual Debtor's Statement of Compliance with Credit Counseling)
- ☐ Statement of Social Security Number (Official Form 21)
- ☐ Certificate of Credit Counseling *or* Motion requesting waiver (Individual Only)
- ☐ Notice to Individual Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code and Certification of Notice to Individual Consumer Debtor(s) (Official Form B201A and 201B)
- ☑ Statement Pursuant to Local Bankruptcy Rule 1073–2(b)
- ☐ Declaration and Signature of Non–Attorney Bankruptcy Petition Preparer (Official Form 19)
- ☐ Disclosure of Compensation of Bankruptcy Petition Preparer (Official Form B280)
- ☐ Partnership Statement Pursuant to Local Bankruptcy Rule 1074–1(b) (Partnership Only)
- ☐ Affidavit Pursuant to Local Bankruptcy Rule 1007–4
- ☐ Corporate Resolution Pursuant to Local Bankruptcy Rule 1074–1(a) (Corporation Only)
- ☐ Corporate Ownership Statement Pursuant to Federal Bankruptcy Rule 1007(a)(1) (Corporation Only)
- ☐ Corporate Disclosure Statement Pursuant to Federal Bankruptcy Rule 1073–3
- ☐ List of the 20 Largest Unsecured Creditors (Signed by Debtor)

**DOCUMENTS DUE WITHIN FOURTEEN DAYS OF FILING OF BANKRUPTCY PETITION OR BY 341 MEETING DATE**

- ☐ Certificate of Credit Counseling (Exhibit D Box 2 Checked)(Due Within 14 Days)
- ☐ Disclosure of Compensation Pursuant to Federal Bankruptcy Rule 2016(b) (Due Within 14 Days))

**[Continued on other side of page]**

**DOCUMENTS DUE WITHIN FOURTEEN DAYS OF FILING OF BANKRUPTCY PETITION OR BY 341 MEETING DATE**

- ☑ Summary of Schedules(Official Form B6)(Due Within 14 Days)
- ☑ Statistical Summary of Certain Liabilities (Official Form B6) (Individual Debtor) (Due Within 14 Days)
- ☑ Schedule A (Real Property) (Official Form B6A) (Due Within 14 Days)
- ☑ Schedule B (Personal Property) (Official Form B6B) (Due Within 14 Days)
- ☑ Schedule C (Property Claimed as Exempt by Individual Debtor) (Official Form B6C) (Due Within 14 Days)
- ☑ Schedule D (Creditors Holding Secured Claims) (Official Form B6D) (Due Within 14 Days)
- ☑ Schedule E (Creditors Holding Unsecured Priority Claims) (Official Form B6E) (Due Within 14 Days)
- ☑ Schedule F (Creditors Holding Unsecured Nonpriority Claims) (Official Form B6F) (Due Within 14 Days)
- ☑ Schedule G (Executory Contracts and Unexpired Leases) (Official Form B6G) (Due Within 14 Days)
- ☑ Schedule H (Co–debtors) (Official Form B6H) (Due Within 14 Days)
- ☑ Schedule I (Your Income) (Individual) (Official Form B6I) (Due Within 14 Days)
- ☑ Schedule J (Your Expenses) (Individual) (Official Form B6J) (Due Within 14 Days)
- ☑ Declaration Concerning Debtor(s) Schedules (Individual) (Official Form 6) (Due Within 14 Days)
- ☐ Declaration on Behalf of a Corporation or Partnership (Corporation or Partnership Only) (Official Form 2) (Due Within 14 Days)
- ☐ List of Equity Security Holders and Addresses (Corporation Only) (Due Within 14 Days)
- ☑ Statement of Financial Affairs (Official Form 7) (Due Within 14 Days)
- ☑ Statement of Current Monthly Income (Official Form B22B) (Individual Only) (Due Within 14 Days)
- ☑ Copies of Pay Statements received within 60 days of filing from any employer or a statement indicating this requirement is not applicable (Show only last four digits of Social Security Number) (Due Within 14 Days)
- ☐ Most recent balance sheet, statement of operations, cash–flow statement, and Federal income tax return, or a statement that none of the foregoing have been prepared or filed (Small Business Only) (Due Within 7 Days)

**YOUR CASE MAY BE DISMISSED IF**
**YOU DO NOT MAKE THE REQUIRED FILINGS ON A TIMELY BASIS**

**FURTHER NOTICE IS GIVEN THAT the Court may schedule a hearing to determine whether this bankruptcy case should be dismissed** if the items due at the time of filing of this bankruptcy petition are not filed with the Court within three days of this notice.

