

Brian Denker-Youngs <rabbibriand@moderndivinities.com>

---

# FYI - HELOC Bethpage Federal Update

1 message

---

**Rabbi Dr. Brian H. Denker-Youngs, D.D.** <rabbibriand@moderndivinities.com>          Wed, Mar 11, 2015 at 12:34 PM
Reply-To: rabbibriand@moderndivinities.com
To: "Jesse J. Cardenas" <Jessec@raiserkenniff.com>, "Steven Raiser, Esq."
<criminaldefense@raiserkenniff.com>, Jim Ingoglia <jingoglia@raiserkenniff.com>

---

    —— Forwarded Message ——
       **Subject:** Re: Apologies for missing your call
          **Date:** Wed, 11 Mar 2015 12:09:29 -0400
        **From:** Rabbi Dr. Brian H. Denker-Youngs, D.D. <rabbibriand@moderndivinities.com>
  **Reply-To:** rabbibriand@moderndivinities.com
**Organization:** Modern Divinities, Crop.
          **To:** LMorrison <lfmlawyer@gmail.com>
          **CC:** Jennifer Schenker <jschenker@capetolalaw.com>

Hi Mr Morrison

I just got word from Equifax that they have removed the Home Equity Line of Credit from my credit report.  I've been for months arguing back and forth with Beth Page Federal Credit Union as to the point that I didn't have knowledge or conduct the transactions and the monies were all paid to a credit card that is not my card.  Finally they have accepted the dispute on the category of an account take-over.

With this removed does this potentially change anything with filing as it should have removed approx $124k of debt.



My sincere best,


**BRIAN H. DENKER-YOUNGS, D.D**
Rabbi & CEO
t: 347.644.9482
e: rabbibriand@moderndivinities.com

F

re: Apologies for missing your call

**Subject:** Re: Apologies for missing your call
**From:** LMorrison <lfmlawyer@gmail.com>
**Date:** 3/13/2015 1:40 PM
**To:** Rabbi Brian <rabbibriand@moderndivinities.com>, Marcos Coto-Batres <marcoscb@m-t-law.com>

Please call my paralegal at 2126200038 when you have a moment
He has emailed you the competed bankruptcy papers to sign

Sent from my mobile

On Mar 12, 2015, at 5:01 PM, Rabbi Brian <rabbibriand@moderndivinities.com> wrote:

> My social security is 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 address is
>
> 25 Boerum Street Apt 18E
> Brooklyn, NY 11206
>
>
> Sent from Virtru for Android
>
> L Morrison <lfmlawyer@gmail.com> wrote:
>> Hi Rabbi please email me your Brooklyn address and social security number.
>>
>> Please take the pre bankruptcy credit counseling course. The telephone number is 866-672-2227
>>
>> Thanks
>>
>> On Wed, Mar 11, 2015 at 12:22 PM, LMorrison <lfmlawyer@gmail.com> wrote:
>>> It will help in terms of proposing a plan
>>>
>>> Sent from my mobile
>>>
>>> On Mar 11, 2015, at 12:09 PM, "Rabbi Dr. Brian H. Denker-Youngs, D.D." <rabbibriand@moderndivinities.com> wrote:
>>>
>>>> Hi Mr Morrison
>>>>
>>>> I just got word from Equifax that they have removed the Home Equity Line of Credit form my credit report. I've been for months arguing with them the point that I didn't have knowledge or conduct the transactions and the monies were all

paid to a credit card that is not my card.  Finally they have accepted the dispute on the category of an account take-over.

With this removed does this potentially change anything with filing as it should have removed approx $124k of debt.


My sincere best,


**BRIAN H. DENKER-YOUNGS, D.D**
Rabbi & CEO
t: 347.644.9482
e: rabbibriand@moderndivinities.com


<30185.jpg>

## Modern Divinities, Corp.
**Modern Matrimonies | Modern Memorials | Modern Simchas | Modern Events Unlimited**
www.moderndivinities.com

proud recipient of
**<12269247-badgesm.jpg>**



**Modern Divinities, Corp.**



Brian Denker-Youngs <bhdenker@gmail.com>

## Re: credit counseling
1 message

**Lawrence Morrison** <lfmlawyer@gmail.com>                    Fri, Mar 13, 2015 at 5:35 PM
To: Rabbi Brian <rabbibriand@moderndivinities.com>
Cc: "marcoscb@m-t-law.com" <marcoscb@m-t-law.com>

Yes let's do that to be on the safe side

Sent from my mobile device

On Mar 13, 2015, at 5:34 PM, Rabbi Brian <rabbibriand@moderndivinities.com> wrote:

> Dear Mr Morrison just to be on the safe side do you feel that we should include the Bethpage
> Federal Credit Union for the home equity given that is going to be key issue with matrimonial. if
> possible I'd love to be able to retain my American Express and Chase credit card but understand if
> I can't retain any of them.
>
> I'm a little unclear as to what the process is from here and kind of getting after my husbands
> assets for the debts. Included within here are going to be debts that are medical related like North
> Shore Long Island Jewish and other positions that he is stolen medical reimbursements for which
> I'm being sued
>
>
> Sent from Virtru for Android
>
> L Morrison <lfmlawyer@gmail.com> wrote:
>
>> please call 8666722227 and complete pre bankruptcy credit counseling
>>
>> --
>> The Morrison Law Offices, PC
>> 87 Walker Street Floor 2
>> New York, NY 10013
>> Tel:212-620-0938
>> Fax:646-390-5095
>> Cell:347-236-2895
>>
>>
>>
>> **Modern Divinities, Corp.**
>> Modern Matrimonies | Modern Memorials | Modern Simchas | Modern Events Unlimited
>> www.moderndivinities.com
>>
>> proud recipient of

**Subject:** Re: Double checking the list of creditors
**From:** Lawrence Morrison <lfmlawyer@gmail.com>
**Date:** 3/24/2015 11:16 AM
**To:** Rabbi Brian <rabbibriand@moderndivinities.com>, Marcos Coto-Batres <marcoscb@m-t-law.com>

Hi Brian:
We will correct that.
There are other documents that need to be prepared and my paralegal will be reaching out to you later today or tomorrow to get these accomplished.
Please send me that drop box that you sent again I don't have access to it right now as I am working remotely.
Thank you,
Larry Morrison

Sent from my mobile device


On Mar 24, 2015, at 2:01 AM, Rabbi Brian <rabbibriand@moderndivinities.com> wrote:

Dear Mr Morrison

I just wanted to check with you as I was reviewing the documents I received from the bankruptcy court and a couple of things are not listed correctly namely my legal last name is Denker - Youngs. I also noticed that Beth Page Federal Credit Union isn't listed on that by far is the largest creditor almost $124,000. Additionally there are medical providers and such. I just wanted to make sure that I did not do anything incorrectly or if I need to redo something.

Hope you had a safe trip and thank you again for everything.


Sent from Virtru for Android



**Modern Divinities, Corp.**
Modern Matrimonies | Modern Memorials | Modern Simchas | Modern Events Unlimited
www.moderndivinities.com

proud recipient of

**Rabbi Brian** <rabbibriand@moderndivinities.com>                    Tue, Mar 24, 2015 at 12:12 PM
To: Lawrence Morrison <lfmlawyer@gmail.com>
Cc: Marcos Coto-Batres <marcoscb@m-t-law.com>

Hi Mr Morrison

Let me know if this link works
https://www.dropbox.com/sh/4v9elk7asvrad4f/AAAy2wA_rtFrEkvT7zobGkvqa?dl=0

In terms of notifications it I'm not sure if Jennifer notified the court yet or not but should I inform my and strange
spouse that I filed Chapter 11 bankruptcy? I did come across a Fordham University law review and brushed up a
bit on the concept of divorce and homesteading. If I understood the concept correctly based upon homesteading
to protect my interest in our marital home which is separate from an equitable distribution it would put me in a
position technically of having greater interest in the marital home then John and potentially something Jennifer
should leveraged to get him the hell out and for other's support the need for me to get back to work fully as I
have chapter 11 obligations I'm going to need to begin to make good on.

We are scheduled I believe back in front of the matrimonial judge March 30 and I'm almost wondering if it might
make sense to have you or Jim join because I'm nervous that perhaps Jennifer doesn't fully grasp or understand
how to leverage any of this to my benefit and turn the tables on my thief of a husband or how it impacts the
matrimonial proceeding.


     **Best**

     # Rabbi B

     **BRIAN H. DENKER-YOUNGS, D.D. | RABBI & CEO**
     t: 347.644.9482    e:rabbibriand@moderndivinities.com
     **Modern Divinities, Corp.**
     *Modern Matrimonies | Modern Memorials | Modern Simchas | Modern Events Unlimited*
     www.moderndivinities.com


[Quoted text hidden]



Brian Denker-Youngs <bhdenker@gmail.com>

## Bethpage Federal Credit Union

1 message

**bhdenker** <bhdenker@gmail.com>                          Tue, Mar 31, 2015 at 9:42 AM
To: "marcoscb@m-t-law.com" <marcoscb@m-t-law.com>

Dear Marcos

wanted to touch base because I did notice that Bethpage Federal Credit Union home equity line of credit hadn't
been added to list the creditors and that's probably the most beautiful and contentious part of my debt and has
an outstanding balance of over $123,000.

I don't know if its a mission is on purpose the wanted to you should we bring it to your attention thank you

Sent via the Samsung Galaxy Note® 3, an AT&T 4G LTE smartphone

**Subject: Quick question**
**From:** Brian Denker-Youngs <rabbibriand@moderndivinities.com>
**Date:** 4/23/2015 12:15 PM
**To:** lfmlawyer@gmail.com, marcoscb@m-t-law.com

Hi Mr Morrison and Marcos

hope you both have had a good week.not sure if I should be asking the trustee this question but I don't think I have his email address. is it okay for me to take $100 out of the account for pocket money as I need some cash. also was curious I need to get the car inspected do I need permission for that expense?

I was noticing that the Bethpage home equity hasn't been incorporated onto to lift the creditors and that's really the biggest contention at $124,000 almost how does that get handled or addressed?

just an FYI that our hearing is scheduled for next Thursday my husbands attorney did try to adjourn it blaming the bankruptcy and the judge refused so we are on for hearing of occupancy possession I don't know if I'm reading statutes differently but is there anything that Jennifer can get that also lists the house is part of the bankruptcy estate or my bankruptcy estate that she could include together with other evidence I have on my husband's perjuring himself and making false statements on his initial cross order that got him temp occupancy the could build a stronger case for me retaining possession of the house?

Best Regards,


Rabbi Brian H. Denker-Youngs, D.D.
Modern Divinities, Corp.
www.moderndivinities.com

ankruptcy Discovery

**Subject:** Bankruptcy Discovery
**From:** "Rabbi Dr. Brian H. Denker-Youngs, D.D." <rabbibriand@moderndivinities.com>
**Date:** 6/5/2015 8:03 PM
**To:** "lfmlawyer@gmail.com" <lfmlawyer@gmail.com>

Hi Mr. Morrison

Thank you for again for this morning and your time.

I texted with Jennifer Schenker who apparently hasn't made any effort to inform the court of anything.  I blatantly asked her didn't she feel that it was important for the judge to know he was playing hanky panky with the insurance on the house before the judge makes a decision on exclusive use and occupancy for which she didn't answer. Is this something the bankruptcy trustee might be able to inform the judge about or perhaps even you via note or letter?

My husband uses several aliases but his information is as follows:

Edward John Denker-Youngs
Edward J Denker-Youngs
John Denker-Youngs
E. John Youngs
E J Youngs
John Youngs
Edward J Youngs
Edward John Youngs
Edward Denker-Youngs

DOB: 02▓▓▓▓66   SS: 0▓▓▓▓▓▓0

His main account(s) are with Bank of America and Citibank and Bethpage Federal that I know of (see attached) ;  For bank of america and Citibank, these are account numbers i had found but likely they may have opened new accounts.

**Bank of America**
I may be missing an account # or two here

| | | | | |
|---|---|---|---|---|
| Bank of America | ▓▓▓▓▓▓60 3181 | BofA Core Checking | E John Youngs | Matje G Youngs |
| Bank of America | 4▓▓▓▓▓03 4215 | Regular Savings | E John Youngs | Matje G Youngs |
| Bank of America | xxx xxxx 6856 | BofA Platinum Checking | Matje G Youngs | E John Youngs |
| Bank of America | XXXX | | | |

**Citibank** - he has several aliases he uses with this bank E J Youngs, Edward John Youngs and Edward J Denker-Youngs

| | | | | |
|---|---|---|---|---|
| Citibank | ▓▓▓▓▓▓3584 | CitiGroup Interest Checking | Edward John Youngs | Matje G Youngs |
| Citibank | ▓▓▓▓73592 | Savings Plus Account | Edward John Youngs | Matje G Youngs |
| Citibank | ▓▓▓▓2761 | Money Market Savings | E J Youngs | Matje G Youngs |

**Bethpage Federal Credit Union**
I think Nassau Educators Federal Credit Union are tied to Bethpage somehow.  I probably am missing an account or two here

| | | | | |
|---|---|---|---|---|
| NEFCU | ▓▓85521 | Checking | Edward John Youngs | Matje G Youngs |
| NEFCU | ▓▓0412 | Savings | Edward John Youngs | Matje G Youngs |
| Beth Page Federal Credit Union | 99▓▓▓▓6352 | Checking | Edward Denker-Youngs | Brian Denker-Youngs |
| Beth Page Federal Credit Union | 99▓▓▓▓7410 | Savngs | Edward Denker-Youngs | Brian Denker-Youngs |
| Beth Page Federal Credit Union | 99▓▓▓▓4223 | Unknown | Edward J Youngs | unknown |

I believe the following two firms / individuals are who have been guiding and forming the investment funds for him.

**Financial Advisor: Glenn Gordon**
**CCGA**
**1300 Veterans Highway  Hauppauge NY  11788**
**tel: 631-232-7900**
**email:** ggordon@gwnsecurities.com

His Oppenheimer, CCGA and GW Securities are all handled by a guy named Glen Gordon http://financial-advisors.credio.com/l/153350 /Glenn-Gordon.  Account numbers i know of previously finding that Glen manages and setup (he may have more as follows)

ankruptcy Discovery

| | | |
|---|---|---|
| CGAA | Unknown | Ocean Park (403b - Indv) |
| CGAA | Unknown | Oppenheimerfunds Class A (403b - Indv) |
| CGAA | Unknown | Retirement Solutions (403b - Indv) |
| Oppenheimer Funds | Unknown | Oyster Bay E Norwhich CSD 403b |
| Oppenheimer Funds | 0█████████36708 | International Diversified Fund A |
| Oppenheimer Funds | 0█████████73484 | Gold & Special Minerals Fund A |
| Oppenheimer Funds | 6█████████38851 | Small - & Mid Cap Value Fund A |
| Oppenheimer Funds | 0050█████████95042 | Discovery Fund A |
| Oppenheimer Funds | 0█████████39966 | Capital Income Fund A |
| Oppenheimer Funds | 05█████████29712 | Commodity Strategy Total Return Fund A |
| Oppenheimer Funds | 99█████████52396 | Global Fund A |
| Oppenheimer Funds | 00█████████354122 | Equity Income Fund, Inc. A |
| Oppenheimer Funds | 500█████████6743 | 401k |
| Oppenheimer Funds | | CountryBank Trust 403B |

**Diefendorff Capital Planning & Associates**
**152 Forest Ave, Locust Valley, NY 11560**
**(516) 759-3900**
**Monroe (aka Roey) Diefendorff**
– these are personal friends from Church - likely to have changed/moved/sitched/missing accounts from this guy - he's a real shister - see his new book "A Better Way" http://www.amazon.com/Better-Way-Purposeful-Valuables-Perpetuity/dp/1493761714/ref=sr_1_1?s=books&ie=UTF8&qid=1386899857&sr=1-1& keywords=a+better+way%3A+using+purposeful+trusts

Accounts I believe Rorey has setup or managed for them are:

| | | |
|---|---|---|
| Steme Agge | XXXXX-4980-1 | Money Market Account |
| Steme Agge | XXXXx-2573-1 | Checking |
| MG Trust Co., LLC | | Checking |

His mother's name and info is as follows:
**Matje G. Youngs**    SS and Tax ID of the trust is : 0██96-9819

Her trust was setup at 4 months prior to our marriage and ironically so had my husband's will which placed me #14 on the list of beneficiaries (if that wasn't a tall tale setup).   John and I first opened joint accounts and policies in August 2010.

