UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

BRIAN H. DENKER                      Chapter 11

         Debtor                        Case Number 15-41069

-----------------------------------------------------------------X

UPON review of the debtors Cross-Order to Show Cause, appearing before this court on the 8th day of October 2015 and together with the exhibits and attachments thereto, it is hereby **ORDERED** pending the appearance of all parties on the 22nd day of October 2015:

1. The within filing and petition before the United States Bankruptcy Court, Eastern District of New York is stayed.

2. All proceedings against the debtor Brian H. Denker-Youngs and Suffolk County, New York are hereby stayed until further notice pending determination of any violation by the court of the bankruptcy stay.

3. Application of Lawrence Morrison for leave to withdraw is hereby denied.

4. Debtors cross-order is hereby granted discharging with cause Lawrence Morrison and holding him in contempt of this honorable court.

5. And it is Further Ordered, the return of funds paid by the debtor herein to Lawrence Morrison of Morrison and Tenenbaum, PLLC in the sum of Ten Thousand Dollars ($10,000) to be paid over to new counsel as the court might direct / recommend within five (5) days from the date of this order.

_____
Date

_____
Honorable Chief Justice Carla E. Craig
United States Bankruptcy Court, Eastern District