UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re:

Brian H. Denker·Youngs

Case No. 15-41069

Chapter:

_____ Debtor(s)

-------------------------------------------------------------------x

RECEIVED 2015 OCT -9 P 3: 08

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

## AFFIDAVIT PURSUANT TO LOCAL RULE 1009-1(a)

Brian H. Denker·Young undersigned debtor herein, swears as follows:

1.   Debtor filed a petition under chapter 11 of the Bankruptcy Code on March 13 2015 .

2.   Filed herewith is an amendment to Schedules A,B,C,D,E *[indicate list(s), schedule(s) or statement(s) being amended]* previously filed herein.  G, H, I+J

3.   Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s).  The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

4.   *[If creditor records have been added or deleted, or mailing addresses corrected]* An amended mailing matrix is annexed hereto, reflecting only changes adding or deleting  as have been referred to above.

Dated:  10/9/15

_____ (Signature of Debtor)

Sworn to before me this  8th
day of  OCTOBER , 201 5 .

_____
Notary Public,  State of New York

KAMAL P. SONI
Notary Public, State of New York
No. 01SO6089949
Qualified in Kings County
Commission Expires March 31, 2019

*Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.*

If this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability.  This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affidavit, all attachments and the amended schedules in accordance with EDNY LRB 1009-1.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

BRIAN H. DENKER                           Chapter 11
          Debtor                           Case Number 15-41069
-------------------------------------------------------X

## AFFIDAVIT PURSUANT TO LOCAL RULE 1009-1(a)

        I, BRIAN H. DENKER-YOUNGS, being duly sworn, deposes and says, I am the

debtor in the above captioned petition appearing this 9th day of October 2015 with amended

schedules as indicated before to a petition filed originally under Chapter 11 with this honorable

court on March 13, 2015 by Lawrence Morrison of Morrison Tenebaum PLLC on your

deponents behalf.

        Such that, it is further hereby amended:

ALL SCHEDULES:   Updated with debtors "true and accurate" legal name

SCHEDULE A:        Update of property and estimated values

SCHEDULE B:        Updated as of even date

SCHEDULE C:        Updated estimated values for exemptions claimed

SCHEDULE D:        Added to filing are creditors with secured claims previously omitted in

                           error by counsel

RECEIVED 2015 OCT -9 P 3: 09 CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK

SCHEDULE F:     Addition of creditors omitted (pages 1 and 5), removal of VW Credit (see schedule G)

SCHEDULE G:     Updated descriptions of Executory Contracts and Unexpired Leases

SCHEDULE H:     Addition of non-debtor spouse as co-debtor

SCHEDULE I:     Updated and reflective of a month's income, prior reported as one pay period

SCHEDULE J:     Updated expenses and figures at present with notations of potential changes TBD

SUMMARY OF SCHEDULES:     UPDATED FIGURES

STATISTICAL SUMMARY OF CERTAIN LIABILITIES: UPDATED FIGURES

Date:     ~~New York~~ Kings, New York

October __9__, 2015

BRIAN H. DENKER-YOUNGS
25 BOERUM STREET #18E
BROOKLYN, NY 11206

2

*Additional*

Natasha Myers

The Myers Law Group

55 Elm St

Huntington, NY 11743


Martin Handler MD

38 Northern Blvd

Great Neck, NY 11021


Law Offices of Anthony A Capetola

2 Hillside Avenue # C

Williston Park, NY 11596


Bethpage Federal Credit Union

899 S Oyster Bay Rd

Bethpage, NY 11714


Verizon
P.O. Box 15124
Albany, NY 12212-5124

RECEIVED
2015 OCT -9 P 3: 09
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
CLERK

This 7 day of October, 2015

Sworn before me

*Rhonda Jamison*

RHONDA M JAMISON
Notary Public, State of New York
NO. 01JA6285731
Qualified in Kings County
My Commission Expires Jul 8, 2017

Brian H. Denker-Youngs, debtor
25 Boerum Street #18E
Brooklyn, NY 11206

B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT

## Eastern District of New York

In re   BRIAN H DENKER-YOUNGS                    ,                      Case No.   15-41069

