DAIMLER TRUST
PO BOX 685
ROANOKE    TX 76262

001139



# CERTIFICATE OF TITLE

## NEW YORK STATE

www.dmv.ny.gov

**LIENS**

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| WDCGG8JB6EG258282 WDCGG8JB6EG258282 | 2014 | ME/BE | \GK3 | SUBN | 483660K |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| BK | 3640 | GAS | 6 | NEW | VEHICLE | 2/14/14 |

Name and Address of Owner(s)

DAIMLER TRUST
PO BOX 685
ROANOKE TX    76262

ODOMETER READING: 00011 / 00011
ACTUAL MILEAGE

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder
DAIMLER TITLE CO
PO BOX 997545
SACRAMENTO    CA 95899

Lienholder    01
* ONE LIEN RECORDED *

Lienholder
* ONE LIEN RECORDED *

Lienholder
* ONE LIEN RECORDED *

VOID IF ALTERED

MV-999 (1/11)

**DEPARTMENT OF MOTOR VEHICLES**

**ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR**

### SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.

I certify that, to the best of my knowledge, this odometer reading (check one):
- ☐ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero).
- ☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING** _____ (no tenths)

ODOMETER HAS SPACE FOR: (Check one)
- ☐ Five Digits, excluding tenths
- ☐ Six Digits, excluding tenths

**DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)**

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☐ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.

*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| Seller | Seller's Signature | | Seller's Name (Print In Full) | | | Date of Statement |
|---|---|---|---|---|---|---|
| | Street Address | City | State | ZIP code | | |

| Buyer | Buyer's Signature | | Buyer's Name (Print In Full) | | | Date of Statement |
|---|---|---|---|---|---|---|
| | Street Address | City | State | ZIP code | | |

### SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*
Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.

I certify that, to the best of my knowledge, this odometer reading (check one):
- ☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero).
- ☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING** _____ (no tenths)

ODOMETER HAS SPACE FOR: (Check one)
- ☐ Five Digits, excluding tenths
- ☐ Six Digits, excluding tenths

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.

*Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.*

| Seller | Seller's Signature | | Seller's Name (Print In Full) | | | Date of Statement |
|---|---|---|---|---|---|---|
| | Street Address | City | State | ZIP code | | |

| Buyer | Buyer's Signature | | Buyer's Name (Print In Full) | | | Date of Statement |
|---|---|---|---|---|---|---|
| | Street Address | City | State | ZIP code | | |

MV-999 (1/11)  J-1342079

Boat Dealer's Facility #

# LIMITED POWER OF ATTORNEY

Know all persons by these presents that Daimler Trust (the "Principal") does hereby appoint BK Servicing, LLC and its employees and agents (collectively, the "Agent") to act in its name and place, to the fullest extent which we could act if we were personally present in connection with the transactions described in Section 1 of this Power of Attorney.

Section 1. **Delegation of Power.** The Principal appoints the Agent to act in the Principal's name in the generation, execution, filing of reaffirmation agreements, proofs of claim and other bankruptcy documents that are referred by Principal to Agent. Without limiting the foregoing, Agent is authorized to prepare and mail reaffirmation agreements and proofs of claim on the letterhead of Principal, act in the name of Principal while discussing reaffirmation terms, execute reaffirmation agreements and proofs of claim in the name of Principal, file with the bankruptcy court reaffirmation agreements and proofs of claim in the name of Principal and generate and send litigation packages, including affidavits in the name of Principal.

Section 2. **Term.** This power of attorney shall become effective on the date the Principal signs this instrument and shall expire and be of no further force and effect after terminated in writing by Principal. The expiration of this power of attorney at the end of the specified term shall not affect the validity of any action taken by the Agent pursuant to this power while this power of attorney was in effect.

In witness whereof, the Principal has executed this instrument this _18_ day of _March_, 2015.

**Daimler Trust**

By: _____

Title: _Sr. Man. Client Services_

**Notary**

State of _Texas_ )
                 ) s.s.
County of _Tarrant_ )

At _Mercedes-Benz Financial Services, LLC_, in said County and State, personally appeared

_Garhard G. Gross_ of Mercedes-Benz Financial Services, who is known to me or was otherwise suitably identified, did acknowledge to me that the execution of this Power of Attorney was his/her free act and deed.

