UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

BRIAN H. DENKER                                                    Chapter 11

    Debtor                                                         Case Number 15-41069

------------------------------------------------------------------X

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2015 OCT 15  P 2: 47

RECEIVED

## OBJECTION ~~NOTICE OF ISSUE~~
## TRUSTEE'S APPLICATION FOR RETENTION OF COUNSEL

I, BRIAN H. DENKER-YOUNGS, am the debtor in the above captioned case appearing before this honorable court the 14th day of October 2015 with a notice of issue. Notwithstanding the allegations put forth in your deponents Order to Show Cause to vacate the conversion, but further raised question with the assignment of Richard J. McCord (aka the Honorable Richard J McCord, Village Justice Glen Cove, Long Island).

In the interest of ~~a balance and~~ a system of checks & balances your deponent respectfully requests that any such retention of counsel should not be from a firm acquainted and known to the Trustee, especially that of his own and such request be held in abeyance until a determination is made with respect to the possibly Order vacating the conversion and this honorable court's direction and guidance with respect to concerns regarding the assigned trustee, but moreover, until such time that your deponent may secure counsel to represent him in the within matter and my best interests.

This is imperative and a system of checks and balances is justified given the disingenuous dealings thus far by debtors former attorney Lawrence Morrison and to which your deponent remains steadfast to the testimony that a good majority of the debts to which your deponent is

9

responsible were involuntarily assigned and further intentionally transferred without consent or knowledge due to fraudulent conduct of your deponents' estranged spouse.

WHEREFORE, your deponent kindly requests that such application for retaining of counsel and further proceeding on liquidation or the like be held in abeyance pending the outcome of the October 22, 2015 appearance and thereafter until your deponent is provided authorization and able to retain counsel to represent his interests in the instant matter

Date:   October 14, 2015                                         Respectfully Submitted:

                                                                 _____
                                                                 Brian H Denker-Youngs
                                                                 25 Boerum Street #18E
                                                                 Brooklyn, NY 11206

Swore before me
this 14, day of Oct 2015
[signature: Mary Norman]

MARY NORMAN
Notary Public, State of New York
No. 01NO4760597
Qualified in Suffolk County
Certificate Filed in Suffolk County
Commission Expires June 30, 2018

Brian H. Denker-Youngs
25 Boerum Street Apt 18E
Brooklyn, NY 11206
Tel. 917.373.5019

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
In re:

BRIAN H. DENKER                                         Chapter 11
        Debtor                                Case Number 15-41069
-----------------------------------------------------X
Brian H. Denker-Youngs,
        Plaintiff
    v.
RICHARD J McCORD, Trustee
        Defendant

**ORDER DENYING TRUSTEE'S APPLICATION BY RICHARD J McCORD**
**FOR THERE TENTION OF COUNSEL**

**UPON** the objection of Brian H. Denker-Youngs, (the "debtor"), filed on October 15, 2015, opposing Trustee's application submitted by Richard J McCord for the retention of counsel from CERTILMAN BALIN ADLER & HYMAN, LLP., a firm to which Mr. McCord is too employed, is hereby denied.

                              Entered:

_____        _____
Date                                                   Honorable Chief Justice Carla E. Craig

1