Brian H. Denker-Youngs
25 Boerum Street Apt 18E
Brooklyn, NY 11206
Tel. 917.373.5019

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
In re:

BRIAN H. DENKER
        Debtor
-------------------------------------------------------------X
Brian H. Denker-Youngs,
        Plaintiff
    v.
RICHARD J McCORD, Trustee
        Defendant

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2015 OCT 15 P 2: 49

RECEIVED

Chapter 11
Case Number 15-41069

**NOTICE OF MOTION FOR**
**APPOINTMENT OF NEW TRUSTEE**

      PLEASE TAKE NOTICE that, Brian H. Denker-Youngs debtor in the above captioned filing, appearing this 15th day of October 2015 will move this honorable court before the Honorable Chief Justice Carla E Craig, United States Bankruptcy Court Eastern District of New York, 271-C Cadman Plaza East, Court Room 3529, Brooklyn NY 11201 on November 19, 2015 at 11:00am or as soon thereafter as parties can be heard for an Order appointing a New Trustee to the debtor's case for the reasons and concerns set forth in document no. 62.

10/15/15
Date

Brian H. Denker-Youngs
25 Boerum Street # 18E
Brooklyn, NY 11206

1

Brian H. Denker-Youngs
25 Boerum Street Apt 18E
Brooklyn, NY 11206
Tel. 917.373.5019

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re:

BRIAN H. DENKER                                    Chapter 11
        Debtor                              Case Number 15-41069
------------------------------------------------------------X
Brian H. Denker-Youngs,
        Plaintiff
    v.
RICHARD J McCORD, Trustee
        Defendant

## ORDER DISMISSING RICHARD J McCORD
## AND APPOINTMENT OF NEW TRUSTEE

**UPON** motion of Brian H. Denker-Youngs, (the "debtor"), filed on October 15, 2015, opposing the appointment of Richard J. McCord (aka the Honorable Justice Richard J McCord, Village Justice of Glen Cove, Long Island) together with the reasons' set forth in debtors' document no. 62, this court hereby dismisses Richard J. McCord as Trustee to the case herein, and directs the appointment of a new Trustee within New York, New York by the United States Department of Justice.

                                              Entered:

_____                              _____
Date                                           Honorable Chief Justice Carla E. Craig

1