Presentment Date: 11|10| 2015
Objections, if any due: 11|3|2015
Hearing Date, if necessary: ~~BANKRUPTCY COURT~~

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF NEW YORK**

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2015 OCT 15 ℗ 3: 00

RECEIVED

------------------------------------------------------------------X

In re:                                                                    Chapter 11

BRIAN H. DENKER                                           Case Number 15-41069
                Debtor

-------------------------------------------------X

### NOTICE OF PRESENTMENT

**PLEASE TAKE NOTICE**, that Brian Denker (the "Debtor"), will present the annexed motion

and proposed entry of an Order from the Honorable Carla E. Craig, Chief United States

Bankruptcy Judge, in her Chambers located at the United States Bankruptcy Court, 271 Cadman

Plaza East, Room 3529, Brooklyn, New York 11201, on  November 10, 2015  at

 10am  . (the "Presentment Date") pursuant to Rule 2004 of the Bankruptcy Code,

authorizing the Debtor to conduct an examination of and request the production of documents

from as determinable hereon in and after:

1. Edward John Denker-Youngs, aka E J Youngs, aka Edward J Youngs, aka E John

   Youngs, aka Edward John Youngs, aka John J Denker-Youngs, aka John Youngs :

   debtor's spouse

2. Matje G. Youngs, aka Matty Youngs, aka Matje Grievers, aka the Trust of Matje G

   Youngs: debtor's mother-in-law

3. Glen Gordon of GWN Securities : Financial / Investment Advisor to debtor's spouse

4. Monroe "Roey" Diefendorf of 3 Dimensional Wealth Advisory, Diefendorf Capital,

   Diefendorf Planning Services, Ltd, Sterling Monroe Securities, LLC, Argonne Trust

   Company, LLC, et al. : Financial / Investment Advisor / Personal friend to debtor's

   spouse & mother

1

**TAKE FURTHER NOTICE,** that objections, if any, to the annexed Order must be made in writing and shall be filed with the Clerk of the Court, with a copy delivered to the Chambers of the Honorable Carla E. Craig, Chief United States Bankruptcy Judge, in her Chambers located at the United States Bankruptcy Court, 271 Cadman Plaza East, Room 3529, Brooklyn, New York 11201 and served upon the Debtor, Brian H. Denker-Youngs 25 Boerum Street #18E, Brooklyn NY 11206, in order that they be received in hand by no later than 5:00 p.m., on

_____November 3___, 2015,

**PLEASE TAKE FURTHER NOTICE,** that unless timely objections are filed, the Order may be approved and entered by the Bankruptcy Court without a hearing.

**PLEASE TAKE FURTHER NOTICE,** that if objections are timely filed and served, or if the Court so directs, a hearing will be held before the Honorable Carla E. Craig in her Courtroom on a date to be determined.

Dated: Brooklyn, New York

      October 15, 2015

By: _____

                    Brian H Denker-Youngs
                    25 Boerum Street #18E
                    Brooklyn, NY 11206

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2015 OCT 15  P 3: 00

RECEIVED

------------------------------------------------------------------X

In re:

BRIAN H. DENKER                                        Chapter 11
        Debtor                                        Case Number 15-41069

----------------------------------------------------X

## MOTION FOR AN ORDER, PURSUANT TO FED. R. BANKR. P. 2004, AUTHORIZING MOVANT TO (a) CONDUCT AN EXAMINATION OF AND (b) REQUEST PRODUCTION OF DOCUMENTS FROM PARTIES AS INDICATED

Brian Denker (the "Debtor) hereby moves the Court for entry of an order, pursuant to Fed. R. Bankr. P. 2004, authorizing the Debtor to conduct an examination of and request the production of documents from:

1. Edward John Denker-Youngs ("EDY"), aka E J Youngs, aka Edward J Youngs, aka E John Youngs, aka Edward John Youngs, aka John J Denker-Youngs, aka John Youngs : debtor's spouse

2. Matje G. Youngs ("MGY"), aka Matty Youngs, aka Matje Grievers, aka the Trust of Matje G Youngs: debtor's mother-in-law

3. Glen Gordon ("GG") of GWN Securities : Financial / Investment Advisor to debtor's spouse

4. Monroe "Roey" Diefendorf ("MRD") of 3 Dimensional Wealth Advisory, Diefendorf Capital, Diefendorf Planning Services, Ltd, Sterling Monroe Securities, LLC, Argonne Trust Company, LLC, et al. : Financial / Investment Advisor / Personal friend to debtor's spouse & mother

and respectfully represents as follows:

### BACKGROUND

1. On March 13, 2015 ("Petition Date"), the Debtor filed a petition for relief under chapter 11 of title 11 of the United States Code ("Bankruptcy Code").

2. The Debtor is an individual. The Debtor was compelled to file the within chapter 11 proceeding as a result of unauthorized charges on Debtor's credit cards, victim of various acts of equity and assets skimming  by EDY, check forgeries, financial diversions and financial withholdings by EDY and MGY as well as syphoning of debtors financial resources into investment trusts setup by "GG" and "MRD".  EDY and MGY also caused various involuntary debt assignments onto the debtor by subsidizing without consent or knowledge of the debtor, work to real property that is a part of MGY's Living Trust

3. EDY has refused to turn over any documentation.

<div align="center">

**RELIEF REQUESTED**

</div>

4. Accordingly, the debtor seeks an Order, pursuant to Bankruptcy Rule 2004, authorizing and directing the examination of various parties as required. In addition, the Debtor seeks authorization to compel and command all parties above to produce, one week before the examination date any and all statements, accounts, and the same entered into between August 2010 thru September 30, 2014 by either EDY or MGY and which the EDY entered into, or has/had financial responsibility for during such time.

5. The Bankruptcy Court may direct the examination of named parties pursuant to Bankruptcy Rule 2004(a), (b) and (d), which provides:

a. Examination on Motion. On motion of any party in interest, the court may order the examination of any entity.

b. Scope of Examination. The examination of an entity under this rule or of the debtor under § 343 of the Code may relate only the acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge...

* * *

c. Time and Place of Examination of Debtor. The court may for cause shown and on terms as it may impose order the debtor to be examined under this rule at any time or place it designates, whether within or without the district wherein the case is pending.

6. The Advisory Committee Note to Rule 2004(a) provides that an application may be made by ex parte motion or heard on notice, as follows:

[Rule 2004(a) specifies the manner of moving for an examination. The motion may be heard ex parte or it may be heard on notice.]

7. A proposed order granting the Debtor's Motion is attached hereto together with record of accounts requested labeled *Exhibit "A" along with exhibit "B" Month's October 2013 thru May 2014 as just one of such inquiries to which debtor requires further examination thereof.*

8. WHEREFORE, the Debtor respectfully requests entry of an Order, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure: (a) directing all parties to appear for examination at the ___United States Bankruptcy Court Eastern District___, fourteen (14) days from service of the Order granting this Application; and (b) directing all parties to produce to debtor, one week prior to the examination date, all certified true and accurate statements, accounts, and transaction histories.

Dated: Brooklyn, New York
        October 15, 2015

By: _____
            Brian H Denker-Youngs
            25 Boerum Street #18E
            Brooklyn, NY 11206

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
In re:

BRIAN H. DENKER                                   Chapter 11
            Debtor                                Case Number 15-41069
--------------------------------------------------X

## ORDER PURSUANT TO BANKRUPTCY RULE 2004 DIRECTING THE EXAMINATION OF THE DEBTOR AND FURTHER DIRECTING THE PRODUCTION OF DOCUMENTS

**UPON** the application (the "2004 Application") of Brian Denker (the "Debtor"), filed on October 15, 2015, for entry of an order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") directing:

1. Edward John Denker-Youngs ("EDY"), aka E J Youngs, aka Edward J Youngs, aka E John Youngs, aka Edward John Youngs, aka John J Denker-Youngs, aka John Youngs : debtor's spouse

2. Matje G. Youngs ("MGY"), aka Matty Youngs, aka Matje Grievers, aka the Trust of Matje G Youngs: debtor's mother-in-law

3. Glen Gordon ("GG") of GWN Securities : Financial / Investment Advisor to debtor's spouse

4. Monroe "Roey" Diefendorf ("MRD") of 3 Dimensional Wealth Advisory, Diefendorf Capital, Diefendorf Planning Services, Ltd, Sterling Monroe Securities, LLC, Argonne Trust Company, LLC, et al. : Financial / Investment Advisor / Personal friend to debtor's spouse & mother

to appear for an examination and to produce the documents set forth on Exhibit A to the 2004 Application; and the Court having found that adequate notice has been given, and that no further notice is necessary; and good and sufficient cause appearing therefore, it is hereby;

**ORDERED**, that pursuant to Bankruptcy Rule 2004, the Debtor shall produce to debtor at 25 Boerum Street #18E, Brooklyn NY 11206, on or before Nov 3 , 2015, certified, true and accurate copies of the documents set forth on Exhibit A to the 2004 Application which are various accounts but not limited to, upon belief to have been in question and possession, custody and/or control; and it is further

**ORDERED,** that parties shall be and hereby is directed to appear on or before _____, 2015 at 10:00 a.m. to be examined by the Debtor, or any of his agents or professionals herein, at

_____

, and to continue from business day to business day hereafter or otherwise in the sole discretion of the Debtor or his agents or professionals until the examination is fully concluded.

Dated: Brooklyn, New York

_____, 2015                              _____

                                                HONORABLE CARLA E. CRAIG CHIEF
                                                UNITED STATES BANKRUPTCY JUDGE

7

**EXHIBIT A – CERTIFIED TRUE & ACCURATE DOCUMENTATION PRODUCTION REQUEST**
*All Account / Deposits / Withdrawals / Statements / Checks  - AUGUST 1, 2010- SEPTEMBER 30, 2014*

| | | |
|---|---|---|
| CCGA | | Ocean Park (403b - Indv) |
| | | Oppenheimer Funds Class A (403b - Indv) |
| | | Retirement Solutions (403b - Indv) |
| OPPENHEIMER | | Oyster Bay E Norwich CSD 403b |
| | XXX36708 | International Diversified Fund A |
| | XXXX73484 | Gold & Special Minerals Fund A |
| | XXXXX8851 | Small - & Mid Cap Value Fund A |
| | XXXXXX95042 | Discovery Fund A |
| | XXXXXXXX39966 | Capital Income Fund A |
| | XXXXXXX29712 | Commodity Strategy Total Return Fund A |
| | XXXXXXX52396 | Global Fund A |
| | XXXXXXXXXXXX54122 | Equity Income Fund, Inc. A |
| | XXXXXXX316743 | 401k |
| | XXXXXXX | Country Bank Trust 403B |
| GWM Securities | XXXXXX | |
| Steme Agge | XXXXX-4980-1 | |
| Steme Agge | XXXXx-2573-1 | |
| MG Trust Co., LLC | XXXX | |
| BANK OF AMERICA | XXX 3181 | BofA Core Checking |
| | XXX 4215 | Regular Savings |
| | XXX6856 | BofA Platinum Checking |
| | XXX2937 | |
| | | |
| CITIBANK | XXX3584 | CitiGroup Interest Checking |
| | XXX3592 | Savings Plus Account |
| | XXX2761 | Money Market Savings |
| Nassau Educators Federal Credit Union | XXX5521 | |
| | XXX0412 | |
| Beth Page Federal Credit Union | XXXXXXX96352 | Checking |
| Beth Page Federal Credit Union | XXXXXXX67410 | Savings |
| Beth Page Federal Credit Union | XXXXXX974223 | |
| Diefendorff Capital and related subsidiaries | | |

Certified true and accurate copies of complete loan applications and conditions and all supporting documentation and communications (including email) re:

Chase Home Mortgage Loan #: X██████65989
Chase Home Mortgage Loan #: 1██████322307

*EDWARD JOHN DENKER-YOUNGS, E JOHN YOUNGS, JOHN YOUNGS, EDWARD J YOUNGS, MATJE G GREIVERS*
*DOCUMENT PRODUCTION REQUESTS 8/2010-9/30/2014*

[Rule 2004(a) specifies the manner of moving for an examination. The motion may be heard ex parte or it may be heard on notice.]

7. A proposed order granting the Debtor's Motion is attached hereto together with record of accounts requested labeled *Exhibit "A" along with exhibit "B" Month's October 2013 thru May 2014 as just one of such inquiries to which debtor requires further examination thereof.*

8. WHEREFORE, the Debtor respectfully requests entry of an Order, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure: (a) directing all parties to appear for examination at the _____,

fourteen (14) days from service of the Order granting this Application; and (b) directing all parties to produce to debtor, one week prior to the examination date, all certified true and accurate statements, accounts, and transaction histories.


