MORRISON TENENBAUM PLLC  **Hearing Date: December 2, 2015**
Lawrence F. Morrison  **Hearing Time:  1:45 p.m.**
87 Walker Street, Floor 2
New York, NY 10013
T: 212-620-0938

*Outgoing Counsel to Debtor*

UNITED STATES BANKRUPCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                    Chapter 11

      BRIAN DENKER,                                   Case No. 15-41069 (CEC)

                             Debtor.
-----------------------------------------------------------X

## NOTICE OF HEARING TO CONSIDER FINAL APPLICATION
## FOR ALLOWANCE OF PROFESSIONAL COMPENSATION
## <u>AND REIMBURSEMENT OF EXPENSES</u>

**PLEASE TAKE NOTICE**, that upon the application of the professional listed below rendering services with respect to the above captioned Chapter 11 case, a hearing shall be held before the Honorable Carla E. Craig, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court, 271 Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201, on the 2nd day of December, 2015, at 1:45 p.m., or as soon thereafter as counsel may be heard, to consider the final application pursuant to Section 330 and 503(b) of the Bankruptcy Code (the "**Application**") of the following professional retained herein:

| Application and Nature of Representation | Compensation Requested (Est.) | Unreimbursed Expenses (Est.) | Period of Request |
|---|---|---|---|
| Morrison Tenenbaum, PLLC Chapter 11 Counsel to Debtor | $11,646.00 | Waived | March 13, 2015 – October 5, 2015 |

**PLEASE TAKE FURTHER NOTICE**, that the Application is on file with the Office of the Clerk of the Bankruptcy Court at the address stated above and may be examined on the

Court's website www.nyeb.uscourts.gov/ (PACER password and login are required) or may be obtained from the undersigned upon written request.

**PLEASE TAKE FURTHER NOTICE**, that objections to the Application, if any, shall be made in writing, filed with the United States Bankruptcy Court at the website address listed above (with a copy delivered directly to the Chambers of the Honorable Carla E. Craig) and served upon the undersigned so as to be received no later than November 25, 2015.

Dated: New York,, New York
      October 22, 2015

                                  MORRISON TENENBAUM PLLC

                                  By: */s/ Lawrence F. Morrison*
                                      Lawrence F. Morrison
                                      87 Walker Street, Floor 2
                                      New York, NY 10013
                                      T: 212-620-0938