B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re Brian Denker-Youngs _____,   Case No. 15-410069
_____
Debtor   Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

Property No. 1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Chase Home Mortgage   Loan#: ████2307 | private home @ 33 Pennington Drive, Huntington NY |

Property will be *(check one)*:
☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt          ☐ Not claimed as exempt

---

Property No. 2 *(if necessary)*

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Bethpage Federal Credit Union | Home Equity Line of Credit (account takeover indisput |

Property will be *(check one)*:
☐ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain TBD requires auditing of debt. In dispute (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt          ☐ Not claimed as exempt

RECEIVED
2015 OCT 22 P 1: 13
CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

B 8 (Official Form 8) (12/08)

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>Brian H Denker-Youngs & Edward J | **Describe Leased Property:**<br>2014 Mercedes GLK 350 | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ YES      ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:**<br>Brian H Denker-Youngs & Edward J | **Describe Leased Property:**<br>2013 VW EOS convertible<br>*See motion attached* | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☑ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: 10/15/15

_____
Signature of Debtor

estranged spouse n/a
_____
Signature of Joint Debtor