UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                              Chapter 11

     BRIAN DENKER,                       Case No. 15-41069 (CEC)

                             Debtor.
-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK**   )
                                   ) **ss.:**
**COUNTY OF NEW YORK** )

     Nancy J. Neubauer, being duly sworn, deposes and says:

     1.    I am over the age of eighteen years and not a party to this action and reside in New York County.

     2.    On October 22, 2015, I caused the **NOTICE OF HEARING TO CONSIDER FINAL APPLICATION FOR ALLOWANCE OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES** to be served by United States mail, first class, postage prepaid, upon:

| | |
|---|---|
| NYS Department of Taxation and Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA |
| Best Buy Co., Inc.<br>701 E. 60th Street<br>Sioux Falls, SD 57104-0432 | United States Trustee<br>EDNY<br>201 Varick Street, Room 1006<br>New York, NY 10014 |
| NYC Department of Finance<br>345 Adams Street, 3rd Floor<br>Attn: Legal Affairs – Devora Cohn<br>Brooklyn, NY 11201-3719 | American Express<br>Attn: Legal/Bankruptcy<br>P.O. Box 981537<br>El Paso, TX 79998-1537 |
| Bank of America<br>Attn: Legal/Bankruptcy<br>P.O. Box 982238<br>El Paso, TX 79998-2238 | United States of America<br>Secretary of the Treasury<br>15th Street and Pennsylvania Avenue, N.W.<br>Washington, DC 20220-0001 |

NY Unemployment Insurance
Attn: Insolvency Unit
Bldg. #12, Room 236
Albany, NY 12240-0001

Capital One
Attn: Legal/Bankruptcy
P.O. Box 30253
Salt Lake City, UT 84132

Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Bank USA, N.A.
1427 Roswell Road
Marietta, GA 30062

Citicards CBNA
P.O. Box 6241
Sious Falls, SD 57717-6241

DFS Webbank
P.O. Box 81607
Austin, TX 78708-1607

Discover Bank
P.O. Box 15316
Wilmington, DE 19850-5316e

Kohl's Corporation
P.O. Box 3115
Milwaukee, WI 53201

Macy's/DSNB
Attn: Legal/Bankruptcy
P.O. Box 17759
Clearwater, FL 33762-0759

MB Financial Services
2050 Roanoke Road
Keller, TX 76262-9616

Mohela/Dept. of Ed.
633 Spirit Road
Chesterfield, MO 63006-1243

Nordstrom FSB
P.O. Box 13589
Scottsdale, AZ 85267-3589

VW Credit, Inc.
1401 Franklin Blvd.
Libertyville, IL 60048-4460

Wells Fargo
P.O. Box 14517
Des Moines, IA 50306-3517

Daimler Trust
c/o BK Servicing, LLC
P.O. Box 131265
Roseville, MN 55113-0011

Brian H. Denker-Youngs
25 Boerum Street, Apt 18E
Brooklyn, NY 11206

Richard McCord
Chapter 7 Trustee
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554

                /s/ *Nancy J. Neubauer*
                Nancy J. Neubauer

Sworn to and subscribed before me
this 23rd day of October, 2015

*/s/ Lawrence F. Morrison*
Notary Public, No. 02MO6059654
Qualified in New York County
My Commission expires: July 28, 2019