**Copy B-To Be Filed With Employee's FEDERAL Tax Return.**

**2011**  OMB No. 1545-0008

| a Employee's social security number | 1 Wages, tips, other comp | 2 Federal income tax withheld |
|---|---|---|
| 0XX-XX-0458 | 98793.14 | 14935.67 |
| | 3 Social security wages | 4 Social security tax withheld |
| b Employer ID number 11-6002020 | 106800.00 | 4485.60 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 107293.14 | 1555.76 |

c Employer's name, address, and ZIP code

OYSTER BAY - EAST NORWICH CSD
1 MCCOUNS LANE
OYSTER BAY NY 11771

d Control number
02   560

e Employee's name, address, and ZIP code

EDWARD JOHN DENKER-YOUNGS
99 WEST SHORE ROAD
HUNTINGTON, NY 11743

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst for box 12  E   8500.00 |
| 13 Stat employee | 14 Other | 12b Code  C   205.43 |
| Retirement Plan  X | | 12c Code |
| Third-party sick pay | | 12d Code |

| NY | 11-6002020 | 98793.14 | 5672.97 |
|---|---|---|---|
| 15 State Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement                         Dept. of the Treasury — IRS
This information is being furnished to the Internal Revenue Service.

---

**Copy 2-To Be Filed With Employee's State City, or Local Income Tax Return.**

**2011**  OMB No. 1545-000

| a Employee's social security number | 1 Wages, tips, other comp | 2 Federal income tax withheld |
|---|---|---|
| 0XX-XX-0458 | 98793.14 | 14935.67 |
| | 3 Social security wages | 4 Social security tax withheld |
| b Employer ID number 11-6002020 | 106800.00 | 4485.60 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 107293.14 | 1555.76 |

c Employer's name, address, and ZIP code

OYSTER BAY - EAST NORWICH CSD
1 MCCOUNS LANE
OYSTER BAY NY 11771

d Control number
02   560

e Employee's name, address, and ZIP code

EDWARD JOHN DENKER-YOUNGS
99 WEST SHORE ROAD
HUNTINGTON, NY 11743

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst for box 12  E   8500.00 |
| 13 Stat employee | 14 Other | 12b Code  C   205.43 |
| Retirement Plan  X | | 12c Code |
| Third-party sick pay | | 12d Code |

| NY | 11-6002020 | 98793.14 | 5672.97 |
|---|---|---|---|
| 15 State Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement                         Dept. of the Treasury — IRS

---

**Copy C-For EMPLOYEE'S RECORDS (See Notice To Employee.)**

**2011**  OMB No. 1545-0008

| a Employee's social security number | 1 Wages, tips, other comp | 2 Federal income tax withheld |
|---|---|---|
| 0XX-XX-0458 | 98793.14 | 14935.67 |
| | 3 Social security wages | 4 Social security tax withheld |
| b Employer ID number 11-6002020 | 106800.00 | 4485.60 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 107293.14 | 1555.76 |

c Employer's name, address, and ZIP code

OYSTER BAY - EAST NORWICH CSD
1 MCCOUNS LANE
OYSTER BAY NY 11771

d Control number
02   560

e Employee's name, address, and ZIP code

EDWARD JOHN DENKER-YOUNGS
99 WEST SHORE ROAD
HUNTINGTON, NY 11743

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst for box 12  E   8500.00 |
| 13 Stat employee | 14 Other | 12b Code  C   205.43 |
| Retirement Plan  X | | 12c Code |
| Third-party sick pay | | 12d Code |

| NY | 11-6002020 | 98793.14 | 5672.97 |
|---|---|---|---|
| 15 State Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement                         Dept. of the Treasury — IRS
This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

**Copy 1-For State, City or Local Tax Department**

**2011**  OMB No. 1545-000

| a Employee's social security number | 1 Wages, tips, other comp | 2 Federal income tax withheld |
|---|---|---|
| 0XX-XX-0458 | 98793.14 | 14935.67 |
| | 3 Social security wages | 4 Social security tax withheld |
| b Employer ID number 11-6002020 | 106800.00 | 4485.60 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 107293.14 | 1555.76 |

c Employer's name, address, and ZIP code

OYSTER BAY - EAST NORWICH CSD
1 MCCOUNS LANE
OYSTER BAY NY 11771

d Control number
02   560

e Employee's name, address, and ZIP code

EDWARD JOHN DENKER-YOUNGS
99 WEST SHORE ROAD
HUNTINGTON, NY 11743

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst for box 12  E   8500.00 |
| 13 Stat employee | 14 Other | 12b Code  C   205.43 |
| Retirement Plan  X | | 12c Code |
| Third-party sick pay | | 12d Code |

| NY | 11-6002020 | 98793.14 | 5672.97 |
|---|---|---|---|
| 15 State Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement                         Dept. of the Treasury — IRS

4UPPERFI

## Copy A-To Be Filed with Employee's
## FEDERAL Tax Return.    2013    OMB No. 1545-0008

| a Employee's social security number | 1 Wages, tips, other comp 106759.14 | 2 Federal income tax withheld 16978.54 |
|---|---|---|
| b Employer ID number 11-6002020 | 3 Social security wages 113700.00 | 4 Social security tax withheld 7049.40 |
| | 5 Medicare wages and tips 115759.14 | 6 Medicare tax withheld 1678.51 |

c Employer's name, address, and ZIP code

OYSTER BAY – EAST NORWICH CSD
1 MCCOUNS LANE
OYSTER BAY NY 11771

d Control number    02    560

e Employee's name, address, and ZIP code

EDWARD JOHN DENGER-YOUNGS
33 PENNINGTON DRIVE
HUNTINGTON, NY 11743

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst for box 12 DD 20238.72 |
| 13 Stat employee | 14 Other FLEX 7403.79 | 12b Code C 249.79 |
| Retirement Plan X | | 12c Code E 9000.00 |
| Third-party sick pay | | 12d Code |

| NY 116002020 | 106759.14 | 5920.66 |
|---|---|---|
| 15 State Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement
This information is being furnished to the Internal Revenue Service

Dept. of the Treasury — IRS

---

## City, or Local income Tax Return.    2013    OMB No. 1545-0008

| a Employee's social security number | 1 Wages, tips, other comp 106759.14 | 2 Federal income tax withheld 16978.54 |
|---|---|---|
| b Employer ID number 11-6002020 | 3 Social security wages 113700.00 | 4 Social security tax withheld 7049.40 |
| | 5 Medicare wages and tips 115759.14 | 6 Medicare tax withheld 1678.51 |

c Employer's name, address, and ZIP code

OYSTER BAY – EAST NORWICH CSD
1 MCCOUNS LANE
OYSTER BAY NY 11771

d Control number    02    560

e Employee's name, address, and ZIP code

EDWARD JOHN DENGER-YOUNGS
33 PENNINGTON DRIVE
HUNTINGTON, NY 11743

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst for box 12 DD 20238.72 |
| 13 Stat employee | 14 Other FLEX 7403.79 | 12b Code C 249.79 |
| Retirement Plan X | | 12c Code E 9000.00 |
| Third-party sick pay | | 12d Code |

| NY 116002020 | 106759.14 | 5920.66 |
|---|---|---|
| 15 State Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement

Dept. of the Treasury — IRS

---

## Copy C-For EMPLOYEE'S RECORDS
## (See Notice To Employee.)    2013    OMB No. 1545-0008

| a Employee's social security number | 1 Wages, tips, other comp 106759.14 | 2 Federal income tax withheld 16978.54 |
|---|---|---|
| b Employer ID number 11-6002020 | 3 Social security wages 113700.00 | 4 Social security tax withheld 7049.40 |
| | 5 Medicare wages and tips 115759.14 | 6 Medicare tax withheld 1678.51 |

c Employer's name, address, and ZIP code

OYSTER BAY – EAST NORWICH CSD
1 MCCOUNS LANE
OYSTER BAY NY 11771

d Control number    02    560

e Employee's name, address, and ZIP code

EDWARD JOHN DENGER-YOUNGS
33 PENNINGTON DRIVE
HUNTINGTON, NY 11743

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst for box 12 DD 20238.72 |
| 13 Stat employee | 14 Other FLEX 7403.79 | 12b Code C 249.79 |
| Retirement Plan X | | 12c Code E 9000.00 |
| Third-party sick pay | | 12d Code |

| NY 116002020 | 106759.14 | 5920.66 |
|---|---|---|
| 15 State Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement
This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

Dept. of the Treasury — IRS

---

## Copy 2-To Be Filed With Employee's State
## City, or Local Income Tax Return.    2013    OMB No. 1545-0008

| a Employee's social security number | 1 Wages, tips, other comp 106759.14 | 2 Federal income tax withheld 16978.54 |
|---|---|---|
| b Employer ID number 11-6002020 | 3 Social security wages 113700.00 | 4 Social security tax withheld 7049.40 |
| | 5 Medicare wages and tips 115759.14 | 6 Medicare tax withheld 1678.51 |

c Employer's name, address, and ZIP code

OYSTER BAY – EAST NORWICH CSD
1 MCCOUNS LANE
OYSTER BAY NY 11771

d Control number    02    560

e Employee's name, address, and ZIP code

EDWARD JOHN DENGER-YOUNGS
33 PENNINGTON DRIVE
HUNTINGTON, NY 11743

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst for box 12 DD 20238.72 |
| 13 Stat employee | 14 Other FLEX 7403.79 | 12b Code C 249.79 |
| Retirement Plan X | | 12c Code E 9000.00 |
| Third-party sick pay | | 12d Code |

| NY 116002020 | 106759.14 | 5920.66 |
|---|---|---|
| 15 State Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement

Dept. of the Treasury — IRS

4UPPERFI    ★ NTF 6492

11/16/2015                                    SeeThroughNY :: Payrolls

| Total Pay  X |
| --- |

SEARCH                                                    CLEAR ALL (HTTP://SEETHROUGHNY.NET/PAYROLLS)

