UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                              Chapter 7

      BRIAN H. DENKER-YOUNGS,                          Case No. 15-41069 (CEC)

                                Debtor.
-------------------------------------------------------------X

## DOCUMENTS TO BE PRESENTED AT THE HEARING SCHEDULED FOR JANUARY 13, 2015 AT 12 PM

TO:    THE HONORABLE CARLA E. CRAIG
         CHIEF UNITED STATES BANKRUPTCY JUDGE

      Morrison Tenenbaum PLLC former attorneys to Brian H. Denker-Youngs (the "Debtor"), submits the annexed documents to be submitted at an evidentiary hearing scheduled for January 13, 2015 at 12pm regarding the authority of counsel to move to convert the within case from Chapter 11 to Chapter 7.

**Document**          **Exhibit A**

1) Copy of a motion to convert from Chapter 11 to chapter 7 signed and received by the Debtor with his signature stamp.

**Documents**         **Exhibit B**

2) Copy of Verizon cell phone records with calls to the Debtor to his cell number to discuss and receive consent to the motion to convert the case to chapter 7.

Dated: New York, New York
November 30, 2015

                              MORRISON TENENBAUM PLLC

                              By: _____
                              Lawrence F. Morrison
                              87 Walker Street, Floor 2
                              New York, NY  10013
                              (212) 620-0938