B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT
EASTERN District of NEW YORK

In re BRIAN H. DENKER-YOUNGS
Debtor

*(Complete if issued in an adversary proceeding)*

BRIAN H. DENKER-YOUNGS
Plaintiff
v.
EDWARD J. DENKER-YOUNGS, aka E John Youngs, etc
Defendant

Case No. 15-41069

Chapter 7

Adv. Proc. No. _____

RECEIVED 2015 DEC 21 P 12: [?]
CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: BANK OF AMERICA CORP, and/or BANK OF AMERICA, N.A., and/or investment partners Merrill Lynch
*(Name of person to whom the subpoena is directed)*

■ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: true and accurate copies of all account(s) statements, images, tickets, desposits, withdrawals, investments thereto for the period 8/1/2010 - 9/1/2015 by & for Edward John Denker-Youngs, aka E John Youngs, aka John Youngs social ending in #0458

| PLACE | DATE AND TIME |
|---|---|
| 25 Boerum Street #18E, Brooklyn NY 11206 | January 10, 2016 @ 4:00pm |

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12/21/2015

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, email address, and telephone number of the debtor Pro Se
BRIAN H. DENKER-YOUNGS, who issues or requests this subpoena, are:
25 BOERUM STREET, #18E BROOKLYN, NY 11206  T. 917.373.5019  EMAIL: BHDENKER@GMAIL.COM

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).