Brian H. Denker-Youngs
25 Boerum Street Apt 18E
Brooklyn, NY 11206
Tel. 917.373.5019

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2015 DEC 23　A 11: 51

RECEIVED

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re:

BRIAN H. DENKER-YOUNGS

      Debtor

-----------------------------------------------------------X

Chapter 7

Case Number 15-41069

## NOTICE OF MOTION FOR AN ORDER
## TO FILE UNDER SEAL

PLEASE TAKE NOTICE that upon the annexed affidavit and supporting exhibits of the defendant Pro Se, BRIAN H. DENKER-YOUNGS, sworn to on the 22nd day of December 2015, the debtor will move this honorable court located at 271-C Cadman Plaza East, Brooklyn, NY 11201 on the 18th of February 2016 at 10:00am or as soon thereafter as parties may be heard before the Honorable Justice Carla E Craig for an order allowing debtor to file under seal, certain related and evidentiary documents with the court pertaining to certain investigative matters that has direct influence on the matter herein and to which debtor has filed such complaints with local and federal authorities.

PLEASE take notice that any objections to this motion shall be made in writing and submitted through the ECF system with service onto the debtor and copy to the Chambers of The Honorable Justice Carla E. Craig no later than 4pm on January 12, 2016.

Date: December 22, 2015

s/Brian H.Denker-Youngs

Brian H. Denker-Youngs
25 Boerum Street Apt 18E
Brooklyn, NY 11206
Tel. 917.373.5019

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:

BRIAN H. DENKER-YOUNGS                  Chapter 7

    Debtor                                  Case Number 15-41069

-----------------------------------------------------------X

## DEBTORS AFFIDAVIT IN SUPPORT OF A MOTION FOR AN ORDER TO FILE UNDER SEAL

      I, BRIAN H. DENKER-YOUNGS, am the debtor *Pro Se* in the above captioned petition appearing this 22nd day of December 2015 before the Honorable Court and submit this application for an Order to be permitted to file certain evidentiary documents under seal. I hereby state under penalty of perjury,

1. I am fully familiar with the documents and various supporting materials provided to the honorable court as they are put forward of my own free will and to such extent they are and contain facts to which are in-deed true and accurate to the best of my knowledge.

2. I submit this application in order to file these for record and safe guarding with the honorable court herein.

WHEREFORE, your deponent asks this honorable court to issue an order permitting these to be filed under seal for such safeguarding and on record as well.

Date: December 22, 2015                                s/Brian H. Denker-Youngs

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

BRIAN H. DENKER-YOUNGS                case no. 15-41069
         *Debtor(s)*                                chapter: 7
------------------------------------------------------------x

ORDER on Debtor's Motion to File Under Seal

Upon review of the affidavit of the debtor BRIAN H. DENKER-YOUNGS, together with the exhibits attached thereto, it is ORDERED that debtor's request that certain materials as attached thereto be filed under seal with the United States Bankruptcy Court Eastern District of New York is hereby granted.

Date:_____                        _____

                                                                    HONORABLE JUSTICE CARLA E. CRAIG