**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:                                                    Case No. 15-41069-CEC

Brian H. Denker-Youngs,                                  Chapter 7

Debtor.

## ORDER TO SHOW CAUSE

**WHEREAS**, on December 21, 2015 Brian H. Denker-Youngs (the "Debtor") filed subpoenas

(the "Document Subpoenas") requiring the production of documents by

The Clerk of the Suffolk County Supreme Court (ECF 139), and

Oppenheimer Funds Distributor, Inc. (ECF 140), and

Citibank N.A. (ECF 141), and

Natasha Meyers, Esq. and the Meyers Law Group, P.C. (ECF 142), and

Bank of America Corp., and/or Bank of America N.A. and/or investment partners Merrill

Lynch, (ECF 143), and

Bethpage Federal Credit Union (ECF 144), and

Chase Mortgage Banking Executive Offices (ECF 145), and

Glenn M Gordon and for Gwn Securities Inc. and CGAA Inc. and Oppenheimer, and etc. (ECF

146), and

Monroe "Roey" Diefendorf of and for Sterling Monroe Securities, Diefendorf Capital,

Argonne Trust Company, Inc., 3 Dimensional Wealth Advisory et al. (ECF 147), and

Ina Pochtar & Oyster-Bay East Norwich Central School District (ECF 148), and

**WHEREAS**, on December 23, 2015 the Debtor filed subpoenas requiring Jennifer Schenker,

Esq. (ECF 157), and Terence Christian Scheurer, Esq. (ECF 158) to appear before the Court (the

"Testimony Subpoenas" together with the Document Subpoenas, the "Subpoenas"), and

**WHEREAS**, on December 28, 2015 Edward John Denker-Youngs filed a motion to quash

certain of the Subpoenas (the "Motion") (ECF 160), and

**WHEREAS**, the Debtor stated in a letter filed on the docket (ECF 164) that the adversary

proceeding related to the Subpoenas is a state court action;

NOW THEREFORE IT IS

**ORDERED**, that the Debtor show cause before the Honorable Carla E. Craig, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Courtroom 3529, Brooklyn, New York, on January 7, 2016 at 10:30 a.m. why the Subpoenas should not be quashed and why he should not be prohibited from requesting further subpoenas without first receiving permission from the Court; and it is further

**ORDERED**, that a hearing will be held before the Honorable Carla E. Craig, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Courtroom 3529, Brooklyn, New York, on January 7, 2016 at 10:30 a.m. on the Motion, and it is further

**ORDERED**, that pending the hearing and determination of this Order to Show Cause, the Debtor is enjoined from requesting further subpoenas without first receiving permission from this Court; and it is further

**ORDERED**, that all parties are excused from complying with the Subpoenas pending the hearing and determination of this Order to Show Cause; and it is further

**ORDERED**, that Edward John Denker-Youngs serve the Motion and a copy of this Order by overnight or electronic mail upon the office of the United States Trustee, the subpoenaed parties or their counsel, if known, the Chapter 7 Trustee Richard J. McCord, and the Debtor no later than December 29, 2015 at 5:00 p.m.; and it is further

**ORDERED**, that Edward John Denker-Youngs file proof of service of the Motion and this Order on the docket by January 4, 2016; and it is further

**ORDERED**, that responsive papers, if any, must be in writing, conform with Title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure, state with particularity the grounds thereof, and be filed with the Court, and served upon Edward John Denker-Youngs so as to be received by 12:00 p.m. on January 5, 2016.



**Dated: Brooklyn, New York**
**December 28, 2015**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**