LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue, Suite 201
Wantagh, NY 11793
(516) 826-6500
Salvatore LaMonica, Esq.
Jacqulyn S. Loftin, Esq.
*Attorneys for Edward John Denkers-Young*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                              Chapter 11
                                                    Case No. 15-41069-CEC
BRIAN DENKER,

                Debtor.
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

      ROSA R. LELLA, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and resides in Melville, NY.

      On December 29, 2015, deponent served the **Order to Show Cause Dated December 28, 2015, Motion to Quash the Subpoeanas Issued And Served On The Following Parties:  I) Bethpage Federal Credit Union; II) Citibank N.A.; III) JP Morgan Chase Bank; IV) 3 Dimensional Wealth; V) Bank Of America Corp.; VI) Merrill Lynch, Wealth Management Division, Bank Of America; VII) The Meyers Law Group, P.C.; And VII) Clerk Of The Court, Suffolk County Supreme Court, State Of New York and Declaration Pursuant To Local Rule 9077-1(A) In Support Of The Order Scheduling Expedited Hearing with Exhibit A** by Overnight Mail and/or Electronic Mail upon the attorneys/parties listed on the annexed list.

To:    \*\*See annexed Service List\*\*

                                               ***s/Rosa R. Lella***
                                               ROSA R. LELLA

Sworn to before me this
29th day of December 2015

***s/Angela Colucci***
Angela Colucci
Notary Public, State of New York
No. 4674875
Qualified in Nassau County
Commission Expires July 31, 2018

# SERVICE LIST

*Via Overnight Mail and/or E-Mail:*

Brian H. Denker-Youngs
25 Boerum Street, Apt. 18E
Brooklyn, NY 11206
*Debtor Pro Se*
Email Address: rabbibrianhdenkeryoungs@gmail.com

Richard J. McCord, Esq.
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554
*Chapter 7 Trustee*
Email Address: rmccord@certilmanbalin.com

OFFICE OF THE UNITED STATES TRUSTEE
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014-9449
Email Address: Alicia.M.Leonhard@usdoj.gov

**Notice of Appearance:**

Daimler Trust
c/o BK SERVICING, LLC
Email Address: notices@bkservicing.com

*Via Overnight Mail and/or E-Mail:*

**Subpoenaed Parties:**

Bethpage Federal Credit Union
Attn: Legal Dept.
899 South Oyster Bay Road
Bethpage, NY 11714

Citibank, N.A.
Attn: Legal Dept.
399 Park Avenue
New York, NY 10022

JPMorgan Chase Bank, N.A.
Attn: Chase Mortgage Banking Executives
270 Park Avenue
New York, NY 10017-2014

3 Dimensional Wealth
c/o Monroe "Roey"
Diefendorf Planning Services Ltd.
152 Forest Avenue
Locust Valley, NY 11560

Bank of America Corp.
Attn: Legal Order Processing
One Bryant Park
115 West 42nd Street
New York, New York 10036

Merrill Lynch, Wealth Management Division
Bank of America
220 Vesey Street
One World Financial Center
New York, NY 10281

Clerk of the Court
Suffolk County Supreme Court
310 Center Drive S.
Riverhead, NY 11901

Oppenheimer Funds Distributor, Inc.
225 Liberty Street
New York, NY 10281

GWN Securities, Inc.
11440 Jog Road
Palm Beach Gardens, FL 33418

The Meyers Law Group, P.C.
Attn: Natasha Meyers, Esq.
55 Elm Street
Huntington, NY 11743
Email Address: FD@bestnewyorkdivorce.com

Joseph Lilly, Esq.
FRAZER & FELDMAN LLP
1415 Kellum Place, Suite 201
Garden City, New York 11530
*Attorneys for Oyster Bay-East Norwich School District*
Email Address: JLilly@ffedlaw.com