# EXHIBIT B

UNITED STATES BANKRUPCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                                    Chapter 11

    BRIAN H. DENKER-YOUNGS,                               Case No. 15-41069 (CEC)

                                Debtor.
-----------------------------------------------------------X

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL TO DEBTOR

Upon: (a) the motion, filed on October 6, 2015 (Docket Item 55), of the law firm Morrison Tennenbaum PLLC ("**MT**"), seeking the entry of an Order, pursuant to 11 U.S.C. §105(a) and Local Bankruptcy Rule 2090-1(e), granting MT leave to withdraw as counsel of record to Debtor, Brian H. Denker-Youngs ("**Debtor**") as to all matters relating to the captioned-proceeding (the "Motion"); and due and adequate notice of the Motion having been provided; and the Court having considered the responses and objections to the Motion interposed by Debtor; and due deliberation having been had thereon, and sufficient cause appearing therefor, it is

**ORDERED**, that MT be hereby is granted leave to withdraw as counsel of record to the Debtor as to all matters relating to the captioned-proceeding



Dated: Brooklyn, New York
October 30, 2015

_____
Carla E. Craig
United States Bankruptcy Judge