# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK (BROOKLYN)

IN RE:

BRIAN H. DENKER-YOUNGS            CASE NO. 1-15-41069-cec

                                           CHAPTER 7

                 DEBTOR.               JUDGE CARLA E. CRAIG

---

Discover Bank,

         Plaintiff,                         Adv. Proc. No.:

v.

Brian H. Denker-Youngs

         Defendant.

---

## COMPLAINT TO DETERMINE DISCHARGEABILITY OF A DEBT

NOW COMES Discover Bank, by and through its attorney, Geoffrey Peters, of Weltman, Weinberg & Reis Co., L.P.A. and states as follows:

### Jurisdiction and Venue

1. Defendant, Brian H. Denker-Youngs, is a debtor in the original voluntary Chapter 11 bankruptcy petition filed in this Court on March 13, 2015 which was converted to Chapter 7 bankruptcy on October 1, 2015.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334, 151, and 157.

3. Venue in this Court is proper pursuant to 28 U.S.C. § 1408.

4. This matter is a Core proceeding pursuant to 28 U.S.C. § 157(b)(2)(I).

## Facts Common to all Counts

5. Plaintiff, Discover Bank, issuer of the Discover credit card, offers revolving credit card accounts to individuals.

6. Defendant is an individual consumer and the holder of a credit card account with Plaintiff, account number ending in 9890.

7. Consumer customers agree to make monthly installment payments for purchases and cash advances plus pay applicable interest and fees under the credit card accounts.

8. The Defendant incurred the following charges and Plaintiff financed said charges through the above-mentioned revolving credit card account within the months of January, February and March 2015 before filing the bankruptcy petition. The following charges were made:

| Date | Description | Amount |
|---|---|---|
| 2/17/2015 | CASH ADVANCE FEE | 10.00 |
| 2/17/2015 | *HUNTINGTON HUNTINGTON NY | 163.00 |
| 2/26/2015 | BALANCE TRANSFER CHECK 0301 USA | 2,000.00 |
| 2/26/2015 | BAL TRANS FEE | 60.00 |
| 3/10/2015 | BALANCE TRANSFER CHECK 0303 USA | 450.00 |
| 3/16/2015 | BALANCE TRANSFER CHECK 0300 USA | 500.00 |
| 3/16/2015 | BAL TRANS FEE | 15.00 |
| 1/3/2015 | FEDEX OFFIC00021592069 SYOSSET NY | 192.27 |
| 1/7/2015 | GEICO *AUTO MACON DC | 235.17 |
| 1/7/2015 | GEICO *AUTO MACON DC | 116.80 |
| 1/10/2015 | UBER 8665761039 CA | 21.43 |
| 1/11/2015 | USPS 35405521902713418 HUNTINGTON NY | 4.90 |
| 1/11/2015 | UBER TECHNOLOGIES INC 866-576-1039 CA | 24.30 |
| 1/11/2015 | SEAMLESS 800-905-9322 NY | 12.23 |
| 1/11/2015 | HESS 32551 SYOSSET NY | 24.00 |
| 1/13/2015 | SEAMLESS 800-905-9322 NY | 26.20 |
| 1/14/2015 | SEAMLESS 800-905-9322 NY | 18.88 |
| 1/15/2015 | SEAMLESS 800-905-9322 NY | 32.15 |
| 1/16/2015 | SEAMLESS 800-905-9322 NY | 23.78 |
| 1/17/2015 | UBER TECHNOLOGIES INC 866-576-1039 CA | 19.13 |
| 1/17/2015 | SEAMLESS 800-905-9322 NY | 26.20 |
| 1/19/2015 | SEAMLESS 800-905-9322 NY | 23.95 |

| Date | Description | Amount |
|---|---|---:|
| 1/19/2015 | SEAMLESS 800-905-9322 NY | -23.95 |
| 1/21/2015 | SEAMLESS 800-905-9322 NY | 21.85 |
| 1/23/2015 | UBER TECHNOLOGIES INC 866-576-1039 CA | 21.04 |
| 1/23/2015 | SEAMLESS 800-905-9322 NY | 14.68 |
| 1/24/2015 | SEAMLESS 800-905-9322 NY | 22.41 |
| 1/24/2015 | SEAMLESS 800-905-9322 NY | 13.92 |
| 1/25/2015 | SEAMLESS 800-905-9322 NY | 22.14 |
| 1/29/2015 | SEAMLESS 800-905-9322 NY | 14.68 |
| 1/29/2015 | 7-ELEVEN 26251 ELWOOD NY | 11.79 |
| 1/30/2015 | SEAMLESS 800-905-9322 NY | 22.41 |
| 1/30/2015 | RAISER & KENNIFF 5167427600 NY | 1,500.00 |
| 1/31/2015 | RUSSO BROTHERS AUTO COLL E NORTHPORT NY | 500.00 |
| 2/2/2015 | UBER TECHNOLOGIES INC 866-576-1039 CA | 10.00 |
| 2/5/2015 | REWARD STATEMENT CREDIT | -6.36 |
| 2/6/2015 | SEAMLESS 800-905-9322 NY | 21.60 |
| 2/7/2015 | SEAMLESS 800-905-9322 NY | 15.61 |
| 2/8/2015 | SEAMLESS 800-905-9322 NY | 17.08 |
| 2/11/2015 | SEAMLESS 800-905-9322 NY | 25.06 |
| 2/12/2015 | WALGREENS #4363 BROOKLYN NY | 45.37 |
| 2/12/2015 | UNION ISLAND CORP BROOKLYN NY | 27.50 |
| 2/13/2015 | WALGREENS #4363 BROOKLYN NY | 37.03 |
| 2/14/2015 | WATCH ZONE 3 GROUP INC HUNTINGTON STNY | 23.42 |
| 2/14/2015 | WALDBAUM'S #70236 HUNTINGTON NY | 94.20 |
| 2/14/2015 | STARBUCKS #07296 FRESH FRESH MEADOWSNY | 28.25 |
| 2/15/2015 | SEAMLESS 800-905-9322 NY | 16.15 |
| 2/16/2015 | UBER TECHNOLOGIES INC 866-576-1039 CA | 22.38 |
| 2/17/2015 | SEAMLESS 800-905-9322 NY | 19.96 |
| 2/19/2015 | SEAMLESS 800-905-9322 NY | 15.61 |
| 2/22/2015 | RITE AID BROOKLYN NY | 92.19 |
| 2/23/2015 | STANLEY W. TOKAR, MD HUNTINGTON NY | 20.00 |
| 2/23/2015 | SEAMLESS 800-905-9322 NY | 18.93 |
| 2/23/2015 | LENTON CORP ROSLYN HTS NY | 22.01 |
| 2/24/2015 | VERIZON*ONETIMEPAY VERIZON.COM TX | 160.85 |
| 2/25/2015 | WALGREENS #4363 BROOKLYN NY | 32.43 |
| 2/25/2015 | SEAMLESS 800-905-9322 NY | 18.06 |
| 2/25/2015 | SEAMLESS 800-905-9322 NY | 12.62 |
| 2/26/2015 | REWARD STATEMENT CREDIT | -14.89 |
| 2/26/2015 | MCDONALD'S F23533 BROOKLYN NY | 6.29 |
| 2/26/2015 | HESS 32337 GREAT NECK NY | 30.00 |
| 2/26/2015 | 7-ELEVEN 26390 HUNTINGTON STNY | 27.47 |
| 2/27/2015 | LAW OFFC A A CAPETOLA WILLISTON PARNY | 3,000.00 |