**FURTHER NOTICE IS GIVEN THAT the Court may schedule a hearing to determine whether this bankruptcy case should be dismissed** if the items due within 14 days of the filing of this bankruptcy petition, or at the time of the 341 meeting, are not timely filed with the Court.

**[Continued on other side of page]**

**United States Bankruptcy Court**
**Eastern District of New York**

In re **Brian Denker**, Debtor

Case No. ______

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 59,807.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| | | Total Assets | 0.00 | | |
| | | | Total Liabilities | 59,807.00 | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Eastern District of New York

In re Brian Denker
Debtor

Case No. ____________

Chapter 11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), fili a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

***This information is for statistical purposes only under 28 U.S.C. § 159.***
***Summarize the following types of liabilities, as reported in the Schedules, and total them.***

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 0.00 |
| Average Expenses (from Schedule J, Line 22) | 0.00 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 59,807.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 59,807.00 |

oftware Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

FROST & SULLIVAN

Frost & Sullivan
7550 IH 10 West
Suite 400
San Antonio, TX. 78229

CHECK NO: A55889
PAGE NUMBER: 1 of 1
CHECK DATE: 9/30/2014
PERIOD BEG/END: 09/16/2014 - 09/30/2014
PAY FREQUENCY: SEMI-MONTHLY

DENKER-YOUNGS,BRIAN H
25 BOERUM STREET
APT 18E
BROOKLYN, NY 11206

ID NUMBER: 6514514352
BASE RATE: 3,900.00

| | STATUS | EXEMPT |
|---|---|---|
| FED: | SINGLE | 3 |
| ST1: | | 2 |
| ST2: | | |

TAX ADJUSTMENTS: FED: ST1: DI / UC: LOCAL: ST2:

STATE AND LOCAL CODES: PRI: NY LOC1: MC LOC3: SEC: LOC2: LOC4: LOC5:

IMPORTANT MESSAGE

PLEASE CHECK ALL PERSONAL INFORMATION SUCH AS SSN, NAME SPELLING, ADDRESS, DEDUCTIONS, ETC. FOR CONFIDENTIALITY. IT IS NOT RECOMMENDED TO PRINT PAYSTATEMENTS ON A PUBLIC PRINTER OR ANYWHERE OTHER PEOPLE CAN ACCESS THE INFO.

HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| **CURRENT EARNINGS** | | | |
| REGULAR | 44.9983 | 86.67 | 3,900.00 |
| **TOTAL HOURS WORKED** | | **86.67** | |
| **TOTAL CURRENT HOURS/EARNINGS** | | **86.67** | **3,900.00** |
| **YEAR-TO-DATE EARNINGS** | | | |
| REGULAR | | 1,528.06 | 68,760.05 |
| VACATION | | 32.00 | 1,439.95 |
| **TOTAL YEAR-TO-DATE HOURS/EARNINGS** | | **1,560.06** | **70,200.00** |

TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 237.98 | 4,283.69 |
| MEDICARE TAX | 55.66 | 1,001.83 |
| FED INC TAX | 542.58 | 9,766.44 |
| PRI-STATE TAX | 183.81 | 3,308.58 |
| PRI-LOCAL TAX | .00 | .00 |
| SDI/UC TAX | 1.30 | 23.40 |
| **TOTAL TAXES** | **1,021.33** | **18,383.94** |

SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| HOURLYRATE | 3,900.00 |
| SIC BALANCE | 40.00 |
| VAC BALANCE | 180.00 |

PRE-TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| DENT/VISION | -19.90 | -358.20 |
| FSA HEALTH | -41.67 | -750.06 |
| 401K | -390.00 | -7,020.00 |
| **TOTAL PRE-TAX ITEMS** | **-451.57** | **-8,128.26** |

AFTER-TAX DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| 401K LOAN | .00 | 2,412.06 |
| VOL LIFE | 4.00 | 72.00 |
| **TOTAL DEDS** | **4.00** | **2,484.06** |

CURRENT NET PAY DISTRIBUTION

| | |
|---|---|
| XXXXXXXXXXXX5160 | 2,423.10 |
| CHECK AMOUNT | .00 |
| **TOTAL CURRENT NET PAY** | **2,423.10** |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 3,900.00 | -451.57 | 3,448.43 | 1,021.33 | 4.00 | 2,423.10 |
| Y-T-D | 70,200.00 | -8,128.26 | 62,071.74 | 18,383.94 | 2,484.06 | 41,203.74 |

© 2014 Ceridian Corporation. All rights reserved.