Please let me know if you need anything else.   Thank you for everything.

-

My sincere best,


**BRIAN H. DENKER-YOUNGS, D.D**
Rabbi & CEO
t: 347.644.9482
e: rabbibriand@moderndivinities.com

**Subject:** Denker-Youngs 32091.PDF
**From:** Rabbi Brian <rabbibriand@moderndivinities.com>
**Date:** 8/14/2015 2:51 PM
**To:** Marcos Coto-Batres <marcoscb@m-t-law.com>, Lmorrison <lfmlawyer@gmail.com>

Can we add to the list of creditors

---

**Best**

**Rabbi B**

**BRIAN H. DENKER-YOUNGS, D.D. | RABBI & CEO**
t: 347.644.9482    e:rabbibriand@moderndivinities.com
**Modern Divinities, Corp.**
*Modern Matrimonies | Modern Memorials | Modern Simchas | Modern Events Unlimited*
www.moderndivinities.com

--- Attachments: ---

Denker-Youngs 32091.PDF                                    11.7 KB

# QUICK TRANSCRIPTION SERVICE

Best Transcription Service at Affordable Price

## NOTARY CERTIFICATE

**I, MICHAEL KEEN** certify;

The Following Transcript "october2conferencemorrison.docx" is taken down by our company (Quick Transcription Service &Vanan Group of Companies) are true and 100% accurate. The transcripts are transcription from English to English.

I further certify that I am not a relative or employee of any attorney or any of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of the state of New Jersey that the foregoing is true and correct to the best of any ability.

Dated 6th October 2015,

Signed By

Printed Name **MICHAEL KEEN**

**Vanan Innovation Services Pvt. Ltd**

**Corporate Identify Number: U74900TN2009P/TC073697**

**ISO 9001:2008 Certificate# (EA/NACE: 33/72.6)**

---

State of New Jersey, Country of <u>Union</u>

Subscribed and sworn to, or affirmed, before me this <u>6th</u> day of <u>October, 2015,</u>
By **MICHAEL KEEN**                    X.

Audio Transcription: <u>Permanent Certificate</u> The transcripts are transcription from English to English.

| Kandyce Peterson | **Kandyce Peterson** | <u>May 29, 2019</u> |
|---|---|---|
| Notary Public Signature (Notary Seal) | Notary Public Name | My commission expires: |

KANDYCE N. PETERSON
NOTARY PUBLIC OF NEW JERSEY
ID #2446761
My Commission Expires 5/29/2019

ss Email:Support@vananservices.com, Support@quicktranscription.com
Website: www.vananservices.com , www.quicktrancription.com
Phone Number: 866-221-3843

G



File Name:    october2conferencemorrison

Male Speakers:  2

Female Speakers:

Length: 0:45:40

[no case history]

Transcribed: October 6, 2015

BRIAN DENKER-YOUNGS: I don't own property, I own shares of stock.

LAWRENCE MORRISON: No I know, I know.

BRIAN DENKER-YOUNGS: that can't be homestead.

LAWRENCE MORRISON: It can be, it depends on--

LAWRENCE MORRISON: It's worth a thousand dollars, and it's a rental.

LAWRENCE MORRISON: I've had--

BRIAN DENKER-YOUNGS: by definition, it's a rental.

LAWRENCE MORRISON: No no, I have nothing to argue with you. I've had other cases

where we've had difference of opinion.

1    BRIAN DENKER-YOUNGS: This is--

2    LAWRENCE MORRISON: Can we take a step back? Because I think we're having a

3    misunderstanding. I didn't understand what your intentions were, I think. So I'd like to

4    take a step back and start again.

5

6    You sent sort of a flurry of emails yesterday. and I hope I've misunderstood what you

7    were trying to do. And I think we can come to a common consensus that can help you

8    achieve your goal.

9

10    Your goal seems to be that YOU do not want to have state relief, in the bankruptcy. So--

11    BRIAN DENKER-YOUNGS: I'm going to be quite frank with you. because I at this

12    point don't know who to trust.

13    LAWRENCE MORRISON: Well, let's get past that. I've got to focus on the way here.

14    BRIAN DENKER-YOUNGS: OK, but I'm not just playing it online, because he spent

15    most of the night submitting paperwork to the FBI. So my husband's mortgage fraud is

16    now on file officially with the FBI. The judge just caught, got everything I need for the

17    appellate division this morning, and that's all done because, Simonetti this morning,

18    wants confirmation. Judge moved the date, wants confirmation that I'm not filing for writ

19    this morning.



1    LAWRENCE MORRISON: These are all matrimonial issues. Soo, I'm just trying to take

2    this--

3    I'm trying to handle this as a lawyer.

4    BRIAN DENKER-YOUNGS: right. And that's fine. when Jim said call, speak to you.

5    And I've been up front and honest from day 1. Whether or not, whatever, thought you

6    were the one and only person in this entire shananagan that I thought was being

7    forthcoming with me.

8    LAWRENCE MORRISON: And I have always been forthcoming with you. But let's, but

9    that's where I take issue.

10

11    First of all it's not, there is no issue about that. I've always been--

12    BRIAN DENKER-YOUNGS: I, the transcript that's redacted gets released, and--

13    LAWRENCE MORRISON: It's always released, and within a period of time.

14    BRIAN DENKER-YOUNGS: No. You know what? My homestead is Huntington. I was

15    forced out of my home. that's, period. Matter of fact by my husband's own submission--

16    LAWRENCE MORRISON: Let's take a step back.

17    BRIAN DENKER-YOUNGS: My husband's own submission--

18    LAWRENCE MORRISON: And you're upset with your husband, as you should be.

1  BRIAN DENKER-YOUNGS: I'm upset because I don't understand where there is

2  supposed to be the positions. My husband hasn't turned over.

3  LAWRENCE MORRISON: Slow down. Because you got a lot of stuff going on. I'd like

4  to--

5  BRIAN DENKER-YOUNGS: You're right. You want to know something Mr. Morrison?

6  I'm ready to have a nervous breakdown.

7  BRIAN DENKER-YOUNGS: well, I've known you for not very long. You've always

8  been very upset and nervous. the concept here was to address the debt. the credit cards,

9  the you can--

10  BRIAN DENKER-YOUNGS: The home equity's not included. The home equity's debt.

11  LAWRENCE MORRISON: That can be taken care of. these are things that are not

12  material. These are things that we can deal with as lawyers. and, I'll say this, and I've

13  been doing this a long time. And I, you know.

14

15  I'd like you personally. I think what's happened to you is terrible. And I'd like to continue

16  to help you. however, you have been through many many attorneys, and there's always a

17  problem with your attorneys. and I'm saying, I'm not judging you or saying anything

18  about that. But the point is, I raised an issue which I think is a good one. The fact that,

19  you want a certain goal accomplished. Which is to objective state relief. You cannot do it



1  the way you want to do it. So, if I'm going to be a good lawyer and advocate for you, I

2  can figure out a way that works within the rules.

3

4  Because, the way you want to do it is not appropriate. I have to be direct with you.

5  BRIAN DENKER-YOUNGS: OK, and Mr. Morrison--

6  LAWRENCE MORRISON: But let me--

7  BRIAN DENKER-YOUNGS: Where I'm coming from, I continue to be vict--

8  I was raised that you, and, I don't know if it's the American way. I was raised, you instill

9  the fear of a court of law. But I was raised YOU respect the law. And I was raised with

10  this concept that justice prevails. and that's exactly what I've done for a year is tell the

11  truth..

12  and YOU know what, granted, I--

13  LAWRENCE MORRISON: No one's saying you're not.

14  BRIAN DENKER-YOUNGS: OK. This was not--

15  LAWRENCE MORRISON: I'm trying to get rid of your debt. That's what I'm trying to

16  do. and you've got to finish with me.

1  BRIAN DENKER-YOUNGS: When we started, it was also a matter of my

2  understanding, the way it was explained, was, well, because my husband has converted

3  [to ciphened? 0:16:55.4]

4  --And I did just a rough accounting myself, because the court, whatever. Over 217

5  thousand dollars. That's way more than I even owe. and I was told, well, you can follow

6  and litigate to get it back to paid debt. that was my understanding.

7  LAWRENCE MORRISON: We're working on that. And that's what the trustees can do.

8  That, and what do you mean?

9  BRIAN DENKER-YOUNGS: Except--

10  LAWRENCE MORRISON: But just one problem.

11  BRIAN DENKER-YOUNGS: Except, when I see this, when I see what happened last

12  week, which--

13  LAWRENCE MORRISON: Nothing happened. But this has to be granted. This has been

14  granted October 22.

15  BRIAN DENKER-YOUNGS: Mr. Morrison, you weren't standing in King's County

16  Supreme Court, I was. The day after this got field. Where consecutively, same time, my

17  attorney, my former attorney files in order to show cause because I'm adopting now, last

18  night it dawned on me. and I have the--



1    He actually sent me an email worded specifically, warning me of what they were doing.

2    because, they're, I have emails from him. But, words that are capitalized and highlighted

3    and YOU want to, attorneys, there were no problems with the attorneys.

4

5    What I hold accountable attorneys, because I was, again, raised that a court of law, you

6    tell the truth, justice prevails Who do I have to hold accountable but my attorney, when

7    all that prevails is lie after lie?

8    LAWRENCE MORRISON: Well that's a matrimonial case, and I wasn't involved in that.

9    And we talked about it in the beginning, and I never did.

10

11   that case was lie after lie from what you told me, and I believe you.

12   BRIAN DENKER-YOUNGS: And you called me--

13   M@: But--

14   BRIAN DENKER-YOUNGS: I said I'd come to you and say, "You know what? If the

15   one person that I think, the one person that I said--

16   LAWRENCE MORRISON: I haven't changed at all.

17   BRIAN DENKER-YOUNGS: Except, when I see this, you laugh at me--

18   LAWRENCE MORRISON: what, there's nothing here. All they're saying, let's talk about

19   what this is.

1    BRIAN DENKER-YOUNGS: It was contrived conferred on them, because Maria, health

2    therapist walked right into court.

3    LAWRENCE MORRISON: Let's address that, let's address that. There is no specific, I

4    think you're saying there's some kind of a conspiracy here involving this file over here.

5    Take that off, out of Your head.

6    BRIAN DENKER-YOUNGS: Let me explain to you exactly what I'm thinking, because

7    the timing of everything Terrance Shryer was discharged well over a month ago. Out of

8    the blue, all of a sudden, and I have copies of the docket, every single day that there were

9    changes.

10

11    All of a sudden he files it, just in time for it to get filed, signed. The day before we have

12    to appear in King's County, on divorce section for annulment on the grounds of fraud.

13    The same day that that gets filed on docket, almost within a half hour of each other, this

14    gets filed.

15    LAWRENCE MORRISON: It wasn't done on emergency case.

16    BRIAN DENKER-YOUNGS: This was done--

17    No, but this gets a to--

18    The very next day, we show up in court. mind you, my husband hasn't done any of his

19    appearance--

1    Hasn't respond--

2    And, you know what his attorney tells the judge? Gets a stay in effect for 30 days, mind

3    you that supersedes our next court at 9:30 AM.

4    LAWRENCE MORRISON: Let me answer that question. Nothing that happened in the

5    bankruptcy court has changed the status quo. the bankruptcy was the way it was when

6    you filed it. the fact that they filed this motion didn't change that.

7

8    Then nothing has been heard, nothing has been determined.

9    BRIAN DENKER-YOUNGS: well his claim is--

10    LAWRENCE MORRISON: I don't care what his claim is. I'm telling you. So, no. At the

11    end of the day, and I read the transcript. I actually stood up for you. I remember what she

12    was saying. she was like, "The guy's got to go in chapter 7."

13    I'm like, you're an honorable person.

14    BRIAN DENKER-YOUNGS: And so did YOU and the trustee both that I--

15    LAWRENCE MORRISON: And so, but be fair to me. I was there, honorably standing up

16    for you an saying, you're an honorable person and you want to pay your debts. That's

17    what I said. I looked at. And there's nothing in that transcript that's troubling.

18    BRIAN DENKER-YOUNGS: But, understand where I'm coming from right here.

19    Because I--

1    LAWRENCE MORRISON: I don't. I'll tell you why I don't.

2    BRIAN DENKER-YOUNGS: I had a judge that's lying, I had a judge that's dirty.

3    LAWRENCE MORRISON: I'll tell you why I don't. First of all, I can--

4    This judge is a federal bankruptcy judge, the chief judge. She's completely honorable,

5    there's no nonsense.

6    BRIAN DENKER-YOUNGS: I'm not saying about her. I know I did something.

7    LAWRENCE MORRISON: I don't know what you're saying, about her or not.

8    BRIAN DENKER-YOUNGS: I'm not saying her. I'm saying Suffolk County--

9    LAWRENCE MORRISON: I'm telling you the way that I practice. So here's what I'm

10   going to do. because I want to, we started something here, I want to finish it. In the

11   future, if you're upset, emails, they don't send the proper message. Just call me. Just call

12   me on the phone and say, "I'm upset about this."

13   "I'm troubled by this."

14   Or send me an email saying, "Let's talk."

15   These emails back and forth, the reason--

16   My response was not intended to be, I guess, difficult. But, you were saying things in the

17   emails that were not accurate. So, and I didn't understand where you were coming from.

18   BRIAN DENKER-YOUNGS: I only copied you on the email--

1  LAWRENCE MORRISON: But then I took a step back, and I realized, I got it. I know

2  what you were trying to do. You just want to make sure that he doesn't get state relief, for

3  whatever reason

4  , you're concerned about. And I think what you're saying is, you want to finish the job of

5  getting the discovery in the bankruptcy before you finish your divorce. I think that's what

6  you're telling me. But you didn't say that..

7  You write an email that the assistance has got us, and you're like, "OH my god, the

8  lawyer--"

9  And this and that.

10  BRIAN DENKER-YOUNGS: Here's the second part that YOU don't know. So, I was

11  supposed--

12  I canceled my trip. I was supposed to leave for India on Sunday. For the next month.

13  Now I've even made very clear, for weeks, that I'm not available in October. They've

14  gotten from the 8th to the 19th, I've said three to both the court and Marie Allen

15  purchased simultaneouslly, ignored ignored ignored. Until I decide I'm going to file an

16  emergency motion for a writ yesterday.

17  LAWRENCE MORRISON: But these are all matrimonial. this is not stuff I'm working

18  on.

19  BRIAN DENKER-YOUNGS: but here's the thing. This is the thing. when I read what my

20  husband's statement here is, that the courts, the lower court's ready to rule on the--

1   LAWRENCE MORRISON: So it's a deception. We'll deal with it.

2   BRIAN DENKER-YOUNGS: and, I--

3   LAWRENCE MORRISON: Let this, Nothing here is here until the, look at the thing.

4   You're a smart guy. What thing does it say, when is this being heard?

5   BRIAN DENKER-YOUNGS: The 15th.

6   LAWRENCE MORRISON: No.

7   BRIAN DENKER-YOUNGS: The 22nd.

8   LAWRENCE MORRISON: No.

9   BRIAN DENKER-YOUNGS: The 22nd.

10   LAWRENCE MORRISON: what's today?

11   BRIAN DENKER-YOUNGS: Today's October 3rd.

12   LAWRENCE MORRISON: No, it's October 2nf. that's 20 days away. we have time to

13   address this.