_Debtor_

Chapter _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 276,500.00 | | |
| B - Personal Property | YES | 3 | $ 19,905.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 463,737.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | NO | 0 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $ 133,433.07 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 4,587.34 |
| J - Current Expenditures of Individual Debtors(s) | YES | 4 | | | $ 4,538.00 |
| TOTAL | | 18 | $ 296,405.00 | $ 597,170.07 | |

RECEIVED 2015 OCT -9 P 3: 09 BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK

B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT

Eastern District of New York

In re  BRIAN H DENKER-YOUNGS                ,        Case No.  15-41069
  *Debtor*

Chapter _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $        0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $        0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $        0.00 |
| Student Loan Obligations (from Schedule F) | $     1,870.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $        0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ 1,870 |

State the following:

| | |
|---|---|
| Average Income  (from Schedule I, Line 12) | $     4,587.34 |
| Average Expenses (from Schedule J, Line 22) | $     4,538.00 |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14) | $       49.34 |

State the following:

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $        0.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $        0.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $        0.00 |
| 4.  Total from Schedule F | | $   133,433.07 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   133,433.07 |

B6A (Official Form 6A) (12/07)

In re  BRIAN H. DENKER-YOUNGS                    ,        Case No.  15-41069
                    **Debtor**                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 33 PENNINGTON DRIVE HUNTINGTON, NY 11743 | CO-OWNER | J | 275,000.00 | 463,737 |
| 25 BOERUM STREET #18E BROOKYLN NY 11206 | SHARE HOLDER | | 1,500.00 | 0 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total▶ 276,500.00 | |

(Report also on Summary of Schedules.)

2015 OCT -9 P 3:09
CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
RECEIVED

B 6B (Official Form 6B) (12/07)

In re _Brian Denker Youngs_,      Case No. _15-41069_
    Debtor                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.** List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | CASH ON HAND | | 13.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | TD BANK - DIP ACCOUNT | | 400.44 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | NONE | | 0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | ASSORTED HOUSE HOLD FURNISHING | J | TBD |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | X | | 0.00 |
| 6. Wearing apparel. | | assorted apperal | | |
| 7. Furs and jewelry. | X | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | WEDDING RING, WATCH, STAR OF DAVID NECKLACE, DIAMOND STUD EARING | | 1,500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | GUARDIAN LIFE INSURANCE $100K THRU EMPLOYER | | TBD |
| 10. Annuities. Itemize and name each issuer. | X | X | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | X | | |

1 of 3

B 6B (Official Form 6B) (12/07) — Cont.

In re Brian H Denker Youngs,      Case No. 15-41069
_____Debtor_____         _____(If known)_____

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401K PLAN | | 19,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | X | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | S-CORP MODERN DIVINITIES | | 33'/. |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | GOVERNMENT EE BONDS | | 300.00 |
| 16. Accounts receivable. | X | X | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | X | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | | EDWARD J DENKER-YOUNGS RETIREMENT PLAN / PENSION / TRUST / INHERITANCE | | ~$1.1 mil+ |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | X | | |

2 of 3

B 6B (Official Form 6B) (12/07) -- Cont.

In re _Brian H Denker Youngs_    Case No. _15-41069_
    Debtor                                     (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | CLERGYMAN / PUBLIC OFFICIANT | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | UNKNOWN | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2014 MERCEDES GLK LEASED 2012 VOLKSWAGEN EOS - SPOUSES | J | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | PRINTER, DESK, CHAIR | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_3 of 3_

           continuation sheets attached    Total▶   | $ | 21,213.44 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/13)

In re BRIAN H. DENKER-YOUNGS                    ,          Case No. 15-41069
               *Debtor*                                              *(If known)*

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675.*
☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 33 PENNINGTON DRIVE HUNTINGTON NY 11754 | NYCPLR. § 5206 | 148,500.00 | TBD ~~28,000.00~~ |
| 25 BOERUM STREET #18E BROOKLYN NY | NYCPLR. § 5206 | 1,500.00 | 1,500.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