_____
Notary Public

Print Name _Jennifer Montiel_
Commission Expires: _7-22-18_

JENNIFER MONTIEL
Notary Public, State of Texas
My Commission Expires
August 22, 2018

The approval code is: _____

**Mercedes-Benz Financial Services**

**NEW YORK**
Motor Vehicle Lease Agreement

**The First Class Lease®**

### Dates
- The date of this lease is: 01/07/2014
- The scheduled term of this lease is: 36 months ("Lease Term")
- The scheduled date this lease ends is: 01/07/2017 ("Lease End")

### Type of Lease
- ☒ Standard Lease   ☐ Single Payment Lease

If the Single Payment Lease box is checked above, "Monthly Payments" or "First Monthly Payment" are replaced with the words "Single Lease Payment" throughout this lease and the word "Monthly" in section 6.J. below is deleted.

### Parties
- Lessor (Dealer): COMPETITION IMPORTS OF HUNTINGTON
- Address: 1103 E. JERICHO TURNPIKE, HUNTINGTON NY 11743
- Lessee: BRIAN HOWARD DENKER-YOUNGS
- Lessee: EDWARD JOHN DENKER-YOUNGS
- Lessee's Billing Address: 33 PENNINGTON DR, HUNTINGTON NY 11743 SUFFOLK

Address of principal garage location, if different from Lessee's Billing Address (no P.O. Box): N/A

**BEST COPY**

### Vehicle Information
- ☒ New   ☐ Pre-owned   VIN: WDCGG8JB6EG258282
- Year: 2014   Make: ME/BE   Model: GLK350W4   Body Style: SUBN   Odometer reading: 11

Optional Factory Equipment:
- ☐ CD Player  N/A
- ☐ Telephone  N/A
- ☐ Other (please specify) N/A

Primary Intended Use:
- ☒ Personal   ☐ Business, Commercial, or Agricultural Purposes

If no box is checked, or if the Personal box is checked above, you agree to use the vehicle for personal, family or household purposes.

Unless otherwise specified, "lease" refers to this Motor Vehicle Lease Agreement; "vehicle" refers to the vehicle described above; "you", "your", and "yours" refer to the Lessee and any Co-Lessee; "we", "us", and "our" refer to the Lessor and, after the lease is assigned, to DAIMLER TRUST, or its successors and assigns; "Assignee" refers to DAIMLER TRUST or its successors and assigns. The "Vehicle Turn-In Fee" is a fee to cover the cost of disposing of the vehicle, commonly referred to as a disposition fee. "Pre-owned" refers to used vehicles. You agree to lease the vehicle from us on the terms and conditions provided in the front and back of the lease. The terms and conditions contained in this lease are made on behalf of Lessor and Assignee.

### Consumer Leasing Act Disclosures

| 1. Amount Due at Lease Signing or Delivery (Itemized below) | 2. Monthly Payments | 3. Other Charges (not part of your Monthly Payments) | 4. Total of Payments (The amount you will have paid by the end of the lease) |
|---|---|---|---|
| $ 4216.63 | Your first Monthly Payment of $ 559.32 is due on 01/07/2014, followed by 35 payments of $ 559.32 due on the 7th of each month. The total of your Monthly Payments is $ 20135.52 | a. Vehicle Turn-In Fee (if you do not purchase the vehicle) $ 595.00<br>b. N/A $ N/A<br>c. Total $ 595.00 | $ 24387.83 |

### 5. Itemization of Amount Due at Lease Signing or Delivery

**a. Amount Due at Lease Signing or Delivery:**
1. First Total Monthly Payment (excludes sales/use taxes) ... $ 559.32
2. Capitalized Cost Reduction ... +$ 585.00
3. Acquisition Fee (if not capitalized) ... +$ 895.00
4. Sales/Use Taxes ... +$ 1870.81
5. Refundable Security Deposit ... +$ N/A
6. Title Fees ... +$ N/A
7. License Fees ... +$ N/A
8. Registration Fees ... +$ 209.00
9. Waste Tire Recycling Fee ... +$ 12.50
10. N/A ... +$ N/A
11. INSP FEE ... +$ 10.00
12. DOC FEE ... +$ 75.00
13. Total ... =$ 4216.63

**b. How the Amount Due at Lease Signing or Delivery will be paid:**
1. Net Trade-in Allowance ... $ N/A
2. Rebates and noncash credits ... +$ N/A
3. Amount to be paid in cash ... +$ 4216.63
4. N/A ... +$ N/A
5. Total ... =$ 4216.63