Dated: Brooklyn, New York                    By: _____
              October 15, 2015                              Brian H Denker-Youngs
                                     25 Boerum Street #18E
                                     Brooklyn, NY 11206

***EXHIBIT A – CERTIFIED TRUE & ACCURATE DOCUMENTATION PRODUCTION REQUEST***
*All Account / Deposits / Withdrawals / Statements / Checks  - AUGUST 1, 2010- SEPTEMBER 30, 2014*
Receipts        March 2013 – July 2014        $1400/month received Efrem Aaron

Receipts / Summaries for Chase Checking Account Cash withdrawals

| OCTOBER 2012 | $(7,000.00) |
|---|---|
| NOVEMBER 2012 | $(400.00) |
| | $(480.00) |
| DECEMBER 2012 | $(1,200.00) |
| FEBRUARY 2013 | $(1,200.00) |
| APRIL 2013 | $(300.00) |
| JANUARY 2014 | $(380.00) |
| FEBRUARY 2014 | $(1,400.00) |
| JULY 2014 | $(1,100.00) |
| | $(830.00) |
| | $(1,230.00) |

Receipts for provider bills from medical reimbursement checks:

| 1/30/2013 | $33.00 | cashed 6/10/13 |
|---|---|---|
| 2/26/2013 | $200.00 | cashed 6/10/13 |
| 3/18/2013 | $450.00 | cashed 6/10/13 |
| 4/25/2013 | $1,175.00 | cashed 8/8/2013 |
| 5/8/2013 | $375.00 | cashed 8/8/2013 |
| 9/5/2013 | $64.00 | cashed 11/14/2013 |
| 2/4/2014 | $833.00 | cashed 3/11/2014 |
| 2/7/2014 | $833.00 | cashed 3/11/2014 |
| 7/30/2014 | $833.00 | cashed 8/8/2014 |
| 8/8/2014 | $1,328.80 | cashed 8/18/2014 |
| 9/2/2014 | $234.60 | cashed 9/16/2014 |
| 4/2/2013 | $275.00 | cashed 6/21/13 |
| 6/4/2013 | $275.00 | cashed 6/21/13 |
| 2/6/2013 | $64.80 | cashed 11/14/2013 |

| 2010 | W-2's all employers | statements / documentation re: deductions and deferred comp. & tax returns |
|---|---|---|
| 2011 | W-2's all employers | statements / documentation re: deductions and deferred comp. & tax returns |
| 2012 | W-2's all employers | statements / documentation re: deductions and deferred comp. & tax returns |
| 2014 | W-2's all employers | statements / documentation re: deductions and deferred comp. & tax returns |

<u>Statements for Credit Cards:</u>

| Citibank | ending in 1599 |
|---|---|
| CitiAdvantage | ending in 8075 |
| GM Mastercard | ending in 0298 |
| Home Depot Credit card | ending in 5059 |
| American Express | Discover |

*EDWARD JOHN DENKER-YOUNGS, E JOHN YOUNGS, JOHN YOUNGS, EDWARD J YOUNGS, MATJE G GREIVERS*
*DOCUMENT PRODUCTION REQUESTS 8/2010-9/30/2014*

# CHASE ⬡

**Executive Office**
Mail Code IL1-0444
10 South Dearborn Street
Chicago, IL 60603-0444

January 12, 2015

Brian Denker-Youngs
PO Box 156
Huntington, NY 11743-0156

## We are unable to file a claim for you

Dear Mr. Denker-Youngs:

I am replying to your complaint to the Consumer Financial Protection Bureau about your joint checking account ending in 1680. I apologize for any inconvenience you have experienced and I am happy to respond.

Since the fraudulent transactions were done by the joint signer on the account, we are unable to file a claim for any transactions that were authorized and not the result of fraud. For your reference, I've included our Deposit Account Agreement. Please review page 12, under the section titled "Joint accounts" for more details. Any investigation concerning this matter will need to be requested through Law Enforcement.

We can't provide you with information about the Chase Sapphire Account ending in 9039, because we haven't received authorization from the account holder permitting us to discuss the account with you. You are not listed as an account owner or authorized user on this account. If the account holder wants to provide this permission to us, we may be contacted at 1-866-622-7547.

We suggest you contact the three credit reporting bureaus for further assistance with repairing you credit. Their information is below:

| | | | |
|---|---|---|---|
| **Equifax** | 1-800-525-6285 | PO Box 740241<br>Atlanta, GA 30374-0241 | equifax.com |
| **Experian** | 1888-397-3742 | PO Box 9532<br>Allen, TX 75013 | experian.com |
| **TransUnion** | 1-800-680-7289 | Fraud Victim Assist. Division<br>PO Box 6790<br>Fullerton, CA 92834-6790 | transunion.com |

# CHASE ◘

Brian Denker-Youngs
January 12, 2015
Page 2

Mr. Denker-Youngs, thank you for banking with us. If you have questions, please call me at 1-877-658-5560, extension 164-0007.

Sincerely,

Harriet Thatch
Executive Office

cc:    Consumer Financial Protection Bureau, case number 141229-002204

Enclosed:    Deposit Account Agreement

| | October. 2013 | November 2013. | December 2013. | January 2014. | February 2014. | March 2014. | April 2014. | May 2014. | Total Payables | Balance as of 10/15/2015 |
|---|---|---|---|---|---|---|---|---|---|---|
| Bethpage Home Equity Line of Credit | $28,907.09 | $ 16,117.72 | $ 10,200.00 | $ 10,925.00 | $ 5,918.34 | $ 2,500.00 | $ 9,000.00 | | $ 83,568.15 | $ (123,737.00) |
| Bethpage Joint Checking Account | $ 7,540.34 | | | | | | | | $ 7,540.34 | 0 |
| Chase Joint Checking Account | | | | | | $ 1,000.00 | $ 4,000.00 | $ 2,003.25 | $ 7,003.25 | $ - |
| Totals | $36,447.43 | $ 16,117.72 | $ 10,200.00 | $ 10,925.00 | $ 5,918.34 | $ 3,500.00 | $ 13,000.00 | $ 2,003.25 | $ 98,111.74 | $ (123,737.00) |

Debtor requires clarification for each month and bill as what $98,111.74 of debt is his that his money and lines of credit were used to which there is still an outstanding balance of $123,737 to which is one of the key reasons he is now bankrupt



From Bethpage
checking

EDWARD DENKER YOUNG
BRIAN DENKER YOUNG
33 PENNINGTON DRIVE
HUNTINGTON, NY 11743

9001

50-7356/2214

10/15/13

Pay to the Order of  **Chase**                              | $ 11,700.00

Eleven thousand seven hundred dollars and no/100

Bethpage
Federal Credit Union
Bethpage, New York 11714

NOT VALID FOR UNDER $500

For  CC payment              9039         Edward Denker Young

⑈221473652⑈000          ⑈⑈0249⑈ 9001

from
HELOC

$73,479.09

EDWARD DENKER-YOUNGS
BRIAN DENKER YOUNGS
33 PENNINGTON DRIVE
HUNTINGTON, NY 11743

9002
50-7965/2214

Date: 10/28/13

Pay to the
Order of ___Chase___ | $ 16,118.00

Sixteen thousand One hundred eighteen dollars ___

Bethpage
Federal Credit Union
Bethpage, New York 11714

NOT VALID FOR UNDER $500

For ___acct # ending 9039___     Edward Denker-Youngs

⑆221473652⑆00⬛⬛⬛00249⑈ 9002

National Check

EDWARD DENKER-YOUNGS
BRIAN DENKER YOUNGS
33 PENNINGTON DRIVE
HUNTINGTON, NY 11743

9003

50-7395/2214

Date  _10/28/13_

Pay to the
Order of  _Bank of America_  $ _1089.09_

_One thousand eightynine dollars and nine cents_  Dollars

**Bethpage** β
Federal Credit Union
Bethpage, New York 11714

NOT VALID FOR UNDER $500

For  _acct ending 6544_        _Edward Denker Youngs_

⑆221473652⑆ ■■■■■1700249■ 9003

0001 984701 10302013 03 0037
000■■■■■■■■4726544 CCA4863
FOR DEPOSIT ONLY TC FIA CARD SERVICES NA
>031100160<

from

HELOC

JPMorgan Chase 12/29/2014 4:44:08 PM PAGE 347041 Fax Server



**CHASE**

P.O. BOX 15123
WILMINGTON, DE
19850-5123

4⬛⬛⬛⬛⬛⬛⬛⬛0002100001611772000000009

| | |
|---|---|
| Payment Due Date: | 11/19/13 |
| New Balance: | $16,117.72 |
| Minimum Payment: | $210.00 |

Account number: ⬛⬛⬛⬛⬛⬛9039

$_____ Amount Enclosed
Make your check payable to: Chase Card Services

13526 BEX Z 295 I3 0
EDWARD J DENKER-YOUNGS
33 PENNINGTON DR
HUNTINGTON NY 11743-7122

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

500⬛⬛160 30⬛160 3⬛⬛⬛⬛180396

**CHASE**
**SAPPHIRE***

Manage your account online: www.chase.com | Customer Service: 1-800-493-3319 | Mobile: Visit chase.com on your mobile browser

### ACCOUNT SUMMARY

| | |
|---|---|
| Account Number: ⬛⬛⬛⬛9039 | |
| Previous Balance | $7,540.34 |
| Payment, Credits | -$19,316.37 |
| Purchases | +$27,833.18 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | +$11.17 |
| Interest Charged | +$49.40 |
| New Balance | $16,117.72 |
| | |
| Opening/Closing Date | 09/23/13 - 10/22/13 |
| Credit Access Line | $20,000 |
| Available Credit | $3,882 |
| Cash Access Line | $4,000 |
| Available for Cash | $3,882 |
| | |
| Past Due Amount | $0.00 |
| Balance over the Credit Access Line | $0.00 |

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $16,117.72 |
| Payment Due Date | 11/19/13 |
| Minimum Payment Due | $210.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 27 years | $33,283 |
| $545 | 3 years | $19,638 (Savings=$13,645) |

If you would like information about credit counseling services, call 1-866-797-2885.

### YOUR ACCOUNT MESSAGES

New York Residents: New York residents may contact the New York State Banking Department at 1-800-518-8866 to obtain a comparative list of credit card rates, fees and grace periods.

| | |
|---|---|
| Previous points balance | 11,724 |
| + 1 Point per $1 on all other purchases | 27,758 |
| + 1 Point per $1 earned on dining | 205 |
| + Bonus points on Ultimate Rewards Travel | 0 |
| = Total points available for redemption | 39,687 |

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

As a Chase Sapphire customer you earn 1 point per dollar on all purchases, and an additional point for each dollar you spend when dining at restaurants. Plus, you earn an additional point per dollar spent when you book airfare and hotel accommodations online through Ultimate Rewards®. Learn more about your card benefits at www.chase.com/ultimaterewards

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 10/04 | MARSHALLS #0167 HUNTINGTON NY | -76.03 |
| 10/11 | Payment Thank You - Branch Check | -7,540.34 |
| 10/15 | Payment Thank You - Branch Check | -11,700.00 |
| **PURCHASES** | | |
| 09/21 | KMART 9381 HUNTINGTON NY | 9.95 |
| 09/21 | RACHEL'S HAIR SALON HUNTINGTON NY | 60.00 |
| 09/20 | TOMO SUSHI SMITHTOWN NY | 59.14 |
| 09/21 | IHOP HUNTINGTON ST NY | 33.51 |

**This Statement is a Facsimile - Not an original**

0936691 FB333339 D 10       900  N  Z  22  13M022       Page 1 of 3       06630  MA MA 13525  29513609100001352601
0419 IN315825

## Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____   Zip: _____   _____

Home Phone: _____  _____  _____     Work Phone: _____  _____  _____

E-mail Address: _____

To service and manage any of your account(s), we, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information and/or visit our website shown below to provide us with additional contact information.

---

## To contact us regarding your account:

| In U.S. for Customer Service | | |
|---|---|---|
| Specialist   1-800-493-3319 | | |
| Español      1-800-493-3319 | | |
| TTY          1-800-955-8060 | | |
| Pay by phone 1-800-436-7958 | Send inquiries to: | Mail Payments to: |
| Outside U.S. call collect | P.O. Box 15298 | P.O. Box 15153 |
| 1-614-776-7050 | Wilmington, DE 19850-5298 | Wilmington, DE 19886-5153 |

Visit Our Website:
www.chase.com



---

### Information About Your Account

**Crediting of Payments:** You may make payments by any of the options listed below. The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments by regular U.S. mail. Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement. Do not date coin. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with your payment instructions and is received by us on any day by 5:00 p.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available by us after 5:00 p.m. local time at the Payments address on this statement, we will credit it to your Account as of the next calendar day.

You may make payments electronically through our website shown on this statement. If we receive your completed request on our website by 8 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 8 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

For all other payments or for any payment types above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported to Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**To Service and Manage Any of Your Account(s):** We, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee and/or similar charge for issuance or availability of your account, it will be billed each year or monthly or quarterly installments. This fee and/or charge are owed whether or not you use your Account, and you agree to pay them when billed. The annual fee and charge are non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual fee or charge is billed and at the same time, you pay your outstanding balance in full. If you do this, for a charge billed more often than annually such as a monthly service charge, you will not owe the last billed charge; however, prior billed charges are non-refundable and must be paid as part of paying your outstanding balance in full. Your payment of the annual fee or charge does not affect our rights to close your Account and to limit your rights to make transactions on your Account. If your Account is closed by you or us, we will continue to impose the annual fee and/or charge until you pay your outstanding balance in full and terminate your Account relationship.

**Calculation of Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including current transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each balance (for example, purchases, balance transfers, cash advances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. If any interest charge is due, we will charge you at least a minimum interest charge of $1.00 or such amount stated in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1) the date of the transaction – for new purchases, balance transfers, overdraft advances or cash advances;

2) the date the payee deposits the check – for new cash advance checks or balance transfer checks

3) the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose – for fees

**How to Avoid Paying Interest on Purchases:** Your due date is at least 21 days after the close of each billing cycle. If you pay your account in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance in full each month.