**SortBy:** Total Pay

**Whole Name:** Denker-Youngs, Edward J

THIS SEARCH: 3 RESULTS                                    SHARE THESE RESULTS
TOTAL: $375,479

| Name | Employer/Agency | Total Pay ⬇ |
| --- | --- | --- |
| Denker-Youngs, Edward J | Oyster Bay-East Norwich Central Schools | $126,907 |

| Subagency | NYSTRS - Educator |
| --- | --- |
| Position | NDR |
| Rate of Pay | NDR |
| Pay Year | 2015 |
| Pay Basis | NDR |

| Name | Employer/Agency | Total Pay |
| --- | --- | --- |
| Denker-Youngs, Edward J | Oyster Bay-East Norwich Central Schools | $124,798 |

| Subagency | NYSTRS - Educator |
| --- | --- |
| Position | NDR |
| Rate of Pay | NDR |
| Pay Year | 2013 |
| Pay Basis | NDR |

| Name | Employer/Agency | Total Pay |
| --- | --- | --- |
| Denker-Youngs, Edward J | Oyster Bay-East Norwich Central Schools | $123,773 |

| Subagency | NYSTRS - Educator |
| --- | --- |
| Position | NDR |
| Rate of Pay | NDR |
| Pay Year | 2014 |
| Pay Basis | NDR |

## ABOUT THE EMPIRE CENTER

The Empire Center is an independent, non-partisan, non-profit think tank located in Albany, New York. Our mission is to make New York a better place to live and work by promoting public policy reforms grounded in free-market principles, personal responsibility, and the ideals of effective and accountable government.

## HOW TO USE THIS SITE

Use this site to share, analyze and compare data from governmental entities throughout New York. The information on this website comes from official government sources, but the Empire Center cannot guarantee data accuracy or completeness.



(http://www.facebook.com/empirecenter)

Terms of Use (/terms-use)

Privacy Statement (/privacy-



## REQUEST FOR SALARY TRANSFER

Teacher's Name: **E. John Youngs**     Date of Request: September 2014

Position: 6TH Grade Teacher

Form Must be Typed

Effective Date of Transfer: _September 2014_____

| Course Title & No. | Institution | Date of Approval | Is an Official Transcript on file? Yes or No | Number of Credits |
|---|---|---|---|---|
| Teaching with Technology (OL648) | Learner's Edge/ Pacific Lutheran | July 2014 | Yes | 1 |
| Using the iPad in K-12 Classroom (EDZU 9042) | The New York Center for Teacher Development/ Brandman University | April 2014 | Yes | 3 |
| Response to Intervention  (EDZU 9675) | The New York Center for Teacher Development/ Brandman University | October 2011 | Yes | 3 |
| Educational Leadership Practice | Stony Brook University | June 2010 | Yes | 3 |
| MSTe | OBEN School District | January 2000 | Yes | 2 |
| Teaching of Reading | Teachers' College Columbia University | March 2001 | Yes | 3 |

I hereby wish to use the above courses for a salary transfer to Schedule:

I request this salary transfer to become effective:  __September 2014_____

**OFFICE USE ONLY**

Signature: _____

Date of Last Transfer: _____    From: _____ To:_____

11/16/2015                                    SeeThroughNY :: Payrolls

┌─────────────────────┐
│  Total Pay    X     │
└─────────────────────┘

                          **SEARCH**                              CLEAR ALL (HTTP://SEETHROUGHNY.NET/PAYROLLS)

**SortBy: Total Pay**

**Whole Name: youngs, edward**

THIS SEARCH: 5 RESULTS                              SHARE THESE RESULTS
TOTAL: $515,888

| Name | Employer/Agency | Total Pay |
|------|-----------------|-----------|
| Youngs, Edward J | Oyster Bay-East Norwich Central Schools | $113,518 |

| | |
|---|---|
| Subagency | NYSTRS - Educator |
| Position | NDR |
| Rate of Pay | NDR |
| Pay Year | 2012 |
| Pay Basis | NDR |

| Youngs, Edward J | Oyster Bay-East Norwich Central Schools | $111,308 |
|------|-----------------|-----------|

| | |
|---|---|
| Subagency | NYSTRS - Educator |
| Position | NDR |
| Rate of Pay | NDR |
| Pay Year | 2011 |
| Pay Basis | NDR |

| Youngs, Edward J | Oyster Bay-East Norwich Central Schools | $100,358 |
|------|-----------------|-----------|

| | |
|---|---|
| Subagency | NYSTRS - Educator |
| Position | NDR |
| Rate of Pay | NDR |
| Pay Year | 2010 |
| Pay Basis | NDR |

| Youngs, Edward J | Oyster Bay-East Norwich Central Schools | $95,920 |
|------|-----------------|-----------|

| | |
|---|---|
| Subagency | NYSTRS - Educator |
| Position | NDR |
| Rate of Pay | NDR |
| Pay Year | 2009 |
| Pay Basis | NDR |

| Youngs, Edward | Oyster Bay-East Norwich Central Schools | $94,784 |
|------|-----------------|-----------|

| | |
|---|---|
| Subagency | NYSTRS - Educator |
| Position | NDR |
| Rate of Pay | NDR |
| Pay Year | 2008 |
| Pay Basis | NDR |

# CHASE ◯

**Executive Office**
Mail Code IL1-0444
10 South Dearborn Street
Chicago, IL 60603-0444

January 12, 2015

Brian Denker-Youngs
PO Box 156
Huntington, NY 11743-0156

## We are unable to file a claim for you

Dear Mr. Denker-Youngs:

I am replying to your complaint to the Consumer Financial Protection Bureau about your joint checking account ending in 1680. I apologize for any inconvenience you have experienced and i am happy to respond.

Since the fraudulent transactions were done by the joint signer on the account, we are unable to file a claim for any transactions that were authorized and not the result of fraud. For your reference, I've included our Deposit Account Agreement. Please review page 12, under the section titled "Joint accounts" for more details. Any investigation concerning this matter will need to be requested through Law Enforcement.

We can't provide you with information about the Chase Sapphire Account ending in 9039, because we haven't received authorization from the account holder permitting us to discuss the account with you. You are not listed as an account owner or authorized user on this account. If the account holder wants to provide this permission to us, we may be contacted at 1-866-622-7547.

We suggest you contact the three credit reporting bureaus for further assistance with repairing you credit. Their information is below:

| Equifax | 1-800-525-6285 | PO Box 740241<br>Atlanta, GA 30374-0241 | equifax.com |
|---|---|---|---|
| Experian | 1888-397-3742 | PO Box 9532<br>Allen, TX 75013 | experian.com |
| TransUnion | 1-800-680-7289 | Fraud Victim Assist. Division<br>PO Box 6790<br>Fullerton, CA 92834-6790 | transunion.com |

# CHASE ⬡

Brian Denker-Youngs
January 12, 2015
Page 2


Mr. Denker-Youngs, thank you for banking with us. If you have questions, please call me at 1-877-658-5560, extension 164-0007.

Sincerely,

Harriet Thatch
Executive Office

cc:    Consumer Financial Protection Bureau, case number 141229-002204

Enclosed:    Deposit Account Agreement



Harriet Thatch
Chase
Executive Office
10 South Dearbon Street
Chicago, IL 60603-044

June 30, 2015

**VIA FAX AND EMAIL**
re: Consumer Financial Protection Bureau case #: 141229-002204

Dear Ms. Thatch,

As follow-on to several of our prior discussions and my reported thefts to Chase and the FTC respectively regarding the payment of funds received and retained by Chase for a Sapphire Credit Card ending in 9039; attached, please find a copy of a Supreme Court of the State of New York Court issuing an order (see page 6t) directing that Edward Denker-Youngs (aka John Youngs) provides authorization allowing me full and complete information regarding this account for a period commencing July 30, 2011 to present.

With such, I will be requesting true and accurate copies of all credit card statements, payment history (including method of payment, amount, etc), any refunds and redemptions also by moneys or points, balance transfer histories, etc. and any other historical records associated with the account.

As I had previous mentioned to you, my position with respect to quite sizable payments received from a Bethpage Federal Credit Union HELOC account from October 2013 thru August 2014. These payments were drawn upon a credit line that I am 50% responsible for, yet those payments you received (and that I am held to even date as being 50% liable for with Bethpage) were issued without my knowledge, consent or authorization. I am held fiscally responsibly and am unwilling to do so given those payments were fraudulently made and unassigned debts involuntarily placed upon me by your card holder.

Furthermore, as you are also aware by way of the prior communications pertaining to a $4000 balance transfer made around Jan 2, 2013 to a Discover card in my name, that too was done without my authorization, knowledge or consent and therefore am also deeming that again as fraud and theft. There currently is an approximate total of monies received that remain disputed and equal a total of $77,479.60 as follows:

| Trans | 1/2/2013 | Balance trasfer to Discover | $ | 4,000.00 |
|-------|----------|------------------------------|---|----------|
| 9001 | 10/15/2013 | Chase Card Services - John's | $ | 11,700.00 |
| 9002 | 10/28/2013 | Chase Card Services - John's | $ | 16,118.00 |
| 9005 | 11/17/2013 | Chase Card Services - John's | $ | 16,117.72 |
| 9006 | 12/5/2013 | Chase Card Services - John's | $ | 10,200.00 |
| 9007 | 1/13/2014 | Chase Card Services - John's | $ | 10,925.00 |
| 9008 | 2/14/2014 | Chase Card Services - John's | $ | 5,918.34 |
| 9008 | 3/18/2014 | Chase Card Services - John's | $ | 2,500.00 |
| | | TOTAL | $ | 77,479.06 |

For the court order attached, please feel free to contact me when you are ready to discuss and also forward such materials and whatever else may be deemed necessary on your end.