| | | |
|---|---|---:|
| 3/2/2015 | UBER TECHNOLOGIES INC 866-576-1039 CA | 10.26 |
| 3/3/2015 | RITE AID HUNTINGTON NY | 71.12 |
| 3/4/2015 | UBER TECHNOLOGIES INC 866-576-1039 CA | 10.15 |
| 3/4/2015 | SEAMLESS 800-905-9322 NY | 27.27 |
| 3/6/2015 | UBER TECHNOLOGIES INC 866-576-1039 CA | 13.45 |
| 3/6/2015 | UBER TECHNOLOGIES INC 866-576-1039 CA | 10.00 |
| 3/6/2015 | SEAMLESS 800-905-9322 NY | 30.44 |
| 3/12/2015 | UBER TECHNOLOGIES INC 866-576-1039 CA | 22.07 |
| | TOTAL: | $7,073.94 |

9. The Defendant also incurred a balance transfer charge in the amount of $4,000.00 on or about April 23, 2015 prior to converting the case from a Chapter 11 to a Chapter 7.

**Count I, Fraud; 11 U.S.C. § 523(a)(2)(A)**

10. Plaintiff adopts and incorporates by reference all the allegations contained in paragraphs 1-9.

11. Pursuant to 11 U.S.C. § 523(a)(2)(A), money, property, services, or an extension, renewal, or refinancing of credit are nondischargeable to the extent that they are obtained by false pretenses, a false representation, or actual fraud.

12. Defendant obtained money, property, and/or services through an extension of credit advanced by the Plaintiff on the open-ended credit agreement.

13. Defendant knowingly sought and obtained financing from Plaintiff with no intention to pay off the full balance of charges incurred as the credit was incurred very shortly prior to filing the bankruptcy.

14. Defendant knew, or should have known, at the time of the transaction that he could not afford to repay Plaintiff, and in fact, could not afford to repay Plaintiff.

15. Defendant incurred the charges in anticipation of filing this bankruptcy.

16. Defendant, as such, falsely represented ability and intent to repay Plaintiff, and Plaintiff reasonably relied upon such representations to its detriment.

17. The money, property, and/or services obtained by Defendant through the open-ended credit agreement and the credit advanced by the Plaintiff on the Account were obtained by Defendant's false representations, false pretenses, or actual fraud.

18. Plaintiff has been damaged by the Defendant's fraudulent conduct in the form of an unpaid balance due and owing on the account.

19. Additionally, the charges are presumed to be nondischargeable, pursuant to 11 U.S.C. 523 (a)(2)(C)(I) as to the luxury goods or services incurred, and pursuant to 11 U.S.C. 523 (a)(2)(C)(II) as to the cash advances.

20. As such, Defendant's debt to Plaintiff is non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A).

## Count II, Money Judgment

21. Plaintiff adopts and incorporates by reference all the allegations contained in paragraphs 1-20.

22. Upon a finding that the debt is nondischargeable, Plaintiff is entitled to a money judgment.

**WHEREFORE**, Discover Bank prays for the entry of an order as follows:

A. For an order declaring that the debt owed to Plaintiff by Defendant as set forth in the Complaint is non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A); and

B. For a judgment in favor of Plaintiff and against Defendant in the principal amount of $11,073.94, plus reasonable attorney fees associated with the prosecution of this matter, and costs; and

C. For such other and further relief as this Court deems just.

        Respectfully Submitted:

By:    <u>/s/Geoffrey J. Peters</u>
       Geoffrey J. Peters,  Esq.
       WELTMAN, WEINBERG & REIS CO., LPA
       3705 Marlane Drive
       Grove City, OH 43123
       Telephone: 614/883-0678
       Facsimile: 614/801-2601
       Attorneys for Creditor
       Discover Bank
       WWR# 30504119