FROST & SULLIVAN

Frost & Sullivan
7550 IH 10 West
Suite 400
San Antonio, TX. 78229

**CHECK NO:** A55889
**PAGE NUMBER:** 1 of 1
**CHECK DATE:** 9/30/2014
**PERIOD BEG/END:** 09/16/2014 - 09/30/2014
**PAY FREQUENCY:** SEMI-MONTHLY

DENKER-YOUNGS,BRIAN H
25 BOERUM STREET
APT 18E
BROOKLYN, NY 11206

**ID NUMBER:** 6514514352
**BASE RATE:** 3,900.00

| | STATUS | EXEMPT |
|---|---|---|
| **FED:** | SINGLE | 3 |
| **ST1:** | | 2 |
| **ST2:** | | |

**TAX ADJUSTMENTS:**
**FED:** **ST1:**
**DI / UC:**
**LOCAL:** **ST2:**

**STATE AND LOCAL CODES**
**PRI:** NY **LOC1:** MC **LOC3:**
**SEC:** **LOC2:** **LOC4:**
**LOC5:**

IMPORTANT MESSAGE

PLEASE CHECK ALL PERSONAL INFORMATION SUCH AS SSN, NAME SPELLING, ADDRESS, DEDUCTIONS, ETC. FOR CONFIDENTIALITY, IT IS NOT RECOMMENDED TO PRINT PAYSTATEMENTS ON A PUBLIC PRINTER OR ANYWHERE OTHER PEOPLE CAN ACCESS THE INFO.

HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| **CURRENT EARNINGS** | | | |
| REGULAR | 44.9983 | 86.67 | 3,900.00 |
| **TOTAL HOURS WORKED** | | **86.67** | |
| **TOTAL CURRENT HOURS/EARNINGS** | | **86.67** | **3,900.00** |
| **YEAR-TO-DATE EARNINGS** | | | |
| REGULAR | | 1,528.06 | 68,760.05 |
| VACATION | | 32.00 | 1,439.95 |
| **TOTAL YEAR-TO-DATE HOURS/EARNINGS** | | **1,560.06** | **70,200.00** |

TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| SO SEC TAX | 237.98 | 4,283.69 |
| MEDICARE TAX | 55.66 | 1,001.83 |
| FED INC TAX | 542.58 | 9,766.44 |
| PRI-STATE TAX | 183.81 | 3,308.58 |
| PRI-LOCAL TAX | .00 | .00 |
| SDI/UC TAX | 1.30 | 23.40 |
| **TOTAL TAXES** | **1,021.33** | **18,383.94** |

SPECIAL INFORMATION

| DESCRIPTION | AMOUNT |
|---|---|
| HOURLYRATE | 3,900.00 |
| SIC BALANCE | 40.00 |
| VAC BALANCE | 180.00 |

PRE-TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| DENT/VISION | -19.90 | -358.20 |
| FSA HEALTH | -41.67 | -750.06 |
| 401K | -390.00 | -7,020.00 |
| **TOTAL PRE-TAX ITEMS** | **-451.57** | **-8,128.26** |

AFTER-TAX DEDUCTIONS

| | CUR AMT | YTD AMT |
|---|---|---|
| 401K LOAN | .00 | 2,412.06 |
| VOL LIFE | 4.00 | 72.00 |
| **TOTAL DEDS** | **4.00** | **2,484.06** |

CURRENT NET PAY DISTRIBUTION

| | |
|---|---|
| XXXXXXXXXXXX5160 | 2,423.10 |
| CHECK AMOUNT | .00 |
| **TOTAL CURRENT NET PAY** | **2,423.10** |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 3,900.00 | -451.57 | 3,448.43 | 1,021.33 | 4.00 | 2,423.10 |
| Y-T-D | 70,200.00 | -8,128.26 | 62,071.74 | 18,383.94 | 2,484.06 | 41,203.74 |

© 2014 Ceridian Corporation. All rights reserved.