14   BRIAN DENKER-YOUNGS: except, here's--

15   If I'm not in the country, and I don't show up, no attorney, a matrimonial could be entered

16   in default. Which is what I perceive my husband's going for. My husband has no intent.

17   LAWRENCE MORRISON: I don't know what you're doing there sort of tried to keep me

18   in the loop, but I'm not hearing it like that.

1    BRIAN DENKER-YOUNGS: My husband knows that the judge has been caught with

2    his pants down. The judge has been--

3    Terry Schriever? He warned, the judge has been redirecting the attorneys. and, remember

4    we had him and I as copied to you, just to make sure==

5    LAWRENCE MORRISON: You had real issues with the way you've been treated in the

6    state court system.

7    BRIAN DENKER-YOUNGS: right, and--

8    LAWRENCE MORRISON: And I don't know, you think it's the suffering dishonesty, I

9    don't know what it really is. But I think you've gotten a really bad shake there. I think you

10   have.

11   BRIAN DENKER-YOUNGS: And so understand from my point, I don't--

12   LAWRENCE MORRISON: But they're calling up and saying, "What is going on with

13   this motion?"

14   BRIAN DENKER-YOUNGS: Understand that I don't know who to trust.

15   LAWRENCE MORRISON: But I don't know who to trust either. Because you had so

16   many different lawyers. I don't know if I can trust you. Can I trust you?

17   BRIAN DENKER-YOUNGS: Mr. Morrison--

18   LAWRENCE MORRISON: Be fair, no, be fair. Can I trust you? can I trust you?

19   BRIAN DENKER-YOUNGS: I threw up my brains there. If that's everything--



1    You know what?

2    LAWRENCE MORRISON: I think you're a very smart guy, and I take cases, I Finished?

3    peggeshed? 0:23:26.1]

4    --my cases, and I want to help you. But can I trust you?

5    LAWRENCE MORRISON: Yeah. Mr. Morrison, you know what? I made a mistake

6    trusting the wrong person. The person I--

7    Is a white-collar criminal. Mortgage for 81 or something? A person does not descend and

8    go with such figures to the point that I have, off of a lie. Rather, my husband couldn't

9    even close his home. I had to--

10    There was a check accepted late in May--

11    LAWRENCE MORRISON: I know all these things happened. but if we're going to finish

12    our job together, you can't send me emails which are really kind of name-calling. That's

13    what, I was really offended by that. First of all it's not, that's not who I am.

14    BRIAN DENKER-YOUNGS: They said, well, my---

15    I took your response, again, the wrong way in terms of where I was in the moment, and in

16    terms of, I caught the judge yesterday with his pants down

17    LAWRENCE MORRISON: that's fair.



1    BRIAN DENKER-YOUNGS: Understand, you know, I don't know who to trust

2    anymore. Except that, this house sells or he gets that listed, I've lost everything. And you

3    want to know something? I went to work with 42 staples in my stomach. I've done--

4    LAWRENCE MORRISON: I know that. But you've got to--

5    BRIAN DENKER-YOUNGS: well I--

6    LAWRENCE MORRISON: But you've got to help me finish this case. When without,

7    you know--

8    BRIAN DENKER-YOUNGS: Their accounts, the money--

9    In all honesty, I shouldn't be bankrupt.

10    LAWRENCE MORRISON: You shouldn't, you are bankrupt because of him. And that's

11    the system. that's what the judge was saying at that hearing, was going to a 7 to get rid of

12    the debt. that's the benefit of the system. That's half of the job. getting rid of the debt.

13

14    The second half is, you want to do a pherensic examination where the money went. And

15    that's something that I will finish, if You'll let me and not, and finish the job.

16    BRIAN DENKER-YOUNGS: And the only asset, which I'm trying to explain to you--

17    LAWRENCE MORRISON: You're not hearing me, you're not hearing me.

1  LAWRENCE MORRISON: The only thing possibly that I can even get back, because

2  he's moved it  into living trusts or retirement trusts. OK?

3  LAWRENCE MORRISON: but that's what the trustee is going to help us find.

4  BRIAN DENKER-YOUNGS: Is that house. If that house, he's taking, to the home equity

5  is looked at, there's no--

6  He's taking it, I've lost, if that house sells that's it.

7  LAWRENCE MORRISON: Nothing has changed in terms of our strategy from the

8  beginning. we've always said that. we never said I was going to handle matrimonial stuff.

9  I said I would get the debt.

10  BRIAN DENKER-YOUNGS: You have, you have. and that's--

11  LAWRENCE MORRISON: And I said I would try to find out where the money went,

12  and that's part 2.

13  BRIAN DENKER-YOUNGS: And August 20th, Terry, despite us having, which I, I

14  mean you were copied in on it. we were filing for nominal--

15  Went into a backroom conference, which I said to him no more backroom conferences.

16  Everything on record. And people from American Legal Reform. which, ironically, the

17  guy happens to be a friend of mine. I didn't realize that that's what he does.

18  LAWRENCE MORRISON: But these are all matrimonial things that get you upset.

19  Doesn't happen here.



1   BRIAN DENKER-YOUNGS: he walked into the back room and came out, and 180 on

2   me. Just understand where I'm coming from.

3   LAWRENCE MORRISON: But that's not who we are. If YOU don't, if we want to finish

4   the job here. We've never done a 180 on you. We've always said the same thing

5   consistently.

6   BRIAN DENKER-YOUNGS: But for, and just understand and, my apologies. I am

7   apologizing. but, understand  where I'mcoming from. Four attorneys that all have done ...

8   What it, because it's a judge--

9   And I get it. They're not going to, in hindsight, they're not going to ruin their career with,

10  for one person when a judge is sitting there that they work with every day. I understand.

11  LAWRENCE MORRISON: But that's not us. And first of all, let's take a step back.

12  You're upset, and you should be with the system, in the state court proceedings. but

13  nothing like that has happened here. You went with me, we went to the trustees meeting.

14

15  You got a, the trustee was sympathetic. you told your story, it was an open transparent

16  process. The reason that the transcript was, nothing is done in backrooms in your

17  bankruptcy court.

18  BRIAN DENKER-YOUNGS: I don't know this. just--

1  LAWRENCE MORRISON: I'm telling you something. we have to accept it. You have to

2  accept things that I say, at least until it's not so. The transcript, I looked it. It showed that

3  we were fighting for you. there was nothing in there that was really negative, except the

4  judge was not, you know, was a little bit upsetting. When we turned to her and they asked

5  her, I said to her--

6  BRIAN DENKER-YOUNGS: we heard that every day.

7  LAWRENCE MORRISON: About [reality? 0:27:13.6]

8  --I was like, woe. I don't know what she meant that.

9  BRIAN DENKER-YOUNGS: No, it got converted.

10

11 LAWRENCE MORRISON: No no, she thought--

12 So what we said was what you told me to day. because I believed that you wanted to pay

13 your obligations back. And I think you still do. I said that you wanted to, and she goes,

14 "I've heard that before."

15 And that's what--

16 And you know, she's right. Because she has heard that before. but the good news was I

17 believed in you, and the trustee believed in you. And you saw it there in the record.

18

1  but You're going to have to compartmentalize this case, the matrimonial is going to be

2  very hard for you, and You're going to have to deal with the nonsense. But that's not my

3  case. And this will be, I think better for you. But if you want, so, what I will do, your

4  objection to the motion is not what I would do. I'll put something together which

5  comports with the rules. Because this, I mean, this is not something that I can present. I

6  can clean it up in a way that follows the rules, if you want me to. And we'll get it done.

7  And we'll take care of it.

8  BRIAN DENKER-YOUNGS: Mr. Morrison, again, my apologies. just understand from,

9  if I didn't do this myself, none of it--

10  But the part that they--

11  Right, but understand I would never--

12  LAWRENCE MORRISON: That's not me, that's--

13  BRIAN DENKER-YOUNGS: I personally have never had to go and deal personally with

14  our court systems. Whether or not federal or state. To me, court system is a court system.

15  I was raised that you tell the truth, and you respect.

16  LAWRENCE MORRISON: I know. but you're saying something that I'm not processing,

17  because, we tell the truth in this office. And we practice in a place where none of this

18  stuff really, I don't even know if this happens in the state court system generally. I believe

19  it if you tell me it happened in your case. I believe you.

20

1    but, you know. I practice in a place where there's openness and transparency.

2    Bankruptcy's about transparency.

3    BRIAN DENKER-YOUNGS: but in reading his affidavit--

4    LAWRENCE MORRISON: It's not on it. I'll tell you what,  there's several things.

5    Purgered.

6    BRIAN DENKER-YOUNGS: It's not purgered. First of all--

7    [Crosstalk: 0:28:58.1]

8    LAWRENCE MORRISON: I'll give you an example. But, he says he wasn't served. we

9    served him twice. We served the guy twice.

10   BRIAN DENKER-YOUNGS: The divorce petition was served seven times on him.

11   LAWRENCE MORRISON: But you don't have to tell me that. at the end of the day, the

12   judge will say, "Yes, it was served."

13   Right? because we have an affidavit of service. Guess who served it? He's right here.

14   BRIAN DENKER-YOUNGS: I know, and I saw that. the fact still remains--

15   LAWRENCE MORRISON: And you're focusing on things that don't have anything to do

16   with this case.

17   BRIAN DENKER-YOUNGS: He's making conveyances that the state courts were ready

18   to rule on a dissolution of marriage, and equitable distribution.



1   LAWRENCE MORRISON: But you'll help me say that's not truely

2   BRIAN DENKER-YOUNGS: It's incorrect. Because there's--

3   That was the whole reason with the filing for the application.

4   LAWRENCE MORRISON: but then that's procedural stuff. but that's not stuff, but you, I

5   have, we have to be on the same page. This judge in bankruptcy court is not going to

6   decide matrimonial issues. You know that. We said it a thousand times. Every bankruptcy

7   lawyer knows it. I don't, like the internet, but you seem to love it. It's on the internet too.

8   That they don't decide these issues. So there's the deal.

9

10  I think we should, shake hands and tart again. I know you're upset, and I respect you, I

11  know why you're upset. But you should not be upset with us. We've done nothing.

12  BRIAN DENKER-YOUNGS: Understand, I don't know who to trust.

13  LAWRENCE MORRISON: But you've said that already. That's a mantra. But you're

14  smart. That's an emotional response.

15  BRIAN DENKER-YOUNGS: all I know is, I look at this stuff. Whoever I go to, police

16  reports that--

17  LAWRENCE MORRISON: Your telling me things that--

18  But that has nothing to do with me. It's every, so you're saying because of your

19  experience, every lawyer's a bad person.



1  BRIAN DENKER-YOUNGS: No, I'm not saying everybody. You know what? I don't

2  know who to go to. To be quite honest--

3  LAWRENCE MORRISON: you need a good matrimonial lawyer. that's who you need to

4  go to. We're taking, we are really good bankrupt--

5  BRIAN DENKER-YOUNGS: So I need permission to hire one. And I need--

6

7  Right?

8  LAWRENCE MORRISON: That's not hard.

9  BRIAN DENKER-YOUNGS: and I--

10  LAWRENCE MORRISON: What permission do you need? It's a one-page paper, you

11  have to, that's not too hard.

12  BRIAN DENKER-YOUNGS: OK, but, it has to be approved, and--

13  LAWRENCE MORRISON: It will be approved.

14  BRIAN DENKER-YOUNGS: I don't necessarily have, I petitioned the judge in Brooklyn

15  to, ...

16  LAWRENCE MORRISON: That's not the issue. The issue is, you haven't found that

17  right matrimonial lawyer that serves--

18  BRIAN DENKER-YOUNGS: I have to get out of the county, is what I have to be.

1  LAWRENCE MORRISON: I don't accept that, that every lawyer in this country is not

2  honorable and honest.

3  BRIAN DENKER-YOUNGS: The judge is the one.

4  LAWRENCE MORRISON: Well, you've told me that. I can't, I believe it if you tell me,

5  but I've never seen anything like it. you don't have to show me anymore. I know that we

6  practice in a place that's completely honorable and above-board. That's all I can tell you.

7  That's all I can tell you.

8

9  I mean, the fact that you wrote this thing which is dishonest is troubling, but I'll deal with

10  it.

11  BRIAN DENKER-YOUNGS: Jane shanker, I would in ha heartbeat. And I asked her to,

12  I guess they don't want there's a change of attorney. But, I have no problem with Jane

13  shanker. She didn't even know how to tell me the order that came down, because she

14  said, "This isn't right."

15  My husband in open court admitted to lying to everything.

16      LAWRENCE MORRISON: I thought she spoke to your lawyer.

17      BRIAN DENKER-YOUNGS: item Terry, who said, "no, we've got to stop

18  playing the victim here, and victimized victim."

19      So I said, "OK, let's do this because she didn't."

1    And then the order came down from the judge, she, Jen was beside herself. I mean

2   Jen I happen to really like, Jen happens to be the sister of my friend Norman Craig.

3    LAWRENCE MORRISON: You told me that it's a friend of a friend.

4    BRIAN DENKER-YOUNGS: And so, I cried literally, it was hard to even tell her

5   that I signed. But, she wasn't going to do an annulment. And you know what? Changing

6   counties was the best thing I did. Because this judge, point blank, saw right through them.

7    LAWRENCE MORRISON: So then hire a lawyer from a different county.

8    M!: OK, well it's, hopefully I find an order to consolidate [Crosstalk: 0:32:32.9]

9    LAWRENCE MORRISON: You need a better lawyer lawyer. There's got to be a

10   good lawyer out there that will help you.

11    BRIAN DENKER-YOUNGS: Well, this whole thing is  coming to King's county.

12   Because, that's, On November 5, I, he's part of the, what he signed was an order to

13   consolidate, to bring it to kings.

14    LAWRENCE MORRISON: OK. But you've got to get this thing out of your

15   head. You know, I can't work with someone who doesn't trust me. First of all, there's no

16   reason for it. because we are completely honorable honest people. And second of all, it

17   troubles me, because it says something about you as a client.

18    M!: It troubles, you know what?

19    LAWRENCE MORRISON: There's nothing—

20    BRIAN DENKER-YOUNGS: You know what? It troubles me that it goes, what

21   I've had to experience. because it it's against what I was taught.

22    LAWRENCE MORRISON: You haven't experienced that with us.

1     BRIAN DENKER-YOUNGS: I'm not saying with you, but, understand I spent a

2     year in a system that I've just been beat up and abused for telling the truth.

3     LAWRENCE MORRISON: That's fair. But you haven't had that here. But I just

4     don't understand, and you're smart, why you know, you can't make the distinction. It's

5     like all lawyers are the same.

6     BRIAN DENKER-YOUNGS: I've had people show up at my doorstep with

7     handcuffs and shackles, don't know who they're, I mean—

8     LAWRENCE MORRISON: I don't, you haven't had one single issue with us.

9     You received—

10     There've been no surprises.

11     BRIAN DENKER-YOUNGS: and you're the only person I've said that too

12     repeatedly.

13     LAWRENCE MORRISON: But that's my everyday existence.

14     BRIAN DENKER-YOUNGS: How many times did I say to you, take the case?

15     LAWRENCE MORRISON: But I don't—

16     BRIAN DENKER-YOUNGS: You want to get this finished. I understand. But

17     understand, and, it's not to be offensive, from my perspective, I don't know how.

18     LAWRENCE MORRISON: I can't say that you do, but, it is offensive. Because

19     there's nothing in our conduct that would lump us together with the people that

20     [crosstalk: did this to you? 0:34:03.2]

21     BRIAN DENKER-YOUNGS: You're right. I never, I've never hear from you, but

22     it's taken care of.

1    LAWRENCE MORRISON: Which is the better thing?

2    LAWRENCE MORRISON: Correct, and—

3    BRIAN DENKER-YOUNGS Say you never hear from me, you hear from me

4    when we have things to talk about. Not just to talk about the thing.