\*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6D (Official Form 6D) (12/07)

In re  **BRIAN H. DENKER-YOUNGS** ,          Case No.   15-41069
        **Debtor**                                                  (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable.  If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule.  Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.1118322307 <br><br> CHASE MORTGAGE <br> 3415 VISION DRIVE <br> COLUMBUS OH 43219 | X | J | 10/12/2012 PRIMARY MORTGAGE <br><br> VALUE $ 364,000.00 | | X | | 340,000.00 | |
| ACCOUNT NO.9981700249 <br><br> BETHPAGE FEDERAL CREDIT UNION <br> P.O. Box 127 <br> Bethpage, NY 11714 | X | J | 10/2013 HOME EQUITY LINE OF CREDIT <br><br> VALUE $ 125,000.00 | | X | X | 123,737.00 | |
| ACCOUNT NO. <br><br><br> VALUE $ | | | | | | | | |
| ___ continuation sheets <br> attached | | | Subtotal ▶ (Total of this page) | | | | $ 463,737.00 | $ |
| | | | Total ▶ (Use only on last page) | | | | $ 463,737.00 | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6F (Official Form 6F) (12/07)

In re __BRIAN H DENKER-YOUNGS_____,          Case No. __15-41069_____
                    Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  NATASHA MEYERS, ESQ 55 ELM STREET HUNTINGTON NY 11743 | | | LEGAL SERVICES | | | | 5,000.00 |
| ACCOUNT NO.  LAW OFFICES OF ANTHONY A CAPETOLA 2 HILLSIDE AVENUE #C WILLISTON PARK NY 11596 | | | LEGAL SERVICES | | | | 46,900.00 |
| ACCOUNT NO.  MARTIN HANDLER 38 NORTHERN BLVD GREAT NECK NY 11021 | | | MEDICAL BILLS | | | | 5,000.00 |
| ACCOUNT NO.  Verizon Legal Compliance Custodian of Record 2701 S. Johnson Street MC-TXD01613 San Angelo, TX 76904 | | | PHONE SERVICES | | | | 423.00 |

|  | Subtotal▶ | $ | 57,746.00 |
|---|---|---|---|

__5__ continuation sheets attached

Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brian Denker**                                    Case No. ___15-41069___
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. xxxxxxxx3970 | | | Consumer Credit Purchases | | | | |
| **Discover Bank** PO Box 15316 Wilmington, DE 19850-5316 | | ■ | | | | | 219.00 |
| Account No. xxxxxxxx4293 | | | Consumer Credit Purchases | | | | |
| **Kohl's Corporation** PO Box 3115 Milwaukee, WI 53201-3115 | | ■ | | | | | 0.00 |
| Account No. xxxxx0183 | | | Consumer Credit Purchases | | | | |
| **Macy's/DSNB** Attn: Legal/Bankruptcy PO Box 17759 Clearwater, FL 33762-0759 | | ■ | | | | | 0.00 |
| Account No. xx0380 | | | Auto Lease | | | | |
| **MB Financial Services** 2050 Roanoke Road Keller, TX 76262-9616 | Y | J | | | | | 12,864.00 |
| Account No. xxxxxxxxx2KM0 | | | Eduction Loan | | | | |
| **Mohela/Dept. of Ed** 633 Spirit Drive Chesterfield, MO 63005-1243 | | ■ | | | | | 398.00 |

Sheet no. __2__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

1 y 5

Subtotal (Total of this page)      **13,481.00**

Case 1-15-41069-cec    Doc 11-1    Filed 03/27/15    Entered 03/27/15 22:46:10

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brian Denker**                         Case No.    **15-41069**