### 6. Your monthly payment is determined as shown below:

a. Gross Capitalized Cost: The agreed upon value of the vehicle ($ 42817.99) and any items you pay over the lease term (such as service contracts, insurance, and any outstanding prior credit or lease balance) ... $ 43716.99

b. Capitalized Cost Reduction: The amount of any net trade-in allowance, rebate, noncash credit, or cash you pay that reduces the Gross Capitalized Cost ... –$ 585.00

c. Adjusted Capitalized Cost: The amount used in calculating your Base Monthly Payment ... =$ 43131.99

d. Residual Value: The value of the vehicle at the end of the lease used in calculating your Base Monthly Payment ... –$ 25930.24

e. Depreciation and any amortized amounts: The amount charged for the vehicle's decline in value through normal use and for other items paid over the lease term ... =$ 17201.75

f. Rent Charge: The amount charged in addition to the Depreciation and any amortized amounts ... +$ 2933.77

g. Total of Base Monthly Payments: The Depreciation and any amortized amounts plus the Rent Charge ... =$ 20135.52

h. Lease Payments: The number of payments in your lease ... ÷ 36

i. Base Monthly Payment ... =$ 559.32

j. Monthly Sales/Use Taxes ... +$ N/A

k. N/A ... +$ N/A

l. Total Monthly Payment ... =$ 559.32

### 7. Early Termination.
You may have to pay a substantial charge if you end this lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the lease is terminated. The earlier you end the lease, the greater this charge is likely to be.

### 8. Excessive Wear and Use.
You may be charged for excessive wear based on our standards for normal use and for mileage in excess of 45000 miles (Mileage Allowance) for the term of this lease, at the rate of 25¢ per mile.

### 9. Purchase Option at End of Lease Term.
You have an option to purchase the vehicle "as is" at the end of the lease term for $ 25930.24 plus a Purchase Option Fee of $ 150.00, plus a processing fee of $ N/A, plus all official fees and taxes. See the Purchase Option section on the back of the lease for more information.

### 10. Other Important Terms.
See your lease documents for additional information on early termination, purchase options, maintenance responsibilities, warranties, late and default charges, insurance, and any security interest, if applicable.

### 11. Itemization of Gross Capitalized Cost
a. Price of Vehicle ... $ 42817.99
b. Approved Dealer Installed Equipment ... $ N/A
c. Service Contract ... $ N/A
d. Extended Warranty ... $ N/A
e. Credit Life and/or Credit Disability Premium ... $ N/A
f. Current Year Taxes, Title, Licenses, Registration ... $ N/A
g. Acquisition Fee ... $ N/A
h. Sales/Use Taxes ... $ N/A
i. Other Tax (describe) N/A ... $ N/A
j. MB PPM 3 YEAR/30,000 ... $ 899.00
k. N/A ... $ N/A
l. N/A ... $ N/A
m. N/A ... $ N/A
n. N/A ... $ N/A
o. Total Gross Capitalized Cost ... $ 43716.99

### 12. Estimated Official Fees and Taxes
The total estimated amount you will pay for official fees, licenses, title and registration fees, and taxes over the term of your lease, whether included with your Monthly Payment or assessed otherwise is $ 2211.31. This is an estimate and the actual total of Official Fees and Taxes may be higher or lower than this estimate. The actual total of Official Fees and Taxes depends on the rates in effect, the value of the vehicle and the garage location of the vehicle at the time the fees and taxes are assessed.

### 13. Mileage Allowance
If your Mileage Allowance in section 8 above is greater than 45000 ("Base Mileage Amount"), you have chosen to purchase additional miles for your Mileage Allowance determination. If you have purchased additional miles, than at Lease End, except as provided herein, you will not be eligible for a credit or refund of N/A per mile for any unused additional miles between the Base Mileage Amount and your Mileage Allowance over the term of the lease. You will not receive a refund of the vehicle is destroyed or stolen, you are in default, you purchase the vehicle, or the refund is less than $1.

### 14. Missing Records
If you do not return the vehicle's maintenance booklets as provided in the Maintenance section of this lease, you will owe a missing records fee in the amount of $ N/A.

### 15. New and Pre-owned Vehicle Warranty
If the vehicle is new, it is covered by a standard new vehicle warranty from the manufacturer.

If the vehicle is pre-owned, it is not covered by a warranty unless indicated by a check in the corresponding box below:
- ☐ Remainder of standard new vehicle warranty from manufacturer
- ☐ Pre-owned vehicle warranty from manufacturer
- ☐ Pre-owned warranty from other third-party provider

We assign to you all rights we have under any of these warranties. You acknowledge that you have received a copy of the included warranties.