**What To Do If You Think You Find a Mistake On Your Statement**

If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299 Wilmington, DE 19850-5299. You may also contact us on the web at chase.com.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing or on the web at chase.com. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299 Wilmington, DE 19850-5299 or on the web at chase.com.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA11042011

# CHASE ◇
## SAPPHIRE*

 Manage your account online: www.chase.com    Customer Service: 1-800-493-3319   Mobile: Visit chase.com on your mobile browser

## ACCOUNT ACTIVITY                                    (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 09/23 | WALDBAUM'S #70236 HUNTINGTON NY | 43.47 |
| 09/24 | SUBWAY    03303773 OYSTER BAY NY | 8.15 |
| 09/26 | MARIO'S OYSTER BAY OYSTER BAY NY | 11.10 |
| 09/25 | SAL D'S RESTAURANT HUNTINGTON NY | 18.46 |
| 09/27 | MARIO'S OYSTER BAY OYSTER BAY NY | 14.19 |
| 09/26 | LOCUST VALLEY DENTISTRY LOCUST VALLEY NY | 572.00 |
| 09/26 | HESS 32329 OYSTER BAY NY | 15.10 |
| 09/27 | WALLSTREET CLEANERS HUNTINGTON NY | 26.95 |
| 09/28 | EXXONMOBIL   97497069 HUNTINGTON ST NY | 40.00 |
| 09/29 | MARSHALLS #0478 MELVILLE NY | 76.03 |
| 09/30 | MCDONALD'S F12104 OYSTER BAY NY | 7.48 |
| 09/30 | WALDBAUM'S #70236 HUNTINGTON NY | 14.20 |
| 09/30 | GEICO 800-841-3000 DC | 234.19 |
| 10/01 | NSLIJ MEDICAL GROUP - CBO NEW HYDE PARK NY | 20.00 |
| 10/01 | NSLIJ MEDICAL GROUP - CBO NEW HYDE PARK NY | 20.00 |
| 10/02 | CRB*CARBONITE BACKUP 877-6654466 MA | 59.99 |
| 10/02 | WALDBAUM'S #70236 HUNTINGTON NY | 5.43 |
| 10/02 | SHELL OIL 57544329264 JERICHO NY | 25.03 |
| 10/04 | WALLSTREET CLEANERS HUNTINGTON NY | 8.75 |
| 10/04 | WALDBAUM'S #70236 HUNTINGTON NY | 11.00 |
| 10/05 | HESS 32551 SYOSSET NY | 20.00 |
| 10/07 | HAUSER II LANDSCAPES I 631-399-1528 NY | 10,000.00 |
| 10/07 | KING KULLEN #40 HUNTINGTON NY | 16.09 |
| 10/07 | HESS 32329 OYSTER BAY NY | 14.30 |
| 10/08 | SUBWAY    03303773 OYSTER BAY NY | 8.15 |
| 10/09 | DUNKIN #308608    Q35 OYSTER BAY NY | 16.50 |
| 10/11 | AUNTIE ANNES FLUSHING NY | 5.75 |
| 10/12 | FABINDIA OVERSEAS P LT PUNE | 180.79 |
|  | 10/13 INDIAN RUPEE | |
|  | 11,020.00 X 0.016405626 (EXCHG RATE) | |
| 10/12 | CALVIN KLEIN #026 MYRTLE BEACH SC | 22.52 |
| 10/10 | HESS 32329 OYSTER BAY NY | 14.00 |
| 10/12 | POLO RL FCTRY OUTLET #137 MYRTLE BCH SC | 26.45 |
| 10/12 | SHOE DPT ENCORE 1472 MYRTLE BEACH SC | 32.38 |
| 10/11 | FIX COFFEE & BAKERY FLUSHING NY | 6.51 |
| 10/13 | EXXONMOBIL   97278683 MYRTLE BEACH SC | 10.05 |
| 10/14 | WALDBAUM'S #70236 HUNTINGTON NY | 34.75 |
| 10/14 | AQUA CAR WASH HUNTINGTON NY | 19.81 |
| 10/14 | MARSHALLS #0107 HUNTINGTON NY | 10.55 |
| 10/16 | JW MARRIOTT PUNE PUNE | 101.89 |
|  | 10/17 INDIAN RUPEE | |
|  | 6,292.16 X 0.016193167 (EXCHG RATE) | |
| 10/17 | HAUSER II LANDSCAPES I 631-399-1528 NY | 15,000.00 |
| 10/17 | DOLE FUEL INC. 631-673-6182 NY | 547.35 |
| 10/18 | BJS FUEL #9127 FARMINGDALE NY | 65.40 |
| 10/19 | SQ *THE CRIMSON LION Oyster Bay NY | 10.00 |
| 10/19 | BJS FUEL #9127 FARMINGDALE NY | 42.00 |
| 10/18 | WALDBAUM'S #70236 HUNTINGTON NY | 19.07 |
| 10/17 | HESS 32366 SMITHTOWN NY | 13.00 |
| 10/20 | MCDONALD'S F23573 JAMAICA NY | 5.08 |
| 10/19 | SUBWAY    00281246 HUNTINGTON ST NY | 9.23 |
| 10/18 | JAG SALON HUNTINGTON NY | 23.00 |
| 10/19 | THE HOME DEPOT 1272 HUNTINGTON NY | 3.04 |
| 10/20 | LS TRAVEL RETAIL DEUTSCHL FRANKFURT AM | 90.09 |
|  | 10/21 EURO | |
|  | 65.75 X 1.370190114 (EXCHG RATE) | |
| 10/19 | RACHEL'S HAIR SALON HUNTINGTON NY | 30.00 |
| 10/21 | WALLSTREET CLEANERS HUNTINGTON NY | 14.00 |
| 10/20 | JFKLOT1GRN/GR JAMAICA NY | 16.00 |
| 10/21 | KING KULLEN #40 HUNTINGTON NY | 10.01 |

## FEES CHARGED

| | | |
|---|---|---|
| 10/13 | FOREIGN TRANSACTION FEE | 5.42 |
|  | FABINDIA OVERSEAS P LT  PUNE $180.79 | |
| 10/17 | FOREIGN TRANSACTION FEE | 3.05 |
|  | JW MARRIOTT PUNE    PUNE $101.89 | |
| 10/21 | FOREIGN TRANSACTION FEE | 2.70 |

## ACCOUNT ACTIVITY                                    (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| | LS TRAVEL RETAIL DEUTSCHLFRANKFURT AM $90.09 | |
| | TOTAL FEES FOR THIS PERIOD | $11.17 |

### INTEREST CHARGED

| | | |
|---|---|---|
| 10/22 | PURCHASE INTEREST CHARGE | 49.40 |
| | TOTAL INTEREST FOR THIS PERIOD | $49.40 |

| 2013 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2013 | $36.17 |
| Total interest charged in 2013 | $801.39 |

Year-to-date totals reflect all charges minus any refunds applied to your account.

## INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 13.24% (v) | $4,540.11 | $49.40 |
| **CASH ADVANCES** | | | |
| Cash Advances | 19.24% (v) | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 13.24% (v) | -0- | -0- |

(v) = Variable Rate                                    30 Days in Billing Period

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.



**This Statement is a Facsimile - Not an original**

X  0000001  R633339-D-19          999  N  Z  22  13/19/22      Page 3 of 5      05530    MA MA 13525      29610001000132502



EDWARD DENKER YOUNGS
BRIAN DENKER YOUNGS
35 PENNINGTON DRIVE
HUNTINGTON, NY 11743

50-7306/2214

11/17/13
Date

Pay to the Order of Chase $ 16,117.72

Sixteen thousand one hundred seventeen dollars and 72/100 Dollars

Bethpage
Federal Credit Union

NOT VALID FOR UNDER $500

For Saphire Card ending 9039

Edward Denker Youngs

⑆22[redacted]81700249⑈ 9005

HELOC account

from HELOC

**CHASE**

P.O. BOX 15123
WILMINGTON, DE
19850-5123

 000940000940969000000007

27776 BEX Z 32613 D
EDWARD J DENKER-YOUNGS
33 PENNINGTON DR
HUNTINGTON NY 11743-7122

| Payment Due Date: | 12/19/13 |
|---|---|
| New Balance: | $9,409.69 |
| Minimum Payment: | $94.00 |

Account number: XXXXXXX3 9039

$ _____ . _____ Amount Enclosed
Make your check payable to: Chase Card Services



CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

5000 XXXXXXXXXXXX 90396

**CHASE**
**SAPPHIRE**

Manage your account online:
www.chase.com

Customer Service:
1-800-493-3319

Mobile: Visit chase.com
on your mobile browser

### ACCOUNT SUMMARY

| | |
|---|---|
| Account Number: XXXXXXXX 9039 | |
| Previous Balance | $16,117.72 |
| Payment, Credits | -$32,238.49 |
| Purchases | +$25,530.46 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $9,409.69 |
| | |
| Opening/Closing Date | 10/23/13 - 11/22/13 |
| Credit Access Line | $20,000 |
| Available Credit | $10,590 |
| Cash Access Line | $4,000 |
| Available for Cash | $4,000 |
| | |
| Past Due Amount | $0.00 |
| Balance over the Credit Access Line | $0.00 |

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $9,409.69 |
| Payment Due Date | 12/19/13 |
| Minimum Payment Due | $94.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 23 years | $19,162 |
| $316 | 3 years | $11,465 (Savings=$7,697) |

If you would like information about credit counseling services, call 1-866-797-2885.

### YOUR ACCOUNT MESSAGES

**Important Note: Amounts over the Credit Access line will no longer be included in the Minimum Payment.** This change to the Minimum Payment will begin to appear on statements with closing dates after 11/16/2013. In the past, if the New Balance was over the Credit Access Line, the entire amount over the line would be included in the Minimum Payment. We are making this change to simplify the payment experience for our customers.

New York Residents: New York residents may contact the New York State Banking Department at 1-800-518-8866 to obtain a comparative list of credit card rates, fees and grace periods.

### ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 39,687 |
| + 1 Point per $1 on all other purchases | 25,528 |
| + 1 Point per $1 earned on dining | 78 |
| + Bonus points on Ultimate Rewards Travel | 0 |
| = Total points available for redemption | 65,293 |

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

As a Chase Sapphire customer you earn 1 point per dollar on all purchases, and an additional point for each dollar you spend when dining at restaurants. Plus, you earn an additional point per dollar spent when you book airfare and hotel accommodations online through Ultimate Rewards®. Learn more about your card benefits at www.chase.com/ultimaterewards

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 10/28 | Payment Thank You - Branch Check | -16,118.00 |
| 11/06 | KMART 9381 HUNTINGTON NY | -2.77 |
| 11/18 | Payment Thank You - Branch Check | -16,117.72 |

**This Statement is a Facsimile - Not an original**

0000691 FIS33339 D 7    000   N  Z  22  13/11/22    Page 1 of 3    06538   MA MA 27776    3251000907000277601
0419

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____  Zip: _____ _____

*Home Phone: _____ _____ _____  *Work Phone: _____ _____ _____

E-mail Address: _____

*When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us and companies working on our behalf to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. Message and data rates may apply. You may contact us anytime to change these preferences.

---

## To contact us regarding your account:

|  In U.S. for Customer Service |  |  | |
|---|---|---|---|
| Specialist 1-800-493-3319 | Send inquiries to: | Mail Payments to: | Visit Our Website: |
| Español 1-800-493-3319 | P.O. Box 15298 | P.O. Box 15153 | www.chase.com |
| TTY 1-800-955-8060 | Wilmington, DE 19850-5298 | Wilmington, DE 19886-5153 | |
| Pay by phone 1-800-436-7958 | | | |
| Outside U.S. call collect 1-614-776-7050 | | | |

---

### Information About Your Account

**Crediting of Payments:** You may make payments by any of the options listed below. The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments by regular U.S. mail. Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement. Do not send cash. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and these can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day by 5:00 p.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 p.m. local time at the Payments address on this statement, we will credit it to your Account as of the next calendar day.

You may make payments electronically through our website shown on this statement. If we receive your completed request on our website by 8 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 8 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

For all other payments or for any payment types here for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Accounts Information Reported to Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee and/or similar charge for issuance or availability of your account, it will be billed each year as monthly or quarterly installments. This fee and/or charge are owed whether or not you use your Account, and you agree to pay them when billed. The annual fee and charge are non-refundable unless you notify us that you wish to close your account within 30 days of our closing cycle (whichever is later) after we provide the statement on which the annual fee or charge is billed and at the same time, you pay your outstanding balance in full. If you do this, for a charge billed more often than annually such as a monthly service charge, you will not owe the last billed charge; however, for billed charges are non-refundable and must be paid as part of paying your outstanding balance in full. Your payment of the annual fee or charge does not affect our rights to close your Account and to limit your rights to make transactions on your Account. If your Account is closed by you or us, we will continue to impose the annual fee and/or charge until you pay your outstanding balance in full and terminate your Account relationship.

**Calculation of Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases, balance transfers, cash advances or certain advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer,

cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1) the date of the transaction – for new purchases, balance transfers, overdraft advances or cash advances;

2) the date the payee deposits the check – for new cash advance checks or balance transfer checks;

3) the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose – for fees.