Your prompt review and attention to this matter is greatly appreciated.

Sincerely,

Brian H. Denker-Youngs

Cc:   Consumer Protection Financial Protection Bureau



EDWIN DENTON
99 WEST SHORE RD
HUNTINGTON, NY 11743

263
50-73952214

10/10/13  Date

Pay to the
Order of   Chase Card Services                    $ 7540.34

Seven thousand five hundred forty dollars and 34/100   Dollars

**Bethpage** *B*
Federal Credit Union
Bethpage, New York 11714

For Acct # 4147202098239039        Edward Denton Youngs

⑆221473652⑆    596352⑈ 0283

rom Bethpage
checking

10/15/13    Date

Pay to the
Order of    *Chase*

$ 11,700.00

Eleven thousand seven hundred dollars and no/100    DOLLARS

**Bethpage** B
Federal Credit Union
Bethpage, New York 11714

NOT VALID FOR UNDER $500

For    CC payment    9039    Edward Denley Young

⑆221473⑆ ⑈900249⑈ 9006

Pay to the
Order of _Chase_                                    | $ _16,118.00_

_Sixteen thousand one hundred eighteen dollars_ and $\frac{18}{100}$ cents

10/28/13

**Bethpage** ℬ
Federal Credit Union
Bethpage, New York 11714

NOT VALID FOR UNDER $500

For _acct # ending 9039_          _Edward Ardon Young_

⑆221473652⑆:000000000300249⑈ 9002

HUNTINGTON, NY 11743

11/17/13

Pay to the Order of _____ Chase _____ $ 16,117.72

Sixteen thousand one hundred seventeen dollars and 72/100

**Bethpage** B
Federal Credit Union
Bethpage, New York 11714

NOT VALID FOR UNDER $500

For Saphire Card ending 9039

Edward Drake Younge

⑈221473652⑈ ⑈008958700249⑈ 9005

from
HELOC

HUNTINGTON, NY 11743

12/5/13 Date

Pay to the
Order of *Chase*

$ 10,200.00

Ten thousand two hundred dollars and no cents

**Bethpage** *B*
Federal Credit Union
Bethpage, New York 11714

NOT VALID FOR UNDER $500

For   Acct ending 9039

Edward Arker Young

⑆221473652⑆ 081700249⑈ 9006

HUNTINGTON N.Y. 1743

January 13, 2014

Pay to the
Order of _Chase_____ | $ 10,925.00

_Ten thousand nine hundred twenty five dollars_____

**Bethpage** B
Federal Credit Union
Bethpage, New York 11714

NOT VALID FOR UNDER $500

For _Chase Card ending "9039"_     Edward J Parker Young

⑆221473652⑆:8904584900249⑈ 9007

FROM

HELOC

HUNTINGTON, NY 11743

February 14, 2014

Pay to the
Order of _____ Chase Card Services _____ | $ 5918.34

Five thousand nine hundred eighteen dollars and 34/100

**Bethpage** *B*
Federal Credit Union
Bethpage, New York 11714

NOT VALID FOR UNDER $500

For _____

Edward Dinker-Young

C221473652C⬛⬛⬛⬛⬛⬛700249# 9008



Pay to the Order of Chase Card Services

3/18/14

$ 2500.00

Two thousand five hundred dollars and 00/100 Dollars

**Bethpage**
Federal Credit Union
Bethpage, New York 11714

NOT VALID FOR UNDER $500

Edward J Shenker-Young

For

Received Fax:Feb 28 15 12:44p
APR-27-2007  04:28                          Received by Rabbi Brian Denker-Younge                    page 2
                                                                                                    P. 02

P.O. Box 29024
Phoenix, AZ  85038-9024

02/27/2015

BRIAN H DENKER
PO BOX 156
HUNTINGTON NY  11743-0156

RE:  SC-15-01-08405

Dear Brian H. Denker:

Per our conversation on 02/27/15, listed below are the unauthorized charges made on the
referenced account from 01/02/2013 to 01/02/2013:

| DATE | MERCHANT/LOCATION | AMOUNT |
|------|-------------------|--------|
| 01/02/13 | CHASE CARD SERVIC ***********9039TI DE | $ 4000.00 |

Thank you for your cooperation.  If you have any further questions, please feel free to
contact us at, 1-800-210-8957

Sincerely,

Tim Davis
Fraud Investigator
Corporate Security

# DISC VER

## CONTACT US


Web
Access your
account securely
at Discover.com


Mobile
Manage your
account anytime,
anywhere at
m.Discover.com


Phone
1-800-DISCOVER
(1-800-347-2683)
TDD 1-800-347-7449


Inquiry
Discover
PO Box 30943
Salt Lake City
UT 84130


Mail Payments
Discover
PO Box 6103
Carol Stream
IL 60197-6103

## Transactions

| | Trans. Date | Post Date | | | |
|---|---|---|---|---|---|
| Balance Transfers | Jan 2 | Jan 2 | CHASE CARD SERVIC************9039TI 0E | $ | 4,000.00 |
| | | | APR 0.00% EXPIRES 07/2013 | | |
| Fees | Jan 2 | Jan 2 | BAL TRANS FEE | $ | 200.00 |
| | Jan 25 | Jan 25 | PAYMENT PROTECTION PPD 1-877-883-1959 | | 37.38 |
| | | | TOTAL FEES FOR THIS PERIOD | | 237.38 |
| Interest Charged | | | TOTAL INTEREST FOR THIS PERIOD | $ | 0.00 |

## 2013 Totals Year-to-Date

| | | |
|---|---|---|
| TOTAL FEES CHARGED IN 2013 | $ | 237.38 |
| TOTAL INTEREST CHARGED IN 2013 | $ | 0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

Current Billing Period: 31 days

| TYPE OF BALANCE | ANNUAL PERCENTAGE RATE (APR) | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|
| Purchases | 18.99% V | $0.00 | $0.00 |
| Promotional Purchases | | | |
| Promotional Purchases | 0.00% | $0.00 | $0.00 |
| Cash Advances | 23.99% V | $0.00 | $0.00 |
| Balance Transfers | 0.00% | $3,251.60 | $0.00 |

V=Variable Rate

# DISC‍‌VER

## Discover More Card

Account number ending in 7798

Open Date: Dec 26, 2012 - Close Date: Jan 25, 2013

Cardmember Since 2010

Page 1 of 4

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments and Credits | − | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $4,000.00 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $237.38 |
| Interest Charged | + | $0.00 |
| New Balance | | $4,237.38 |

See Interest Charge Calculation section following the
Transactions section for detailed APR information.

| | |
|---|---|
| Credit Line | $4,800 |
| Credit Line Available | $562 |
| Cash Advance Credit Line | $500 |
| Cash Advance Credit Line Available | $500 |

You may be able to avoid interest on Purchases.
See reverse for details.

**Contact Us  Discover.com**
1-800-347-2683

New York residents may contact the New York State Banking
Department to obtain a comparative listing of credit card
rates, fees and grace periods. Call 1-877-226-5697.

## PAYMENT INFORMATION

| | |
|---|---|
| **New Balance** | **$4,237.38** |
| Minimum Payment Due | $85.00 |
| Payment Due Date | February 20, 2013 |

Late Payment Warning: If we do not receive your minimum payment by the date
listed above, you may have to pay a late fee of up to $35.00 and your purchase
and balance transfer APRs for new transactions may be increased up to the
Penalty APR of 23.99% variable.

## REWARDS

| Cashback Bonus® | | Anniversary Month November |
|---|---|---|
| Opening Balance | $ | 14.42 |
| New Cashback Bonus This Period | | |
| Everywhere Else | + $ | 0.09 |
| Redeemed This Period | − $ | 0.00 |
| **Cashback Bonus Balance** | **$** | **14.51** |

To learn more, log in at Discover.com

Make Check payable to Discover.
Please fold on the perforations below, detach and return with your payment.

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

**Payment Coupon**
Please do not fold, clip or staple

**Pay Online**  Discover.com

**Pay by Phone**  1-800-347-2683

BRIAN H DENKER
33 PENNINGTON DR
HUNTINGTON NY 11743-7122



| | |
|---|---|
| Account number ending in | 7798 |
| Minimum Payment Due | $85.00 |
| New Balance | $4,237.38 |
| Payment Due Date | February 20, 2013 |
| Amount enclosed | $ |

PO BOX 71084
CHARLOTTE NC 28272-1084

Phone and Internet payments must be received by 5PM ET to be credited as of the same day.
Address, e-mail or telephone changed? Note changes on reverse side.

0000019864593826167080042373800335870008500

03-Feb-15                                                              02Feb15-74

THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION
GROUP ID G02Feb15-74
Sequence number 009690368314  Posting date 27-Dec-12 Amount 900.00

**CHASE O**                    **DEPOSIT**                CHECKING ☒
                                                          SAVINGS ☐
                                                          CHASE LIQUID ☐

Today's Date                                              R/T 600001020
12-27-12
Customer Name (Please Print)
Edward J Denker Youngs

Sign here if cash is received from this deposit
X Edward J Denker Youngs

▼ Start your account number here

469461680

| | | |
|---|---|---|
| CASH ▶ | | |
| CHECK ▶ | | 3 3 0 0 . 0 0 |
| TOTAL FROM OTHER SIDE ▶ | | 1 0 0 . 0 0 |
| SUBTOTAL ▶ | | 3 4 0 0 . 0 0 |
| CASH BACK ▶ | | 2 5 0 0 . 0 0 |
| TOTAL $ | | 9 0 0 . 0 0 |

⑆ 1 1 4 0 1 0 4 1 2 8 ⑈           ⑈ to 20⑇

E J YOUNGS
Member Since 2008  Account number ending in 1599
Billing Period: 11/21/12-12/20/12

How to reach us
www.citicards.com
1-866-449-2484
PO BOX 6500 SIOUX FALLS, SD 57117-6500

| | |
|---|---|
| **Minimum payment due:** | $57.14 |
| **New balance:** | $869.48 |
| **Payment due date:** | 01/16/13 |

- Your account is past due. Please pay at least
the minimum payment due, which includes a
past due amount of $20.00.