Debtor 1 Brian Denker

Case number (if known)

| Line | Description | | Handwritten | Amount |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| 6a. | Electricity, heat, natural gas | 6a. $ | $600 | 0.00 |
| 6b. | Water, sewer, garbage collection | 6b. $ | 60 | 0.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 120 | 0.00 |
| 6d. | Other. Specify: | 6d. $ | | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 400 | 0.00 |
| 8. | **Childcare and children's education costs** | 8. $ | | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 200 | 0.00 |
| 10. | **Personal care products and services** | 10. $ | | 0.00 |
| 11. | **Medical and dental expenses** | 11. $ | 450 | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 600 | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| 15a. | Life insurance | 15a. $ | | 0.00 |
| 15b. | Health insurance | 15b. $ | | 0.00 |
| 15c. | Vehicle insurance | 15c. $ | 120 | 0.00 |
| 15d. | Other insurance. Specify: Business | 15d. $ | 98 | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| 17a. | Car payments for Vehicle 1 | 17a. $ | 550 | 0.00 |
| 17b. | Car payments for Vehicle 2 (Spouse's Mercedes) | 17b. $ | 420 | 0.00 |
| 17c. | Other. Specify: | 17c. $ | | 0.00 |
| 17d. | Other. Specify: | 17d. $ | | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. $ | | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| 20a. | Mortgages on other property | 20a. $ | | 0.00 |
| 20b. | Real estate taxes | 20b. $ | | 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $ | | 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | | 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. $ | | 0.00 |
| 21. | **Other: Specify:** | 21. +$ | | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | 22. $ | 9448 | 0.00 |
| 23. | **Calculate your monthly net income.** | | | |
| 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 4282.64 | 0.00 |
| 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 9448 | 0.00 |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | ($5165.36) | 0.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.
Explain:

| Institution | Account # | Description | Account Holder Primary | Account Holder Secondary | Last Known Value / date | Value | Date Account Opened | Notes and Concerns |
|---|---|---|---|---|---|---|---|---|
| BROKERAGE ACCOUNTS (403-b's) / Stocks | | | | | | | | |
| CGAA | Unknown | Ocean Park (403b - Indv) | Edward Denker-Youngs | | 12/31/2013 | $ 13,079.56 | unknown | |
| CGAA | Unknown | Oppenheimerfunds Class A (403b - Indv) | Edward Denker-Youngs | | 12/31/2013 | $ 107,305.59 | unknown | |
| CGAA | Unknown | Retirement Solutions (403b - Indv) | Edward Denker-Youngs | | 12/31/2013 | $ 2,944.19 | unknown | |
| Oppenheimer Funds | Unknown | Oyster Bay E Norwhich CSD 403b | Edward Denker-Youngs | | Unknown | | unknown | |
| Oppenheimer Funds | [redacted]6708 | International Diversified Fund A | John Youngs | | 9/30/2013 | $ 11,029.97 | upon information & belief 1/2013 | I never knew any of these existed. At least based on the statement of 9/30/13 it almost appears that the Oppenheimer Funds were opened around January 2013. Based on the statement, John received around 10/2013 $15,000 as a redemption - where did that money go? |
| Oppenheimer Funds | [redacted]484 | Gold & Special Minerals Fund A | John Youngs | | 9/30/2013 | $ 3,007.75 | upon information & belief 1/2013 | |
| Oppenheimer Funds | [redacted]51 | Small - & Mid Cap Value Fund A | John Youngs | | 9/30/2013 | $ 14,232.43 | upon information & belief 1/2013 | |
| Oppenheimer Funds | [redacted]5042 | Discovery Fund A | John Youngs | | 9/30/2013 | $ 21,167.03 | upon information & belief 1/2013 | |
| Oppenheimer Funds | [redacted]9966 | Capital Income Fund A | John Youngs | | 9/30/2013 | $ 14,517.61 | upon information & belief 1/2013 | |
| Oppenheimer Funds | [redacted]9712 | Commodity Strategy Total Return Fund A | John Youngs | | 9/30/2013 | $ 4,159.17 | upon information & belief 1/2013 | |
| Oppenheimer Funds | [redacted]62396 | Global Fund A | John Youngs | | 9/30/2013 | $ 12,846.00 | upon information & belief 1/2013 | |
| Oppenheimer Funds | [redacted]354122 | Equity Income Fund, Inc. A | John Youngs | | 9/30/2013 | $ 17,039.35 | upon information & belief 1/2013 | |
| Oppenheimer Funds | [redacted]5743 | 401k | Edward J Youngs | | Unknown | unknown | | |
| Oppenheimer Funds | | CountryBank Trust 403B | John Youngs | | 9/30/2014 | unknown | upon information & belief 9/2014 | |
| New York Community Bank Corp | [redacted]458 | Stocks | Edward John Youngs | | 12/31/2011 | unknown | | |
| TOTAL | | | | | | $ 221,328.65 | | |
| CHECKING/ SAVINGS / MONEY MARKET ACCOUNTS | | | | | | | | |
| Bank of America | [redacted]3181 | BofA Core Checking | E John Youngs | Matje G Youngs | 7/10/2014 | $ 1,785.67 | | I never had access to any of these accounts, access to statements, and John's salary and any other monies he received, he deposited into these accounts and wrote a separate check to us |
| Bank of America | [redacted]4215 | Regular Savings | E John Youngs | Matje G Youngs | 7/10/2014 | $ 5,000.54 | | |
| Bank of America | [redacted]5856 | BofA Platinum Checking | Matje G Youngs | E John Youngs | 8/15/2014 | $ 25,000.00 | approx | |
| Citibank | [redacted]3584 | CitiGroup Interest Checking | Edward John Youngs | Matje G Youngs | 8/15/2014 | $ 28,605.67 | | |
| Citibank | [redacted]3592 | Savings Plus Account | Edward John Youngs | Matje G Youngs | 8/15/2014 | $ 3,070.09 | | |
| Citibank | [redacted]761 | Money Market Savings | E J Youngs | Matje G Youngs | Unknown | unknown | | |
| NEFCU | [redacted]21 | Checking | Edward John Youngs | Matje G Youngs | 7/13/2012 | $ 85,394.20 | + some approx | |
| NEFCU | [redacted] | Savings | Edward John Youngs | Matje G Youngs | 7/13/2012 | | | |
| Beth Page Federal Credit Union | [redacted]6352 | Checking | Edward Denker-Youngs | Brian Denker-Youngs | 10/25/2014 | $ 318.16 | | |
| Beth Page Federal Credit Union | [redacted]410 | Savngs | Edward Denker-Youngs | Brian Denker-Youngs | 10/25/2014 | $ 72.01 | | |
| Beth Page Federal Credit Union | [redacted]4223 | Unknown | Edward J Youngs | unknown | Unknown | unknown | | |
| Chase | XXX XXXX 1680 | Checking | Edward Denker-Youngs | Brian Denker-Youngs | 10/1/2014 | CLOSED | | |
| WM Securities | Unknown | Private Wealth Management Account | Edward J Youngs | | Unknown | unknown | | At least 2 checks were written and deposited somewhere, but not to our joint accounts totaling $10,000 + |
| Sterne Agge | [redacted]4980-1 | Money Market Account | Matje G Youngs | Edward John Youngs | 2/1/2012 | unknown | | |
| Sterne Agge | [redacted]2373-1 | Checking | Edward John Youngs | Matje G Youngs | 2/1/2012 | unknown | | |
| MG Trust Co., LLC | | Checking | Edward John Youngs | | 1/20/2014 | $100,000 | + some approx | |
| Diefendorff Capital Planning & Associates | Unknown | Private Wealth Management Accounts | Edward John Youngs | Matje G Youngs | Unknown | unknown | | |
| TOTAL | | | | | | $ 149,246.34 | | |
| Life Insurance Policies / Pensions | | | | | | | | |
| Nationwide Life Insurance | [redacted]84 | XXX XXXX 7084 | E John Youngs | | 7/15/2013 | unknown | | |
| MONY Life Insurance Co | [redacted]47 | Whole Life $10,0000 - Daniel W. Youngs | E John Youngs | | 10/1/2012 | $ 10,000.00 | | |
| NYSTRS | unknown | New York Strate Teachers Retirement & Savings | Edward J Deker-Youngs | | | unknown | | John took w/o my knowledge a loan in January 2014 of $20,000. |
| NYSUT Term Life Insurance | Unknown | | Edward J Denker-Youngs | | 2013 | unknown | | member ID 9047495 |
| TOTAL | | | | | | $ 10,000.00 | | |
| Trusts / Businesses / Corporations | | | | | | | | |
| Matje G. Youngs Trust | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL NET (ESTIMATED) | | | | | | $ 380,574.[illegible] | | |