5    LAWRENCE MORRISON: Or, on a weekend evening, you've put time aside and

6    actually called me. And I appreciate that. And I've said that to you many times. You

7    know—

8    LAWRENCE MORRISON: I don't see the problem with our relationship. You

9    should have problems with these guys Let's try to  finish all your documents.

10    BRIAN DENKER-YOUNGS: My problem is when I saw that, and everything

11    started going down the way again last week. To me that's all contrived together.

12    LAWRENCE MORRISON: Well you think you're going to end up back in the

13    rabbit-hole of matrimonial court. But you may or may not. But it doesn't mean you still

14    don't—

15    See here's what I don't think you're, maybe we're, we've been very clear about it

16    but let me make sure you get it again. And we'll do it, I'm always here. You want to ask

17    me, a thousand times. Let me finish my point, because this is important.

18

19    So you have a perspective that if state relief is granted, it's game over for out. But it's

20    not. because the bankruptcy court still have the power and go back and sue and get all

21    those transfers. You think that's not the case—

1    BRIAN DENKER-YOUNGS: Unless they go out of the country, now. Or

2  anything goes out—

3    They have accounts, I have to tell you. His mother is a citizen.

4    LAWRENCE MORRISON: You're looking for reasons not to succeed.

5    BRIAN DENKER-YOUNGS: I'd rather not go down, I'd rather get this done—

6    LAWRENCE MORRISON: the bankruptcy court powers are all about assets of

7  the estate. And that won't change. If you want to have, if you want to stop the finishing

8  up of your divorce, and not having a divorce decree, then the judge will not do that for

9  you.

10    BRIAN DENKER-YOUNGS: That's not my point. My point is—

11    LAWRENCE MORRISON: Can I finish? Give me a chance to finish my point.

12  So, let's do that. If this, if you want, so you know this. The bankruptcy judge is not going

13  to decide issues of matrimonial law. Not going to decide equitable distribution. Not going

14  to decide whether or not the grounds or fault, or any of that stuff.

15

16    But what she can do, even if state relief was granted tomorrow. And even if you

17  got to go back and you got your divorce. And even equitable distribution was decided,

18  this judge still has the power to go look back six years from the date that you filed and

19  pull back in all the money that was stolen.

20

21  AND I've been saying that. I'm always clear. And one of the good things about me is

22  I've always said the same thing consistently.

1    BRIAN DENKER-YOUNGS: I remember one thing you had said when we filed

2    is, we have to file quickly before anymore deporters are issues or granted. And that sticks

3    with me. Which is where, when I read the dissolution of marriage, I revert back to that.

4    LAWRENCE MORRISON: I think that's an over simplification. But that's fine.

5    Anyway, the good news is, we stand on our record, we do good work. We'll always do

6    good work for you. we want to continue our relationship. We like you and we want to

7    finish the job.

8

9    But we have to do it a little bit differently. If you get us sad, say, "Look, I need to

10    chat."

11    BRIAN DENKER-YOUNGS: To me, I feel safer, to get the discovery done. To

12    let them. I mean, all that debt is—

13    LAWRENCE MORRISON: I will put together some kind of proposition in state

14    relief, but it will have to comport with the rules. It won't be about, it's not about what

15    you're saying.

16    BRIAN DENKER-YOUNGS: I'm not an attorney. I'm not an attorney.

17    LAWRENCE MORRISON: I'm not, no one's saying you're an attorney. And no

18    one's asking you to be an attorney. But that's why you're relying on us to be good

19    bankruptcy attorneys, right? I'm not a trademark attorney. My partner Gerald is. I don't

20    know anything about trademarks.

21

22    I know basic stuff about it. So.

1       BRIAN DENKER-YOUNGS: Look, to even be in bankruptcy stuff for debt, that I

2  didn't even do.

3       LAWRENCE MORRISON: You're here. You're here.

4       BRIAN DENKER-YOUNGS: you're right.

5       LAWRENCE MORRISON: You can't do that. It's like, you it's just, you're here.

6  And, you don't believe it but it's actually protecting you from phone calls and

7  harassment. And all of these debts are going to be discharged.

8       BRIAN DENKER-YOUNGS: Capitola sent me bills.

9       LAWRENCE MORRISON: Well you want to pay them right? You're so happy

10  with the service.

11       BRIAN DENKER-YOUNGS: I mean he's double-charged. They sent me the

12  arbitration.

13       LAWRENCE MORRISON: You said, so, just to say you'll pay half the bill?

14  No?

15  BRIAN DENKER-YOUNGS: From when? I don't know, I have no idea, can't get from

16  where.

17  LAWRENCE MORRISON: I have no idea.

18  BRIAN DENKER-YOUNGS: but the home equity, that should be—

19  My thing is, basically, to get the discovery done. Because—

20  LAWRENCE MORRISON: We'll get it done anyway. You want to get it done and stop

21  state relief first. I'm not promising you that. But I will promise you that, if there's some

22  money to find, trustee will find it. And—

1    BRIAN DENKER-YOUNGS: I mean, likely, his claim marks that property. Ideally, and

2    you know this, I'd like to keep my home. But I don't know if that's—

3    I mean, am I holding onto something that's a dream? And, if so then, does it pay to then

4    order it sold, and take it? But—

5    BRIAN DENKER-YOUNGS: that's a business decision. It's got nothing to do with

6    bankruptcy.

7    BRIAN DENKER-YOUNGS: Is there not a chance that I'm going to get my, be able to

8    get, my, am I able to homestead this?

9    LAWRENCE MORRISON: You are able to homestead this.

10   BRIAN DENKER-YOUNGS: because the transcript or something, I think, there was

11   some, at one point—

12   LAWRENCE MORRISON: It doesn't make a difference whether you homestead it or

13   not. because I believe that there's enough debt on the property, that it's not an issue of, no

14   one's going to, there's no equity.

15   BRIAN DENKER-YOUNGS: There's no equity.

16   LAWRENCE MORRISON: There's no equity purchased to the--=

17   BRIAN DENKER-YOUNGS: He stripped the equity.

18   LAWRENCE MORRISON: yeah. So, you're not going to lose the property. Because of

19   the bankruptcy filing, I trust you won't sell your interest. SO you have the best of both

20   worlds. But the problem again is that people look at the internet. And they look  around

21   the fact that, you can't homestead your apartment.

22

1   I don't think that's true, but even if it is true, the value is, what's your apartment worth?

2   BRIAN DENKER-YOUNGS: a thousand.

3   LAWRENCE MORRISON: So, you can keep it anyway. …

4   But people, it's a problem. The  internet is a problem. Because of misinformation. And

5   people do it, I can't tell them no.

6

7   I had somebody claim in the very beginning I can't remember they looked up something,

8   it was completely wrong. And they thought it was right. And so, you know, I think they

9   said something to the trustee And the trustee was like, where'd you get that, On the

10  internet? They're like, yeah. They're like, it's misinformation.

11  BRIAN DENKER-YOUNGS: I mean, I'd like to to be able walk [unknown: 0:39:53.3]

12  because I doubt I'm getting money out of my husband. To be quite honest with you. with

13  all the money he stole. And I doubt I'm getting it done.

14  LAWRENCE MORRISON: Why don't we deal with one thing at a time? and that's, and,

15  you obviously have seven different things you want to address. Let's address first,

16  getting, seeing if I can figure out a way to object to the state of relief, this is important,

17  with the legal reason. Not the fact that, you know, you just want more time. And then

18  take it from there.

19

20  And then we have to get you a matrimonial lawyer that knows what they're doing. And

21  not everyone in your, I don't agree with you that every matrimony lawyer is dishonest.

22  M!: It's——

1   LAWRENCE MORRISON: That doesn't make sense. There's five hundred, how many

2   lawyers in New York? Four hundred thousand? They're all dishonest? Don't show me

3   any documents.

4   BRIAN DENKER-YOUNGS: No, I was just going to say, the email from Terry Shrike.

5   This isn't necessarily, it's the—

6   When you walk in, and, this is the judge that you work day in and day out. And he sits

7   there and says, "Remember that lunch? Your client's the bad woman."

8   Someone, they're not going to ruin their career. And—

9   LAWRENCE MORRISON: We've already addressed that issue, of ad different venue.

10  BRIAN DENKER-YOUNGS: well, November fifth we'll see. I mean, they're trying,

11  they objected to it obviously. And I had, the way they were behaving and all these things.

12  The 19th of October, likely they were going to try and get me on a default of

13  nonappearance.

14  LAWRENCE MORRISON: OK.

15  BRIAN DENKER-YOUNGS: SO now that's been rectified. But, you know.

16  LAWRENCE MORRISON: Sounds like a big mess. But your story back.

17  BRIAN DENKER-YOUNGS: And you know what it is to have your story back, I'm

18  living and breathing as opposed to what I should be doing, and focusing on myself. And

19  you know what? that's sad.

20  LAWRENCE MORRISON: It is sad. But you're doing the best you can, right? What are

21  you going to do? Do you want to give up? Do you want to fight? I mean that's, those are

22  your life decisions. That's not the aim of a lawyer.

1    BRIAN DENKER-YOUNGS: What he's done is inhumane. You don't do that.

2    BRIAN DENKER-YOUNGS: it's already been done, and it's finished right?

3    BRIAN DENKER-YOUNGS: OK. But.

4    LAWRENCE MORRISON: So alright. I know what we need to do. We'll put together

5    something objecting to state relief based on, what you could do, not an email. Because I

6    hate emails. Call Marcos, and tell him what you think. Because you know better than me,

7    whether the matrimonial case is not honest in this motion.

8    BRIAN DENKER-YOUNGS: We're nowhere near equitable distribution. We haven't

9    even entered into discussion.

10   LAWRENCE MORRISON: Just say what element it is and we'll put together deposition.

11   Let me list all this down. So, there …

12   Brian's husband mad e a motion for state relief. because they can't do anything because

13   of the bankruptcy right. And then they were going to go bust. But they're saying things in

14   their motion that are not true. So Brian has a list of what those things are. So you guys

15   can look through—

16   BRIAN DENKER-YOUNGS: The other thing. The court appellate division, won't

17   proceed on looking at the PLM unless they have permission.

18   M@: why don't we, so you, for preparation from the court? Bankruptcy court?

19   BRIAN DENKER-YOUNGS: yeah.

20   LAWRENCE MORRISON: So, what we really should do is have our own motion for

21   state relief. So you can continue the case in the appellate division. What about division

22   get through?

1    BRIAN DENKER-YOUNGS: second department?

2    LAWRENCE MORRISON: No, which case, you've got so many—

3    BRIAN DENKER-YOUNGS: The matrimonial.

4    LAWRENCE MORRISON: Which one? This one bagged in Brooklyn?

5    BRIAN DENKER-YOUNGS: No, this one, Brooklyn didn't even start yet. It's

6    something. Btu it's going to merge. Brooklyn will wind up consolidating into one venue

7    hopefully.

8    LAWRENCE MORRISON: well that's good news.

9    BRIAN DENKER-YOUNGS: well, that's the motion November fifth is, I basically I file

10   for Norman to post to Norfolk, and it being petitioned to be in an integrated domestic

11   violence court. It's not apples to apples. So that should merge into the other.

12   LAWRENCE MORRISON: I understand. You know what, we didn't answer the

13   question. SO Jennifer Shankar is no longer the lawyer representing you. You've been

14   with this other guy who turned out to be bad news, and he's gone.

15   BRIAN DENKER-YOUNGS: He filed a motion. I basically—

16   LAWRENCE MORRISON: just help me. Is he gone or not?

17   BRIAN DENKER-YOUNGS: Yeah He's gone. He filed a motion that I went on docket

18   yesterday. But apparently two weeks ago that they used as an excuse for a stay. like, they

19   used in a matrimonial the bankruptcy as a reason to not turn over discovery. My filing of

20   bankruptcy stayed discovery, which—

21   LAWRENCE MORRISON: but that's hypocritical. Because they want state relief so they

22   can get the new discovery.

1    BRIAN DENKER-YOUNGS: Well, and I turned over discovery. I have email stick, a

2    friend of mine dropped off and turned over my discovery. November 24. We didn't file it

3    till months later. They used it as an excuse, and …

4    LAWRENCE MORRISON: This is the proposal from Brian that he was going to file. We

5    can't file this. This is all wrong.

6

7    You want to hold him in concept of court. You can't do this stuff. I mean you can, but it

8    won't work. Listen you've got to do everything by the book, go ahead and follow the

9    rules. Which is what we should be doing.

10           BRIAN DENKER-YOUNGS: Just, you want to force—

11           LAWRENCE MORRISON: I have no idea. I know that I go through rules. It's

12    alright to work for you for almost 20 years.

13    [Smalltalk till end: 0:44:39.0]

14    [End of Transcript].

15

10/4/2015

Live Database: nyeb_livr

**1-15-41069-cec** Brian Denker
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** Carla E. Craig
**Date filed:** 03/13/2015 **Date of last filing:** 10/02/2015

# Deadlines/Hearings

| Doc. No. | Deadline/Hearing | Event Filed | Due/Set | Satisfied | Terminated | Hearing Judge |
|---|---|---|---|---|---|---|
| | 341 Meeting | 04/17/2015 | 05/04/2015 at 03:00 PM | | 10/01/2015 | |
| 1 | **Chapter 11 Plan** | 03/13/2015 | 07/13/2015 | | 10/01/2015 | |
| 1 | **Disclosure Statement Due** | 03/13/2015 | 07/13/2015 | | 10/01/2015 | |
| 2 | **Ch 11 Income Form 22B** | 03/13/2015 | 03/27/2015 | 03/27/2015 | | |
| 2 | **Copies of Pay Stmts** | 03/13/2015 | 03/27/2015 | | 03/30/2015 | |
| 2 | **Schedule A** | 03/13/2015 | 03/27/2015 | | 03/30/2015 | |
| 2 | **Schedule B** | 03/13/2015 | 03/27/2015 | | 03/30/2015 | |
| 2 | **Schedule D** | 03/13/2015 | 03/27/2015 | | 03/30/2015 | |
| 2 | **Schedule E** | 03/13/2015 | 03/27/2015 | | 03/30/2015 | |
| 2 | **Schedule F** | 03/13/2015 | 03/27/2015 | | 03/30/2015 | |
| 2 | **Schedule I** | 03/13/2015 | 03/27/2015 | | 03/30/2015 | |
| 2 | **Schedule J** | 03/13/2015 | 03/27/2015 | | 03/30/2015 | |
| 2 | **Stmt of Financial Aff** | 03/13/2015 | 03/27/2015 | | 03/30/2015 | |
| 2 | Declaration Concerning DB Schs | 03/13/2015 | 03/27/2015 | | 03/30/2015 | |
| 2 | Disclosure of Comp FBR 2016(b) | 03/13/2015 | 03/27/2015 | | | |
| 2 | Incomplete Filings Due | 03/13/2015 | 03/27/2015 | | | |
| 2 | Schedule C | 03/13/2015 | 03/27/2015 | | 03/30/2015 | |
| 2 | Schedule G | 03/13/2015 | 03/27/2015 | | 03/30/2015 | |
| 2 | Schedule H | 03/13/2015 | 03/27/2015 | | 03/30/2015 | |
| 2 | Stat Summary of Liabilities | 03/13/2015 | 03/27/2015 | | 03/30/2015 | |
| 2 | Statement LR1073-2b | 03/13/2015 | 03/13/2015 | | 03/30/2015 | |
| 2 | Summary of Schedules | 03/13/2015 | 03/27/2015 | | 03/30/2015 | |
| 1 | 341 Meeting | 03/18/2015 | 04/20/2015 at 04:00 PM | | 04/17/2015 | |
| | Objection to Discharge Ch 11 | 03/18/2015 | 06/19/2015 | | 10/01/2015 | H |
| R | Status Hearing | 03/24/2015 | 05/13/2015 | 05/13/2015 | 05/13/2015 | Craig, |