                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx2KM0 <br><br> **Mohela/Dept. of Ed** <br> **633 Spirit Drive** <br> **Chesterfield, MO 63005-1243** | | - | **Education Loan** | | | | 1,032.00 |
| Account No. xxxxxxxxx2KM0 <br><br> **Mohela/Dept. of Ed** <br> **633 Spirit Drive** <br> **Chesterfield, MO 63005-1243** | | - | **Education Loan** | | | | 440.00 |
| Account No. xx0914 <br><br> **Nordstrom FSB** <br> **PO Box 13589** <br> **Scottsdale, AZ 85267-3589** | | - | **Consumer Credit Purchases** | | | | 0.00 |
| Account No. x7709 <br><br> **VW Credit, Inc.** <br> **1401 Franklin Blvd** <br> **Libertyville, IL 60048-4460** | Y | J | **Auto Lease** | | | | 7,039.00 |
| Account No. xxxxxxxx5880 <br><br> **Wells Fargo** <br> **PO Box 14517** <br> **Des Moines, IA 50306-3517** | | - | **Consumer Credit Purchases** | | | | 1,809.00 |

Sheet no. __3__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

               Subtotal     **10,320.00**
            (Total of this page)

                Total
    (Report on Summary of Schedules)    ~~96,252.90~~

B6F (Official Form 6F) (12/07) - Cont.

In re  **Brian Denker**                                        Case No.  **15-41069**
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx1772 <br><br> **Capital One** <br> Attn: Legal/Bankruptcy <br> PO Box 30253 <br> Salt Lake City, UT 84130 | | - | Consumer Credit Purchases | | | | **Unknown** |
| Account No. xxxxxxxx0486 <br><br> **Chase Bank USA, N.A** <br> PO Box 15298 <br> Wilmington, DE 19850-5298 | | - | Consumer Credit Purchases | | | | **1,320.00** |
| Account No. xxxxxxxx9256 <br><br> **Chase Bank USA, N.A** <br> PO Box 15298 <br> 1427 Roswell Road <br> Marietta, GA 30062 | | - | Consumer Credit Purchases | | | | **0.00** |
| Account No. xxxxxxxx9283 <br><br> **Citicards CBNA** <br> PO Box 6241 <br> Sioux Falls, SD 57117-6241 | | - | Consumer Credit Purchases | | | | **14,239.00** |
| Account No. xxxxxxxxxxxx7258 <br><br> **DFS/Webbank** <br> PO Box 81607 <br> Austin, TX 78708-1607 | | - | Consumer Credit Purchases | | | | **0.00** |

Sheet no. __2__ of __5__ sheets attached to Schedule of           Subtotal                   **15,559.00**
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

B6F (Official Form 6F) (12/07)

In re   **Brian Denker**                                                    Case No.   **15-41069**
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. -xxxxxxxx1356 | | | Consumer Credit Purchases | | | | |
| American Express Attn: Legal/Bankruptcy PO Box 981537 El Paso, TX 79998-1535 | | - | | | | | 567.00 |
| Account No. xxxxxxxx8796 | | | Consumer Credit Purchases | | | | |
| Bank of America, NA Attn: Legal/Bankruptcy PO Box 982235 El Paso, TX 79998-2235 | | - | | | | | 9,547.00 |
| Account No. xxxxxxxx4012 | | | Consumer Credit Purchases | | | | |
| Bank of America, NA Attn: Legal/Bankruptcy PO Box 982235 El Paso, TX 79998-2235 | | - | | | | | 10,053.00 |
| Account No. xxxxxxxx4263 | | | Consumer Credit Purchases | | | | |
| Best Buy Co., Inc. 701 E 60th Street Sioux Falls, SD 57104-0432 | | - | | | | | 280.00 |

4 1/6   continuation sheets attached

Subtotal
(Total of this page)                                    20,447.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    S/N:36946-150218   Best Case Bankruptcy

B 6F (Official Form 6F) (12/07) - Cont.