We lease the vehicle to you "AS IS", EXCEPT AS EXPRESSLY PROVIDED UNDER THIS LEASE, AND UNLESS PROHIBITED BY LAW, WE MAKE NO WARRANTIES OR REPRESENTATIONS, EITHER EXPRESS OR IMPLIED, AS TO THE VEHICLE'S (OR ANY PART OR ACCESSORY THEREOF) CONDITION, MERCHANTABILITY, OR FITNESS FOR ANY PARTICULAR PURPOSE AND WE MAKE NO OTHER REPRESENTATION OR WARRANTY WHATSOEVER.

### 16. Optional Insurance and Other Products
You are not required to buy any of the optional insurance or other products listed below to enter into this lease, and they are not a factor in our credit decision. These insurance and other products will not be provided unless you are accepted by the provider. By your initials below, you agree that you have received a notice of the terms and cost of the insurance or product, and you want to obtain the insurance or product for the premium or charge shown. A portion of this premium or charge shown may be retained by the Lessor (Dealer). These coverages are not provided by the Lessor. You must pursue all matters related to these coverages, including refunds, through the provider. The terms and conditions for these coverages are provided in a separate contract, which you acknowledge that you have received and read.

If the price of these coverages is also included in the Itemization of Gross Capitalized Cost, it will be included in the Base Monthly Payments. If not, you have paid for the coverages in full upon signing this lease.

Unless you receive written notification otherwise, credit life and credit disability insurance will end on the original due date of the last payment due under the lease.

☐ Credit Life Provider   N/A
Initial Coverage $ N/A   Prem. $ N/A
Lessee/Co-Lessee Initials N/A

☐ Credit Disability Provider   N/A
Maximum Mo. Benefit $ N/A   Prem. $ N/A
Lessee/Co-Lessee Initials N/A

☐ Service Agreement Provider   N/A
Coverage is for ___ months or N/A miles, whichever happens first.
Premium or charge $ ___   Lessee/Co-Lessee Initials N/A

☐ Extended Warranty Provider N/A
Coverage is for N/A months or N/A miles, whichever happens first.
Premium or charge $ N/A   Lessee/Co-Lessee Initials N/A

### 17. Additional Disclosures Required by New York Law.

Capitalized Cost - Capitalized Cost is the sum of the Adjusted Capitalized Cost and any Capitalized Cost Reduction. The Capitalized Cost and the amount of the Monthly Payment may be negotiable ... $ 43716.99

Adjusted Capitalized Cost - Adjusted Capitalized Cost is the amount which is capitalized in connection with the lease and is used in determining the amount of your Monthly Payment. This amount plus the additional rent termination charge will be used in determining the legal limit on your Early Termination Liability ... $ 43131.99

Additional Early Termination Charge - An additional amount the unamortized portion of which will be used in determining the legal limit on your early termination liability. This amount represents the total costs and damages, in addition to the adjusted capitalized cost, which we would incur if this agreement were to be terminated before you had made any rental payments.

Standard Lease ... $ 634.27
Single Payment Lease ... $ N/A

Although they are not referred to in the early termination provisions of this lease, the "adjusted capitalized cost" and the "additional early termination charge" may be used to compare the early termination provisions of competing lessors.

Estimated Residual Value ... $ 25930.24

### Notices/Signatures

**WARNING:** Important consumer protections may not apply if this agreement indicates that you are leasing the vehicle primarily for agricultural, business or commercial use.

**NOTICE TO LESSEE:** (1) DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. (2) YOU ARE ENTITLED TO A COMPLETELY FILLED IN COPY OF THIS AGREEMENT WHEN YOU SIGN IT.

**LESSEE**
By signing below, you acknowledge that:
- This lease is completely filled out.
- You have read this entire lease carefully and agree to all of its terms, INCLUDING THE IMPORTANT ARBITRATION DISCLOSURES ON THE BACK OF THIS LEASE.
- You have received a completed copy of this lease, and the Lessor may assign all right, title, and interest in this lease, vehicle and Guaranty to anyone.

MOTOR VEHICLE LEASE AGREEMENT
X _[signature]_ _[signature Edward John Denker-Youngs]_
  BRIAN HOWARD DENKER-YOUNGS  EDWARD JOHN DENKER-YOUNGS

**GUARANTY**
The Guarantor(s) named below absolutely and unconditionally guarantee(s) payment of all amounts owed under this lease. This means that the lessee(s) fail(s) to pay any money owed, guarantor(s) will pay it. All Guarantors shall be jointly and severally liable and agree that this guaranty shall not be affected by any changes to this lease. Guarantor(s) also agree to be liable for all fees and costs, including attorneys' fees, that the Lessor incurs in enforcing this lease or guaranty.