**How to Avoid Paying Interest on Purchases:** Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance in full each month.

**What To Do if You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299 Wilmington, DE 19850-5299. You may also contact us on the web at chase.com.

In your letter, give us the following information:

- Account Information: Your name and Account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing or on the web at chase.com. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299 Wilmington, DE 19850-5299 or on the web at chase.com.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA11172013



# CHASE ◇
## SAPPHIRE®

 Manage your account online:
www.chase.com

 Customer Service:
1-800-493-3319

 Mobile: Visit chase.com
on your mobile browser

## ACCOUNT ACTIVITY                                    (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|

### PURCHASES

| | | |
|---|---|---|
| 10/21 | PROMINENT TICKET SERVICE 201-9099700 NJ | 2,232.60 |
| 10/22 | WALDBAUM'S #70236 HUNTINGTON NY | 54.52 |
| 10/24 | OKEECHOBEE CITGO WEST PALM BEA FL | 14.10 |
| 10/25 | WALDBAUM'S #70236 HUNTINGTON NY | 11.90 |
| 10/26 | HUNTINGTON HSP CAFETERIA 6313512000 NY | 7.00 |
| 10/26 | PARADIES #9120   Q02 W PALM BEACH FL | 26.50 |
| 10/27 | WALDBAUM'S #70236 HUNTINGTON NY | 7.23 |
| 10/26 | WALLSTREET CLEANERS HUNTINGTON NY | 75.00 |
| 10/27 | MARSHALLS #0107 HUNTINGTON NY | 28.21 |
| 10/30 | HAUSER II LANDSCAPES I 631-399-1528 NY | 5,000.00 |
| 10/29 | MCDONALD'S F12104 OYSTER BAY NY | 7.48 |
| 10/30 | OLD NAVY #0773 HUNTINGTON NY | 12.54 |
| 10/31 | GEICO 800-841-3000 DC | 234.19 |
| 10/31 | WALDBAUM'S #70236 HUNTINGTON NY | 12.32 |
| 10/30 | EXXONMOBIL   97497069 HUNTINGTON ST NY | 30.00 |
| 10/30 | KMART 9381 HUNTINGTON NY | 13.74 |
| 11/04 | MCDONALD'S F12104 OYSTER BAY NY | 6.50 |
| 11/04 | WALLSTREET CLEANERS HUNTINGTON NY | 15.75 |
| 11/05 | MACY'S EAST #0102 HUNTINGTN STA NY | 110.80 |
| 11/04 | SUNOCO 0699995700 HAUPPAUGE NY | 30.50 |
| 11/05 | MCDONALD'S F12104 OYSTER BAY NY | 7.27 |
| 11/06 | WALDBAUM'S #70236 HUNTINGTON NY | 10.28 |
| 11/05 | SUNOCO 0350676503 RONKONKOMA NY | 35.25 |
| 11/08 | PREMIER RESORT PROPERTIES 407-6253844 TN | 958.52 |
| 11/08 | DUANE READE #14256 DOUGLASTON NY | 16.00 |
| 11/08 | DUNKIN #342627   Q35 BROOKLYN NY | 3.46 |
| 11/08 | WALLSTREET CLEANERS HUNTINGTON NY | 8.75 |
| 11/09 | RITE AID STORE #10540 HUNTINGTON NY | 34.96 |
| 11/10 | PETCO 3742   63537427 HUNTINGTON NY | 90.67 |
| 11/11 | PANERA BREAD #4402 LITTLE NECK NY | 10.87 |
| 11/11 | MUNDAYS HUNTINGTON NY | 22.96 |
| 11/13 | HAUSER II LANDSCAPES I 631-399-1528 NY | 10,000.00 |
| 11/11 | CVS PHARMACY #11 HUNTINGTON NY | 13.49 |
| 11/13 | JAG SALON HUNTINGTON NY | 23.00 |
| 11/13 | MARSHALLS #0107 HUNTINGTON NY | 7.59 |
| 11/15 | IKEA LONG ISLAND HICKSVILLE NY | 108.57 |
| 11/18 | ARBYS 8384 BELLMORE NY | 5.41 |
| 11/16 | PETCO 3742   63537427 HUNTINGTON NY | 21.70 |
| 11/18 | WALDBAUM'S #70236 HUNTINGTON NY | 21.28 |
| 11/17 | 160 JACKSON AVE CORP SYOSSET NY | 20.00 |
| 11/18 | WOODBURY ANIMAL HOSP WOODBURY NY | 272.30 |
| 11/18 | HESS 32262 FARMINGDALE NY | 30.10 |
| 11/19 | LIBUTTI JEWELERS HUNTINGTON NY | 81.47 |
| 11/20 | HAUSER II LANDSCAPES I 631-399-1528 NY | 5,000.00 |
| 11/18 | SUBWAY   03303773 OYSTER BAY NY | 5.70 |
| 11/19 | WALLSTREET CLEANERS HUNTINGTON NY | 12.25 |
| 11/19 | CELEBRITY  CRUISES MIAMI FL | 738.48 |
| 11/19 | CVS PHARMACY #11 HUNTINGTON NY | 25.01 |
| 11/21 | WALDBAUM'S #70236 HUNTINGTON NY | 5.98 |
| 11/21 | MCDONALD'S F12104 OYSTER BAY NY | 8.24 |

| 2013 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2013 | $36.17 |
| Total interest charged in 2013 | $801.39 |

Year-to-date totals reflect all charges minus any refunds
applied to your account.

## INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 13.24% (v) | -0- | -0- |
| **CASH ADVANCES** | | | |
| Cash Advances | 19.24% (v) | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 13.24% (v) | -0- | -0- |

(v) = Variable Rate                                    **31 Days in Billing Period**

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.



**This Statement is a Facsimile - Not an original**

X 0000-001  FIS33339 D 7       000  N  Z  22  13/11/22       Page 5 of 3       69530   MA MA 27776   326160000070502777602

EDWARD DENKER-YOUNGS
BRIAN DENKER YOUNGS
33 PENNINGTON DRIVE
HUNTINGTON, NY 11743

9006
50-7365/2214

12/5/13

Pay to the
Order of _____ Chase _____ | $ 10,200.00

Ten thousand two hundred dollars and no cents

Bethpage B
Federal Credit Union
Bethpage, New York 11214

NOT VALID FOR UNDER $500

For _____ Acct ending 9039

Edward Denker Youngs

⑈221473652⑈ ⑈1700249⑈ 9006

HELOC
account



**CHASE** ◯

P.O. BOX 15123
WILMINGTON, DE
19850-5123

4X XXXXXXXXXX603900010900010920600000000

| | |
|---|---|
| Payment Due Date: | 01/19/14 |
| New Balance: | $10,920.96 |
| Minimum Payment: | $109.00 |

Account number XXXXXXX 23 9039

$_____  Amount Enclosed
Make your check payable to: Chase Card Services

13443 BEX Z 35613 O
EDWARD J DENKER-YOUNGS
33 PENNINGTON DR
HUNTINGTON NY 11743-7122

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

5OOXXXXXXX XXXXXXX 2390396

**CHASE** ◯
**SAPPHIRE**

| ▨ Manage your account online: | ▨ Customer Service: | ▨ Mobile: Visit chase.com |
|---|---|---|
| www.chase.com | 1-800-493-3319 | on your mobile browser |

## ACCOUNT SUMMARY

Account Number: 4X XXXX XXXX 9039

| | |
|---|---|
| Previous Balance | $9,409.69 |
| Payment, Credits | -$10,200.00 |
| Purchases | +$11,711.27 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $10,920.96 |
| | |
| Opening/Closing Date | 11/23/13 - 12/22/13 |
| Credit Access Line | $20,000 |
| Available Credit | $9,079 |
| Cash Access Line | $4,000 |
| Available for Cash | $4,000 |
| Past Due Amount | $0.00 |
| Balance over the Credit Access Line | $0.00 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $10,920.96 |
| Payment Due Date | 01/19/14 |
| Minimum Payment Due | $109.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 24 years | $22,351 |
| $370 | 3 years | $13,306 (Savings=$9,045) |

If you would like information about credit counseling services, call 1-866-797-2885.

## YOUR ACCOUNT MESSAGES

New York Residents: New York residents may contact the New York State Banking Department at 1-800-518-8866 to obtain a comparative list of credit card rates, fees and grace periods.

## ULTIMATE REWARDS® SUMMARY

| | | |
|---|---|---|
| Previous points balance | 65,293 | Start redeeming today. Visit Ultimate Rewards® at |
| + 1 Point per $1 on all other purchases | 11,712 | www.ultimaterewards.com |
| + 1 Point per $1 earned on dining | 88 | |
| + Bonus points on Ultimate Rewards Travel | 0 | |
| = Total points available for redemption | 77,093 | |

As a Chase Sapphire customer you earn 1 point per dollar on all purchases, and an additional point for each dollar you spend when dining at restaurants. Plus, you earn an additional point per dollar spent when you book airline and hotel accommodations online through Ultimate Rewards®. Learn more about your card benefits at www.chase.com/ultimaterewards

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 12/05 | Payment Thank You - Branch Check | -10,200.00 |
| **PURCHASES** | | |
| 11/24 | WALDBAUM'S #70235 HUNTINGTON NY | 9.45 |
| 11/23 | EXXONMOBIL  97497069 HUNTINGTON ST NY | 20.00 |
| 11/24 | CVS PHARMACY #11 HUNTINGTON NY | 14.68 |
| 11/25 | HAUSER II LANDSCAPES I 631-389-1528 NY | 5,000.00 |
| 11/25 | WALLSTREET CLEANERS HUNTINGTON NY | 12.25 |
| 11/25 | STAPLES    00102202 HUNTINGTON ST NY | 7.99 |

**This Statement is a Facsimile - Not an original**

0100001 FB33339 0 5
0419
900  N Z  22  13/1222        Page 1 of 3        08530  MA MA 13443   3551000005090134301

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____   Zip: _____ _____ - _____

*Home Phone: _____ _____ - _____ _____     *Work Phone: _____ _____ - _____ _____

E-mail Address: _____

*When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us and companies working on our behalf to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. Message and data rates may apply. You may contact us anytime to change these preferences.

---

### To contact us regarding your account:



**In U.S. for Customer Service**
Specialist      1-800-493-3319
Español         1-800-403-3318
TTY             1-800-955-8060
Pay by phone    1-800-436-7958
Outside U.S. call collect
                1-614-776-7050



**Send inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 15153
Wilmington, DE 19886-5153

**Visit Our Website:**
www.chase.com

---

### Information About Your Account

**Crediting of Payments:** You may make payments by any of the options listed below. The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments by regular U.S. mail. Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement. Do not send cash. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day by 5:00 p.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 p.m. local time at the Payments address on this statement, we will credit it to your Account as of the next calendar day.

You may make payments electronically through our website shown on this statement. If we receive your completed request on our website by 8 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 8 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

For all other payments or for any payment types above for which you do not follow our payment instructions, crediting of your payment may be delayed for up to 5 days.

**Accounts Information Reported to Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the inquiries address shown on this statement.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee and/or similar charge for issuance or availability of your account, it will be billed each year or in monthly or quarterly installments. This fee and/or charge is owed whether or not you use your Account, and you agree to pay them when billed. The annual fee and charge are non-refundable unless you notify us that you wish to close your account within 30 days of us billing it (whichever is less) after we provide the statement on which the annual fee or charge is billed and at the same time, you pay your outstanding balance in full. If you do this, for a charge billed more often than annually such as a monthly service charge, you will not owe the last billed charge; however, prior billed charges are non-refundable and must be paid as part of paying your outstanding balance in full. Your payment of the annual fee or charge does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, we will continue to impose the annual fee and/or charge until you pay your outstanding balance in full and terminate your Account relationship.

**Calculation of Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases, balance transfers, cash advances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer,

cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1) the date of the transaction – for new purchases, balance transfers, overdraft advances or cash advances;

2) the date the payee deposits the check – for new cash advance checks or balance transfer checks;

3) the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose – for fees

**How to Avoid Paying Interest on Purchases:** Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance in full each month.

**What To Do if You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299 Wilmington, DE 19850-5299. You may also contact us on the web at chase.com.

In your letter, give us the following information.

• Account information: Your name and Account number.

• Dollar amount: The dollar amount of the suspected error.

• Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing or on the web at chase.com. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299 Wilmington, DE 19850-5299 or on the web at chase.com.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA11172013

# CHASE ◇
## SAPPHIRE℠

 Manage your account online:
www.chase.com

 Customer Service:
1-800-493-9319

Mobile: Visit chase.com
on your mobile browser

## ACCOUNT ACTIVITY                              (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 11/27 | WALDBAUM'S #70236 HUNTINGTON NY | 32.65 |
| 11/27 | DOLE FUEL INC. 631-673-6182 NY | 729.80 |
| 11/27 | VOLKSWAGEN OF HUNTINGTON HUNTINGTON ST NY | 10.00 |
| 11/27 | DI RAIMO PIZZERIA HUNTINGTON NY | 27.59 |
| 11/27 | HUNTINGTON PLUMBING HUNTINGTON ST NY | 11.53 |
| 11/27 | VOLKSWAGEN OF HUNTINGTON HUNTINGTON ST NY | 19.67 |
| 11/28 | WALDBAUM'S #70236 HUNTINGTON NY | 19.96 |
| 11/27 | THE HOME DEPOT 1272 HUNTINGTON NY | 18.43 |
| 11/28 | WALDBAUM'S #70236 HUNTINGTON NY | 26.93 |
| 11/27 | EXXONMOBIL  97497069 HUNTINGTON ST NY | 20.00 |
| 11/30 | HAUSER II LANDSCAPES I 631-369-1528 NY | 4,500.00 |
| 11/29 | GEICO 800-841-3000 DC | 234.15 |
| 11/30 | WALDBAUM'S #70236 HUNTINGTON NY | 11.16 |
| 11/28 | KMART 9381 HUNTINGTON NY | 34.56 |
| 11/28 | KMART 9381 HUNTINGTON NY | 10.74 |
| 12/01 | WALDBAUM'S #70236 HUNTINGTON NY | 10.14 |
| 12/03 | WALLSTREET CLEANERS HUNTINGTON NY | 10.50 |
| 12/02 | GULF OIL 92042083 ROSLYN HEIGHT NY | 30.50 |
| 12/03 | THE VITAMIN SHOPPE XV LONG ISLAND NY | 44.98 |
| 12/06 | CVS PHARMACY #11 HUNTINGTON NY | 26.97 |
| 12/09 | WALDBAUM'S #70236 HUNTINGTON NY | 39.46 |
| 12/07 | KMART 9381 HUNTINGTON NY | 170.45 |
| 12/11 | USPS 3540550743100601 9 HUNTINGTON NY | 12.15 |
| 12/11 | WALLSTREET CLEANERS HUNTINGTON NY | 12.25 |
| 12/11 | THE HOME DEPOT 1272 HUNTINGTON NY | 3.13 |
| 12/12 | ALAN L ROSENBERG DDS FRESH MEADOWS NY | 250.00 |
| 12/12 | BOTTLES AND CASES HUNTINGTON NY | 52.95 |
| 12/12 | CVS PHARMACY #11 HUNTINGTON NY | 17.43 |
| 12/13 | EXXONMOBIL  97497069 HUNTINGTON ST NY | 50.00 |
| 12/14 | WALDBAUM'S #70236 HUNTINGTON NY | 22.19 |
| 12/13 | KING KULLEN #19 HUNTINGTN STA NY | 9.36 |
| 12/14 | BED BATH & BEYOND #03 HUNTINGTON ST NY | 26.03 |
| 12/16 | WILD BY NATURE 202 HUNTINGTON NY | 7.19 |
| 12/18 | NORTH SHORE GASTROENTEROL GREAT NECK NY | 20.00 |
| 12/18 | HESS 32320 OYSTER BAY NY | 30.10 |
| 12/19 | JAG SALON HUNTINGTON NY | 23.00 |
| 12/20 | CVS PHARMACY #11 HUNTINGTON NY | 10.85 |
| 12/20 | MARIO'S OYSTER BAY 516922911 NY | 60.00 |

## 2013 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2013 | $35.17 |
| Total interest charged in 2013 | $801.39 |

Year-to-date totals reflect all charges minus any refunds
applied to your account.

## INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 13.24% (v) | -0- | -0- |
| **CASH ADVANCES** | | | |
| Cash Advances | 10.24% (v) | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 13.24% (v) | -0- | -0- |

(v) = Variable Rate                                          **30 Days in Billing Period**

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to
Avoid Interest on: Purchases, and other important Information, as applicable.

**IMPORTANT NEWS**

Chase has many programs and benefits available to meet the
unique needs of our military customers, their families and
beneficiaries. For more information, visit ChaseMilitary.com
or call 1-877-469-0110. Overseas call collect 1-318-340-3308
TTY: 1-800-582-0542



EDWARD DENKER YOUNG
BRIAN DENKER YOUNG
33 PENNINGTON DRIVE
HUNTINGTON, NY 11743

9007

50-736/214

January 13, 2014

Date

Pay to the
Order of _____ Chase _____ | $ 10,925.00

Ten thousand nine hundred twenty five dollars _____ Dollars

NOT VALID FOR UNDER $500

Bethpage B
Federal Credit Union
Bethpage, New York 11735

For _____ Chase Card ending "9039" _____ Edward J Denker Young

⑆222147365271⑆ ⑈200249⑈ 9007

HELOC
account

From
My CU



41472█████████████9000059183400000003

P.O. BOX 15123
WILMINGTON, DE
19850-5123

| Payment Due Date: | 02/19/14 |
| New Balance: | $5,918.34 |
| Minimum Payment: | $59.00 |

Account number: █████████ 9039

$_____ Amount Enclosed
Make your check payable to: Chase Card Services

14942 BEX Z 02214 O
EDWARD J DENKER-YOUNGS
33 PENNINGTON DR
HUNTINGTON NY 11743-7122

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

500█████████████2098 2390396

## CHASE ○
## SAPPHIRE

Manage your account online: www.chase.com    Customer Service: 1-800-493-3319    Mobile: Visit chase.com on your mobile browser

### ACCOUNT SUMMARY

| | |
|---|---|
| Account Number: ████████ 9039 | |
| Previous Balance | $10,920.96 |
| Payment, Credits | -$10,994.51 |
| Purchases | +$5,991.89 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $5,918.34 |
| Opening/Closing Date | 12/23/13 - 01/22/14 |
| Credit Access Line | $20,000 |
| Available Credit | $14,081 |
| Cash Access Line | $4,000 |
| Available for Cash | $4,000 |
| Past Due Amount | $0.00 |
| Balance over the Credit Access Line | $0.00 |

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $5,918.34 |
| Payment Due Date | 02/19/14 |
| Minimum Payment Due | $59.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 19 years | $11,773 |
| $200 | 3 years | $7,211 (Savings=$4,562) |

If you would like information about credit counseling services, call 1-866-797-2885.

### YOUR ACCOUNT MESSAGES

New York Residents: New York residents may contact the New York State Banking Department at 1-800-518-8866 to obtain a comparative list of credit card rates, fees and grace periods.

### ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 77,093 |
| + 1 Point per $1 on all other purchases | 5,923 |
| + 1 Point per $1 earned on dining | 214 |
| + Bonus points on Ultimate Rewards Travel | 0 |
| + First Friday Dining Bonus | 13 |
| = Total points available for redemption | 83,243 |

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

As a Chase Sapphire customer you earn 1 point per dollar on all purchases, and an additional point for each dollar you spend when dining at restaurants. Plus, you earn an additional point per dollar spent when you book airfare and hotel accommodations online through Ultimate Rewards®. Learn more about your card benefits at www.chase.com/ultimaterewards

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 01/09 | BED BATH & BEYOND #03 HUNTINGTON ST NY | -58.51 |
| 01/14 | Payment Thank You - Branch Check | -10,925.00 |
| **PURCHASES** | | |
| 12/21 | THE HOME DEPOT 1272 HUNTINGTON NY | 19.42 |
| 12/21 | RACHEL'S HAIR SALON HUNTINGTON NY | 40.00 |
| 12/22 | DOLRTREE 5017 00050179 KISSIMMEE FL | 9.63 |
| 12/23 | TARGET    00022640 WINTER GARDEN FL | 27.19 |

**This Statement is a Facsimile - Not an original**

0000001 FIS33339 D S    000  N  Z  22  14/01/22    Page 1 of 3    06539  MA MA 14942  0221000035000494201
0419

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____    Zip: _____

*Home Phone: _____ _____ _____    *Work Phone: _____

E-mail Address: _____

*When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us and companies working on our behalf to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. Message and data rates may apply. You may contact us anytime to change these preferences.

---

## To contact us regarding your account:



In U.S. for Customer Service
Specialist       1-800-493-3319
Español          1-800-493-3319
TTY              1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
                 1-614-776-7050



Send inquiries to:
P.O. Box 15298
Wilmington, DE 19850-5298



Mail Payments to:
P.O. Box 15153
Wilmington, DE 19886-5153

Visit Our Website:
www.chase.com

---

### Information About Your Account

**Crediting of Payments:** You may make payments by any of the options listed below. The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments by regular U.S. mail. Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement. Do not send cash. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and it is received by us on any day by 5:00 p.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 p.m. local time at the Payments address on this statement, we will credit it to your Account as of the next calendar day.

You may make payments electronically through our website shown on this statement. If we receive your completed request on our website by 8 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 8 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported to Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the inquiries address shown on this statement.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment Address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee and/or similar charge for issuance or availability of your account, it will be billed each year or in monthly or quarterly installments. This fee and/or charge is owed whether or not you use your Account, and you agree to pay them when billed. The annual fee and charge are non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual fee or charge is billed and at the same time, you pay your outstanding balance in full. If you do this, for a charge billed more often than annually such as a monthly service charge, you will not owe the last billed charge; however, prior billed charges are non-refundable and must be paid as part of paying your outstanding balance in full. Your payment of the annual fee or charge does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, we will continue to impose the annual fee and/or charge until you pay your outstanding balance in full and terminate your Account relationship.

**Calculation of Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases, balance transfers, cash advances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer,

cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1) the date of the transaction – for new purchases, balance transfers, overdraft advances or cash advances;

2) the date the payee deposits the check – for new cash advance checks or balance transfer checks;

3) the date of a retail transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose – for fees

**How to Avoid Paying Interest on Purchases:** Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account in full each billing period by the date and time due, no interest is charged on new purchases month by month. Also, you will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance in full each month.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299 Wilmington, DE 19850-5299. You may also contact us on the web at chase.com.

In your letter, give us the following information:

- Account Information: Your name and Account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing or on the web at chase.com. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299 Wilmington, DE 19850-5299 or on the web at chase.com.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.



MA11172013

# CHASE ◇
# SAPPHIRE℠

 Manage your account online: www.chase.com

 Customer Service: 1-800-493-3319

Mobile: Visit chase.com on your mobile browser

## ACCOUNT ACTIVITY                                              (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 12/23 | IOA ADMI    01120203 ORLANDO FL | 345.04 |
| 12/24 | HESS 09573 LAKE BUENA VI FL | 9.78 |
| 12/24 | COLUMBIA HARBOR HOU LAKE BUENA VI FL | 22.44 |
| 12/24 | POPCORN LAKE BUENA VI FL | 3.75 |
| 12/24 | SUNSHINE TREE TERRA LAKE BUENA VI FL | 4.88 |
| 12/24 | AUTO PLAZA LAKE BUENA VI FL | 15.00 |
| 12/25 | MCDONALD'S M7106 KISSIMMEE FL | 7.67 |
| 12/26 | AUTO PLAZA LAKE BUENA VI FL | 15.00 |
| 12/27 | SOUTHWES   5262179507464 800-435-9792 TX | 34.10 |
|  | 122913 1 L          PBI          ISP |  |
| 12/28 | SHELL OIL 57542548102 KISSIMMEE FL | 16.56 |
| 12/28 | KWIK E M    01302108 ORLANDO FL | 8.00 |
| 12/28 | DD/BR #330930    Q35 KISSIMMEE FL | 16.82 |
| 12/31 | IKEA LONG ISLAND HICKSVILLE NY | 10.85 |
| 12/31 | RITE AID STORE #10640 HUNTINGTON NY | 19.29 |
| 12/31 | OLD NAVY #0773 HUNTINGTON NY | 16.92 |
| 01/01 | COZYMEL'S WESTBURY #16 WESTBURY NY | 95.34 |
| 12/31 | THE HOME DEPOT 1272 HUNTINGTON NY | 6.68 |
| 01/01 | DOLE FUEL INC. 631-573-6182 NY | 571.95 |
| 12/31 | KMART 9381 HUNTINGTON NY | 33.18 |
| 01/02 | WALDBAUM'S #70236 HUNTINGTON NY | 31.64 |
| 01/03 | NSHORHOSP AUBONPAIN248 MANHASSET NY | 12.58 |
| 01/02 | AT&T K008 9969 800-331-0500 PA | 543.10 |
| 01/02 | NSHORHOSP AUBONPAIN248 MANHASSET NY | 12.03 |
| 01/04 | MARSHALLS #0478 MELVILLE NY | 32.58 |
| 01/04 | HESS 32262 FARMINGDALE NY | 45.20 |
| 01/05 | THE HOME DEPOT 1272 HUNTINGTON NY | 20.57 |
| 01/06 | WALLSTREET CLEANERS HUNTINGTON NY | 19.75 |
| 01/06 | MARSHALLS #784 SYOSSET NY | 18.59 |
| 01/07 | CVS PHARMACY #11 HUNTINGTON NY | 13.26 |
| 01/07 | MCDONALD'S F12104 OYSTER BAY NY | 7.60 |
| 01/06 | MERCEDES BENZ OF HNGTN HUNTINGTON NY | 500.00 |
| 01/08 | BED BATH & BEYOND #03 HUNTINGTON ST NY | 92.67 |
| 01/08 | BED BATH & BEYOND #03 HUNTINGTON ST NY | 20.86 |
| 01/07 | MERCEDES BENZ OF HNGTN HUNTINGTON NY | 1,216.63 |
| 01/10 | NORTH SHORE UNIVERSITY HO 631-7198787 NY | 70.00 |
| 01/09 | LOCUST VALLEY DENTISTRY LOCUST VALLEY NY | 566.00 |
| 01/11 | SUNOCO 0327962700 SOUTH AMBOY NJ | 53.75 |
| 01/11 | THE HOME DEPOT 1272 HUNTINGTON NY | 60.37 |
| 01/08 | AT&T K008 9969 8003310500 PA | 54.30 |
| 01/13 | GEICO 800-841-3000 DC | 241.51 |
| 01/15 | WALDBAUM'S #70236 HUNTINGTON NY | 25.04 |
| 01/16 | GEICO 800-841-3000 DC | 116.80 |
| 01/16 | JAG SALON HUNTINGTON NY | 23.00 |
| 01/16 | HESS 32326 OYSTER BAY NY | 40.10 |
| 01/16 | MCDONALD'S F12104 OYSTER BAY NY | 7.59 |
| 01/17 | THE HOME DEPOT 1272 HUNTINGTON NY | 18.09 |
| 01/19 | RITE AID STORE #10640 HUNTINGTON NY | 8.29 |
| 01/18 | LANDMARK DINER ROSLYN NY | 22.43 |
| 01/20 | DOLE FUEL INC. 631-573-6182 NY | 567.34 |
| 01/20 | WALDBAUM'S #70236 HUNTINGTON NY | 47.44 |
| 01/21 | WALDBAUM'S #70236 HUNTINGTON NY | 12.44 |
| 01/20 | HUNTINGTON VILLAGE GAS HUNTINGTON NY | 50.00 |
| 01/20 | HUNTINGTON VILLAGE GAS HUNTINGTON NY | 45.00 |
| 01/20 | CVS PHARMACY #11 HUNTINGTON NY | 14.91 |
| 01/20 | THE HOME DEPOT 1272 HUNTINGTON NY | 8.74 |

| 2014 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2014 | $0.00 |
| Total interest charged in 2014 | $0.00 |

Year-to-date totals reflect all charges minus any refunds applied to your account.