## Account Summary

| | |
|---|---|
| Previous balance | $795.66 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$544.68 |
| Cash advances | +$0.00 |
| Fees | +$20.00 |
| Interest | +$9.14 |
| New balance | $869.48 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 5 year(s) | $1,053 |

For information about credit counseling services, call 1-877-337-8188 New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

## Credit Limit

| | |
|---|---|
| Revolving Credit limit | $2,000 |
| Includes $600 cash advance limit | |
| Available Revolving credit | $1,130 |
| Includes $600 available for cash advances | |

## Reduce the clutter and go Paperless.

With Paperless, you can manage your statements online only. Then sign up for alerts to help remind yourself when your payment is due.

» Enroll now at paperless.citicards.com

American Airlines
A'Advantage℠ Miles

A'Advantage℠ Miles Reported to American Airlines: 45

» See page 3 for more information about your A'Advantage Miles

0037435002966599 0005714 0086948 0002400 1452

Pay online www.citicards.com

Pay by phone 1-866-449-2484

Pay by mail Use this coupon
- Enclose a valid check or money order payable to CITICARDS. No cash or foreign currency.
- Write the last four digits of your account number on your check.

| | |
|---|---|
| Minimum payment due | $57.14 |
| New balance | $869.48 |
| Payment due date | 01/16/13 |

Amount enclosed: $

Account number ending in 1599



E J YOUNGS
33 PENNINGTON DR
HUNTINGTON, NY 11743-7122

CITI CARDS
PO Box 183113
Columbus OH 43218-3113

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| **Standard Purchases** | | | |
| 11/21 | 11/21 | WALGREEN'S #702-16 00000 HUNTINGTON | |
| 11/28 | 11/28 | HOMEDEPOT.COM  800-430-3376 | $24.96 |
| 12/05 | 12/05 | ITUNES MUSIC USA ITUNES CUPERTINO | $18.43 |
| | | | $1.79 |

### Fees charged

| Date | Description | Amount |
|---|---|---|
| 12/20 | LATE FEE - NOV PAYMENT PAST DUE | $29.00 |
| **Total fees charged in this billing period** | | $29.00 |

### Interest charged

| Date | Description | Amount |
|---|---|---|
| 12/20 | INTEREST CHARGED TO STANDARD PURCH | $9.14 |
| **Total interest charged in this billing period** | | $9.14 |

### 2012 totals year-to-date

| | | |
|---|---|---|
| Total fees charged in 2012 | | $22.14 |
| Total interest charged in 2012 | | $9.14 |

### Interest charge calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

Days in billing cycle: 30

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 11.24% (V) | $897.83 (D) | $9.14 |
| **ADVANCES** | | | |
| Standard Adv | 19.99% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) vary with the market based on the Prime Rate. Balances followed by (D) are determined by the daily balance method (including current transactions).

### Account Messages

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

For customers who qualify for benefits for the same transaction under Citi Price Rewind, Internet Price Protection and Price Protection coverages, or any combination of those coverages, the Company will only pay under the coverage providing the highest benefit and no benefits will be due under the other coverages.

Your account is past due. Please pay the Minimum Payment Due shown. If you have already sent us this payment, thank you.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 01/09/2013 to allow for enough time for regular mail to reach us.



1-866-449-2484

**American Airlines**
**AAdvantage® Miles**

**AAdvantage® Miles Reported to American Airlines: 45**

| Purchase Miles | 45 |
|---|---|
| Accumulated This Month | 45 |

» Visit aa.com/aadvantage to redeem miles, book flights and much more

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credit that you have accumulated. Unless specified, AAdvantage miles earned through this promotion/offer do not count toward elite-status qualification or Million Mile℠ status. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage program, visit www.aa.com/aadvantage.

AAdvantage, AAdvantage with Scissor Eagle design and Million Miler are marks of American Airlines, Inc.

### Manage your account online.



Our online tools help simplify your life by making it easy to manage your account. When you register for Account Online at citicards.com, you can:

» Pay your bill online and review your payment history
» Monitor your transactions
» Enroll to receive Paperless Statements and Letters
» Set up email and/or mobile account alerts

» Visit signup.citicards.com and click "Register Now"

E JOHN YOUNGS
Member Since 1992  Account number ending in: 8075
Billing Period: 5/20/12-12/19/12

How to reach us
www.citicards.com
1-888-766-CITI(2484)
BOX 6062 SIOUX FALLS, SD 5707

| | |
|---|---|
| Minimum payment due: | $20.00 |
| New balance: | $111.39 |
| Payment due date: | 01/15/13 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

For information about credit counseling services, call 1-877-337-8187. New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-226-5697.



**Account Summary**

| | |
|---|---|
| Previous balance | $27,978.74 |
| Payments | -$27,979.00 |
| Credits | -$0.00 |
| Purchases | +$61.65 |
| Cash advances | +$0.00 |
| Fees | +$50.00 |
| Interest | +$0.00 |
| **New balance** | **$111.39** |

**Credit Limit**

| | |
|---|---|
| Revolving Credit limit | $41,800 |
| Includes $8,000 cash advance limit | |
| Available Revolving Credit | $41,688 |
| Includes $8,000 available for cash advances | |

Reduce the clutter and go Paperless.
With Paperless, you can manage your statements online only.
Then sign up for alerts to help remind yourself when your payment is due.
» Enroll now at paperless.citicards.com



American Airlines
AAdvantage® Miles

AAdvantage® Miles Reported to
American Airlines:     62

» See page 3 for more information
about your AAdvantage Miles

---

0546616019753B075 02 ... 0011139 1667900 1311



Pay online www.citicards.com

Pay by phone 1-888-766-CITI(2484)

**Pay by mail** Use this coupon
• Enclose a valid check or money order payable to CITICARDS. No cash or foreign currency.
• Write the last four digits of your account number on your check.

| | |
|---|---|
| Minimum payment due | $20.00 |
| New balance | $111.39 |
| Payment due date | 01/15/13 |

Amount enclosed: $

Account number ending in 8075

E JOHN YOUNGS
33 PENNINGTON DR.
HUNTINGTON NY 11743 7122

CITI CARDS
PO Box 183112
Columbus OH 43218-3112

1-888-766-CITI(2484)



American Airlines
A'Advantage® Miles

A'Advantage® Miles Reported to
American Airlines: 62

| Purchase Miles | 02 |
| Accumulated This Month | 62 |

» Visit aa.com/aadvantage to
redeem miles, book flights and
much more

American Airlines reserves the right to change
the AAdvantage® program and its terms and
conditions at any time without notice, and to
end the AAdvantage® program with six months
notice. Any such changes may affect your
ability to use the awards or mileage credits
that you have accumulated. Unless specified,
AAdvantage miles earned by this
promotion/offer do not count toward elite-
status qualification or Million Miler℠ status.
American Airlines is not responsible for products
or services offered by other participating
companies. For complete details about the
AAdvantage program, visit
www.aa.com/aadvantage.
AAdvantage, AAdvantage with flight symbol
design and Million Miler are marks of American
Airlines, Inc.

## Account Summary

| Trans. Date | Post Date | Description | Amount |
|---|---|---|---|
| **Payments, Credits And Adjustments** | | | |
| 12/03 | 12/03 | PAYMENT THANK YOU | -$12,000.00 |
| 12/04 | 12/04 | PAYMENT THANK YOU | -$15,670.00 |
| **Standard Purchases** | | | |
| 11/22 | 11/22 | RITE AID STORE #106005 HUNTINGTON  NY | $18.83 |
| 11/24 | 11/24 | GOLDEN DOLPHIN RESTAUR HUNTINGTON  NY | $25.20 |
| 11/25 | 11/25 | RITE AID STORE #106005 HUNTINGTON  NY | $9.79 |
| 12/06 | 12/06 | STARBUCKS 80785 NEW Y New York  NY | $5.53 |
| 12/01 | 12/01 | 7-ELEVEN 15959 HAUPPIE  NY | $2.05 |
| 12/02 | 12/02 | WALGREENS #70236  HUNTINGTON  NY | $4.49 |

## Fees charged

| Date | Description | Amount |
|---|---|---|
| 11/29 | MEMBERSHIP FEE DEC 12-NOV 13 | $50.00 |
| | SEE REVERSE FOR MORE RENEWAL INFORMATION | |
| **Total fees charged in this billing period** | | **$50.00** |

## Interest charged

| | |
|---|---|
| Total interest charged in this billing period | $0.00 |

## 2012 totals year-to-date

| | |
|---|---|
| Total fees charged in 2012 | $92.45 |
| Total interest charged in 2012 | $0.00 |

## Interest charge calculation

(Days in billing cycle 30)

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 15.24% | $0.00 (D) | $0.00 |
| **ADVANCES** | | | |
| Standard Adv | 25.24% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed
by (V) vary with the market based on the Prime Rate. Balances followed by (D) are determined
by the daily balance method (including current transactions).

## Account Messages

Remember, you MUST PAY IN FULL any charges over your revolving credit
limit by your statement's Payment Due Date.

You may pay all or part of your account balance at any time. However, you
must pay, by the payment due date, at least the minimum payment due.

For customers who qualify for benefits for the same transaction under Citi
Price Rewind, Internet Price Protection and Price Protection coverages, or
any combination of those coverages, the Company will only pay under the
coverage providing the highest benefit and no benefits will be due under the
other coverages.