Case 1-15-41069-cec Doc 62-1 Filed 10/08/15 Entered 10/08/15 16:12:47

**Subject:** Re: Correction of schedules and missing creditors and opposing my husbands motion and claim
**From:** Lawrence Morrison <lmorrison@m-t-law.com>
**Date:** 10/3/2015 1:38 PM
**To:** Rabbi Brian <rabbibriand@moderndivinities.com>
**CC:** Marcos Coto-Batres <marcoscb@m-t-law.com>

OK I will review and advise please send me the correct addresses for those creditors.
I'm going to have to sign off now as this is my family time.

Sent from my iPhone

On Oct 3, 2015, at 1:26 PM, Rabbi Brian <rabbibriand@moderndivinities.com> wrote:

> We also need to update the schedules correctly
>
> My legal name is Brian Howard Denker-Youngs
>
> We are missing
>
> Bethpage Federal Home Equity Line of Credit for $123,737
>
> the Law Office of Anthony $46,800
>
> Northshore LIJ approx $17,000
>
> Martin Handler $5,000 approx
>
> Natasha Meyers $10,000
>
> Verizon $323

**Best**

**Rabbi B**

**BRIAN H. DENKER-YOUNGS, D.D. | RABBI & CEO**
t: 347.644.9482 e:rabbibriand@moderndivinities.com
**Modern Divinities, Corp.**
*Modern Matrimonies | Modern Memorials | Modern Simchas | Modern Events Unlimited*
www.moderndivinities.com

On Oct 3, 2015, at 1:19 PM, Lawrence Morrison <lmorrison@m-t-law.com> wrote:

We are going to put some opposition together and I will look at the claim .

Sent from my iPhone

On Oct 3, 2015, at 12:06 PM, Rabbi Brian <rabbibriand@moderndivinities.com> wrote:

Appologies for typo below I meant that I am wanting to just confirm that you will be filing a motion to oppose my husbands motion to lift the stay and his claim

**Best**

**Rabbi B**

**BRIAN H. DENKER-YOUNGS, D.D. | RABBI & CEO**
t: 347.644.9482 e:rabbibriand@moderndivinities.com
**Modern Divinities, Corp.**
*Modern Matrimonies | Modern Memorials | Modern Simchas | Modern Events Unlimited*
www.moderndivinities.com

On Oct 3, 2015, at 12:03 PM, Rabbi Brian <rabbibriand@moderndivinities.com> wrote:

Hi Mr. Morrison

Self wanted to confirm with you for meeting yesterday that we are opposing my husband motion to lift stay further before proceeding into chapter 7 I would be more comfortable in receiving and finding updated schedule competition with all of my accurate information that had been missing which I initially alerted you to in March namely

There are several creditors that are missing including Bethpage Federal credit Union as well as my name is not correct on the petition as my legal name is hyphenated. There is also several medical bills that were missing and needed to be added as is the creditors like Verizon.

Further as you know since my husband I am electing his bike and all that money into retirement money from my account and credit that money does exist for which minor standing with that we will get they still be able to pursue can mitigate to get those funds of mine back. Hello that I had a clear understanding of my
Could you document for me just the process by which I can expect things to proceed so that there is no confusion as we had the other day and I don't speak out of turn in any inappropriate way.

**Best**

**Rabbi B**

**BRIAN H. DENKER-YOUNGS, D.D. | RABBI & CEO**
t: 347.644.9482 e:rabbibriand@moderndivinities.com
**Modern Divinities, Corp.**
*Modern Matrimonies | Modern Memorials | Modern Simchas | Modern Events Unlimited*
www.moderndivinities.com