4/2015                                                   Live Database: nyeb_live

| Doc. No. | Deadline/Hearing | Event Filed | Due/Set | Satisfied | Terminated | Hearing Judge |
|---|---|---|---|---|---|---|
| | | | PM | | | |
| R | Status Hearing | 03/24/2015 | 07/15/2015 at 03:00 PM | 07/20/2015 | 07/20/2015 | Craig, Carla E. |
| R | Status Hearing | 03/24/2015 | 08/19/2015 at 03:00 PM | 08/19/2015 | 08/19/2015 | Craig, Carla E. |
| R | Status Hearing | 03/24/2015 | 09/16/2015 at 03:00 PM | 09/23/2015 | | Craig, Carla E. |
| 8 | Presentment | 05/29/2015 | 06/23/2015 | | | |
| 3 R | Ntc of Intent to Req Redaction | 06/15/2015 | 06/22/2015 | | 09/15/2015 | |

| Doc. No. | Deadline/Hearing | Event Filed | Due/Set | Satisfied | Terminated | Hearing Judge |
|---|---|---|---|---|---|---|
| 3 R | Redacted Transcript Submission | 06/15/2015 | 07/16/2015 | | 09/15/2015 | |
| 3 R | Redaction Request Due | 06/15/2015 | 07/06/2015 | | 09/15/2015 | |
| 3 R | Release Transcript | 06/15/2015 | 09/14/2015 | | 09/15/2015 | |
| 8 R | Government Proof of Claim | 07/09/2015 | 09/09/2015 | | | |
| 8 R | Proof of Claims Deadline | 07/09/2015 | 08/24/2015 | | | |
| 0 | Presentment | 07/24/2015 | 08/11/2015 | | | |
| 1 R | Hearing | 08/04/2015 | 10/14/2015 at 02:00 PM | | | Craig, Carla E. |
| 0 R | Presentment | 08/21/2015 | 09/11/2015 | | 08/26/2015 | |
| 0 R | Presentment | 08/21/2015 | 09/11/2015 | | 10/02/2015 | |
| 1 R | Presentment | 08/21/2015 | 09/11/2015 | | 10/01/2015 | |
| 5 R | Hearing | 09/21/2015 | 10/22/2015 at 02:30 PM | | | Craig, Carla E. |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 10/04/2015 19:01:35 | | |

4/5/2015

WebCivil Supreme - Appearance Detail



New York State United Court System

# COURTS .US

*WebCivil Supreme - Appearance Detail*

**Court:**            **Suffolk Civil Supreme**
**Index Number:**    **016968/2014**
**Case Name:**       **DENKER-YOUNGS, EDWARD JOHN vs. DENKER-YOUNGS, BRIAN H.**
**Case Type:**       **Contested Matrimonial**
**Track:**            **Standard**

## Appearance Information:

| Appearance Date | Time On For | Appearance Outcome | Justice / Part | Comments | Motion Seq |
|---|---|---|---|---|---|
| 04/30/2015 | Supreme Trial | | DAVID T. REILLY HEARING PART 30 | 9:30AM | |
| 03/30/2015 | Motion | | DAVID T. REILLY MOTION PART 30 | FIP | 001 |
| 03/30/2015 | Motion | | DAVID T. REILLY MOTION PART 30 | FIP | 003 |
| 03/30/2015 | Motion | | DAVID T. REILLY MOTION PART 30 | FIP | 002 |
| 03/23/2015 | Supreme Trial | Adjourned | DAVID T. REILLY HEARING PART 30 | | |
| 03/16/2015 | Supreme Trial | Conf Held | DAVID T. REILLY HEARING PART 30 | N/A PLNTF & PLNTF ATTY | |
| 03/16/2015 | Motion | Adjourned | DAVID T. REILLY MOTION PART 30 | FIP | 002 |
| 03/16/2015 | Motion | Adjourned | DAVID T. REILLY MOTION PART 30 | FIP | 003 |
| 02/02/2015 | Supreme Trial | Status Conference Held | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | | |
| 01/28/2015 | Supreme Trial | Adjourned | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | | |
| 12/15/2014 | Supreme Trial | Status Conference Held | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | | |
| 12/11/2014 | Supreme Trial | Status Conference Held | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | 9:15AM | |
| 12/10/2014 | Supreme Trial | Status Conference Held | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | | |
| 12/10/2014 | Motion | Adjourned | DAVID T. REILLY MOTION PART 30 | FIP | 001 |
| 12/03/2014 | Supreme Trial | Adjourned | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | O/C | |
| 11/18/2014 | Supreme Trial | Adjourned | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | | |
| 11/13/2014 | Supreme Trial | Adjourned | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | O/C | |
| 11/13/2014 | Motion | Adjourned | DAVID T. REILLY MOTION PART 30 | FIP | 001 |
| 11/06/2014 | Supreme Trial | Preliminary Conference Held | DAVID T. REILLY PRELIMINARY CONF PART 30 | PCOS | |
| 10/08/2014 | Supreme Initial (first time on) | Adjourned | DAVID T. REILLY PRELIMINARY CONF PART 30 | | |

Close



# *WebCivil Supreme - Appearance Detail*

| | |
|---|---|
| **Court:** | **Suffolk Civil Supreme** |
| **Index Number:** | **016968/2014** |
| **Case Name:** | **DENKER-YOUNGS, EDWARD JOHN vs. DENKER-YOUNGS, BRIAN H.** |
| **Case Type:** | **Contested Matrimonial** |
| **Track:** | **Standard** |

## Appearance Information:

| | | | | |
|---|---|---|---|---|
| 10/08/2015 | Supreme Trial | | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | 2:30PM |
| 08/20/2015 | Supreme Trial | Status Conference Held | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | |
| 06/18/2015 | Supreme Trial | Status Conference Held | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | ATTYS ONLY |
| 05/28/2015 | Supreme Trial | Hearing Held | DAVID T. REILLY HEARING PART 30 | DECISION RESERVED |
| 05/21/2015 | Supreme Trial | Status Conference Held | DAVID T. REILLY HEARING PART 30 | |
| 05/15/2015 | Supreme Trial | Adjourned | DAVID T. REILLY HEARING PART 30 | C/D |
| 05/06/2015 | Supreme Trial | Hearing Continue | DAVID T. REILLY HEARING PART 30 | 10:00AM |
| 05/01/2015 | Supreme Trial | Hearing Continue | DAVID T. REILLY HEARING PART 30 | 10:00AM |
| 04/30/2015 | Supreme Trial | Hearing Continue | DAVID T. REILLY HEARING PART 30 | 9:30AM |
| 04/30/2015 | Motion | Motion Decided-Open Appearance | DAVID T. REILLY MOTION PART 30 | *SEE CCOM |
| 03/30/2015 | Motion | Fully Submitted | DAVID T. REILLY MOTION PART 30 | FIP |
| 03/30/2015 | Motion | Fully Submitted | DAVID T. REILLY MOTION PART 30 | FIP |
| 03/30/2015 | Motion | Fully Submitted | DAVID T. REILLY MOTION PART 30 | FIP |
| 03/23/2015 | Supreme Trial | Adjourned | DAVID T. REILLY HEARING PART 30 | |
| 03/16/2015 | Supreme Trial | Conf Held | DAVID T. REILLY HEARING PART 30 | N/A PLNTF & PLNTF ATTY |
| 03/16/2015 | Motion | Adjourned | DAVID T. REILLY MOTION PART 30 | FIP |
| 03/16/2015 | Motion | Adjourned | DAVID T. REILLY MOTION PART 30 | FIP |
| 02/02/2015 | Supreme Trial | Status Conference Held | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | |
| 01/28/2015 | Supreme Trial | Adjourned | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | |
| 12/15/2014 | Supreme Trial | Status Conference Held | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | |
| 12/11/2014 | Supreme Trial | Status Conference Held | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | 9:15AM |
| 12/10/2014 | Supreme Trial | Status Conference Held | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | |
| 12/10/2014 | Motion | Adjourned | DAVID T. REILLY MOTION PART 30 | FIP |



# New York State Unified Court System


UCS
# COURTS

## *WebCivil Supreme - Appearance Detail*

| | |
|---|---|
| Court: | **Suffolk Civil Supreme** |
| Index Number: | **016968/2014** |
| Case Name: | **DENKER-YOUNGS, EDWARD JOHN vs. DENKER-YOUNGS, BRIAN H.** |
| Case Type: | **Contested Matrimonial** |
| Track: | **Standard** |

## Appearance Information:

| Appearance Date | Time On For | Appearance Outcome | Justice / Part | Comments | Motn Seq |
|---|---|---|---|---|---|
| 10/19/2015 | Supreme Trial | | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | | |
| 09/18/2015 | Supreme Trial | Adjourned | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | | |
| 08/20/2015 | Supreme Trial | Status Conference Held | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | | |
| 06/18/2015 | Supreme Trial | Status Conference Held | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | ATTYS ONLY | |
| 05/28/2015 | Supreme Trial | Hearing Held | DAVID T. REILLY HEARING PART 30 | DECISION RESERVED | |
| 05/21/2015 | Supreme Trial | Status Conference Held | DAVID T. REILLY HEARING PART 30 | | |
| 05/15/2015 | Supreme Trial | Adjourned | DAVID T. REILLY HEARING PART 30 | C/D | |
| 05/06/2015 | Supreme Trial | Hearing Continue | DAVID T. REILLY HEARING PART 30 | 10:00AM | |
| 05/01/2015 | Supreme Trial | Hearing Continue | DAVID T. REILLY HEARING PART 30 | 10:00AM | |
| 04/30/2015 | Supreme Trial | Hearing Continue | DAVID T. REILLY HEARING PART 30 | 9:30AM | |
| 04/30/2015 | Motion | Motion Decided-Open Appearance | DAVID T. REILLY MOTION PART 30 | *SEE CCOM | 004 |
| 03/30/2015 | Motion | Fully Submitted | DAVID T. REILLY MOTION PART 30 | FIP | 001 |
| 03/30/2015 | Motion | Fully Submitted | DAVID T. REILLY MOTION PART 30 | FIP | 002 |
| 03/30/2015 | Motion | Fully Submitted | DAVID T. REILLY MOTION PART 30 | FIP | 003 |
| 03/23/2015 | Supreme Trial | Adjourned | DAVID T. REILLY HEARING PART 30 | | |
| 03/16/2015 | Supreme Trial | Conf Held | DAVID T. REILLY HEARING PART 30 | N/A PLNTF & PLNTF ATTY | |
| 03/16/2015 | Motion | Adjourned | DAVID T. REILLY MOTION PART 30 | FIP | 002 |
| 03/16/2015 | Motion | Adjourned | DAVID T. REILLY MOTION PART 30 | FIP | 003 |
| 02/02/2015 | Supreme Trial | Status Conference Held | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | | |
| 01/28/2015 | Supreme Trial | Adjourned | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | | |
| 12/15/2014 | Supreme Trial | Status Conference Held | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | | |
| 12/11/2014 | Supreme Trial | Status Conference Held | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | 9:15AM | |
| 12/10/2014 | Supreme Trial | Status Conference Held | DAVID T. REILLY CONFERENCE CALENDAR PART | | |

WebCivil Supreme - Appearar  eta

| 12/10/2014 | Motion | Adjourned | DAVID T. REILLY MOTION PART 30 | FIP | 001 |
|------------|--------|-----------|-------------------------------|-----|-----|
| 12/03/2014 | Supreme Trial | Adjourned | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | O/C | |
| 11/18/2014 | Supreme Trial | Adjourned | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | | |
| 11/13/2014 | Supreme Trial | Adjourned | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | O/C | |
| 11/13/2014 | Motion | Adjourned | DAVID T. REILLY MOTION PART 30 | FIP | 001 |
| 11/06/2014 | Supreme Trial | Preliminary Conference Held | DAVID T. REILLY PRELIMINARY CONF PART 30 | PCOS | |
| 10/08/2014 | Supreme Initial (first time on) | Adjourned | DAVID T. REILLY PRELIMINARY CONF PART 30 | | |

Close



New York State Unified Court System

# COURTS

## *WebCivil Supreme - Appearance Detail*

**Court:**          **Suffolk Civil Supreme**
**Index Number:**   **016968/2014**
**Case Name:**      **DENKER-YOUNGS, EDWARD JOHN vs. DENKER-YOUNGS, BRIAN H.**
**Case Type:**      **Contested Matrimonial**
**Track:**          **Standard**

## Appearance Information:

| Appearance Date | Time On For | Appearance Outcome | Justice / Part | Comments | Motion Seq |
|---|---|---|---|---|---|
| 10/19/2015 | Supreme Trial | | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | | |
| 10/19/2015 | Motion | | DAVID T. REILLY MOTION PART 30 | | 005 |
| 09/18/2015 | Supreme Trial | Adjourned | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | | |
| 08/20/2015 | Supreme Trial | Status Conference Held | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | | |
| 06/18/2015 | Supreme Trial | Status Conference Held | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | ATTYS ONLY | |
| 05/28/2015 | Supreme Trial | Hearing Held | DAVID T. REILLY HEARING PART 30 | DECISION RESERVED | |
| 05/21/2015 | Supreme Trial | Status Conference Held | DAVID T. REILLY HEARING PART 30 | | |
| 05/15/2015 | Supreme Trial | Adjourned | DAVID T. REILLY HEARING PART 30 | C/D | |
| 05/06/2015 | Supreme Trial | Hearing Continue | DAVID T. REILLY HEARING PART 30 | 10:00AM | |
| 05/01/2015 | Supreme Trial | Hearing Continue | DAVID T. REILLY HEARING PART 30 | 10:00AM | |
| 04/30/2015 | Supreme Trial | Hearing Continue | DAVID T. REILLY HEARING PART 30 | 9:30AM | |
| 04/30/2015 | Motion | Motion Decided-Open Appearance | DAVID T. REILLY MOTION PART 30 | *SEE CCOM | 004 |
| 03/30/2015 | Motion | Fully Submitted | DAVID T. REILLY MOTION PART 30 | FIP | 001 |
| 03/30/2015 | Motion | Fully Submitted | DAVID T. REILLY MOTION PART 30 | FIP | 003 |
| 03/30/2015 | Motion | Fully Submitted | DAVID T. REILLY MOTION PART 30 | FIP | 002 |
| 03/23/2015 | Supreme Trial | Adjourned | DAVID T. REILLY HEARING PART 30 | | |
| 03/16/2015 | Supreme Trial | Conf Held | DAVID T. REILLY HEARING PART 30 | N/A PLNTF & PLNTF ATTY | |
| 03/16/2015 | Motion | Adjourned | DAVID T. REILLY MOTION PART 30 | FIP | 002 |
| 03/16/2015 | Motion | Adjourned | DAVID T. REILLY MOTION PART 30 | FIP | 003 |
| 02/02/2015 | Supreme Trial | Status Conference Held | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | | |
| 01/28/2015 | Supreme Trial | Adjourned | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | | |
| 12/15/2014 | Supreme Trial | Status Conference Held | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | | |
| 12/11/2014 | Supreme Trial | Status Conference Held | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | 9:15AM | |

*K*





## *WebCivil Supreme - Appearance Detail*

| | |
|---|---|
| Court: | **Suffolk Civil Supreme** |
| Index Number: | **016968/2014** |
| Case Name: | **DENKER-YOUNGS, EDWARD JOHN vs. DENKER-YOUNGS, BRIAN H.** |
| Case Type: | **Contested Matrimonial** |
| Track: | **Standard** |