In re  BRIAN H DENKER-YOUNGS                              Case No.  15-41069
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> NORTHSHORE LIJ MEDICAL GROUP - DEPT OF NEUROSURGERY | | | 10/2/2014 | | | | 15,860.07 |
| ACCOUNT NO. <br><br> Paypal credit <br> TBD | | J | eBay PayPal acct account locked to get info | | | | $,TBD |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __5__ of __5__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $                15,860.07

Total▶  $                133,433.07
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

**In re** BRIAN H DENKER-YOUNGS _____ ,        **Case No.** 15-41069 _____
                       **Debtor**                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| VW CREDIT 1401 FRANKLIN BLVD LIBERTYVILLE IL 60197 | EXPIRES 11/2015 - VEHICLE BY COURT ORDER IS IN POSSESSION AND EXCLUSIVE USE AND ENJOYMENT OF ESTRANGED SPOUSE EDWARD JOHN DENKER-YOUNGS |
| MB FINANCIAL SERVICES 2050 ROANONKE RD KELLER, TX 76262 | 2014 MERCEDES GLK 4DR BLACK LEASE VEHICLE THRU 2016 I BELIEVE PAYMENT IS $569/MONTH |
| | |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/07)

In re __BRIAN H. DENKER-YOUNGS__ ,                    Case No. __15-41069__
                **Debtor**                                          **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| EDWARD JOHN DENKER-YOUNGS<br>33 PENNINGTON DRIVE<br>HUNTINGTON NY 11743 | JP MORGAN CHASE - MORTGAGE<br>3415 VISION DRIVE<br>COLUMBUS OH 43219 |
| E J YOUNGS<br>33 PENNINGTON DRIVE<br>HUNTINGTON NY 11743 | BETHPAGE FEDERAL CREDIT UNION<br>PO BOX 127<br>BETHPAGE NY 11714 |
| JOHN J DENKER-YOUNGS<br>33 PENNINGTON DRIVE<br>HUNTINGTON NY 11743 | Pay Pal credit<br>TBD |
| E JOHN YOUNGS<br>33 PENNINGTON DRIVE<br>HUNTINGTON NY 11743 | |
| EDWARD J YOUNGS<br>33 PENNINGTON DRIVE<br>HUNTINGTON NY 11743 | |
| JOHN YOUNGS<br>33 PENNINGTON DRIVE<br>HUNTINGTON NY 11743 | |
| JOHN J DENKER-YOUNGS<br>33 PENNINGTON DRIVE<br>HUNTINGTON NY 11743 | |
| secondary address for Edward:<br>316 W Neck Road<br>Huntington NY 11743 | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | BRIAN | HOWARD | DENKER-YOUNGS |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:     Eastern District of New York

Case number     15-41069
(If known)

Check if this is:

☑ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:     Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | RABBI / MKTG CONSULTANT | |
| **Employer's name** | FROST & SULLIVAN | |
| **Employer's address** | 5770 I H 10 WEST | |
| | Number   Street | Number   Street |
| | SAN ANTONIO TX 75519 | |
| | City          State   ZIP Code | City          State   ZIP Code |
| **How long employed there?** | 11 | |

## Part 2:     Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.   $ 7,800.00 | $_____ |
| 3. | Estimate and list monthly overtime pay. | 3.   + $ 0.00 | + $_____ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4.   $ 7,800.00 | $_____ |

Official Form B 6I                         Schedule I: Your Income                         page 1

| Debtor 1 | BRIAN | HOWARD | DENKER-YOUNGS | | Case number (if known) | 15-41069 |
| | First Name | Middle Name | Last Name | | | |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here ..................................................... → 4. | | | $ 7,800.00 | $ |
| **5. List all payroll deductions:** | | | | |
| 5a. Tax, Medicare, and Social Security deductions | 5a. | | $ 2,042.66 | $ |
| 5b. Mandatory contributions for retirement plans | 5b. | | $ | $ |
| 5c. Voluntary contributions for retirement plans | 5c. | | $ | $ |
| 5d. Required repayments of retirement fund loans | 5d. | | $ | $ |
| 5e. Insurance | 5e. | | $ 390.00 | $ |
| 5f. Domestic support obligations | 5f. | | $ | $ |
| 5g. Union dues | 5g. | | $ | $ |
| 5h. Other deductions. Specify: 401 K LOAN REPAYMENT | 5h. +$ | | 780.00 | + $ |
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | | $ 3,212.66 | $ |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | | $ 4,587.34 | $ |