Guarantor(s) has/have received a completed copy of this lease and guaranty at the time of signing.

X N/A     X N/A

X N/A     X N/A

**LESSOR SIGNATURE AND ASSIGNMENT**
By signing below, the Lessor (or if Daimler Trust is Lessor, through its attorney-in-fact) accepts the terms and conditions of this lease. If Lessor is not Daimler Trust, Lessor assigns all right, title and interest in this lease, vehicle and Guaranty to Daimler Trust, subject to the terms and conditions of the Retail Installment Contract and Lease Program Agreement by and between Lessor and Mercedes-Benz Financial Services USA LLC.

X _[signature]_

**NOTICE: SEE OTHER SIDE FOR IMPORTANT INFORMATION.**

THE ADDITIONAL TERMS AND CONDITIONS ON THE REVERSE SIDE ARE A PART OF THIS LEASE.

---

**AUTO PAY DEBIT AUTHORIZATION**

[Receive on the same date as my lease or retail installment contract ("Agreement"), I (hereinafter "I", "me" or "my") hereby authorize Mercedes-Benz Financial Services USA LLC and its successors and assigns ("MBFS") to initiate recurring electronic debit entries or other recurring charges by any other commercially accepted means to the account listed below at my designated financial institution for the amount of regularly scheduled payment under the Agreement. I agree to provide all information which is indicated below, or deliver a blank check with this authorization form. I understand that MBFS may request a copy of this authorization. I authorize the designated financial institution to honor such debit entries to my banking account and hereby represent that, in the event that the bank account is in the name or ownership different from mine, I am authorized to initiate debit entries from such account. I may cancel this authorization by (a) sending a written cancellation to MBFS Customer Service Center – Auto Pay Department, P.O. Box 685, Roanoke, TX 76262, or (b) sending an email cancellation request to autopayservice@mbusa.com. I understand that such authorization will remain in force until I cancel it at noted above, MBFS cancels it in writing, or any Agreement is paid in full, are satisfied.]

## Operation and Maintenance

### 18. Maintenance

[illegible]

### 19. Prohibited Uses of Vehicle

[illegible]

## Insurance

### 20. Vehicle Insurance

[illegible]

### 21. Total Vehicle Loss/Gap Waiver

[illegible]

## End of Lease

### 22. Purchase Option

[illegible]

### 23. Return of Vehicle

[illegible]

### 24. Default

[illegible]

## End of Lease (continued)

[illegible]

### 25. Interest on Unpaid Amounts

[illegible]

BEST COPY

## Additional Information

### 26. Assignment and True Lease

[illegible]

### 27. Late Charges/Returned Payment and Other Fees/Fines and Tickets

[illegible]

### 28. Indemnification

[illegible]

### 29. Notices/General

[illegible]

### 30. Refundable Security Deposit

[illegible]

### 31. Modification

[illegible]

### 32. Enforceability

[illegible]

### 33. Delivery

[illegible]

### 34. Payment Obligations

[illegible]

### 35. Taxes, Registration and Titling

[illegible]

### 36. Security Interest

[illegible]

### 37. Power of Attorney

[illegible]

## Important Arbitration Disclosures

### 38. Arbitration

[illegible]

## VEHICLE LOCATION CONSENT

[illegible]

# NADA Used Car Guide
## Wednesday, October 07, 2015

## Vehicle Summary NADA Values

| | | | |
|---|---|---|---|
| **Region:** | Eastern - October 2015 | **Reference #:** | |
| **Vehicle Description:** | 2014 MERCEDES-BENZ GLK Class Utility 4D GLK350 AWD V6 | **VIN:** | WDCGG8JB6EG258282 |
| **MSRP:** | $39,480 | **Weight:** | 4,246 |
| **Mileage:** | 27,500 | | |

| | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Loan | Clean Retail |
|---|---|---|---|---|---|
| **Base Value** | $27,500 | $29,800 | $31,725 | $28,575 | $34,650 |
| **Optional Equipment** | | | | | |
| **Option Total** | $0 | $0 | $0 | $0 | $0 |
| **Mileage Adjustment** | $0 | $0 | $0 | $0 | $0 |
| **Total NADA Used Car Guide Values** | $27,500 | $29,800 | $31,725 | $28,575 | $34,650 |

NADA assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report.
All NADA values are reprinted with permission of
NADA Used Car Guide, NADASC.