24 of 41

## INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 13.24% (v) | -0- | -0- |
| **CASH ADVANCES** | | | |
| Cash Advances | 19.24% (v) | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 13.24% (v) | -0- | -0- |

(v) = Variable Rate

**31 Days in Billing Period**

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.



**This Statement is a Facsimile - Not an original**

X  0000001  FIS33339 D 5          000   N   Z   22   14/01/22          Page 3 of 3          05530   MA MA  14042          0221000005000H404292

EDWARD DENKER-YOUNGS
BRIAN DENKER-YOUNGS
39 PENNINGTON DRIVE
HUNTINGTON, NY 11743

5007355214

February 14, 2014

Pay to the
Order of    *Chase Card Services*    | $ 5918.34

*Five thousand one hundred eighteen dollars and 34/100*

**Bethpage** B
Federal Credit Union
Bethpage, New York 11714

NOT VALID FOR UNDER $500

For

*Edward Denker-Young*

⑆2214795⑆ ⬛⬛⬛⬛⬛⬛⬛⬛ 90249⑈ 9008

HELOC
account

From
HELO



**CHASE**

P.O. BOX 15123
WILMINGTON, DE
19850-5123

████████████000056000056990300000004

| | |
|---|---|
| Payment Due Date: | 03/19/14 |
| New Balance: | $5,699.03 |
| Minimum Payment: | $56.00 |

Account number ████████ 9039

$_____  Amount Enclosed
Make your check payable to: Chase Card Services

26871 BEX Z 05314 D
EDWARD J DENKER-YOUNGS
33 PENNINGTON DR
HUNTINGTON NY 11743-7122

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

5000 ████████ 390396

**CHASE**
**SAPPHIRE***

Manage your account online: www.chase.com
Customer Service: 1-800-493-3319
Mobile: Visit chase.com on your mobile browser

## ACCOUNT SUMMARY

Account Number: 4███████ 9039

| | |
|---|---|
| Previous Balance | $5,918.34 |
| Payment, Credits | -$5,664.92 |
| Purchases | +$5,444.04 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | +$1.57 |
| Interest Charged | $0.00 |
| New Balance | $5,699.03 |
| Opening/Closing Date | 01/23/14 - 02/22/14 |
| Credit Access Line | $20,000 |
| Available Credit | $14,300 |
| Cash Access Line | $4,000 |
| Available for Cash | $4,000 |
| Past Due Amount | $0.00 |
| Balance over the Credit Access Line | $0.00 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $5,699.03 |
| Payment Due Date | 03/19/14 |
| Minimum Payment Due | $56.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 19 years | $11,306 |
| $193 | 3 years | $6,044 (Savings=$4,362) |

If you would like information about credit counseling services, call 1-866-797-2885.

## YOUR ACCOUNT MESSAGES

New York Residents: New York residents may contact the New York State Banking Department at 1-800-518-8866 to obtain a comparative list of credit card rates, fees and grace periods.

## ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 83,243 |
| + 1 Point for $1 on all other purchases | 5,698 |
| + 1 Point per $1 earned on dining | 198 |
| + Bonus points on Ultimate Rewards Travel | 1,060 |
| = Total points available for redemption | 90,199 |

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

As a Chase Sapphire customer you earn 1 point per dollar on all purchases, and an additional point for each dollar you spend when dining at restaurants. Plus, you earn an additional point per dollar spent when you book airfare and hotel accommodations online through Ultimate Rewards®. Learn more about your card benefits at www.chase.com/ultimaterewards

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 01/25 | THE HOME DEPOT 1272 HUNTINGTON NY | -5.40 |
| 01/27 | THE HOME DEPOT 1272 HUNTINGTON NY | -2.80 |
| 02/01 | THE HOME DEPOT 1272 HUNTINGTON NY | -8.88 |
| 02/06 | CELEBRITY CRUISES MIAMI FL | -99.75 |
| 02/06 | CELEBRITY CRUISES MIAMI FL | -265.00 |
| 02/06 | CELEBRITY CRUISES MIAMI FL | -265.00 |
| 02/06 | CELEBRITY CRUISES MIAMI FL | -99.75 |
| 02/14 | Payment Thank You - Branch Check | -5,918.34 |

**This Statement Is a Facsimile - Not an original**

0000591 FIS33339 D S    600  N Z 22 14/02/22    Page 1 of 3    08530  MA MA 23871   0521060056002837101
0419 WI515525

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____   Zip: _____

*Home Phone: _____ _____ _____   *Work Phone: _____ _____ _____

E-mail Address: _____

*When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us and companies working on our behalf to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. Message and data rates may apply. You may contact us anytime to change these preferences.

---

**To contact us regarding your account:**



In U.S. for Customer Service
Specialist    1-800-493-3319
Español       1-800-493-3319
TTY           1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
              1-614-776-7050

Send Inquiries to:
P.O. Box 15298
Wilmington, DE 19850-5298

Mail Payments to:
P.O. Box 15153
Wilmington, DE 19886-5153

Visit Our Website:
www.chase.com

---

### Information About Your Account

**Crediting of Payments:** You may make payments by any of the options listed below. The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments by regular U.S. mail. Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement. Do not send cash. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon, and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day by 5:00 p.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 p.m. local time at the Payments address on this statement, we will credit it to your Account as of the next calendar day.

You may make payments electronically through our website shown on this statement. If we receive your completed request on our website by 8 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 8 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported to Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the inquiries address shown on this statement.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee and/or similar charge for issuance or availability of your account, it will be billed each year on a monthly or quarterly installments. This fee and/or charge is owed whether or not you use your Account, and you agree to pay them when billed. The annual fee and charge are non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual fee or charge is billed and at the same time, you pay your outstanding balance in full. If you do this, for a charge billed more often than annually such as a monthly service charge, you will not owe the last billed charge; however, prior billed charges are non-refundable and must be paid as part of paying your outstanding balance in full. Your payment of the annual fee or charge does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, we will continue to impose the annual fee and/or charge until you pay your outstanding balance in full and terminate your Account relationship.

**Calculation of Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases, balance transfers, cash advances or overdraft advances). These calculations may combine different categories with the same periodic rate. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer,

cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1) the date of the transaction – for new purchases, balance transfers, overdraft advances or cash advances;

2) the date the payee deposits the check – for new cash advance checks or balance transfer checks;

3) the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose – for fees

**How to Avoid Paying Interest on Purchases:** Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your amount is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance in full each month.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299 Wilmington, DE 19850-5299. You may also contact us on the web at chase.com.

In your letter, give us the following information:

- *Account information:* Your name and Account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing or on the web at chase.com. You may call us, but if you do so we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299 Wilmington, DE 19850-5299 or on the web at chase.com.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.



MA11172013

CHASE 
SAPPHIRE

Manage your account online:    Customer Service:    Mobile: Visit chase.com
www.chase.com                   1-800-495-3319       on your mobile browser

## ACCOUNT ACTIVITY                              (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|

**PURCHASES**

| | | |
|---|---|---|
| 01/21 | MCDONALD'S F12104 OYSTER BAY NY | 6.05 |
| 01/22 | WALLSTREET CLEANERS HUNTINGTON NY | 12.25 |
| 01/24 | CL *CHASE TRAVEL 208-429-2349 ID | 628.00 |
| 01/24 | CL *CHASE TRAVEL 208-429-2349 ID | 432.00 |
| 01/24 | THE HOME DEPOT 1272 HUNTINGTON NY | 11.23 |
| 01/25 | SPIRIT AIRL 48700863339019 MIRAMAR FL | 10.00 |
| | 022314 I Y          FLL     LGA | |
| 01/23 | SOUTHWES  5262186549415 800-435-9792 TX | 34.20 |
| | 021214 I L          ISP     PBI | |
| 01/23 | HESS 32329 OYSTER BAY NY | 40.00 |
| 01/25 | WALLSTREET CLEANERS HUNTINGTON NY | 5.75 |
| 01/26 | WALDBAUMS #70236 HUNTINGTON NY | 11.37 |
| 01/26 | THE HOME DEPOT 1272 HUNTINGTON NY | 11.88 |
| 01/27 | REDBOX *DVD RENTAL 866-733-2693 IL | 2.61 |
| 01/27 | CELEBRITY CRUISES MIAMI FL | 199.50 |
| 01/27 | CELEBRITY CRUISES MIAMI FL | 128.80 |
| 01/26 | THE HOME DEPOT 1272 HUNTINGTON NY | 12.64 |
| 01/28 | STOP & SHOP #569 OYSTER BAY NY | 16.70 |
| 01/30 | HESS 32329 OYSTER BAY NY | 30.00 |
| 01/31 | IHOP 4624 MANHASSET NY | 25.38 |
| 01/31 | NORTH SHORE GASTROENTEROL GREAT NECK NY | 20.00 |
| 01/31 | NORTH SHORE GASTROENTEROL GREAT NECK NY | 20.00 |
| 02/01 | RITE AID STORE #10640 HUNTINGTON NY | 14.16 |
| 02/01 | AQUA CAR WASH HUNTINGTON NY | 24.16 |
| 02/01 | THE HOME DEPOT 1272 HUNTINGTON NY | 8.88 |
| 02/01 | RACHEL'S HAIR SALON HUNTINGTON NY | 70.00 |
| 02/03 | WALDBAUMS #70236 HUNTINGTON NY | 25.60 |
| 02/03 | KMART 9381 HUNTINGTON NY | 36.89 |
| 02/03 | GEICO 800-841-3000 DC | 241.40 |
| 02/04 | EXXONMOBIL  97497069 HUNTINGTON ST NY | 40.00 |
| 02/05 | NORTH SHORE GASTROENTEROL GREAT NECK NY | 20.00 |
| 02/05 | NORTH SHORE GASTROENTEROL GREAT NECK NY | 20.00 |
| 02/06 | SPICE VILLAGE GRILL HUNTINGTON NY | 53.71 |
| 02/06 | CELEBRITY CRUISES MIAMI FL | 530.00 |
| 02/06 | CELEBRITY CRUISES MIAMI FL | 258.00 |
| 02/05 | INT*BRIDAL PLANNER GROUP, 631-320-3450 NY | 1,195.00 |
| 02/06 | CELEBRITY CRUISES MIAMI FL | 228.00 |
| 02/06 | LOCUST VALLEY DENTISTRY LOCUST VALLEY NY | 800.00 |
| 02/08 | WALDBAUMS #70236 HUNTINGTON NY | 12.86 |
| 02/08 | RELIANCE PETRO PRODUCTS MELVILLE NY | 50.00 |
| 02/09 | WALDBAUMS #70236 HUNTINGTON NY | 11.94 |
| 02/09 | NORDSTROM RACK #0514 HUNTINGTON NY | 73.21 |
| 02/09 | MARSHALLS #0107 HUNTINGTON NY | 29.32 |
| 02/09 | REINWALD'S BAKERY HUNTINGTON NY | 17.45 |
| 02/09 | FRANCESCO'S BAKERY BETHPAGE NY | 25.84 |
| 02/09 | MODELL'S #182 HUNTINGTON ST NY | 78.79 |
| 02/10 | HESS 32329 OYSTER BAY NY | 30.00 |
| 02/12 | HUNTINGTONS ONE STOP MARK HUNTINGTON NY | 11.00 |
| 02/11 | ORANGE AND WHITE TAXI HUNTINGTON ST NY | 72.00 |
| 02/11 | HESS 32262 FARMINGDALE NY | 50.00 |
| 02/12 | WALDBAUMS #70236 HUNTINGTON NY | 16.70 |
| 02/13 | DOLE FUEL INC. 631-673-6182 NY | 602.70 |
| 02/12 | JAG SALON HUNTINGTON NY | 23.00 |
| 02/15 | ARBYS 9520 LINTHICUM MD | 5.50 |
| 02/14 | THE HOME DEPOT 1272 HUNTINGTON NY | 5.43 |
| 02/14 | KMART 9381 HUNTINGTON NY | 31.04 |
| 02/15 | YELLOW CAB FT LAUDERDALE FL | 20.76 |
| 02/18 | LE CARRE A1ST BARTHELE | 52.34 |
| | 02/20  EURO | |
| | 38.00 X 1.377368421 (EXCHG RATE) | |

## FEES CHARGED

| | | |
|---|---|---|
| 02/20 | FOREIGN TRANSACTION FEE | 1.57 |
| | LE CARRE         A1ST BARTHELE $52.34 | |
| | TOTAL FEES FOR THIS PERIOD | $1.57 |

| 2014 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2014 | $1.57 |
| Total interest charged in 2014 | $0.00 |

Year-to-date totals reflect all charges minus any refunds
applied to your account.

## INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 13.24% (v) | -0- | -0- |
| **CASH ADVANCES** | | | |
| Cash Advances | 19.24% (v) | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 13.24% (v) | -0- | -0- |

(v) = Variable Rate                                    **31 Days in Billing Period**

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to
Avoid Interest on Purchases, and other important information, as applicable.



**This Statement is a Facsimile - Not an original**

X  0000001  FIS33339 D 5          800   N   Z   22   14/02/22          Page 3 of 3          05530   MA MA  20871   05210000600002887102

EDWARD DENKER-YOUNGS
BRIAN DENKER YOUNGS
33 PENNINGTON DRIVE
HUNTINGTON, NY 11743

9009
50-7205/2214

3/18/14    Date

Pay to the Order of    Chase Card Services    | $ 2500.00

Two thousand five hundred dollars and 00/100    Dollars

**Bethpage** 🅑
Federal Credit Union
Bethpage, New York 11714

NOT VALID FOR UNDER $500

For _____    Edward J Denker Youngs

⑆221473852⑆          ⑈00249⑈ 9009

From

HELOC

JPMorgan Chase                12/29/2014  4:44:08 PM   PAGE  147/041   Fax Server



P.O. BOX 15123
WILMINGTON, DE
19850-5123

| | |
|---|---|
| Payment Due Date: | 04/19/14 |
| New Balance: | $4,466.87 |
| Minimum Payment: | $77.00 |

Account number:                    9039

$_____  Amount Enclosed
Make your check payable to: Chase Card Service

28624 BEX Z 58114 D
EDWARD J DENKER-YOUNGS
33 PENNINGTON DR
HUNTINGTON NY  11743-7122

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE  19886-5153

## CHASE SAPPHIRE

Manage your account online:  www.chase.com
Customer Service: 1-800-493-3319
Mobile: Visit chase.com on your mobile browser

### ACCOUNT SUMMARY

Account Number: 4          9039

| | |
|---|---|
| Previous Balance | $5,699.03 |
| Payment, Credits | -$5,350.24 |
| Purchases | +$4,083.76 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | +$1.68 |
| Interest Charged | +$32.64 |
| New Balance | $4,466.87 |
| | |
| Opening/Closing Date | 02/23/14 - 03/22/14 |
| Credit Access Line | $20,000 |
| Available Credit | $15,533 |
| Cash Access Line | $4,000 |
| Available for Cash | $4,000 |
| | |
| Past Due Amount | $0.00 |
| Balance over the Credit Access Line | $0.00 |

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $4,466.87 |
| Payment Due Date | 04/19/14 |
| Minimum Payment Due | $77.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 17 years | $8,663 |
| $151 | 3 years | $5,442 (Savings=$3,221) |

If you would like information about credit counseling services, call 1-866-797-2885.

### YOUR ACCOUNT MESSAGES

New York Residents:  New York residents may contact the New York State Banking Department at 1-800-518-8866 to obtain a comparative list of credit card rates, fees and grace periods.

### ULTIMATE REWARDS® SUMMARY

| | | |
|---|---|---|
| Previous points balance | 90,199 | Start redeeming today. Visit Ultimate Rewards® at |
| + 1 Point per $1 on all other purchases | 4,034 | www.ultimaterewards.com |
| + 1 Point per $1 earned on dining | 40 | |
| + Bonus points on Ultimate Rewards Travel | 0 | |
| - Points redeemed this statement period | 90,199 | |
| = Total points available for redemption | 4,074 | |

As a Chase Sapphire customer you earn 1 point per dollar on all purchases, and an additional point for each dollar you spend when dining at restaurants. Plus, you earn an additional point per dollar spent when you book airfare and hotel accommodations online through Ultimate Rewards®. Learn more about your card benefits at www.chase.com/ultimaterewards

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 03/03 | REDEMPTION CREDIT | -501.99 |
| 03/06 | GEICO WASHINGTON DC | -50.22 |
| 03/14 | Payment Thank You Bill Pay Service | -898.03 |
| 03/18 | Payment Thank You - Branch Check | -2,500.00 |
| 03/19 | Payment Thank You - Web | -1,000.00 |
| **PURCHASES** | | |
| 02/20 | PUERTO RICO EAST GO LUQUILLO | 38.94 |

**This Statement is a Facsimile - Not an original**

0509091  FIS33339 D 5          903  N  Z  22  14/03/22          Page 1 of 3          08530  MA MA 28624   0001960005002852401
0419

14 of 41

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____   Zip: _____ - _____

*Home Phone: _____ - _____ - _____   *Work Phone: _____ - _____ - _____

E-mail Address: _____

*When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us and companies working on our behalf to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. Message and data rates may apply. You may contact us anytime to change these preferences.

## To contact us regarding your account:



| | | |
|---|---|---|
| In U.S. for Customer Service<br>Specialist      1-800-493-3319<br>Español      1-800-493-3319<br>TTY      1-800-955-8060<br>Pay by phone 1-800-436-7958<br>Outside U.S. call collect<br>1-614-776-7050 | **?**<br>Send inquiries to:<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | ✉<br>Mail Payments to:<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | 🖳<br>Visit Our Website:<br>www.chase.com |

### Information About Your Account



**Crediting of Payments:** You may make payments by any of the options listed below. The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments by regular U.S. mail. Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement. Do not send cash. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day by 5:00 p.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 p.m. local time at the Payments address on this statement, we will credit it to your Account as of the next calendar day.

You may make payments electronically through our website shown on this statement. If we receive your completed request on our website by 8 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 8 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

For all other payments or for any payment types above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported to Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the business address shown on this statement.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15048, Wilmington, DE 19850-5048. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee and/or similar charge for issuance or availability of your account, it will be billed each year or in monthly or quarterly installments. This fee and/or charge are owed whether or not you use your Account, and you agree to pay them when billed. The annual fee and charge are non-refundable unless you notify us that you wish to close your account within 30 days or are billing cycle (whichever is less) after we provide the statement on which the annual fee or charge is billed and at the same time, you pay your outstanding balance in full. If you do this, for a charge billed more often than annually such as a monthly service charge, you will not owe the last billed charge; however, any billed charges are non-refundable and must be paid as part of paying your outstanding balance in full. Your payment of the annual fee or charges does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, we will continue to impose the annual fee and/or charge until you pay your outstanding balance in full and terminate your Account relationship.

**Calculation of Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases, balance transfers, cash advances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer,

cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 2% of the U.S. dollar amount of any foreign transaction for some accounts. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1) the date of the transaction – for new purchases, balance transfers, overdraft advances or cash advances;

2) the date the payee deposits the check – for new cash advance checks or balance transfer checks;

3) the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose – for fees

**How to Avoid Paying Interest on Purchases:** Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, you will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance in full each month.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299 Wilmington, DE 19850-5299. You may also contact us on the web at chase.com.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing or on the web at chase.com. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you in delinquency on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchase**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299 Wilmington, DE 19850-5299 or on the web at chase.com.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA11172013

JPMorgan Chase          12/29/2014 4:44:08 PM   PAGE  167041   Fax Server

# CHASE ◇
## SAPPHIRE®

| | | |
|---|---|---|
| Manage your account online: www.chase.com | Customer Service: 1-800-495-3319 | Mobile: Visit chase.com on your mobile browser |

## ACCOUNT ACTIVITY                                    (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 02/21 | MARGARITAVILLE (TURKS) L GRAND TURK | 22.74 |
| 02/23 | PKG MULTI SP MTRS FORT LAUDERDA FL | 1.25 |
| 02/23 | CELEBRITY CENTURY MIAMI FL | 955.36 |
| 02/23 | SPIRIT AIRL 4870097273643 MIRAMAR FL | 90.00 |
| | 022314 1 Y          FLL      LGA | |
| 02/23 | EZ RENT A CAR FTL FORT LAUDERDALE FL | 28.45 |
| 02/24 | THE HOME DEPOT 1272 HUNTINGTON NY | 12.80 |
| 02/25 | HESS 32329 OYSTER BAY NY | 20.00 |
| 02/27 | WALLSTREET CLEANERS HUNTINGTON NY | 35.50 |
| 02/26 | MCDONALD'S F12164 OYSTER BAY NY | 7.59 |
| 02/27 | HESS 32329 OYSTER BAY NY | 28.75 |
| 02/28 | GEICO 800-841-3000 DC | 236.40 |
| 02/28 | WALDBAUMS #70236 HUNTINGTON NY | 26.21 |
| 03/02 | HESS 32329 OYSTER BAY NY | 25.00 |
| 03/03 | CABLEVISION #7801 631-267-6900 NY | 3.48 |
| 03/04 | CVS PHARMACY #11 HUNTINGTON NY | 5.00 |
| 03/05 | HESS 32329 OYSTER BAY NY | 30.00 |
| 03/05 | THE MARENA GROUP-INTERNET 770-6226925 GA | 151.00 |
| 03/07 | JAG SALON HUNTINGTON NY | 23.00 |
| 03/11 | NORTH SHORE-LU MEDICAL G 888-2144066 NY | 45.00 |
| 03/10 | MEDICAL MANAGEMENT PROFE 800-700-1924 TN | 833.00 |
| 03/10 | MEDICAL MANAGEMENT PROFE 800-700-1924 TN | 833.00 |
| 03/09 | THE HOME DEPOT 1272 HUNTINGTON NY | 4.27 |
| 03/11 | NORTH SHORE-LU MEDICAL G 888-2144066 NY | 40.00 |
| 03/11 | WALLSTREET CLEANERS HUNTINGTON NY | 15.75 |
| 03/10 | KMART 9281 HUNTINGTON NY | 11.80 |
| 03/11 | HESS 32329 OYSTER BAY NY | 55.00 |
| 03/12 | USPS 35246007331912642 EAST NORWICH NY | 7.61 |
| 03/12 | RITE AID STORE #10640 HUNTINGTON NY | 7.03 |
| 03/13 | AIR INDIA MUMBAI | 56.01 |
| | 03/15  INDIAN RUPEE 2,420.00 X 0.016377192 (EXCHG RATE) | |
| 03/14 | GEICO 800-841-3000 DC | 134.82 |
| 03/14 | EXXONMOBIL  97497069 HUNTINGTON ST NY | 30.00 |
| 03/14 | WALDBAUMS #70236 HUNTINGTON NY | 22.63 |
| 03/16 | BWI*BOINGO WIRELESS 800-880-4117 CA | 7.95 |
| 03/15 | RACHEL'S HAIR SALON HUNTINGTON NY | 90.00 |
| 03/18 | WALDBAUMS #70236 HUNTINGTON NY | 22.71 |
| 03/19 | WALDBAUMS #70236 HUNTINGTON NY | 14.68 |
| 03/18 | SUBWAY     04303772 OYSTER BAY NY | 9.23 |
| 03/20 | BABIES R US #5357 WESTBURY NY | 101.50 |

## FEES CHARGED

| | | |
|---|---|---|
| 03/16 | FOREIGN TRANSACTION FEE | 1.68 |
| | AIR INDIA        MUMBAI $56.01 | |
| | TOTAL FEES FOR THIS PERIOD | $1.68 |

## INTEREST CHARGED

| | | |
|---|---|---|
| 03/21 | PURCHASE INTEREST CHARGE | 32.64 |
| | TOTAL INTEREST FOR THIS PERIOD | $32.64 |

| 2014 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2014 | $3.25 |
| Total Interest charged in 2014 | $32.64 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 13.24% (v) | $3,214.28 | $32.64 |
| **CASH ADVANCES** | | | |
| Cash Advances | 19.24% (v) | -0- | -0- |

## INTEREST CHARGES                                    (CONTINUED)

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 13.24% (v) | -0- | -0- |

(v) = Variable Rate                                                                **28 Days in Billing Period**

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.