## Manage your account online.



Our online tools help simplify your life by
making it easy to manage your account.
When you register for Account Online at
citicards.com, you can:

- Pay your bill online and review
  your payment history
- Monitor your transactions
- Enroll to receive Paperless Statements
  and Letters
- Set up email and mobile account alerts

» Visit signup.citicards.com
and click "Register Now"

THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION
GROUP ID G30Dec14-590
Sequence number 009690368314  Posting date 27-Dec-12  Amount 900.00

CHASE ◯

DEPOSIT

CHECKING ☒
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001020

DEPOSIT

Today's Date
12-27-12
Customer Name (Please Print)
Edward  J Denker Youngs

Sign below if cash is received from this deposit
X Edward J Denker Youngs
MERCHANT (TAX EFFT)      TOTAL ITEM

▼ Start your deposit number here.

469461680

CASH        ▷
CHECK       ▷
TOTAL FROM
OTHER SIDE  ▷
SUBTOTAL    ▷
CASH BACK   ▷
TOTAL $

3 3 0 0 . 0 0
1 0 0 . 0 0
3 4 0 0 . 0 0
2 5 0 0 . 0 0
9 0 0 . 0 0

Posting Date:20130104

Sequence Number:

Amount:$100.00

Account:469461680

Routing Transit Number:02100002

Check/Serial Number:000000001035

Bank Number:802

IRD Indicator:0

BOFD:000000000

Entry Number:

UDK:802130104006780734666

Cost Center:

Teller Number:

Teller Sequence Number:

Missing Image:6

Processing Date: 20130104

EDWARD J. DENKER-YOUNGS
BRIAN DENKER-YOUNGS
33 PENNINGTON DR.
HUNTINGTON, NY 11743

$\frac{1-2}{280}$ 252     **1035**

DATE  1-1-13

Cash

PAY TO THE ORDER OF

One hundred dollars and no cents     $ 100.00

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO

Edward J Denker Youngs

⑇021000021⑇          ⑈680⑈ 1035

Payment Due Date    New Balance    Past Due Amount    Minimum Payment

$

Account number: 4185 8924 6244 6677

Make your check payable to:
Chase Card Services
Please refer to reverse side.
New address or contact? Print on back.

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

CHASE ○

Manage your account online:
www.chase.com/cardhelp

Customer Service
1-800-945-2000

Additional account
information on back ↑

## ACCOUNT SUMMARY

Account Number: 4185 8924 6244 6677

| | |
|---|---|
| Previous Balance | $0.00 |
| Payment, Credits | $0.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Overdrafts | $0.00 |
| Fees Charged | +$1,200.00 |
| Interest Charged | $0.00 |
| New Balance | $1,201.27 |

| | |
|---|---|
| Opening/Closing Date | 12/04/12 - 01/03/13 |
| Total Credit Line | $1,800 |
| Available Credit | $599 |
| Cash Access Line | $180 |
| Available for Cash | $0.00 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $1,201.27 |
| Payment Due Date | 01/03/13 |
| Minimum Payment Due | $25.00 |

**Late Payment Warning:** If you do not make your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs will be subject to increase to a maximum Penalty APR of 31.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 7 years | $2,161 |
| $60 | 3 years | $1,996 (Savings=$276) |

If you would like information about credit counseling services, call 1-866-797-2885.

## YOUR ACCOUNT MESSAGES

New York Residents: New York residents may contact the New York State Banking Department at 1-800-518-8866 to obtain a comparative list of credit card rates, fees and grace periods.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | Amount |
|---|---|---|
| | OVERDRAFTS | |
| 11/09 | CHKG ODP 000000000001666 NEW YORK | 1,200.00 |
| | INTEREST CHARGED | |
| 01/03 | OVERDRAFT INTEREST CHARGE | 1.27 |
| | TOTAL INTEREST FOR THIS PERIOD | $1.27 |

2012 Totals Year-to-Date
| | |
|---|---|
| Total fees charged in 2012 | $0.00 |
| Total interest charged in 2012 | $1.27 |

Year-to-date totals reflect all changes minus refunds applied to your account.

## INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| PURCHASES | | | |
| Purchases | 31.24% (v) | - | - |
| CASH ADVANCES | | | |
| Cash Advances | 31.24% (v) | - | - |

**This Statement is a Facsimile - Not an original**

continued

(8) Statement Date    12/04/13 - 01/03/14
Account Number    XXXX5834 5837
Page 2 of 9

## INTEREST CHARGES (CONTINUED)

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **BANK USES TRANSACTIONS** | | | |
| Balance Transfer | 21.99%(v) | | |
| CASH ADVANCES | | | |
| Standard Purchases | 14.24%(v) | $72.44 | $1.57 |

(v) = Variable Rate

Please see the Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice.  31 Days in Billing Period

This Statement is a Facsimile - Not an original

continues

# DISC VER

**Discover More Card**

Account number ending in 7798

Open Date: Dec 26, 2012  Close Date: Jan 25, 2013
Cardmember Since 2012

Page 1 of 4

## ACCOUNT SUMMARY

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments and Credits | $0.00 |
| Purchases | $0.00 |
| Balance Transfers | $0.00 |
| Cash Advances | $4,000.00 |
| Fees Charged | $0.00 |
| Interest Charged | $237.38 |
| New Balance | $0.00 |
| **New Balance** | **$4,237.38** |

See Interest Charge Calculation section following the Transactions section for detailed APR information.

| | |
|---|---|
| Credit Line | $4,800 |
| Credit Line Available | $562 |
| Cash Advance Credit Line | $500 |
| Cash Advance Credit Line Available | $500 |

You may be able to avoid interest on Purchases. See reverse for details.

Contact Us: Discover.com
1-800-347-2683

New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods. Call 1-877-226-5697.

## PAYMENT INFORMATION

### New Balance

**$4,237.38**

| | |
|---|---|
| Minimum Payment Due | $35.00 |
| Payment Due Date | February 20, 2013 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your purchase and balance transfer APRs for new transactions may be increased up to the Penalty APR of 29.99% variable.

## REWARDS

### Cashback Bonus®

| | | Anniversary Month |
|---|---|---|
| Opening Balance | | November |
| New Cashback Bonus This Period | | 14.02 |
| Everywhere Else | $ | |
| Redeemed This Period | $ | 0.00 |
| **Cashback Bonus Balance** | $ | 0.00 |
| To learn more, log in at Discover.com | $ | **14.51** |

---

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

**Payment Coupon**
Please do not fold, clip or staple.

Pay Online
Discover.com

Pay by Phone
1-800-347-2683

BRIAN H DENKER
33 PENNINGTON DR
HUNTINGTON NY 11743-2122

| | |
|---|---|
| Account number ending in | 7798 |
| Minimum Payment Due | $35.00 |
| New Balance | $4,237.38 |
| Payment Due Date | February 20, 2013 |
| Amount enclosed | $ |

PO BOX 71084
CHARLOTTE NC 28272-1084

# DISC VER

## CONTACT US

| | | | |
|---|---|---|---|
|  Web<br>Access your<br>account securely<br>at Discover.com |  Mobile<br>Manage your<br>account anytime,<br>anywhere at<br>m.Discover.com |  Phone<br>1-800-DISCOVER<br>(1-800-347-2683)<br>TDD 1-800-347-7449 |  Inquiry<br>Discover<br>P.O. Box 30943<br>Salt Lake City<br>UT 84130 | Mail Payments<br>Discover<br>P.O. Box 6103<br>Carol Stream<br>IL 60197-6103 |

## Transactions

| | Trans. Date | Post Date | | | |
|---|---|---|---|---|---|
| **Balance Transfers** | Jan 2 | Jan 2 | CHASE CARD SERVIC ***********9039% DE | | |
| | | | APR 0.00% EXPIRES 07/2013 | $ | 4,000.00 |
| **Fees** | Jan 2 | Jan 2 | BAL TRANS FEE | | |
| | Jan 25 | Jan 25 | PAYMENT PROTECTION PRO 1-877-883-1959 | $ | 200.00 |
| | | | TOTAL FEES FOR THIS PERIOD | | 37.38 |
| **Interest Charged** | | | | | 237.38 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $ | 0.00 |

## 2013 Totals Year-to-Date

| | | |
|---|---|---|
| TOTAL FEES CHARGED IN 2013 | $ | 237.38 |
| TOTAL INTEREST CHARGED IN 2013 | $ | 0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Current Billing Period: 31 days

| TYPE OF BALANCE | ANNUAL PERCENTAGE RATE (APR) | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|
| Purchases | 18.99% V | $0.00 | $0.00 |
| Promotional Purchases | | | |
| Promotional Purchasing | 0.00% | $0.00 | $0.00 |
| Cash Advances | 23.99% V | $0.00 | $0.00 |
| Balance Transfers | 0.00% | $3,252.60 | $0.00 |
| V=Variable Rate | | | |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

**JPMorgan** ◯

E JOHN YOUNGS OR
MATJE G YOUNDS
69 W SHORE RD
HUNTINGTON, NY 11743

1602

1/3/13

Pay to the order of _Edward J Denker-Youngs_ — $ *1,000.00*

_One thousand dollars and no/100_

**Bank of America** ◤

For deposit only
Edward J Denker-Youngs

Posting Date: 01/03/2013

Sequence Number:
7070503380

Amount: 1,000.00

Account: XXXXX2181

Routing Transit Number:
021000322

Check/Serial Number:
0000000000000

Bank Number: 802

IRD: 0

Image Type: P

BOFD: 074909062

Cost Center:

Teller Number:

Teller Sequence Number:

Capture Source: VP

Entry Number:
0000006153

UDK:
8021301030070705033380

E JOHN DENKER YOUNGS

GM MasterCard Account Statement
Account Number
From December 10, 2017 to January 10, 2013

Page 1 of 2

| | |
|---|---|
| Previous Balance | $5,630.64 |
| Payment In | |
| Other Credits | $5,630.64 |
| Purchases/Debits | $4,030.64 |
| Balance Transfers | $0.00 |
| Cash Advances | $262.78 |
| Past Due Amount | $0.00 |
| Fees Charged | $0.00 |
| Interest Charges | $0.00 |
| New Balance | $0.00 |
| | $0.00 |
| Credit Limit | $262.78 |
| Credit Available | |
| Cash Advance Limit | $4,000.00 |
| Cash Advance Available | $7,737.24 |
| Statement Closing Date | $2,000.00 |
| Days in Billing Cycle | $2,000.00 |
| *Cash Advance Limit is a portion of Total Credit Limit. | January 10, 2013 |
| | 31 |

New Balance
Minimum Payment Due
Payment Due Date

$262.78
$25.00
February 4, 2013

Late Payment Warning: If we do not receive your minimum payment by the
date listed above, you may have to pay a late fee of up to $35.00 and your APRs
may be increased to the Penalty APR of 29.40%.