## Appearance Information:

| Appearance Date | Time On For | Appearance Outcome | Justice / Part | Comments | Motion Seq |
|---|---|---|---|---|---|
| 10/19/2015 | Supreme Trial | | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | | |
| 10/19/2015 | Motion | | DAVID T. REILLY MOTION PART 30 | | 005 |
| 09/18/2015 | Supreme Trial | Adjourned | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | | |
| 08/20/2015 | Supreme Trial | Status Conference Held | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | | |
| 06/18/2015 | Supreme Trial | Status Conference Held | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | ATTYS ONLY | |
| 05/28/2015 | Supreme Trial | Hearing Held | DAVID T. REILLY HEARING PART 30 | DECISION RESERVED | |
| 05/21/2015 | Supreme Trial | Status Conference Held | DAVID T. REILLY HEARING PART 30 | | |
| 05/15/2015 | Supreme Trial | Adjourned | DAVID T. REILLY HEARING PART 30 | C/D | |
| 05/06/2015 | Supreme Trial | Hearing Continue | DAVID T. REILLY HEARING PART 30 | 10:00AM | |
| 05/01/2015 | Supreme Trial | Hearing Continue | DAVID T. REILLY HEARING PART 30 | 10:00AM | |
| 04/30/2015 | Supreme Trial | Hearing Continue | DAVID T. REILLY HEARING PART 30 | 9:30AM | |
| 04/30/2015 | Motion | Motion Decided-Open Appearance | DAVID T. REILLY MOTION PART 30 | *SEE CCOM | 004 |
| 03/30/2015 | Motion | Fully Submitted | DAVID T. REILLY MOTION PART 30 | FIP | 001 |
| 03/30/2015 | Motion | Fully Submitted | DAVID T. REILLY MOTION PART 30 | FIP | 003 |
| 03/30/2015 | Motion | Fully Submitted | DAVID T. REILLY MOTION PART 30 | FIP | 002 |
| 03/23/2015 | Supreme Trial | Adjourned | DAVID T. REILLY HEARING PART 30 | | |
| 03/16/2015 | Supreme Trial | Conf Held | DAVID T. REILLY HEARING PART 30 | N/A PLNTF & PLNTF ATTY | |
| 03/16/2015 | Motion | Adjourned | DAVID T. REILLY MOTION PART 30 | FIP | 002 |
| 03/16/2015 | Motion | Adjourned | DAVID T. REILLY MOTION PART 30 | FIP | 003 |
| 02/02/2015 | Supreme Trial | Status Conference Held | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | | |
| 01/28/2015 | Supreme Trial | Adjourned | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | | |
| 12/15/2014 | Supreme Trial | Status Conference Held | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | | |
| 12/11/2014 | Supreme Trial | Status Conference Held | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | 9:15AM | |

| 12/10/2014 | Supreme Trial | Status Conference Held | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | | |
|---|---|---|---|---|---|
| 12/10/2014 | Motion | Adjourned | DAVID T. REILLY MOTION PART 30 | FIP | 001 |
| 12/03/2014 | Supreme Trial | Adjourned | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | O/C | |
| 11/18/2014 | Supreme Trial | Adjourned | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | | |
| 11/13/2014 | Supreme Trial | Adjourned | DAVID T. REILLY CONFERENCE CALENDAR PART 30 | O/C | |
| 11/13/2014 | Motion | Adjourned | DAVID T. REILLY MOTION PART 30 | FIP | 001 |
| 11/06/2014 | Supreme Trial | Preliminary Conference Held | DAVID T. REILLY PRELIMINARY CONF PART 30 | PCOS | |
| 10/08/2014 | Supreme Initial (first time on) | Adjourned | DAVID T. REILLY PRELIMINARY CONF PART 30 | | |

Close

At a Term Part 30 of the Supreme Court, State
of New York, held in and for the County of SUFFOLK
at the Courthouse located at 400 Carleton Avenue,
Central Islip, NY 11772 on the 8th day of
September, 2015

# HON. DAVID T. REILLY

PRESENT _____

                    J.S.C.

MOTION/CROSS/OSC
FEE PAID $95
Judith A. Pascale
Suffolk County Clerk

-----------------------------------------------X

EDWARD JOHN DENKER -YOUNGS

                                    Plaintiff,

Index No. 016968/2014

            -against-

                                    ORDER TO SHOW CAUSE
                                    <u>TO BE RELIEVED AS COUNSEL</u>
                                    TRO REQUESTED

                                    (Hon. David T. Reilly)

BRIAN H. DENKER-YOUNGS

                        Defendant.

-----------------------------------------------X

UPON READING AND FILING the annexed Affirmation of TERENCE CHRISTIAN

SCHEURER, ESQ., dated the 16TH day of September, 2015, and upon all prior papers and proceedings

heretofore had herein,

LET the Defendant, BRIAN H. DENKER-YOUNGS, show cause before this Court at a Term, Part ____

thereof, before the Honorable David T. Reilly to be held at the Courthouse located at 400 Carleton Avenue

NY, on the __19th__ day of OCTOBER, 2015 at 9:30 a.m., or as soon thereafter as counsel may be heard,

WHY an order should not be made and entered herein as follows:

      a)     Relieving TERENCE CHRISTIAN SCHEURER, P.C. as attorneys for Defendant,

         BRIAN H. DENKER-YOUNGS;

      b)     Pursuant to CPLR §2201, staying all proceedings in this matter for a period of at



least thirty (30) days after service of a copy of any order to be entered in connection with this application; and;

c) ~~Fixing the legal fees due and owing to TERENCE CHRISTIAN~~ SCHEURER, P.C. in regard to the above entitled action, and impressing a charging lien in the amount of **$3,612.50**;

d) Pursuant to DRL Sections 237 and 238, granting a money judgment against the Defendant in favor of TERENCE CHRISTIAN SCHEURER, P.C., for the amount and balance due and owing to that Law Firm, and entering said judgment in the Suffolk County Clerk's Office if said judgment is not satisfied within 15 days of the ~~granting of said money judgment;~~

e) Granting such other and further relief as the Court deems just and proper; and it is further;

ORDERED, that TERENCE CHRISTIAN SCHEURER, P.C., is hereby relieved as attorneys for the Defendant, BRIAN DENKER-YOUNGS; and it is further;

ORDERED that, ~~pending the hearing and/or determination of the within application,~~ the ~~matter~~ case will be conferenced on OCT 19 2015 at 9:30 am. All parties to appear ~~PLAINTIFF, its agents, servants and/or attorney are enjoined and restrained from taking any action with respect to this matter except to oppose this motion;~~ and it is further;

ORDERED that pursuant to CPLR §2201, staying all proceedings in this matter for a period of at least thirty (30) days after service of a copy of any order to be entered in connection with this application; and

SUFFICIENT CAUSE appearing therefor, it is;

ORDERED that service of a copy of this Order together with the papers upon which it was based, upon the Defendant, BRIAN H. DENKER-YOUNGS, 25 Boerum Street, Brooklyn, NY by personal delivery and overnight mail/RRR, and the attorney for Plaintiff, Louis F. Simonetti, Esq., 144 Woodbury Road, Woodbury, NY 11797, by over-night mail/ RRR, on or before *Sept 25, 2015* , be deemed good and sufficient service.

ENTER:

J. S. C.

HON. DAVID T. REILLY

GRANTED
SEP 18 2015
Judith A. Pascale
CLERK OF SUFFOLK COUNTY

Certified pursuant to Section 130-1.1a
of the Rules of the Chief Administrator

Terence C. Scheurer, Esq.
Attorney for Defendant, BRIAN H. DENKER-YOUNGS



Brian Denker-Youngs <bhdenker@gmail.com>

# eTrack Supreme: DENKER-YOUNGS, EDWARD JOHN vs. DENKER-YOUNGS, BRIAN H. (016968/2014) Updated

1 message

**eCourts@nycourts.gov** <eCourts@nycourts.gov>                    Fri, Oct 2, 2015 at 1:05 AM
To: bhdenker@gmail.com

Index Number: 016968/2014
The following case which you have subscribed to in eTrack has been updated. Changes from the last update are
shown in red and are annotated.

Court: Suffolk Civil Supreme
Index Number: 016968/2014
Case Name: DENKER-YOUNGS, EDWARD JOHN vs. DENKER-YOUNGS, BRIAN H.
Case Type: Contested Matrimonial
Track: Standard
Upstate RJI Number:
Disposition Date:
Date NOI Due:
NOI Filed:
Calendar Number:
RJI Filed: 10/01/2014
Jury Status:
Justice Name: DAVID T. REILLY

Attorney/Firm for Plaintiff:
SIMONETTI & ASSOCIATES
144 WOODBURY ROAD
WOODBURY, NY 11797
Attorney Type: Attorney Of Record
Status: Active

Attorney/Firm for Defendant:
STERN & DEROSSI, ESQS.
1565 FRANKLIN AVE, STE 301
MINEOLA, NY 11501
Attorney Type: Attorney Of Record
Status: Inactive

Attorney/Firm for Defendant:
MEYERS LAW GROUP, P.C.
55 ELM STREET
HUNTINGTON, NY 11743
Attorney Type: Attorney Of Record
Status: Inactive

Attorney/Firm for Defendant:
ANTHONY A. CAPETOLA, ESQ.
TWO HILLSIDE AVE, BLDG C
WILLISTON PARK, NY 11596
Attorney Type: Attorney Of Record
Status: Inactive

Attorney/Firm for Defendant:

N

Case 1-15-41069-cec    Doc 62-2    Filed 10/08/15    Entered 10/08/15 16:12:47

10/6/2015                Gmail - eTrack Supreme: DENKER-YOUNGS, EDWARD JOHN vs. DENKER-YOUNGS, BRIAN H. (016968/2014) Updated

BRIAN H. DENKER-YOUNGS - :        e

Attorney Type: Pro se
Status: Inactive

Attorney/Firm for Defendant:
JENNIFER L. SCHENKER/ANTHONY A. CAPETOLA, ESQ.
TWO HILLSIDE AVE, BLDG C
WILLISTON PARK, NY 11596
Attorney Type: Attorney Of Record
Status: Inactive

Attorney/Firm for Defendant:
TERENCE C. SCHEURER, P.C.
ONE OLD COUNTRY RD, STE 125
CARLE PLACE, NY 11514
Attorney Type: Attorney Of Record
Status: Active

Last Appearance:
Appearance Date: 09/18/2015
Appearance Time:
On For: Supreme Trial
Appearance Outcome: Adjourned
Justice: DAVID T. REILLY
Part: CONFERENCE CALENDAR PART 30
Comments:


Future Appearances:
Appearance Date: 10/19/2015
Appearance Time:
On For: Supreme Trial
Appearance Outcome:
Justice: DAVID T. REILLY
Part: CONFERENCE CALENDAR PART 30
Comments:

Appearance Date: 10/19/2015 --- *Information updated*
Appearance Time: — *Information updated*
On For: Motion — *Information updated*
Appearance Outcome: — *Information updated*
Justice: DAVID T. REILLY — *Information updated*
Part: MOTION PART 30 — *Information updated*
Comments: --- *Information updated*


Older appearances may exist but are not shown.

Motions: Motion Number: 5 — *Information updated*
Date Filed: 09/30/2015 — *Information updated*
Filed By: DEF — *Information updated*
Relief Sought: Withdraw Attorney --- *Information updated*
Submit Date: --- *Information updated*
Answer Demanded: No — *Information updated*
Status: Open: — *Information updated*

Before Justice: REILLY — *Information updated*
Decision: STAY PROCEEDINGS — *Information updated*

Case 1-15-41069-cec   Doc 62-2   Filed 10/08/15   Entered 10/08/15 16:12:47

10/6/2015                Gmail - eTrack Supreme: DENKER-YOUNGS, EDWARD JOHN vs. DENKER-YOUNGS, BRIAN H. (016968/2014) Updated

Order Signed Date: — *Information updated*

Motion Number: 5 — *Information updated*
Date Filed: 09/30/2015 — *Information updated*
Filed By: DEF — *Information updated*
Relief Sought: Withdraw Attorney — *Information updated*
Submit Date: — *Information updated*
Answer Demanded: No — *Information updated*
Status: Open: — *Information updated*

Before Justice: REILLY — *Information updated*
Decision: WITHDRAW ATTORNEY — *Information updated*
Order Signed Date: — *Information updated*

Motion Number: 4 — *Information updated*
Date Filed: 04/09/2015
Filed By: DEF
Relief Sought: Punish For Contempt
Submit Date:
Answer Demanded: No
Status: Decided: 01-MAY-15
MOTION WITHDRAWN
Before Justice: REILLY
Decision: Short Form Order
Order Signed Date: 05/01/2015

Motion Number: 3
Date Filed: 03/04/2015
Filed By: DEF
Relief Sought: Punish For Contempt
Submit Date: 03/30/2015
Answer Demanded: No
Status: Open:

Before Justice: REILLY
Decision:
Order Signed Date:

Motion Number: 2
Date Filed: 02/02/2015
Filed By: PLAINT
Relief Sought: Punish For Contempt
Submit Date: 03/30/2015
Answer Demanded: No
Status: Open:

Before Justice: REILLY
Decision: OTHER RELIEFS — *Information updated*
Order Signed Date:

Motion Number: 2
Date Filed: 02/02/2015
Filed By: PLAINT
Relief Sought: Punish For Contempt
Submit Date: 03/30/2015
Answer Demanded: No
Status: Open:

Before Justice: REILLY
Decision: APPLICATION FOR ATTORNEYS FEES — *Information updated*
Order Signed Date:

Case 1-15-41069-cec    Doc 62-2    Filed 10/08/15    Entered 10/08/15 16:12:47

10/6/2015          Gmail - eTrack Supreme: DENKER-YOUNGS, EDWARD JOHN vs. DENKER-YOUNGS, BRIAN H. (016968/2014) Updated

Motion Number: 1
Date Filed: 11/06/2014
Filed By: DEF
Relief Sought: (PI) Excl. Occupancy-Residence
Submit Date: 03/30/2015
Answer Demanded: No
Status: Decided: 23-JUN-15
MOTION DECIDED
Before Justice: REILLY
Decision: Short Form OrderMOTION DECIDED COMPEL ACCOUNTING EXPENDITURES
Order Signed Date: 06/23/2015

Motion Number: 1
Date Filed: 11/06/2014
Filed By: DEF
Relief Sought: (PI) Excl. Occupancy-Residence — *Information updated*
Submit Date: 03/30/2015 — *Information updated*
Answer Demanded: No — *Information updated*
Status: Decided: 23-JUN-15 — *Information updated*
MOTION DECIDED — *Information updated*
Before Justice: REILLY — *Information updated*
Decision: Short Form OrderMOTION DECIDED OTHER RELIEFS — *Information updated*
Order Signed Date: 06/23/2015 — *Information updated*

Motion Number: 1 — *Information updated*
Date Filed: 11/06/2014 — *Information updated*
Filed By: DEF — *Information updated*
Relief Sought: (PI) Excl. Occupancy-Residence — *Information updated*
Submit Date: 03/30/2015 — *Information updated*
Answer Demanded: No — *Information updated*
Status: Decided: 23-JUN-15 — *Information updated*
MOTION DECIDED — *Information updated*
Before Justice: REILLY — *Information updated*
Decision: Short Form OrderMOTION DECIDED PAYMENT OF MARITAL EXPENSES — *Information updated*
Order Signed Date: 06/23/2015 — *Information updated*

Motion Number: 1 — *Information updated*
Date Filed: 11/06/2014 — *Information updated*
Filed By: DEF — *Information updated*
Relief Sought: (PI) Excl. Occupancy-Residence — *Information updated*
Submit Date: 03/30/2015 — *Information updated*
Answer Demanded: No — *Information updated*
Status: Decided: 23-JUN-15 — *Information updated*
MOTION DECIDED — *Information updated*
Before Justice: REILLY — *Information updated*
Decision: Short Form OrderMOTION DECIDED APPLICATION FOR ATTORNEYS FEES — *Information updated*
Order Signed Date: 06/23/2015 — *Information updated*

Scanned Decisions: None on file. — *Information updated*

To access this case directly click here. — *Information updated*
This is an automated e-mail. If you have questions please e-mail eCourts@nycourts.gov — *Information updated*

New York State Unified Court System

# COURTS

## WebCivil Supreme - Case Detail

Add to eTrack

| | |
|---|---|
| Court: | **Suffolk Civil Supreme** |
| Index Number: | **016968/2014** |
| Case Name: | **DENKER-YOUNGS, EDWARD JOHN vs. DENKER-YOUNGS, BRIAN H.** |
| Case Type: | **Contested Matrimonial** |
| Track: | **Standard** |
| RJI Filed: | **10/01/2014** |
| Date NOI Due: | |
| NOI Filed: | |
| Disposition Date: | |
| Calendar Number: | |
| Jury Status: | |
| Justice Name: | **DAVID T. REILLY** |