**8. List all other income regularly received:**

| | | | | |
|---|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm | | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | | $ | $ |
| 8b. Interest and dividends | 8b. | | $ | $ |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | | $ | $ |
| 8d. Unemployment compensation | 8d. | | $ | $ |
| 8e. Social Security | 8e. | | $ | $ |
| 8f. Other government assistance that you regularly receive | | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | | $ | $ |
| 8g. Pension or retirement income | 8g. | | $ | $ |
| 8h. Other monthly income. Specify: | 8h. +$ | | | + $ |
| **9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | | $ | $ |
| **10. Calculate monthly income.** Add line 7 + line 9.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | | $ 4,587.34 + $ = | $ 4,587.34 |

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____ 11. + $ _____

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies 12. $ 4,587.34

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain: potentionally decrease due due to business declining, expected salary rollback to go in effect

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | BRIAN | HOWARD | DENKER-YOUNGS |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | Eastern District of New York | |
| Case number | 15-41069 | | |
| (If known) | | | |

**Check if this is:**

☑ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**      ☐ No

   Do not list Debtor 1 and      ☑ Yes. Fill out this information for
   Debtor 2.                              each dependent..........................

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| SPOUSE | 49 | ☑ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☐ No
   ☑ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 845.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $ |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 26.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 350.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ |

Debtor 1    BRIAN    HOWARD    DENKER-YOUNGS    Case number (if known)    15-41069
     First Name    Middle Name    Last Name

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ |
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. | $ |
| 6b. | Water, sewer, garbage collection | 6b. | $ 60.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 260.00 |
| 6d. | Other. Specify: _____ | 6d. | $ |
| 7. | **Food and housekeeping supplies** | 7. | $ 800.00 |
| 8. | **Childcare and children's education costs** | 8. | $ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 200.00 |
| 10. | **Personal care products and services** | 10. | $ 300.00 |
| 11. | **Medical and dental expenses** | 11. | $ 300.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 400.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. | $ 0.00 |
| 15b. | Health insurance | 15b. | $ 0.00 |
| 15c. | Vehicle insurance | 15c. | $ 130.00 |
| 15d. | Other insurance. Specify: BUSINESS LIABILITY INSURANCE | 15d. | $ 98.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ |
| 17. | **Installment or lease payments:** | | |
| 17a. | Car payments for Vehicle 1 | 17a. | $ 569.00 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ |
| 17c. | Other. Specify: _____ | 17c. | $ |
| 17d. | Other. Specify: _____ | 17d. | $ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form B 6I).** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income_.** | | |
| 20a. | Mortgages on other property | 20a. | $ |
| 20b. | Real estate taxes | 20b. | $ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ |
| 20e. | Homeowner's association or condominium dues | 20e. | $ |

| Debtor 1 | BRIAN | HOWARD | DENKER-YOUNGS | Case number (if known) | 15-41069 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

21. **Other**. Specify: _____    21.  +$ _____

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.    22.  $ _____ 4,538.00

23. **Calculate your monthly net income.**

23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.  $ _____

23b.  Copy your monthly expenses from line 22 above.    23b.  −$ _____ 4,538.00

23c.  Subtract your monthly expenses from your monthly income.
      The result is your *monthly net income*.    23c.  $ _49.34_

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.

    ☑ Yes.    Explain here:    DEPENDENT ON MATRIMONIAL ACTION CURRENTLY IN KINGS COUNTY / SUFFOLK
    COUNTY.  MAY INCREASE DUE TO MARITAL EXPENSES CURRENTLY COVERED BY
    ESTRANGED SPOUSE AND TO WHICH DEBTOR DISPUTES SOME OF THE DEBTS
    INCURRED BY NON-DEBTOR SPOUSE TO WHICH I AM LIABLE

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __21__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __10/09/2015__

Signature: _____ Debtor

Date _____

Signature: _____
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**BRIAN H DENKER-YOUNGS**      ▓▓▓▓2227

Printed or Typed Name and Title, if any,       Social Security No.
of Bankruptcy Petition Preparer      *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____      __10/9/15__
Signature of Bankruptcy Petition Preparer      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

Signature: _____

[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

RECEIVED 2015 OCT -9 P 3: 09
U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK CLERK