**This Statement is a Facsimile - Not an original**

X  0900001  FIS33339 D 5            000   N   Z   22   14/00/22        Page 3 of 3        01530    MA MA  22424    5601000050050862492

EDWARD DENKER-YOUNGS
BRIAN DENKER YOUNGS
33 PENNINGTON DRIVE
HUNTINGTON, NY 11743

9010
50-7365/2214

4/15/14  *Date*

Pay to the
Order of  *Citi Cards*                                          $ *9000.00*

*Nine thousand dollars and no cents*          Dollars

Bethpage *B*
Federal Credit Union
Bethpage, New York 11714

NOT VALID FOR UNDER $500

For *Acct ending 8015*          *Edward Denker Youngs*

⑆221473652⑆ :00         ⑈0249⑈ 9010

from
HELOC

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G26Jan15-602



**CHASE O**

March 27, 2014 through April 24, 2014
Account Number:    09▪▪▪▪▪▪▪▪461680

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1164 ^ | | 03/27 | $25.00 |
| 1166 * ^ | | 04/14 | 225.00 |
| 1228 * ^ | | 04/07 | 20.00 |
| 1229 ^ | | 04/24 | 300.00 |
| 1280 ^ | | 04/16 | 20.00 |
| **Total Checks Paid** | | | **$590.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/07 | Card Purchase With Pin  04/06 Stop & Shop #511 Woodbury NY Card 5181 | $156.19 |
| | **Total ATM & Debit Card Withdrawals** | **$156.19** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | 04/01 Online Payment 3839237688 To Lindsay Park Housing Corp | $823.15 |
| 04/04 | JPMorgan Chase  Chase ACH              PPD ID: 1000008113 | 2,788.35 |
| 04/07 | 04/04 Online Payment 3847192655 To Citibank Mastercard | 300.00 |
| 04/07 | Mbfs.Com       Auto Pay          PPD ID: 8751436001 | 559.32 |
| 04/07 | Discover        E-Payment         PPD ID: 3510020270 | 200.00 |
| 04/08 | 04/08 Online Payment 3834651631 To Psegli | 231.00 |
| 04/10 | 04/10 Online Payment 3847192295 To Wells Fargo Card Services | 140.00 |
| 04/14 | 04/14 Online Payment 3855017760 To Bank of America | 300.00 |
| 04/17 | 04/17 Online Payment 3855017764 To Bank of America | 325.25 |
| 04/17 | 04/17 Online Payment 3854972998 To Discover Card | 250.00 |
| 04/17 | 04/17 Online Payment 3854973002 To Home Depot Credit Services | 50.00 |
| 04/18 | 04/18 Payment To Chase Card Ending IN 9039 | 4,000.00 |
| 04/21 | 04/18 Online Payment 3873057732 To Internal Revenue  Service | 400.00 |
| | **Total Electronic Withdrawals** | **$10,367.07** |



**CHASE** ⬡

February 28, 2014 through March 28, 2014
Account Number: 0░░░░░░░61680

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/28 | 02/28 Online Payment 3777838551 To Lindsay Park Housing Corp | $823.21 |
| 03/03 | 03/03 Online Payment 3785172967 To Discover Card | 207.00 |
| 03/04 | JPMorgan Chase  Chase ACH          PPD ID: 1000008113 | 2,788.35 |
| 03/07 | Mbfs.Com       Auto Pay          PPD ID: 8751436001 | 559.32 |
| 03/13 | 03/13 Online Payment 3785418231 To Psegli | 531.00 |
| 03/13 | 03/13 Online Payment 3785418227 To Citi Cards | 471.58 |
| 03/13 | 03/13 Online Payment 3777841670 To Verizon | 106.00 |
| 03/14 | 03/14 Online Payment 3785555648 To Home Depot Credit Services | 126.00 |
| 03/14 | 03/14 Online Payment 3785403186 To Discover Card | 125.00 |
| 03/17 | 03/16 Online Payment 3809143112 To Wells Fargo Card Services | 100.00 |
| 03/17 | 03/16 Online Payment 3809143183 To Bank of America | 180.00 |
| 03/17 | 03/16 Online Payment 3809143214 To Internal Revenue Service | 400.00 |
| 03/19 | 03/19 Payment To Chase Card Ending In 9039 | 1,000.00 |

**Total Electronic Withdrawals**            **$7,417.46**

A monthly Service Fee was not charged to your Chase Total Checking account. Here are the four ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more**
  (Your total direct deposits this period were $2,600.00. Note: some deposits may be listed on your previous statement)

- **OR, keep a minimum daily balance in your checking account of $1,500.00 or more**
  (Your minimum daily balance was $2,521.00)

- **OR, keep an average qualifying deposit and investment balance of $5,000.00 or more**
  (Your average qualifying deposit and investment balance was $4,157.00)

- **OR, pay at least $25.00 in qualifying checking-related services or fees.**
  (Your total qualifying checking-related services or fees paid were $0.00)

26-Jan-15

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G26Jan15-602

26Jan15-602

## CHASE ○

April 25, 2014 through May 27, 2014
Account Number: ⬛⬛⬛⬛⬛⬛⬛⬛⬛680

### CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1089 ^ | | 05/23 | ·$173.80 |
| 1165 *^ | | 05/13 | 20.00 |
| 1167 *^ | | 05/13 | 20.00 |
| 1168 ^ | | 05/23 | 20.00 |
| **Total Checks Paid** | | | **$233.80** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

### ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/05 | Card Purchase | 05/02 Dunkin #302706    Q35 Huntington NY Card 5181 | $4.73 |
| 05/19 | Card Purchase | 05/17 Waldbaum's #70236 Huntington NY Card 5181 | 90.39 |
| **Total ATM & Debit Card Withdrawals** | | | **$95.12** |

### ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/28 | 04/27 Online Payment 3886668843 To Pm Enterprises | $120.00 |
| 05/01 | 05/01 Online Payment 3869559083 To Psegli | 511.00 |
| 05/02 | 05/01 Online Payment 3896687017 To Lindsay Park Housing Corp | 894.38 |
| 05/02 | 05/02 Online Payment 3873607842 To Discover Card | 100.00 |
| 05/05 | 05/05 Payment To Chase Card Ending IN 7498 | 59.96 |
| 05/05 | JPMorgan Chase  Chase ACH       PPD ID: 1000008113 | 2,788.35 |
| 05/07 | Mbfs.Com     Auto Pay        PPD ID: 8751436001 | 559.32 |
| 05/08 | 05/08 Online Payment 3886657818 To Kohls | 158.88 |
| 05/12 | 05/12 Online Payment 3907229497 To Wells Fargo | 200.00 |
| 05/14 | 05/14 Online Payment 3907218449 To Citi Cards | 200.00 |
| 05/15 | 05/15 Online Payment 3907250458 To Bank of America | 225.00 |
| 05/15 | 05/15 Online Payment 3907210660 To Home Depot Credit Services | 100.00 |
| 05/16 | 05/16 Online Payment 3907225319 To Discover Card | 275.00 |
| 05/16 | 05/16 Online Payment 3907252648 To Bank of America | 254.00 |
| 05/19 | 05/18 Online Payment 3927863068 To Citibank Mastercard | 500.00 |
| 05/19 | 05/19 Payment To Chase Card Ending IN 9039 | 2,003.25 |
| **Total Electronic Withdrawals** | | **$8,949.14** |

Page 2 of 4



## RECEIPT / ACKNOWLEDGEMENT OF PAYMENT

Date:    April 19, 2014

Re:    Hauser II Landscape, Inc. Denker-Youngs – 33 Pennington
         Agreement of 10/2/2013 and 11/12/2013 and 11/23/2013
         (attached)

- *Included in landscape contract is the install of an irrigation system for*
  *backyard and front of the house with timers*

By request, of sub-contractor for Hauser II Landscape, Inc. – irrigation
system installer Grayson Johnson upon completion today, April 19, 2014:

I have received via check # 9011 from Brian & John Denker-Youngs One
Thousand Two Hundred Fifty Dollars - ($1250) toward the sub-contracted
amount between Hauser II Lanscape, Inc. and Grayson Johnson of $2500.

_____        4|19|14

_____        4/19/11

**EDWARD DENKER-YOUNGS**
**BRIAN DENKER YOUNGS**
33 PENNINGTON DRIVE
HUNTINGTON, NY 11743

9011

50-7365/2214

4/19/14

Date

Pay to the
Order of _____ Grayson Johnson _____ | $ 1,250 —

One Thousand Two Hundred Fifty ⁰⁰/ Dollars

NOT VALID FOR UNDER $500

**Bethpage** *B*
Federal Credit Union
Bethpage, New York 11714

For _____ Irrigation System _____ Brian H DL Youngs

⑆221473652⑆ 000 _____ 249⑆ 9011

Harland Clarke

# HAUSER II LANDSCAPES, INC

**HIIL**/TM

# Contract

**Attention: Rabbi Dr. Brian & John Denker- Youngs**

**Address: 33 Pennington Drive, Huntington NY**

**Date: 10/2/2013**

**PROJECT TITLE: Hardscape Design**

**PROJECT DESCRIPTION: Install patios, walkways and firepit.**

**T** 631-383-8124
Waynekom62@Gmail.com
HauserIIlandscapes@yahoo.com

*(handwritten notes in left margin:)*

$15k landscaping

−$2500 credit
−$1250 grayson
$3750

$11,250
+ 48,000
$59,250 total
− 5,000 cash
10/5
$54,250

| | Description |
|---|---|
| | Hardscape: Patio & Walkways: |
| 1. | Demo- backyard – red brick patio near house. Demo-n reed brick set of steps going to pool patio. Cart away all debris. |
| 2. | Remove bluestone patio around pool and save blue stone for upper patio. |
| 3. | Install new Patio in backyard/back of house according to design plan. Patio will have 4 inches of concrete installed for a base. Install pavers chosen by customer. |
| 4. | Install sitting wall on right side of patio using Cambridge wall stone according to design plan.  Sitting wall will be 20 inches to 22 inches in height. |
| 5. | Install fire pit area using Cambridge fire pit area using Cambridge fire pit with loft long sitting wall and stepping stones.  Install 3/8" blue stone for base.  Install this area according to design. |
| 6. | Move hot tub on patio area, near Sunroom according to design picture. |
| 7. | Install Polymetric sand in patio to prevent weeds. Install new steps from patio door and new patio according to design picture. |
| 8. | Install Steps to Pool. |
| | a.  Use Cambridge pavers and wall stone to install steps, according to design. |
| | b.  Install Polymetric sand to prevent weeds. |

# HAUSER II LANDSCAPES, INC

# Contract

**T** 631-383-8124
Waynekorn62@Gmail.com
HauserIIlandscapes@yahoo.com

| Description |
| --- |
| 9.   Pool Patio: |
|     a.  Install new coping on pool to match pavers to coping will be a Natural looking stone. |
|     b.  Install 4: concrete base for pool patio |
|     c.  Install Cambridge Pavers for patio according to design picture. |
|     d.  Patio will have a wall system installed according to design wall and will be approximately 2.5 to 3 feet in height.  Wall will have a 12: deep by 18" wide footing. |
|     e.  Install Poly sand to prevent weeds. |
| 10.  Upper Patio: |
|     a.  Install used blue stone to make patio.  Install 4: concrete base |
|     b.  Install blue stone walkway from blue stone patio to pool patio. |
| 11.  Front Porch and Walkway: |
|     a.  Demo existing wood porch at front door and cart away all debris. |
|     b.  Install new porch using Cambridge Wall system and pavers. |
|     c.  Install set of steps for porch using Cambridge Wall system.  Install according to picture. |
| 12.  Front Walkway: |
|     a.  Install walkway in replace of stepping stone path. |
|     b.  Install 4" concrete base |
|     c.  Install Cambridge pavers for walkway according to design pictures. |
|     d.  Install Polysand to prevent weeds. |
| 13.  Install outlet parking area on right side of driveway using RCA for base (crushed concrete) 2" of 3/8" bluestone and install Belgium block for border. |


HIIL™

# HAUSER II LANDSCAPES, INC

# Contract

**T 631-383-8124**
Waynekorn62@Gmail.com
HauserIIlandscapes@yahoo.com

| Description |
|---|
| Materials: |
| 14.  Cambridge Pavers: |
| Style:_____     Color:_____ |
| 15.  Cambridge Wall: |
| Style:_____     Color:_____ |
| 16.  Cambridge Fire pit |
| 17.  Portland Cement |
| 18.  3/8" Bluestone |
| 19.  Stepping Stones |
| 20.  Concrete Sand |
| 21.  Belgium Blocks                                          800 |
| 22.  Install grill with Cambridge stone for cost if customer wants.  plus Bluestone Top or Granite |

**COST: $46,500.00**
                    48,000

23. solar lights front walkway

Customer Signature:_____ Date  10/5/13

Employers Signature:_____ Date_____

| Payment Type | Amount | Date | Customer Signature |
|---|---|---|---|
| Deposit | ~~$20,000.00~~ 15,000 | 10/5/2013 | |
| 1st payment | ~~$10,000.00~~ 15,000 | | |
| 2nd payment | ~~$10,000.00~~ 18,000 | | |
| Balance | ~~$6,000.00~~ completely 0,000 | | |

*Disclaimers: Any underground lines or pipes not properly identified before the start of services
will not be covered. Any Guarantees past the date agreed upon will not be covered.

EDWARD J. YOUNGS
BRIAN H. DENKER
99 WEST SHORE RD
HUNTINGTON, NY 11743

151

50-7965/2214

10/5/13

PAY TO THE
ORDER OF   Hauser 11 Landscapes        $ 5,000

Five Thousand Dollars——   DOLLARS

Bethpage B
Federal Credit Union
Bethpage, New York 11714

FOR  Deposit landscape   SIGNATURE  Brian H.D. Youngs

⑆2214736652⑈000    78352⑈ 0151

JPMorganChaseBank—105765. 0036        0050922G

Deposit Only

From
Checking