Minimum Payment Warning: If you make only the minimum payment each
period, you will pay more in interest and it will take you longer to pay off your
balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 12 Months | $280 |

If you would like information about credit counseling services call us
1-800-388-2227.

Questions?
24-Hour Automated Account Information:
Capital
Lost or Stolen Card
Outside USA Collect
TDD/Hearing Impaired

1-800-540-3000
1-800-947-1000
1-800-374-0001
1-717-573-3590
1-800-925-9520

Payment Address: HSBC Card Services, PO Box 71107, Charlotte, NC
28272-1107
Billing Inquiries Customer Center, P.O. Box 80082, Salinas, CA 93912-0082
Manage Your account online at www.gmcard.com

The HEXAGON Reflects (AND VARIATIONS), HSBC, THE WORLD'S LOCAL BANK®, HOUSEHOLD DB (AND DESIGN) and HOUSEHOLD BANK®
are registered trademarks of HSBC Holdings plc or HSBC Finance Corporation and are used by Capital One by permission. Capital One is the
issuer of this account.

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

| Trans Date | Post Date | Description of Transaction or Credit | | Reference Number | Amount |
|---|---|---|---|---|---|
| 01/03/13 | 01/03/13 | PAYMENT - THANK YOU | | 5010573037400013B307890 | -$5,630.64 |
| | | Total Payment For This Period | | | -$5,630.64 |

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| 12/15/12 | 12/17/12 | DIRECT BUY MERCH    HAUPPAUGE NY | | | |
| 01/08/13 | 01/03/2013 | USPS CHANGE OF AS1100450 MEMPHIS TN | | M71123930185000010056484 | $23.32 |
| 01/08/13 | 01/03/13 | Onstar    888-4ONSTAR MI | | M71133020204300010083494 | $1.07 |
| 01/03/13 | 01/03/13 | THE HOME DEPOT 1272  HUNTINGTON NY | | M71333020202000010018076 | $20.55 |
| | | Total Purchases For This Period | | M71330020202000010018076 | $35.90 |

HSBC

*handwritten:* paid in full Chase Tran # 308892 S147

Account Number
New Balance
Minimum Payment Due
Payment Due Date

$262.78
$25.00
02/04/2013

Include account number on check to HSBC Card Services. Do not
send cash. Please send your payment 7 to 10 days prior to the
payment due date to ensure timely delivery.

AMOUNT
ENCLOSED

$

1001130

E JOHN DENKER YOUNGS
33 PENNINGTON DR
HUNTINGTON NY 11743-7328

HSBC CARD SERVICES
PO BOX 71107
CHARLOTTE NC 28272-1107



eral Credit Union
12/13 05:29PM    CK2B26

GERARD S
TINGTON                    NY


XXX4791

'                    $500.00
KING WITHDRAWAL
XX6352
L BAL            $4,255.54
VCE              $4,255.54

      THANK YOU
sactions are subject to proof and verification.

ethpage
transactions are subject to proof and verify

02/15/13  16:18   INYNS005

XXXXXXXX2937
HUNTINGTON
HUNTINGTON                    NY

Deposit
PRIMARY                  Checking

Serial No. 2980
Check Deposit Amount              $10,000.0



Part of the check image has been
censored for security reasons

Credit Deposit                    $10,000.00
Deposit Pending Posts On          02/15/13
Available Now                     $300.00
Available Balance                 $4,470.43

Case 1-15-41069-cec    Doc 86    Filed 10/28/15    Entered 10/28/15 16:14:14

31-Dec-14                                                                30Dec14-590

THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION
GROUP ID G30Dec14-590
Sequence number 087180100288  Posting date 04-Feb-13 Amount 20000.00





AUDIT OF CHASE JOINT CHECKING ACCOUNT FOR
EDWARD JOHN DEMSKY FUNDS
TRANSACTIONS

AUDIT OF CHASE JOINT CHECKING ACCOUNT FOR
[...] JOINT DEPOSITS / CHARGES
TRANSACTIONS

| A | B | | |
|---|---|---|---|
| DECEMBER 2013 | HUD Dues for Coop | $1,820.30 $1,400.39 | |
| JANUARY 2014 | Disbursionary procedure | $1,200.09 $1,000.09 | |
| FEBRUARY 2014 | [illegible] | $1,200.00 $1,000.09 | |
| MARCH 2014 | | $1,500.09 $1,500.00 | |
| APRIL 2014 | | $1,560.00 $6,000.00 | |
| MAY 2014 | | $1,000.00 $1,500.00 | |
| JUNE 2014 | | $1,000.00 $1,000.00 | |
| JULY 2014 | | $1,000.00 $1,500.00 | |
| AUGUST 2014 | | $9,000.00 $1,000.00 | |
| SEPTEMBER 2014 | | | |
| OCTOBER 2014 | | | |

LENDER: JPMorgan Chase Bank, N.A.
LOAN# ~~22307~~
PROPERTY ADDRESS: 93 PENNINGTON DR, HUNTINGTON, NY 11743

## SIGNATURE CERTIFICATION/AFFIDAVIT

I HEREBY CERTIFY THAT I, EDWARD J DENKER-YOUNGS, DO SIGN MY NAME AS FOLLOWS. THIS IS MY TRUE AND ACCURATE SIGNATURE:

X *Edward J Denker-Youngs*

BORROWER    EDWARD J. DENKER-YOUNGS
State of    NY
County of    Suffolk

Sworn and Subscribed before me, a notary for the Jurisdiction given this 12 day of    Oct   2012

(Seal)        Notary Public

My Commission Expires:    PATRICIA A. LAMB
Notary Public, State of New York
No. 01LA4677420
Qualified in Nassau County
Commission Expires Jan 21, 2015

THIS IS TO CERTIFY THAT I HAVE REVIEWED THE SIGNATURE ON THE ABOVE CAPTIONED BORROWER AND HE/SHE HAS CONSISTENTLY SIGNED HIS/HER NAME ON ALL DOCUMENTS WITHIN OUR FILE AS HE/SHE DID ON THE NOTE.

**FREDERICK J. GIACHETTI, PC**
Lender Representative                Title

---

## NAME AFFIDAVIT
Complete if AKA (also known as) is required.

THIS IS TO CERTIFY THAT

&:

NAME AFFIDAVIT IS COMPLETED IN CONNECTION WITH DOCUMENTS TO OBTAIN A FIRST MORTGAGE LOAN ON THE SUBJECT PROPERTY.    ARE ONE AND THE SAME PERSON. THIS

Please sign each way name appears.

X *Edward J Denker-Youngs*        X *Edward W. Youngs* - This NOT me
BORROWER:    EDWARD J. DENKER-YOUNGS        EDWARD W. YOUNGS

X *Edward J Youngs*
BORROWER:    EDWARD J YOUNGS

X E. *John Youngs*
BORROWER:    E. JOHN YOUNGS

State of    NY
County of    Suffolk

Sworn and Subscribed before me, a notary for the Jurisdiction given this 12 day of Oct 2012

(Seal)        Notary Public

My Commission Expires    PATRICIA A. LAMB
Notary Public, State of New York
No. 01LA4677420
Qualified in Nassau County
Commission Expires Jan 21, 2015



THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION
GROUP ID G30Dec14-590
Sequence number 002470365297  Posting date 27-Mar-14 Amount 25.00

EDWARD J. DENKER-YOUNGS
BRIAN DENKER-YOUNGS
33 PENNINGTON DR.
HUNTINGTON, NY 11743

1164

DATE _3/16/14_

Cash

$25.00

PAY TO THE ORDER OF

Twenty five dollars and no cents ———————— DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO

⑈021000021⑈

543442008294 171132    20140327 000000000469461680
TRN_DEBIT    RTAM         2500
Sheepshead Bay 0434    94004 5434 11  0052

EDWARD J. DENKER-YOUNES
BRIAN DENKER-YOUNES
75 PLAYGROUND DR
HUNTINGTON, N.Y. 11743

1037

DATE 1/19/13

PAY TO THE ORDER OF  Cash

$ 924.00

Nine hundred twenty four dollars and no/100

CHASE ○
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO  Gustavo

Edward J Denker-Younes

⑆021000021⑆              1680  1037





EDWARD J. DENKER-YOUNGS
BRIAN DENKER-YOUNGS
33 PENNINGTON DR.
HUNTINGTON, NY 11743

1154

DATE 9/3/13

PAY TO THE ORDER OF  Cash

$ 80.00

Eighty dollars and no cents                    DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO  Dora                    Edward J Denky J

⑆02100002⑆    ⑈⑈⑈1680⑈1154

EDWARD J. DENKER-YOUNGS
BRIAN DENKER-YOUNGS
33 PENNINGTON DR.
HUNTINGTON, NY 11743

1151

DATE 8/21/13

PAY TO THE ORDER OF  Cash

$ 380.00

Three hundred eighty dollars and no cents       DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO  Amilcar                    Edward J Denky Young

EDWARD J. DENKER-YOUNGS
BRIAN DENKER-YOUNGS
33 PENNINGTON DR.
HUNTINGTON, NY 11743

1160

DATE 10/18/13

PAY TO THE ORDER OF  Amilcar

$ 600.00

Six hundred dollars and no cents                DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO  Jared                    Edward J Denker Young

⑆02100002⑆    ⑈⑈1680⑈1160

# VISA *f*IGNATURE

HUMAN
RIGHTS
CAMPAIGN

BRIAN H DENKER
Account Number: ____-____-4041 4643
January 23 - February 20, 2013

Account Information:
www.bankofamerica.com

Mail billing inquiries to:
Bank of America
P.O. Box 982235
El Paso, TX 79998-2235

Mail payments to:
Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019

Customer Service:
1.800.421.2110

(1.800.2465.3178 TTY)

| | |
|---|---|
| New Balance Total .......................................... | $5,029.65 |
| Current Payment Due ...................................... | $50.00 |
| Total Minimum Payment Due ............................ | $50.00 |
| Payment Due Date .......................................... | 3/18/13 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to $35.00.