Attorney/Firm For Plaintiff:
**SIMONETTI & ASSOCIATES**       Attorney Type: **Attorney Of Record**    Atty. Status: **Active**
**144 WOODBURY ROAD**
**WOODBURY, NY 11797**
**516 248 5600**

Attorney/Firm For Defendant:
**STERN & DEROSSI, ESQS.**       Attorney Type: **Attorney Of Record**   Atty. Status: **Inactive**   Inactive Date: **10/09/2014**
**1565 FRANKLIN AVE, STE 301**
**MINEOLA, NY 11501**
**516-280-6900**

**MEYERS LAW GROUP, P.C.**       Attorney Type: **Attorney Of Record**   Atty. Status: **Inactive**   Inactive Date: **12/15/2014**
**55 ELM STREET**
**HUNTINGTON, NY 11743**
**631-784-7722**

**ANTHONY A. CAPETOLA, ESQ.**       Attorney Type: **Attorney Of Record**   Atty. Status: **Inactive**   Inactive Date: **04/09/2015**
**TWO HILLSIDE AVE, BLDG C**
**WILLISTON PARK, NY 11596**
**516-746-2300**

**BRIAN H. DENKER-YOUNGS - Prose**       Attorney Type: **Pro se**    Atty. Status: **Inactive**   Inactive Date: **12/15/2014**

**JENNIFER L. SCHENKER/ANTHONY A. CAPETOLA, ESQ.**   Attorney Type: **Attorney Of Record**   Atty. Status: **Inactive**   Inactive Date: **06/22/2015**
**TWO HILLSIDE AVE, BLDG C**
**WILLISTON PARK, NY 11596**
**516-746-2300**

**TERENCE C. SCHEURER, P.C.**       Attorney Type: **Attorney Of Record**   Atty. Status: **Active**
**ONE OLD COUNTRY RD, STE 125**
**CARLE PLACE, NY 11514**
**516-535-1500**

Close   Show Appearances   Show Motions

4/5/2015                                      WebCivil Supreme - Motion Detail



# *WebCivil Supreme - Motion Detail*

**Court:**          **Suffolk Civil Supreme**
**Index Number:**   **016968/2014**
**Case Name:**      **DENKER-YOUNGS, EDWARD JOHN vs. DENKER-YOUNGS, BRIAN H.**
**Case Type:**      **Contested Matrimonial**
**Track:**          **Standard**

**Motion Information:**

| Motion Number | Date Filed | Filed By | Relief Sought | Submit Date | Answer Demanded | Status | Decision | Order Signed Date |
|---|---|---|---|---|---|---|---|---|
| 003 | 03/04/2015 | DEF | Punish For Contempt | | No | Open: Before Justice: REILLY | | |
| 002 | 02/02/2015 | PLAINT | Punish For Contempt | | No | Open: Before Justice: REILLY | | |
| 002 | 02/02/2015 | PLAINT | Punish For Contempt | | No | Open: Before Justice: REILLY | | |
| 001 | 11/06/2014 | DEF | (PI) Excl. Occupancy-Residence | | No | Open: Before Justice: REILLY | | |
| 001 | 11/06/2014 | DEF | (PI) Excl. Occupancy-Residence | | No | Open: Before Justice: REILLY | | |
| 001 | 11/06/2014 | DEF | (PI) Excl. Occupancy-Residence | | No | Open: Before Justice: REILLY | | |
| 001 | 11/06/2014 | DEF | (PI) Excl. Occupancy-Residence | | No | Open: Before Justice: REILLY | | |

Close





# WebCivil Supreme - Motion Detail

| | |
|---|---|
| Court: | **Suffolk Civil Supreme** |
| Index Number: | **016968/2014** |
| Case Name: | **DENKER-YOUNGS, EDWARD JOHN vs. DENKER-YOUNGS, BRIAN H.** |
| Case Type: | **Contested Matrimonial** |
| Track: | **Standard** |

## Motion Information:

| Motion Number | Date Filed | Filed By | Relief Sought | Submit Date | Answer Demanded | Status | Decision | Order Signed Date |
|---|---|---|---|---|---|---|---|---|
| 005 | 09/30/2015 | DEF | Withdraw Attorney | | No | Open: Before Justice: REILLY | | |
| 005 | 09/30/2015 | DEF | Withdraw Attorney | | No | Open: Before Justice: REILLY | | |
| 004 | 04/09/2015 | DEF | Punish For Contempt | | No | Decided: 01-MAY-15 MOTION WITHDRAWN Before Justice: REILLY | Short Form Order | 05/01/2015 |
| 003 | 03/04/2015 | DEF | Punish For Contempt | 03/30/2015 | No | Open: Before Justice: REILLY | | |
| 002 | 02/02/2015 | PLAINT | Punish For Contempt | 03/30/2015 | No | Open: Before Justice: REILLY | | |
| 002 | 02/02/2015 | PLAINT | Punish For Contempt | 03/30/2015 | No | Open: Before Justice: REILLY | | |
| 001 | 11/06/2014 | DEF | (PI) Excl. Occupancy-Residence | 03/30/2015 | No | Decided: 23-JUN-15 MOTION DECIDED Before Justice: REILLY | Short Form OrderMOTION DECIDED COMPEL ACCOUNTING EXPENDITURES | 06/23/2015 |
| 001 | 11/06/2014 | DEF | (PI) Excl. Occupancy-Residence | 03/30/2015 | No | Decided: 23-JUN-15 MOTION DECIDED Before Justice: REILLY | Short Form OrderMOTION DECIDED OTHER RELIEFS | 06/23/2015 |
| 001 | 11/06/2014 | DEF | (PI) Excl. Occupancy-Residence | 03/30/2015 | No | Decided: 23-JUN-15 MOTION DECIDED Before Justice: REILLY | Short Form OrderMOTION DECIDED PAYMENT OF MARITAL EXPENSES | 06/23/2015 |
| 001 | 11/06/2014 | DEF | (PI) Excl. Occupancy- | 03/30/2015 | No | Decided: 23-JUN-15 | Short Form OrderMOTION DECIDED APPLICATION FOR ATTORNEYS FEES | 06/23/2015 |

P



F R O S T *&* S U L L I V A N

7550 IH 10 West, Suite 400
San Antonio, TX 78229
(210) 348-1000 (p)
(210) 348-1003 (f)
www.frost.com

December 10, 2014

Re:  Brian Denker-Youngs

To  Whom It May Concern:

Please accept this letter as verification that Brian Denker-Youngs is currently employed at Frost &
Sullivan :

Hire Date:            11/01/2004

Work Location:        Remote – Home Based Office

Current Title:        Vice President-GIL (Global Coverage)

Please feel free to contact me at 210.477.8437 with any additional questions.

Sincerely,

Marisa Landez
HR Manager
Marisa.Landez@frost.com



FROST & SULLIVAN    GROWTH CONSULTING

December 10, 2014

To Whom It May Concern:

This is to confirm that Brian Denker-Youngs (Brian Denker) is an employee with Frost &
Sullivan since 2004. Brian Denker- Youngs is Vice President - Growth, Innovation and
Leadership and is a remote - at home office employee given the nature of his
responsibilities that require his support for all of our global offices for Frost & Sullivan.
Brian is set up in this capacity, as his role with our company requires communication
with Global office teams in a wide range of time zones, requiring frequent after hours and
late night/early morning conference calls. He is based out of his home office in
Huntington, New York for which we provide office supplies as required and needed to
that location which also has served to be mutually beneficial given the proximity to a
fellow colleague who also works from her home office in the same town, as well as two
key clients who are situated in and around the area of Huntington and Hicksville.

From time-to-time Brian hold meetings with clients out of his home office as well as
attend meetings in New York City on occasion.  He has been working in this fashion for
approximately 2-years or so which commenced just prior to an initial operation he
underwent in January 2013.

Should you require any additional information, please feel free to contact me.


Thank you for your attention to this matter.

Sincerely,

Brian Fitzpatrick

Brian Fitzpatrick
Partner, Senior Vice President & General Manager
Frost & Sullivan
(516) 255 5475
bfitzpatrick@frost.com
www.frost.com



# SIMONETTI & ASSOCIATES

ATTORNEYS AT LAW
144 WOODBURY ROAD
WOODBURY, NEW YORK 11797

TELEPHONE: (516) 248-5600
TELECOPIER: (516) 470-9019

LOUIS F. SIMONETTI, JR.
TIMOTHY J. FALLON
ANN M. ALVES

JOAN AGOSTINO *
PAUL J. EDRI.STEIN·
REGINA A. MATEJKA
ERIC P. MUELLER
ELLEN LABANOWSKI
FRANK A. RACANO
SANDRA M. SPECTOR
MARIA G. ALIBERTIS

OF COUNSEL

MEMBER OF THE NEW
YORK BAR
AND CONNECTICUT BAR *

April 27, 2015

<u>VIA FACSIMILE 516-746-2318</u>
Jennifer L. Schenker, Esq.
Law Offices of Anthony A. Capetola
Two Hillside Avenue, Building C
Williston Park, New York 11596

### Re: Denker Youngs v. Denker Youngs

Dear Ms. Schenker,

Please be advised our client dropped off a package to our office which was delivered to his residence addressed to Modern Divinities from Bethpage Federal Credit Union. Please make arrangements to have someone from your office pick up the package from our office.

Thank you.

Sincerely,

Antoinette Kananes
Legal Assistant

**STAPLES**

that was easy.

Staples Advantage

FROST & SULLIVAN
RITAN DENKER-YOUNGS
PENNINGTON DRIVE
PENNINGTON, NY 11743
Contact: (210) 249-2429 - BRIAN DENKER-YOUNGS

| S O L D | FROST & SULLIVAN |
|---|---|
| S H I P | 7550 W. I-10 SUITE 400 |
| T O | SAN ANTONIO, TX 78229 |

SHIPPING LOCATION: Montgomery, NY FC

| ORDER NO. | 0001607184 | ORDER DATE | 11/30/12 | INVOICE NO. | 7092982099-000001 |
|---|---|---|---|---|---|
| PURCHASE ORDER NO. | | | | RELEASE NO. | |
| COST CENTER | | | | REQUISITIONER | |
| DEPT 87 | | | | | |

CARRIER ROUTE:LIS/COU   /E2

TOTAL PACKAGES:   MULTI

PAGE:   1

| ITEM NUMBER | ITEM DESCRIPTION / MODEL NUMBER | UNIT OF SALE | QTY ORDERED | QTY SHIPPED | B/O QTY | Your Price | Extended Amount |
|---|---|---|---|---|---|---|---|
| 75752 | HP 940 OFFICEJET BLACK INK CAR/C4902AN#140 /135848-WH | EA | 1 | 1 | 0 | 26.59 | 26.59 |
| .35848 | SPLS 8.5X11 COPY CS /11454-CC | CT | 1 | 1 | 0 | 33.99 | 33.99 |
| .1474? | PENCIL MECH. W/GRIP .7MM /73015 | DZ | 1 | 1 | 0 | 2.89 | 2.89 |
| .96602 | ORCA 3 IN 1 STAPLER /73015 | EA | 1 | 1 | 0 | 5.40 | 5.40 |
| .12796 | DOUBLE STUFF FILE FOLDER 1/3 /ESS54460 | BX | 1 | 1 | 0 | 8.89 | 8.89 |
| .88764 | STAPLES HIGH CAPACITY 3000/BX /12025 | BX | 1 | 1 | 0 | 2.99 | 2.99 |

Merchandise Total........
Delivery................
Tax.....................

| | |
|---|---|
| Merchandise Total | 80.75 |
| Delivery | .00 |
| Tax | 6.96 |

TOTAL VALUE OF ORDER:   87.71

THIS IS NOT AN INVOICE

Thank You For Your Order! Staples, Inc.

Check your order status online by selecting My Order Status from the My Orders drop down.

Need to return an item? Call Customer Service to process your return or login to order.staplesadvantage.com, click the Returns option from the My Orders drop down.

002

N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS          ALBANY, NY 12231-0001

FILING RECEIPT

====================================================================

ENTITY NAME: MODERN DIVINITIES, CORP.

DOCUMENT TYPE: INCORPORATION (DOM. BUSINESS)                COUNTY: SUFF

====================================================================

FILED :09/27/2012 DURATION:PERPETUAL  CASH#:120927000900 FILM #:120927000823

FILER:                                            EXIST DATE
- -----                                           ----------
IMELDA VASQUEZ                                     09/27/2012
C/O LEGALZOOM.COM, INC.
101 N. BRAND BLVD., 11TH FLOOR
GLENDALE, CA 91203

ADDRESS FOR PROCESS:
- -------------------
THE CORPORATION
33 PENNINGTON DRIVE
HUNTINGTON, NY 11743

REGISTERED AGENT:
- ----------------
BRIAN H. DENKER-YOUNGS
33 PENNINGTON DRIVE
HUNTINGTON, NY 11743

STOCK:        200  PV       .0010000



====================================================================

SERVICE COMPANY: LEGALZOOM.COM, INC. - AF        SERVICE CODE: AF *

FEES        145.00                               PAYMENTS     145.0
            --------                                          -------
FILING      125.00                               CASH          0.0
TAX          10.00                               CHECK         0.0
CERT          0.00                               CHARGE        0.0
COPIES       10.00                               DRAWDOWN    145.0
HANDLING      0.00                               OPAL          0.0
                                                 REFUND        0.0

====================================================================

                                                 DOS-1025 (04/2⌐⌐

N. Y - S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS                    ALBANY, NY 12231-0001

Foremost Insurance Group
P.O. Box 2847
Grand Rapids, MI 49501-2847

### Invoice

Agency:   PRINCE ASSOCIATES INC

Foremost County Mutual Insurance Company
Foremost Insurance Company

FOREMOST
INSURANCE GROUP

---

Foremost Insurance Group
P.O. Box 2847
Grand Rapids, MI 49501-2847

### Invoice

4499

Agency:        PRINCE ASSOCIATES INC

Foremost County Mutual Insurance Company
Foremost Insurance Company
Foremost Insurance Company Grand Rapids, Michigan
Foremost Property and Casualty Insurance Company
Foremost Signature Insurance Company

FOREMOST
INSURANCE GROUP

Code:            68  16659906
Phone:          (516)-822-6550

Account Name:    MODERN DIVINITIES, CORP.
Account Number:  F002250485-001-00001
Invoice Date:    11-30-14
Due Date:        12-20-14
Current Balance: $567.96
Minimum Due:     $104.66

PAYOR NAME AND ADDRESS
MODERN DIVINITIES, CORP.
DBA LONGISLANDCHUPPAH.COM
33 PENNINGTON DR.
HUNTINGTON NY 11743

Please see reverse side for other messages
and important billing information.