**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the Total Minimum Payment | 24 years | $12,737.97 |
| $184.71 | 36 months | $6,645.56 (Savings = $6,088.41) |

If you would like information about credit counseling services, call 1-866-300-5238.

| | |
|---|---|
| Previous Balance ........................................... | $0.00 |
| Payments and Other Credits ........................... | 0.00 |
| Purchases and Adjustments ........................... | 4,982.32 |
| Fees Charged ................................................ | 47.33 |
| Interest Charged ............................................ | 0.00 |
| New Balance Total ......................................... | $5,029.65 |
| Total Credit Line ........................................... | $10,000.00 |
| Total Credit Available .................................... | $4,970.35 |
| Cash Credit Line ........................................... | $4,000.00 |
| Portion of Credit Available for Cash ................ | $4,000.00 |
| Statement Closing Date ................................. | 2/20/13 |
| Days in Billing Cycle ..................................... | 29 |

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | |
| 01/30 | 01/31 | DIRECT BUY MERCH    HAUPPAUGE   NY 095441 | 5946 | 4643 | 4,982.32 |
| | | | | | $4,982.32 |
| | | **Fees** | | | |
| 02/20 | 02/20 | CREDIT PROTECTION PLUS 800.942.1083 | 500A | | 47.33 |
| | | TOTAL FEES FOR THIS PERIOD | | | |
| | | | | | $47.33 |

18    0050296500005000000000000004313070540414643

BANK OF AMERICA
P.O. BOX 15019
WILMINGTON, DE 19886-5019

BRIAN H DENKER
99 W SHORE RD
HUNTINGTON NY 11743-2078

Account Number: 43__-____-4041 4643

| | |
|---|---|
| New Balance Total ......................................... | $5,029.65 |
| Total Minimum Payment Due ........................... | 50.00 |
| Payment Due Date ......................................... | 03/18/13 |

Enter payment amount   $

☐ Check here for a change of mailing address or phone number.
Please provide all corrections on the reverse side.
Mail this coupon along with your check payable to: Bank of America

⑆524022250⑆ 094005404646643⑆

# Member Order History

Member :            **John Denker-Youngs (1676585)**
Current Center :    **DirectBuy of Long Island [171]**
Member Status :     **Active**
Expiration Date :   **Sep 15, 2015**

my credit card

| Order ID | Ordered | Order Amount | Status | Status Date | Vendor |
|---|---|---|---|---|---|
| 0171-502479 | Jan 30, 2013 | 4982.3600 | Closed at Center | Mar 18, 2013 | Galaxy Granite & Marble Inc. (51782) |
| 0171-501645 | Dec 29, 2012 | 73.2100 | Closed at CSC | Mar 06, 2013 | Daltile - Zone 4 (6251) |
| 0171-501412 | Dec 17, 2012 | 225.3500 | Closed at CSC | Feb 13, 2013 | Daltile - Zone 4 (6251) |
| 0171-500796 | Nov 24, 2012 | 2448.7500 | Closed at CSC | Dec 13, 2012 | Steam Planet Corporation (6060) |
| 0171-500579 | Nov 19, 2012 | 1607.6500 | Closed at CSC | Jan 30, 2013 | Grohe (7020) |
| 0171-500393 | Nov 13, 2012 | 210.0600 | Closed at CSC | Dec 19, 2012 | Broan / Nutone (6520) |
| 0171-500394 | Nov 13, 2012 | 2104.5200 | Closed at CSC | Nov 20, 2012 | LG Appliances (7071) |
| 0171-500376 | Nov 12, 2012 | 11440.1200 | Closed at CSC | Dec 19, 2012 | Brookwood Direct (5924) |
| 0171-500388 | Nov 12, 2012 | 1130.8900 | Closed at CSC | May 01, 2013 | Daltile - Zone 4 (6251) |

Total Order Amount    24222.7

Order Count    9

This document was created using an EVALUATION version of ActiveReports. Only a licensed user may legally create reports for use in production. Please report infractions or address questions to sales@grapecity.us.com. Copyright © 2002-2008 GrapeCity, Inc. All rights reserved.
11/17/2014 3:50:13 PM

# Bank of America

Account number ending
4643

**account information**
New Year account
information

or any questions regarding
our account
lease call the customer
ervice number on the back
f your credit card.

**nline Account Tools**
hange card
hange street address/
hone number
ther services

he Year-End Summary is
e informational purposes
ly.

## 2013 Year End Summary

**Prepared for:**
BRIAN H DENKER

Thank you for your business

## 2013 Year-End Summary of Credit Card Transactions

This summary recaps when and where you used your credit card ending in 4643 between January 1, 2013, and December 31, 2013. It includes transaction activity from any upgraded, lost, or stolen accounts. Charges from December 2013 that did not post until January 2014, are not included in this recap.

**Account snapshot**

Total spent
**$4,982.32**

Total interest
Refer to your credit card statement for total interest on your account.

2013 Summary of Transactions

$0.00
Utilities

$0.00
All other categories

HUNTINGTON HOSPITAL
OPERATIVE REPORT

Name: DENKER YOUNGS, BRIAN    Acct #: J808598    MR#: 000693524    HSV: SUR
Admit Date: 01/07/2013    Discharge Date:    Location: 2N

DATE OF OPERATION:    01/07/2013

SURGEON:    Paul Alongi, MD.

ASSISTANTS:    Christopher Prendo, MD. and Robert J. Ruiz

PREOPERATIVE DIAGNOSES:
1.    Lumbar disk displacement.
2.    Foraminal stenosis.
3.    Lumbar instability.

POSTOPERATIVE DIAGNOSES:
1.    Lumbar disk displacement.
2.    Foraminal stenosis.
3.    Lumbar instability.

PROCEDURES:
1.    Bilateral laminectomy, L4, L5, S1.
2.    Posterior spinal fusion, L4-L5, L5-S1.
3.    Posterior spinal instrumentation, L4 to S1.
4.    Posterior lumbar interbody fusion, L4-L5.
5.    PEEK intervertebral device, L4-L5.
6.    Local bone graft.
7.    Bone morphogenetic protein.

ANESTHESIA:    General endotracheal anesthesia.

ESTIMATED BLOOD LOSS:    300 ml.

FLUIDS:    Crystalloid, 125 ml Cell Saver blood.

DRAINS:    Hemovac x1, Foley.

SPECIMENS:    To pathology.

INDICATIONS:    Mr. Denker Youngs is a 33-year-old gentleman, who was suffering
from back and leg pain for a number of years.  The patient's symptoms have
persisted despite several treatment including physical therapy, medication, and
epidural steroid injections.  MRI of the lumbar spine demonstrates transitional
vertebra with a sacralized lumbar vertebra as well as what appears to be a disk
displacement at L4-L5 and foraminal stenosis.  Flexion and extension x-rays also
demonstrated angle instability at L4-L5.

DESCRIPTION OF PROCEDURE:    The patient was brought into the operating room and
general anesthesia was induced by anesthesia personnel.  Standard urinary
catheter could be placed due to the patient's previous urologic surgery.
Therefore, a coude catheter was placed without complication.  The patient was
then transferred to the prone position on top of the Jackson frame.

Once securing in the prone position, all bony prominences were carefully padded.
The patient's lumbar region was shaved and then prepped with DuraPrep and
draped in sterile manner.  The patient was given Ancef preoperatively.  Prior to
incision, two spinal needles were placed and a lateral x-ray was obtained.
Lateral x-ray confirmed the position of L4 to S1 in relationship to the spinal
needles.  Incision was then made in the midline from L4 to S1.  Incision was
made with scalpel.  Once the skin was incised, the skin was retracted.
Electrocautery was used to continue dissection down to the level of the fascia.
The fascia was then divided in line of skin incision.  Next, using
electrocautery and Cobb elevator, subperiosteal dissection of the paraspina
musculature was performed.  This was performed at the tips of the transverse
processes at L4 and L5 and at the sacral ala bilaterally.  Once the spine was



Here is a list of all your transactions between January 1, 2013 and December 31, 2013. To find out more information about itemized deductions such as travel expenses or medical and dental expenses, search "Topic 500" at www.irs.gov. To easily track deductions, just mark the "Deduct" column next to each charge. Please note: Here is a list of all your posted transactions.