IF WE DO NOT RECEIVE THE MINIMUM DUE BY THE DUE DATE ON THIS INVOICE,
   * YOU WILL BE ASSESSED A LATE FEE OF $20.00
   * THE DUE DATE OF YOUR NEXT INSTALLMENT WILL BE ACCELERATED TO 12/31/14
   * THE MINIMUM AMOUNT DUE BY 12/31/14 TO AVOID ISSUANCE OF A CANCELLATION NOTICE WILL BE $217.32

## SUMMARY OF ACTIVITY SINCE YOUR LAST INVOICE

| POLICY NUMBER | EFFECTIVE DATE | ACTIVITY | TRANSACTION AMOUNT | MINIMUM DUE |
|---|---|---|---|---|
|  |  | PREVIOUS STATEMENT BALANCE | 654.68 |  |
|  | 11-18-14 | PAYMENT - THANK YOU | 92.72C |  |
|  |  | INSTALLMENT FEE | 6.00 | 6.00 |
| PPS  08291082 | 08-20-14 | PRECISION POLICY |  | 98.66 |

## FUTURE MONTHLY INSTALLMENTS

Please note that changes to your policy coverage may change your installment schedule.

| Due Date | Premium | Fee | Amount Due | Due Date | Premium | Fee | Amount Due |
|---|---|---|---|---|---|---|---|
| 01-20-15 | 92.66 | 6.00 | 98.66 |  |  |  |  |
| 02-20-15 | 92.66 | 6.00 | 98.66 |  |  |  |  |
| 03-20-15 | 92.66 | 6.00 | 98.66 |  |  |  |  |
| 04-20-15 | 92.66 | 6.00 | 98.66 |  |  |  |  |
| 05-20-15 | 92.66 | 6.00 | 98.66 |  |  |  |  |

| FEES | 145.00 | | PAYMENTS | 145.00 |
|---|---|---|---|---|
|  | -------- |  |  | -------- |
| FILING | 125.00 |  | CASH | 0.00 |
| TAX | 10.00 |  | CHECK | 0.00 |
| CERT | 0.00 |  | CHARGE | 0.00 |
| COPIES | 10.00 |  | DRAWDOWN | 145.00 |
| HANDLING | 0.00 |  | OPAL | 0.00 |
|  |  |  | REFUND | 0.00 |

=====================================================================

DOS-1025 (04/2007)



**Brenda Roher**
**20 Orchard Street**
**Syosset, New York**
**631-834-1295**

December 10, 2014

To Whom it May Concern:

My husband and I met Rabbi Brian during August of 2013 in our search to find a clergyman to marry us. Since our wedding in October 2013, my husband has developed a great re pour with the Rabbi and he has become the family's "go-to" clergyman. In January 2014 my husband Larry had a stroke which has left him not only out of work, but unable to run both of his companies.  Needless to say, he is no also suffering from major depression. He meets weekly with Rabbi Brian, which he looks forward to each week.  Rabbi Brian's help and weekly meetings providing spiritual and religious support for Larry has helped both the family, and I, as well as my husband to stay positive and be optimistic during his recuperation.

Our weekly scheduled visits vary either taking place at our home in Syosset or at the Rabbi's home office in Huntington, New York which is only 10 minutes from our home.

Best

Brenda Roher

# *PRINCE ASSOCIATES* INC.

## Insurance Managers

July 2, 2014

Brian H. Denker-Youngs, D.D.
33 Pennington Dr.
Huntington, NY 11743

| | |
|---|---|
| **RE:** | Insurance Policy |
| **INSURED:** | Modern Divinities Corp. DBA longislandchuppah.com |
| **INSURANCE COMPANY:** | Foremost Insurance Company |
| **POLICY TYPE:** | Package (Property & General Liability) |
| **POLICY EFFECTIVE DATES:** | 6/20/2014 – 6/20/2015 |
| **POLICY NUMBER:** | PPS 08291082 |

Dear Brian:

On behalf of Prince Associates Inc., I would like to thank you for the opportunity to handle your Insurance needs.

I am pleased to enclose the above referenced policy.

Please review the policy for accuracy and notify us if there are any changes or corrections that need to be made. This policy is subject to all policy conditions, warranties, exclusion, and deductibles.

Also note that this policy is on a direct billing system with the Insurance Company. Under this system the Insurance Company handles all billing and credits direct to you and all premiums are to be paid direct to the Insurance Company.

**Lastly, there is one document (New York Fraud Statement) that you must sign, date and return to me so I can forwrad to the insurance company. It is folowing this coverletter, please sign date and return to me.**

Please contact our office should you have any questions or if we can be any further assistance.

Thank you again for allowing Prince Associates to serve your insurance needs.

Very truly yours,

Adam Brieloff

# MODERN DIVINITIES

**MODERN MATRIMONIES | MODERN SIMCHAS | MODERN MEMORIALS**
tel. 267.CALL.US1   www.moderndivinities.com   e: admin@moderndivinities.com



LongIslandChuppah.com **is a dba** of Modern Divinities, Corp. **not a separate business** as
suggested by Plaintiff's counsel.  dba established 6/15/14,  first cleared for insurance July 2014 and
booked first job July 4, 2014.

### December 1, 2014 --- August 3, 2015          Projected Loss of Business

Quotes received from online request a quote system at www.longislandchuppah.com

| CONTACT | LEAD RECEIVED | EVENT DATE | CONTACT TYP | LAST NAME | ORG/CONTACT | SUBTOTAL | ADD | EXTRA | LEAD | TAX | TOTAL | QUOT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 755163 | 12/23/2014 11:01pm | 1/10/2015 | Bride/Groom | Levine | The Woodlands at Woodbury | $600.00 | N | | | $56.93 | $716.93 | |
| 755320 | 12/26/2014 3:45pm | 5/24/2015 | Other | Weingart | | $300.00 | N | | | $48.81 | $598.81 | |
| 757412 | 1/7/2015 12:16pm | 7/18/2015 | Bride/Groom | Steele | Tribeca Rooftop | $450.00 | N | | | $42.79 | $538.93 | |
| 757720 | 1/8/2015 1:26pm | 7/31/2015 | Bride/Groom | Moshevich | Rachelle Moshevich | $550.00 | N | | | $51.75 | $651.75 | |
| 798515 | 1/30/2015 9:45am | 8/1/2015 | Bride/Groom | Cohen | Lauren Cohen | $600.00 | N | | | $56.93 | $716.93 | |
| 839111 | 2/8/2015 7:33pm | 8/2/2015 | Bride/Groom | McGrattan | Jennifer McGrattan | $550.00 | N | | | $52.18 | $657.18 | |
| 876437 | 3/17/2015 2:17pm | 8/23/2015 | Bride/Groom | Ramdular | New York Palace | $1,415.75 | Y | | | $127.28 | $1,603.03 | |
| 846386 | 2/24/2015 10:40am | 8/23/2015 | Bride/Groom | schuessler | 1981 | $1,500.00 | Y | | | $150.94 | $1,900.94 | |
| 838776 | 2/6/2015 8:14pm | 10/11/2015 | Bride/Groom | Ferguson | Michael Ferguson | $550.00 | N | | | $52.18 | $657.18 | |
| 754489 | 12/18/2014 10:34am | 10/17/2015 | Event / Wedding | Orgera | Bela Orgera | $600.00 | N | | | $78.49 | $988.49 | |
| 840247 | 2/11/2015 9:26am | 5/26/2016 | Bride/Groom | stadler | lands end | $1,650.00 | Y | | | $163.88 | $2,063.88 | |
| | | | | | | $8,765.75 | | | | $882.16 | $11,094.05 | |

See attached....
**Projected Top Line Business Loss:**      $29,225.76

**Total Booked Business:**                      $0.00

*Breakdown ...*

Minimum Projected Loss – Modern Divinities (35%)
                                        $10,229.01

Minimum Projected Loss – Brian (25%)        $7,313.94

Minimum Projected Loss – Craig Moskowitz
(business partner & manager – 30%)          $8,767.72

Minimum Projected Loss – Kevin Moskowitz
(independent contractor – 10%)              $2,922.57

**\*\*Does not factor in wedding day tips and new business word-of-mouth referral / brand exposure\*\***

# MODERN DIVINITIES

**MODERN MATRIMONIES | MODERN SIMCHAS | MODERN MEMORIALS**
tel. 267.CALL.US1   www.moderndivinities.com   e: admin@moderndivinities.com

| | |
|---|---|
| **Business Requirement:** | All properties/catering venues / facilities require a minimum of $2million business liability coverage inclusive of cancellations, damages, and assets, onsite as well as general storage and damage of equipment at business location.  Without this insurance policy, we are not allowed on property. |
| **Challenge 1:** | Brand and Identity – LongIslandChuppah is exactly just that – **LONGISLAND**Chuppah.com |
| **Challenge 2:** | We own and possess 6 assets along with various décor and fabrics |
| **Challenge 3:** | Our two key suppliers are both within distance of Huntington and accessible especially given all Sunday bookings must have floral picked up and stored Saturday by noon. (where does one store in a one room apartment in Brooklyn and also keep intact for such a long transport |

| | |
|---|---|
| The Fabric Mill<br>219 South Service Road<br>Plainview, NY 11803 | often need to run up to retrieve fabric samples for quotes |
| J Murello Imports<br>240 Newtown Road<br>Plainview, NY 11803 | often run up to scope / price fresh floral designs in person |

| | |
|---|---|
| **Challenge 4:** | Both "Aunt's" garage (John's suggested storage area) -<br>My aunt is an 81 year old woman who has a car and is kept in this garage most of the time as she does not drive much anymore.  She also resides in an Co-Operative Development in Queens. As such chuppahs cannot be stored there as the business liability insurance covers them at our business  location / storage location.  If renting storage this increases monthly overhead without any insight into sales projections annually to ensure costs are covered. |
| **Challenge 5:** | Two (2) issues here, most board of director regulations for co-operatives – businesses cannot operate out for apartments this is true for my aunt as well as my Bklyn apartment.  Second both my apartment and my aunts are within New York City limits thus the company's entire tax filings, collections and payables increase for addition of city taxes. |

| | |
|---|---|
| **Challenges –** | no central location to meet clients therefore cannot schedule or book as make couple to meet with in a day<br>Meeting at a Starbucks is unprofessional, not confidential or private<br>Would Lou Simonetti meet with clients and operate his practice out of a Starbucks? |

**Overall challenge** – given 48hrs to leave in December, business is practically shut down.   Need to be able to strategically transition and relocate a business and its operations otherwise might as well close it down.  Thus my annual income is now even less, reputation is impacted and overall non-existent.

| Lead Create Date/Time | Lead Date Combo | Contact Customer Type | Contact ID | Contact Last Name | Contact Organization | Lead $ Rental Total | Lead $ Total | Lead $ Tax |
|---|---|---|---|---|---|---|---|---|
| 10/5/2015 4:51pm | 11/15/2015 | Other | 1139378 | Naparstek | | $900.00 | $1,252.06 | $102.06 |
| 10/5/2015 4:48pm | 11/15/2015 | Other | 1139378 | Naparstek | | $600.00 | $925.44 | $75.44 |
| 10/5/2015 4:47pm | 11/15/2015 | Other | 1139377 | Naparstek | | $600.00 | $925.44 | $75.44 |
| 9/17/2015 3:42pm | 5/30/2016 | Bride/Groom | 1123042 | Gold | Crescent Beach Club | $850.00 | $1,194.88 | $94.88 |
| 9/9/2015 12:22pm | 7/2/2017 | Bride/Groom | 1116836 | Daiell | Watermill caterers | $1,000.00 | $1,194.88 | $94.88 |
| 9/3/2015 10:39am | 10/23/2015 | Bride/Groom | 1112697 | Stutman | Larkfield Manor | $450.00 | $537.69 | $42.69 |
| 8/18/2015 11:12am | 8/21/2015 - 8/22/2015 | Bride/Groom | 1100171 | Karmin | | $600.00 | $716.93 | $56.93 |
| 8/14/2015 8:27pm | 10/25/2015 | Bride/Groom | 1098178 | Ziplow | Lawrence Country Club | $300.00 | $358.46 | $28.46 |
| 7/26/2015 8:29am | 10/10/2015 | Bride/Groom | 1061770 | Roland | | $650.00 | $776.67 | $61.67 |
| 6/29/2015 8:21am | 8/15/2015 | Bride/Groom | 1022152 | Morrisroe | la casa cafe | $525.00 | $627.31 | $49.81 |
| 5/29/2015 9:43am | 9/20/2015 | Bride/Groom | 991198 | Catalano | Jimmy Hayes Steakhouse | $650.00 | $776.67 | $61.67 |
| 5/23/2015 6:08pm | 8/15/2015 | Other | 977580 | Vecchio | | $500.00 | $597.44 | $47.44 |
| 5/22/2015 1:35pm | 10/12/2015 | Bride/Groom | 976691 | Landecker | Bridgeview Yacht Club | $500.00 | $814.69 | $64.69 |
| 5/17/2015 5:16pm | 6/7/2015 | Bride/Groom | 970990 | Klein | | $600.00 | $718.58 | $58.58 |
| 5/10/2015 10:47pm | 5/31/2015 | Bride/Groom | 964705 | kornreich | | $600.00 | $716.93 | $56.93 |
| 5/5/2015 11:24pm | 8/16/2015 | Bride/Groom | 957292 | Reiss | Kirby Reiss | $450.00 | $537.69 | $42.69 |
| 5/5/2015 10:54am | 5/10/2015 | Bride/Groom | 956359 | Weissman | Robin Weissman | $525.00 | $627.31 | $49.81 |
| 4/26/2015 2:27pm | 6/25/2016 | Bride/Groom | 944789 | Yaffe | Brittany Yaffe | $650.00 | $776.67 | $61.67 |
| 3/25/2015 5:52pm | 5/2/2015 | Other | 881632 | Goldberg | Lessings | $475.00 | $567.57 | $45.07 |
| 3/17/2015 2:17pm | 8/23/2015 | Bride/Groom | 876437 | Ramdular | New York Palace | $1,415.75 | $1,603.03 | $127.28 |
| 2/11/2015 9:26am | 5/26/2016 | Bride/Groom | 840247 | stadler | lands end | $1,650.00 | $2,063.88 | $163.88 |
| 2/8/2015 7:33pm | 8/2/2015 | Bride/Groom | 839111 | McGrattan | Jennifer McGrattan | $550.00 | $657.18 | $52.18 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/6/2015 8:14pm | 10/11/2015 | Bride/Groom | 838776 | Ferguson | Michael Ferguson | $550.00 | $657.18 | $52.18 |
| 1/30/2015 9:45am | 8/1/2015 | Bride/Groom | 798515 | Cohen | Lauren Cohen | $600.00 | $716.93 | $56.93 |
| 1/21/2015 12:05pm | 8/23/2015 | Bride/Groom | 792261 | schuessler | theresa schuessler | $450.00 | $537.69 | $42.69 |
| 1/8/2015 1:26pm | 7/31/2015 | Bride/Groom | 757720 | Moshevich | Rachelle Moshevich | $550.00 | $651.75 | $51.75 |
| 1/7/2015 12:16pm | 7/18/2015 | Bride/Groom | 757412 | Steele | Tribeca Rooftop | $450.00 | $538.93 | $42.79 |
| 12/26/2014 3:45pm | 5/24/2015 | Other | 755320 | Weingart | | $300.00 | $598.81 | $48.81 |
| 12/18/2014 10:34am | 10/17/2015 | Event / Wedding Planner | 754489 | Orgera | Bela Orgera | $600.00 | $988.49 | $78.49 |
| 11/26/2014 5:14pm | 10/24/2015 | Bride/Groom | 713351 | Clark | Kaitlyn Clark | $500.00 | $597.44 | $47.44 |
| 11/15/2014 5:16pm | 7/31/2015 | Bride/Groom | 710992 | DiNapoli | Lauren DiNapoli | $500.00 | $597.44 | $47.44 |
| 10/21/2014 5:25pm | 8/16/2015 | Bride/Groom | 703753 | khatskelevich | | $1,000.00 | $1,337.50 | $87.50 |
| 10/15/2014 8:17pm | 9/7/2015 | Bride/Groom | 702082 | Calderone | Janice Calderone | $1,450.00 | $1,254.62 | $99.62 |
| 7/10/2014 12:19pm | 9/19/2015 | Bride/Groom | 618521 | Fiebert | | $3,000.00 | $3,530.31 | $280.31 |
| 6/15/2014 11:10pm | 5/2/2015 | Bride/Groom | 601442 | Isaacs | Brittney Isaacs | $650.00 | $776.67 | $61.67 |
| 4/12/2014 11:27am | 6/13/2015 | Bride/Groom | 536049 | Netboy | Bailey Arboretum | $600.00 | $716.93 | $56.93 |
| | | | | | | $26,240.75 | $32,468.09 | $2,568.70 |