### Dining

| Date | Description | Location | Amount | Deduct |
|------|-------------|----------|--------|--------|
| 01/07/13 | BURGER KING #900 Q07 | HUNTINGTON,NY | 7.27 | |
| 01/15/13 | CENTRE PIZZA OF LITTLE | LITTLE NECK,NY | 25.58 | |
| 01/16/13 | YUMMY KITCHEN | LITTLE NECK,NY | 26.62 | |
| 01/29/13 | CHIPOTLE 1665 | NEW HYDE PAR,NY | 10.86 | |
| 01/31/13 | CARRABBAS 8302 | SMITHTOWN,NY | 90.07 | |
| 02/23/13 | JOE SCRABSHACK CLIFTON | CLIFTON,NJ | 110.27 | |
| 02/28/13 | BURGER KING #900 Q07 | HUNTINGTON,NY | 7.16 | |
| 04/23/13 | SUBWAY 00106716 | MELVILLE,NY | 17.65 | |
| 05/08/13 | CENTRE PIZZA OF LITTLE | LITTLE NECK,NY | 52.45 | |
| 05/16/13 | MCDONALD'S F23533 | BROOKLYN,NY | 3.47 | |
| 12/19/13 | WATERWAY CAFE | PALM BEACH G,FL | 589.16 | |
| | | | **$960.71** | |

### Other Stores/Retail

| Date | Description | Location | Amount | Deduct |
|------|-------------|----------|--------|--------|
| 01/07/13 | TLF HELENS FLOWERS | FARMINGDALE,NY | 14.31 | |
| 01/30/13 | REXFORDS JEWELRY, INC. | NEW HYDE PAR,NY | 24.37 | |
| 01/30/13 | TLF SCARSELLAS FLORIST | 516-6926222,NY | 203.13 | |
| 02/14/13 | PROFLOWERS.COM | 888-373-7437,CA | 70.55 | |
| 02/15/13 | PROFLOWERS.COM | 888-373-7437,CA | 70.55CR | |
| 09/18/13 | APL*APPLE ITUNES STORE | 866-712-7753,CA | 6.51 | |
| 09/20/13 | APL*APPLE ITUNES STORE | 866-712-7753,CA | 1.29 | |
| | | | **$250.01** | |

### Electronics

| Date | Description | Location | Amount | Deduct |
|------|-------------|----------|--------|--------|
| 05/15/13 | GETROCKET.COM | 80044387762 | 107.00 | |
| | | | **$107.00** | |

### Food Store

| Date | Description | Location | Amount | Deduct |
|------|-------------|----------|--------|--------|
| 01/29/13 | PATHMARK #649 | NEW HYDE PAR,NY | 9.72 | |
| 01/29/13 | PATHMARK #649 | NEW HYDE PAR,NY | 46.49 | |
| | | | **$56.21** | |

### Services

| Date | Description | Location | Amount | Deduct |
|------|-------------|----------|--------|--------|
| 05/09/13 | MAZEL MOMENTS | NEW YORK,NY | 299.00 | |
| 11/13/13 | WIX.COM, INC | 00542126885,CA | 14.95 | |
| 11/15/13 | WIX.COM, INC | 00542126885,CA | 99.00 | |
| | | | **$412.95** | |

31-Dec-14                                                          30Dec-14-590

### THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION
### GROUP ID G30Dec14-590
Sequence number 009270643028  Posting date 10-Jun-13 Amount 1240.00



DEPOSIT TICKET

EDWARD J. DENKER-YOUNGS
BRIAN DENKER-YOUNGS
33 PENNINGTON DR.
HUNTINGTON, NY 11743

DATE _____ 6/8/13

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

CHASE ⬤
JPMorgan Chase Bank, N.A.
www.Chase.com

CASH

TOTAL FROM OTHER SIDE ▶   1240.00

SUB TOTAL ▶

LESS CASH RECEIVED ▶

$   1240.00

⑆580 20 10 28⑆        ⑆1680⑇

31-Dec-14                                                                30Dec14-590

THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION
GROUP ID G30Dec14-590
Sequence number 009270643029  Posting date 10-Jun-13 Amount 33.00

31-Dec-14                                                              30Dec14-590

**THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION**
**GROUP ID G30Dec14-590**
Sequence number 009270643030  Posting date 10-Jun-13 Amount 33.00



31-Dec-14                                                                                                    30Dec14-590

THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION
GROUP ID G30Dec14-590
Sequence number 009270643031  Posting date 10-Jun-13  Amount 200.00



31-Dec-14

**THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION**
**GROUP ID G 30Dec 14-590**
Sequence number 009270643032  Posting date 10-Jun-13 Amount 450.00

30Dec 14-590



31-Dec-14

30Dec14-590

### THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION
### GROUP ID G30Dec14-590
Sequence number 009270643033  Posting date 10-Jun-13  Amount 524.00



August 30, 2014

## Relationship Management

Sales Management | ForMembers | Get Your Own

### Consumer Profile: 536219107671875A

**Customer** EDWARD JOHN YOUNGS

**Residence:** 316 WEST NECK ROAD
HUNTINGTON, NY 11743

**Email:** frienar@yahoo.com
**Primary Preferences**

| Home: | 1 631 673 6207 |
| Work: | |
| Mobile: | 1 631 673 6207 |

**Reward Program:**

| Customer Since: | |
| U.S. Residency: | |
| Tax ID: SSN: | |
| Date of Birth: | |
| Language: | |
| Card Type: | |

#### Accounts

Servicing | Opportunities | Pending Applications | Notes

| Type | Account Number | Status | Total Balance |
|---|---|---|---|
| ICG INTEREST CHECKING | | Open | |
| SAVINGS PLUS ACCOUNT | 7382 | Open | 28,803.67 |

Append





**CGAA**

Your Financial Advisor.

Glenn M Gordon
1300 Veterans Highway
Suite 210
Hauppauge, NY 11788
(631)-232-7900

Total Statement Value $123,329.34
Please see last page for details

...d Denker-Young
...ensington Drive
...ington NY, 11743

## ...ment & Performance for 10/1/2013 to 12/31/2013

### ...ned Portfolio Activity Summary

...y Custodian

| | Previous QTD 09/30/2013 | Purchases/ Withdrawals | Appreciation (Calculated) | Current QTD 12/31/2013 |
|---|---|---|---|---|
| ...PARK (403b - Indiv) | $12,394.78 | $377.42 | $590.38 | ... |
| ...HEIMERFUNDS CLASS A (403b - Indiv) | $97,998.51 | $2,783.76 | $6,879.13 | $100,400.76 |
| ...MENT SOLUTIONS (403b - Indiv) | $2,389.18 | $353.75 | $551.70 | ... |
| | $112,782.55 | $3,514.93 | $7,031.66 | $123,329.34 |

### ...d Model Allocation Summary



89.38%

89.30%

...CEAN PARK   10.51%

## Combined Portfolio Allocation Summary



1-Dec-14

THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION
GROUP ID G30Dec14-590

30Dec14-590

Sequence number 001580687741  Posting date 03-Jan-13  Amount 538.53







**Your savings account**
Account number: 0003 8803 4215

# ur Regular Savings
# tinum Privileges

HN YOUNGS OR    MATJE G YOUNGS

## count summary

| | |
|---|---|
| nning balance on January 10, 2014 | $3,194.10 |
| osits and other additions | 12,437.68 |
| drawals and other subtractions | -12,437.44 |
| ice fees | -0.00 |
| ing balance on February 6, 2014 | $3,194.34 |

al Percentage Yield Earned this statement period: 0.01%
est Paid Year To Date: $0.06.

## posits and other additions

| | Description | Amount |
|---|---|---|
| 1/14 | Bkofamerica Atm 01/20 #000008065 Deposit Huntington      Huntington   Ny | 12,437.44 |
| 2/14 | Keepthechange Credit From Acct3181 Effective 01/21 | 0.20 |
| 6/14 | Interest Earned | 0.04 |
| **al deposits and other additions** | | **$12,437.68** |

## thdrawals and other subtractions

| | Description | Amount |
|---|---|---|
| 6/14 | Online Banking transfer to CHK 6856 Confirmation# 4195171700 | -12,437.44 |
| **al withdrawals and other subtractions** | | **-$12,437.44** |

To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.

**OPPENHEIMERFUNDS**
THE RIGHT WAY TO INVEST

## Account Statement

January 1, 2013 – September 30, 2013
Page 1 of 10

**Your Financial Advisor**
GLENN M GORDON
GWN SECURITIES INC
1300 VETERANS HWY STE 210
HAUPPAUGE, NY 11788-3077
(631) 232-7900

AV 02 046178 49630B102 A**SDGT

OYSTER BAY E NORWICH CSD 4038
JOHN YOUNGS
33 PENNINGTON DR
HUNTINGTON NY 11743-7122

## ...rtfolio Value

| | |
|---|---|
| ...alue on September 30, 2013 | $97,998.61 |

## ...Summary



| | |
|---|---|
| ...s on January 1, 2013 | $94,276.51 |
| ...s | $5,070.00 |
| ...wals | |
| ... in Value | ($15,018.72) |
| ...e on September 30, 2013 | $13,670.82 |
| | $97,998.61 |

### ...cessing Your Account Online

...online, you'll have 24-hour access to account
...d transactions, daily pricing, investment performance
...en you register, you can select your preferences for
...ory of statements and other account documents and
... our free monthly electronic newsletter, Handsignals,
...with unparalleled insights into global investing and
...scuss with your financial adviser. To register online,
...erfunds.com and go to
...ds.com/handsignals for more information on

## News & Resources

## Open Your Portfolio and Let New Ideas In

Investors are facing a unique set of challenges that no generation before them has faced. Like compensation not keeping pace with rising prices. Longer retirements. And a frayed social safety net.

Given all these challenges, investment solutions that worked in the past may no longer be enough. The goals haven't changed, but how we achieve them has to.

Now more than ever, investors need different solutions for growth, income and protection.*

### A Reality Check for Investors

Scan code to see what challenges investors are facing or visit growthincomeprotection.com

*Protection is positioned as an investment goal. Investing in certain securities may help to hedge against certain risks, but does not imply any guarantee from loss.
Mutual funds are subject to risk and volatility. Shares may gain or lose value.

Follow us: 

**Questions?**
oppenheimerfunds.com • 1.800.CALL OPP (225.5677)


